COURTNEY C. HILL  (SBN: 210143)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
cchill@gordonrees.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY
Erroneously sued as AETNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA FERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA,<br><br>　　　　　　Defendant. | CASE NO.<br><br>*Solano County Superior Court*<br>*Small Claims Case No.:  VSC082008*<br><br>**DECLARATION OF GINA SPARKS** |

## **DECLARATION OF GINA SPARKS**

I, Gina Sparks, declare as follows:

1.　　I am employed by Aetna Life Insurance Company ("ALIC") as a Paralegal in the Law & Regulatory Affairs department.  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.  I submit this declaration in support of ALIC's Notice of Removal and ALIC's Motion to Set Aside Entry of Default.

-1-
DECLARATION OF GINA SPARKS

2. I have been a Paralegal in the Law & Regulatory Affairs Department at ALIC or one of its acquired companies for over 19 years. In my current position, I am involved in litigation matters at ALIC. I am familiar with ALIC's record-keeping systems and databases in which it collects and stores information about members, including members' plan documents. In my ordinary course of employment, I regularly use ALIC's electronic record-keeping systems and I am personally familiar with these systems and how documents are retrieved and stored in these systems.

3. I am familiar with ALIC'S internal systems for identifying the health benefit plan in which a member is enrolled and ALIC's business practice and process for maintaining plan documents.

4. At all times relevant to this action, Plaintiff was employed by Bank of America Corporation ("Bank of America") and was a member of the Bank of America Group Benefits Program (the "Plan"). The Plan is sponsored by Bank of America Corporation and was established for the benefit of employees of Bank of America Corporation. ALIC is the claims administrator for the STD and LTD benefits under the Plan.

5. A true and correct copy of the 2013 Summary Plan Description for the Plan, including the short-term disability and long-term disability components, is attached hereto as "Exhibit 1."

6. On August 4, 2016, I obtained a copy of the Solano County Superior Court's file and verified that default had been taken and that the case involved a matter that was subject to federal subject matter jurisdiction. Attached hereto as "Exhibit 2" is a true and correct copy of Plaintiff's Claim and Order to Go to Small Claims Court from the court's file. Attached hereto as "Exhibit 3" is a true and correct copy of the Notice of Entry of Judgment from the court's file. Attached hereto as "Exhibit 4" are the remaining documents from the court's file, including a Request for Court Order and Answer, Small Claims Minutes dated April 20,

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

2016 and July 20, 2016, and two Stipulations to Act as Judge Pro Tem (which are signed by Plaintiff only). The documents attached hereto as Exhibits 2, 3 and 4 constitute the entire process and pleadings filed in the state court action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

Executed August 11, 2016, at Thousand Oaks, California.

*Gina Sparks* , Declarant