# Bank of America Employee Health and Insurance
# Summary Plan Description 2013

**Bank of America**

Bank of America   Merrill   U.S.   Bank of America
Lynch   Trust   Merrill Lynch

# Bank of America Employee Health and Insurance
# Summary Plan Description 2013

# About this Summary Plan Description

This document is a Summary Plan Description (SPD) for certain component plans under the Bank of America Group Benefits Program ("Group Benefits Program"), and is generally effective Jan. 1, 2013 unless otherwise noted. It applies to current U.S.-based employees who have met the defined eligibility requirements. Certain benefits included apply to international assignees whose designated home or host country is the United States. This summary supersedes and replaces any prior summaries, communications, policies, rules, practices, standards and/or guidelines to the contrary, whether written or oral, including, but not limited to, the *Bank of America Associate Handbook 2010.*

The provisions of this summary do not establish enforceable employee rights, contractual or otherwise, and they do not establish an employment relationship enforceable by employees. The provisions are not promises; they are subject to change at any time without notice and are subject to management's discretion in their application. Nothing in this summary or any other Bank of America publication, policy or guideline shall interfere with or limit in any way the right of the company to terminate any employee's employment without cause or notice at any time, confer upon any employee any right to continue in the employ of the company or change an employee's existing at-will employee status. Employees remain employed at will, and the at-will employment relationship can only be changed by an authorized company representative in writing.

For convenience, the terms "Bank of America," "bank" and "company" are used to refer to Bank of America Corporation, the plan sponsor, as well as all companies in the Bank of America controlled group of corporations. The use of these terms does not mean you are an employee of Bank of America Corporation. You remain solely an employee of the company that directly pays your wages.

The Group Benefits Program is subject to applicable limitations and restrictions under the Employee Retirement Income Security Act of 1974 (ERISA), the federal law that governs employee benefit plans, and the Internal Revenue Code rules that govern certain health and insurance plans.

Bank of America Corporation may modify, suspend or terminate the component plans under the Group Benefits Program, at any time, without prior notice (except as required by law). Bank of America Corporation also retains the discretion to interpret any terms or language used in the Group Benefits Program documents or this summary.

While the term "premium" is used in this summary (including, but not limited to, the description of the wellness activities and the wellness credit) in reference to certain costs associated with Plan benefits, it should be noted that "premium" generally refers to fully-insured benefit plans, and not all plans discussed in this summary are fully-insured. If there is a discrepancy between the information in this summary and the terms of the official plan documents, the official plan documents govern.

This summary is provided in English. If you have difficulty understanding any part of this summary, contact the Global Human Resources Service Center at **1.800.556.6044** (hearing-impaired access: dial **711** then call **1.800.556.6044**) for assistance.

Some benefit programs will refer you to external resources such as websites. It is your personal decision whether to use one of these external resources. Bank of America has no control over the content, availability or terms of use of these external resources. Bank of America is not responsible for any issues you may have related to your access or use of these sites. Your use of these external resources is governed by the terms and conditions described on each site. If there is any discrepancy between these external resources and this document, the information in this document will supersede any external information.

This document is the summary plan description (SPD) for the following plans as of January 2013. This SPD replaces all prior descriptions of these plans, including, but not limited to, the *Bank of America Associate Handbook 2010.* This SPD is intended to provide an easy-to-understand explanation of participant benefits.

- Aetna Comprehensive Traditional Plan
- Aetna Comprehensive Traditional Out-of-Area Plan
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Directed High Deductible Out-of-Area Plan
- Health Savings Account
- Health Reimbursement Arrangement
- Health Flexible Spending Account
- Employee Assistance Program
- Bank of America Short-term Disability Plan
- Corporate Severance Program

The summary plan descriptions for the following plans are comprised of multiple documents. Please see each specific section of this summary for a list of the summary plan description components for each of these plans.

- Kaiser Comprehensive Traditional Plan
- Kaiser Consumer Directed Plan
- Kaiser Consumer Directed High Deductible Plan
- HMSA Hawaii PPO Plan
- Triple-S Salud Plan
- Bank of America Active Dental Plan
- Bank of America Active Vision Plan
- Bank of America Associate Basic, Associate Supplemental and Dependent Life Insurance Plans
- Bank of America Accidental Death & Dismemberment and Business Travel Accident Insurance Plans
- Bank of America Long-term Disability Plan

**Receipt of this summary does not entitle you to a benefit from the health and insurance plans. In order to be entitled to a benefit from the health and insurance plans, you must meet all applicable requirements for such benefit.**

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 4 of 196

## Contents

- **Introduction and resource summary**................... 1-5
- **Eligibility** ................................................................ 6-8
- **Health and insurance coverage** ......................... 9-16
- **Aetna medical plans** ........................................... 17-83
- **Kaiser Permanente medical plans** .................. 84-111
- **Wellness** ............................................................. 112-116
- **HMSA Hawaii PPO Plan** .................................. 117-120
- **Triple-S Salud Plan** .......................................... 121-124
- **Health Care Accounts** .................................... 125-133
- **Dental coverage** .............................................. 134-137
- **Vision coverage** ............................................... 138-140
- **Life insurance** ................................................... 141-146
- **Accidental death and dismemberment** ....... 147-149
- **Business travel accident insurance** ............ 150-153
- **Employee Assistance Program** ........................... 154
- **Short-term Disability** ..................................... 155-158
- **Long-term Disability** ...................................... 159-170
- **Other important information** ....................... 171-175
- **Leaving Bank of America** .............................. 176-183
- **ERISA information** ........................................... 184-192

## Introduction

Our employees are our most valuable asset, and investing in your health and well-being is a priority for our company. Bank of America provides benefits to support the diverse needs of you and your family, now and in the future. Your health and insurance benefits are designed to be flexible, so you can choose what best fits your needs.

This document is intended to be a reference guide for your health and insurance benefit programs, including detailed information on eligibility requirements and how much the plans will pay for certain health care services and treatments. Coupled with the benefits information available on Flagscape® and My Benefits Resources®, this document can help you understand how to access the range of benefits and programs available, and contains information on resources to help you manage your health care costs.

As you review this document, keep in mind that eligibility for Bank of America health and insurance benefit programs depends on your employment status and eligibility varies for the benefits and programs offered.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Introduction and resource summary

# Quick reference guide to your health & insurance benefits

| Type of benefit / program | Overview and contact information |
|---|---|
| **General health and insurance benefits information** | • You have access to detailed information about your health and insurance benefit programs online and by phone. During specific business hours, the Global Human Resources Service Center representatives are available to help answer specific questions you may have, or you can access detailed information at any time through the online resources listed below:<br><br>**Flagscape**<br>Benefits & Pay tab<br>**My Benefits Resources**<br>Accessible through myHR or **mybenefitsresources.bankofamerica.com**<br>**Global Human Resources Service Center**<br>**1.800.556.6044** (hearing-impaired access: dial **711** then call **1.800.556.6044**).<br>Representatives are available 8 a.m. to 8 p.m. Eastern, Monday through Friday. |
| **Medical** | • Provides coverage for eligible medical services (such as doctor's office visits, specialist care or a hospital stay), prescription drugs and behavioral health. Depending on your performance year cash compensation (PYCC), you may be eligible for the following plans:<br>  – Aetna Comprehensive Traditional Plan<br>  – Aetna Consumer Directed Plan<br>  – Aetna Consumer Directed High Deductible Plan<br>  – Depending on where you live, you may be eligible for the following plans:<br>    ○ Aetna Comprehensive Traditional Out-of-Area Plan<br>    ○ Aetna Consumer Directed Out- of- Area Plan<br>    ○ Aetna Consumer Directed High Deductible Out-of- Area Plan<br>    ○ Kaiser Permanente Comprehensive Traditional Plan<br>    ○ Kaiser Permanente Consumer Directed Plan<br>    ○ Kaiser Permanente Consumer Directed High Deductible Plan<br>    ○ HMSA Hawaii PPO Plan<br>    ○ Triple-S Salud Plan<br><br>**Aetna**<br>Website<br>**aetna.com**<br>Address<br>**PO Box 14079**<br>**Lexington, KY 40512**<br>Aetna Health Concierge<br>**1.877.444.1012**<br>National Medical Excellence team<br>(when traveling outside the country)<br>**1.215.775.6445**<br><br>**Kaiser Permanente**<br>Website<br>**kp.org**<br>Address<br>**One Kaiser Plaza**<br>**Oakland, CA 94612**<br>Member services (Service area)<br>**Georgia: 1.888.865.5813**<br>**Mid-Atlantic: 1.888.865.5813**<br>**Northwest: 1.800.813.2000**<br>**No. California: 1.800.464.4000**<br>**So. California: 1.800.464.4000**<br><br>**HMSA Hawaii (employees who reside in Hawaii only)**<br>Website<br>**hmsa.com**<br>Address<br>**BCBS of Hawaii**<br>**PO Box 860**<br>**Honolulu, HI 96808-0860**<br>Member services<br>**1.800.776.4672**<br><br>**Triple-S Salud (employees who reside in Puerto Rico only)**<br>Website<br>**ssspr.com**<br>Address<br>**Triple-S Salud**<br>**PO Box 36362**<br>**San Juan, PR 00936-3628**<br>Member services<br>**1.787.774.6060**<br><br>**CVS Caremark**<br>Website<br>**caremark.com**<br>Address<br>(mail order forms and payments)<br>**PO Box 2110**<br>**Pittsburgh, PA 15230-2110**<br>CVS Caremark Customer Service<br>**1.800.701.5833**<br>CVS Caremark Connect<br>**1.800.237.2767**<br><br>**Medicare benefits**<br>Medicare<br>**1.800.633.4227** (TYY **1.877.486.2048**) |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Introduction and resource summary

| Type of benefit / program | Overview and contact information |
|---|---|
| **Dental** | • Offers preventive care and assistance with treatments such as fillings, dentures and children's orthodontia. You may elect coverage under the Bank of America Active Dental Plan:<br>  – The Aetna Dental Preferred Provider Organization (PPO)<br>  – The Aetna Dental Maintenance Organization (DMO), if available in your area<br>• **Note:** Employees who reside in Puerto Rico who elect the Triple-S Salud Plan also will have dental coverage through that plan.<br><br>**Aetna**<br>Website<br>**aetna.com**<br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br>Member services<br>**1.877.444.1012** (TYY **1.800.325.5902**)<br><br>**Triple-S Salud**<br>Website<br>**ssspr.com**<br>Address<br>**Triple-S Salud**<br>**PO Box 36362**<br>**San Juan, PR 00936-3628**<br>Member services<br>**1.787.774.6060** |
| **Vision** | • Provides care through an extensive network of optometrists and ophthalmologists contracted to provide services at discounted rates. The vision coverage options provide routine eye care, including lenses, frames or contacts:<br>  – The Bank of America Active Aetna Vision Plan<br>  – The Aetna Vision Discount Program (at no cost to you)<br><br>**Aetna**<br>Website<br>**aetna.com**<br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br>Member services<br>**1.877.444.1012** (TYY **1.800.325.5902**) |
| **Health Reimbursement Arrangement (HRA)** | • A bank-funded account you can use for eligible out-of-pocket health care expenses you or your eligible dependents incur.<br>• You must be enrolled in a Comprehensive Traditional Plan (Aetna or Kaiser Permanente), Consumer Directed Plan (Aetna or Kaiser Permanente), the Aetna Consumer Directed Out-of-Area Plan, the HMSA Hawaii PPO Plan or the Aetna Comprehensive Traditional Out-of-Area Plan.<br>• You must meet specific eligibility requirements.<br><br>**Bank of America Benefit Solutions**<br>Website<br>**benefitsolutions.bankofamerica.com**<br>Address<br>**P.O. Box 25165**<br>**Lehigh Valley, PA 18002-5165**<br>Member services<br>**1.866.791.0254** |
| **Health Savings Account (HSA)** | • A bank- or employee-funded account that provides a way for you to save on eligible out-of-pocket health care expenses you or your eligible dependents incur by paying with pre-tax dollars contributed by you or the bank each pay period.<br>• You must be enrolled in the Comprehensive High Deductible Plan (Aetna or Kaiser) or the Aetna Consumer Directed High Deductible Out-of-Area Plan.<br>• You must meet specific eligibility requirements.<br>• Employee contributions: A minimum of $1 per pay period up to the 2013 IRS maximums –<br>  – Employee only: $3,250<br>  – Family coverage: $6,450<br><br>**Bank of America Benefit Solutions**<br>Website<br>**benefitsolutions.bankofamerica.com**<br>Address<br>**PO Box 25165**<br>**Lehigh Valley, PA 18002-5165**<br>Member services<br>**1.866.791.0254** |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Introduction and resource summary

| Type of benefit / program | Overview and contact information |
|---|---|
| **Health Flexible Spending Account (Health FSA)** | • A bank or employee -funded account that provides a way for you to save on eligible out-of-pocket health care expenses you or your eligible dependents incur by paying with pre-tax dollars contributed by you from each paycheck.<br>• You must meet specific eligibility requirements.<br>• Employee contributions: A minimum of $1 per pay period up to the 2013 IRS maximum of $2,500.<br><br>**Bank of America Benefit Solutions**<br><br>Website<br>**benefitsolutions.bankofamerica.com**<br><br>Address<br>**PO Box 25165**<br>**Lehigh Valley, PA 18002-5165**<br><br>Member services<br>**1.866.791.0254** |
| **Associate basic and supplemental life insurance** | • Provides basic life insurance equal to your annual base pay at no cost to you.<br>• You can purchase supplemental coverage in multiples of your annual base pay plus eligible bonus.<br><br>**Aetna**<br><br>Website<br>**aetna.com**<br><br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br><br>Member services<br>**1.877.444.1012** |
| **Dependent life insurance** | • You may purchase life insurance for your spouse, domestic partner, or eligible dependent children.<br><br>**Aetna**<br><br>Website<br>**aetna.com**<br><br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br><br>Member services<br>**1.877.444.1012** |
| **Accidental death & dismemberment (AD&D) insurance** | • Provides a benefit if you, your spouse/domestic partner or child(ren) become paralyzed, dismembered or die as a result of an accident.<br><br>**Aetna**<br><br>Website<br>**aetna.com**<br><br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br><br>Member services<br>**1.877.444.1012** |
| **Business Travel Accident (BTA) insurance** | • Provides 24-hour coverage while traveling for Bank of America anywhere in the world (does not include everyday commuting).<br><br>**AIG Insurance**<br><br>Claims mailing address<br>**Chartis A&H Claims Dept.**<br>**PO Box 25987**<br>**Shawnee Mission, KS 66225**<br><br>Dedicated Travel Assist Toll-Free (within the U.S.)<br>**1-800-388-1243**<br><br>Dedicated Travel Assist Collect (outside the U.S.)<br>**1-817-826-7016**<br><br>AIG accident & health call center<br>**1.800.551.0824**<br><br>E-mail<br>**travelassist@aigbenefits.com**<br>**AHClaims@aig.com** |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Introduction and resource summary

| Type of benefit / program | Overview and contact information |
|---|---|
| **Employee Assistance Program (EAP) and LifeCare®** | • Provides confidential, short-term counseling for any personal issue, including marital or family conflict, stress or coping with grief after a loss.<br>• EAP is available 24 hours a day, 7 days a week, and allows for up to three face-to-face counseling sessions per incident at no cost.<br>• LifeCare is a resource and referral program designed to assist in balancing work, life and personal issues. Services include child and adult care referrals as well as legal and financial consultations and referrals. Specialists are available 24 hours a day, 7 days a week.<br><br>**EAP and LifeCare benefits**<br>Website<br>**aetnaeap.com** (Select program "Aetna EAP" and enter ID: EAP4BANK)<br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br>EAP Call Center<br>**1.877.444.1012**<br>LifeCare<br>**1.877.444.1012** |
| **Short-term Disability (STD)** | • Provides time off from work and benefits that replace a portion of income if an employee is disabled, up to a maximum of 26 weeks from the date of his or her disability, as determined by the STD Claims Administrator and a treating medical provider.<br>• After the seven-day waiting period, eligible employees may receive up to eight weeks of 100% base pay or annual benefits base rate (ABBR), then up to 17 weeks of 70% base pay or ABBR.<br><br>**Aetna**<br>Website<br>**aetna.com**<br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br>Member services<br>**1.877.444.1012** |
| **Long-term Disability (LTD) insurance** | • Provides full-time employees with basic LTD coverage equal to 50% of annual base pay or ABBR at no cost to the employee. If you are a full-time employee, you may purchase supplemental coverage on a before-tax basis.<br>• Part-time employees may purchase LTD coverage on a before-tax basis.<br>• The maximum monthly benefit under this Plan, together with all other income benefits, is $30,000.<br><br>**Aetna**<br>Website<br>**aetna.com**<br>Address<br>**1100 Abernathy Rd. NE, Suite 375**<br>**Building 500**<br>**Atlanta, GA 30328**<br>Member services<br>**1.877.444.1012** |

# Eligibility

As an eligible employee, you may elect the following health and insurance benefits during Annual Enrollment or when you become newly eligible:

- Medical
  - Health Savings Account (HSA)[1]: you must be enrolled in a Consumer Directed High Deductible Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed High Deductible Out-of-Area Plan and meet all other eligibility requirements
  - Health Reimbursement Arrangement (HRA): you must be enrolled in a Consumer Directed Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed Out-of-Area Plan to receive additional credits from the bank to your HRA (if eligible)
- Dental
- Vision
- Health Flexible Spending Account (Health FSA)
- Associate supplemental life insurance
- Spouse/domestic partner life insurance
- Dependent child life insurance
- Accidental death and dismemberment (AD&D) insurance
- Basic Long-term Disability (LTD) insurance (part-time employees only)
- Supplemental Long-term Disability (LTD) insurance (full-time and part-time employees)

**Note:** Dependent Care Flexible Spending Account and purchased time off can also be elected. See the *Bank of America Employee Handbook* for additional information.

All plans for which you are eligible are listed in the personalized enrollment materials you receive when you first become eligible for benefits and during Annual Enrollment. All eligible employees must complete the enrollment process to select their benefits by the deadline shown in their enrollment materials.

Some benefits are provided automatically to eligible employees, such as:

- Employee Assistance Program (EAP)
- Short-term Disability (STD) (subject to one year of continuous service)
- Basic Long-term Disability (LTD) (full-time employees only)
- Associate basic life insurance
- Business travel accident insurance

## Eligibility for health and insurance benefits

### Eligible employees

You are eligible for certain benefits depending on your work status. See below for definitions. For convenience, the terms defined below (**full-time**, **part-time**, **part-time working less than 20 hours** and **temporary**) will be used throughout this summary to indicate employee benefits eligibility.

- **Full-time:** An employee whose regularly scheduled hours, on a normal ongoing basis, are 37.5 or more per week (entered as weekly scheduled hours in the payroll system).
- **Part-time:** An employee whose regularly scheduled hours, on a normal ongoing basis, are 20 or more per week but less than 37.5 per week (entered as weekly scheduled hours in the payroll system). Part-time employees whose regularly scheduled hours are 20 or more per week generally are eligible for the health and insurance benefits described in this summary.
- **Part-time working less than 20 hours:** An employee whose regularly scheduled hours, on a normal ongoing basis, are less than 20 per week (entered as weekly scheduled hours in the payroll system). Part-time employees whose regularly scheduled hours are less than 20 generally are not eligible for the health and insurance benefits described in this summary.
- **Temporary:** A temporary employee who works at Bank of America on an hourly basis. Temporary employees generally are not eligible for the health and insurance benefits described in this summary.

If you are unsure which category applies to you, contact the Global HR Service Center.

**Generally, you are eligible for the health and insurance benefits described in this summary if you meet all the following requirements:**

- You are an active full-time or part-time employee under the company's personnel policies.
- You have completed one full month of continuous full- or part-time active employment, not including the month you began working. For example, if your first day of employment is in the month of May, you will be eligible for benefits on July 1[2].
  - For purposes of eligibility for medical plans, if you are absent from work due to a health factor, that time is counted as if you are actively at work for purposes of eligibility.
- You are working for a participating employer in the United States, or you are an international assignee whose designated home or host country is the United States.

**Note:** International assignees are eligible for certain benefits related to life and disability insurance. Please refer to your Letter of Understanding for confirmation of your benefits, or contact the International Benefits Team for additional information.

---

[1] The Health Savings Account (HSA) is not an ERISA-covered component plan.

[2] If you move from a part-time working less than 20 hours status to a part-time or full-time status in the month of May, you will be eligible for benefits on July 1.

**You are not eligible for the benefits described in this summary if:**
- You are a part-time working less than 20 hours employee
- You are a temporary employee
- You are a foreign national regularly employed outside the United States
- You are a U.S. citizen employed overseas on the payroll of an overseas facility

***Employees who reside in Guam, Hawaii, Puerto Rico and U.S. Virgin Islands***
- The information above applies to employees who reside in Guam, Hawaii, Puerto Rico and U.S. Virgin Islands, with the following exceptions: Employees who reside in Guam, Puerto Rico and U.S. Virgin Islands are not eligible for a health care account or to elect purchased time off.
- Employees who reside in Hawaii are not eligible for a health care account **except** for the Health FSA and Dependent Care FSA; please see **Health Care Accounts** and the *Bank of America Employee Handbook* for more detailed information.

**Rehired retirees**

If you are a current retiree of Bank of America or one of the bank's legacy companies and are rehired by Bank of America[3], you will no longer be eligible to maintain your retiree medical coverage (including retiree health care accounts) while actively employed.
- If you are rehired by the bank and are regularly scheduled to work 20 hours or more per week, you will become eligible for plans offered to active, U.S.-based, benefits-eligible bank employees (including medical, dental, vision, health care accounts and life insurance, among others). When you retire again in the future, your retiree medical, retiree dental, retiree vision, retiree health care accounts and, if applicable, retiree life insurance coverage will be available to you again in retirement, subject to plan and eligibility rules in effect at that time.
- If you are rehired by the bank and are a temporary employee or are regularly scheduled to work less than 20 hours per week, you will become eligible for medical plans and health care accounts offered to active, U.S.-based, benefits-eligible bank employees. However, your retiree dental, retiree vision and, if applicable, retiree life insurance benefits will remain in effect. When you retire again in the future, your retiree medical coverage (including retiree health care accounts) will be available to you again in retirement, subject to plan and eligibility rules in effect at that time.

Your eligibility for certain plans offered to active, benefits-eligible bank employees as described above is effective on your first day as an employee upon being re-hired.

## Eligible dependents

Dependents that are eligible for coverage under the health and insurance plans are defined as follows:
- **Children:** Your children qualify as your dependents if they are under age 26, whether or not they are students, are married or depend on you for primary financial support.
- **Spouse:** Your spouse is your legally married spouse as recognized under applicable state law.
- **Domestic partner:** A same or opposite sex individual qualifies as your domestic partner, for applicable health and insurance benefit plans, if all the requirements below are satisfied (or as provided by state law).
- **Other adult dependent:** An individual can qualify as your other adult dependent if he or she meets all the eligibility requirements below.

Your dependents in the armed services are not eligible for the medical, dental and vision plans.

*Children*
Children include natural children, legally adopted children, stepchildren and children placed with you for adoption or foster care. Other children who live with you, depend on you for primary financial support and who have a parent-child relationship with you (including a domestic partner's children and children for whom you are legal guardian) also may be enrolled.

Dependent children must be under age 26.

In most plans, you may also enroll your age 26 or older disabled unmarried children who depend on you for primary financial support and who have been continuously disabled by a physical or mental condition that began before age 26. You must submit medical proof of disability for the dependent child before coverage under this provision is effective and at reasonable intervals as requested by the Plan's claims administrator.

Normally, grandchildren cannot be enrolled as your dependents. However, grandchildren can be enrolled if they live with you, depend on you for primary financial support and you have assumed the parental role. You are considered to have assumed the parental role of your grandchild if one of the following applies:
- You have been appointed legal guardian of the grandchildren
- No parent of your grandchildren lives with you
- A parent of your grandchildren lives with you but is under 18 and also dependent on you for primary financial support

For health care accounts, the definition of eligible dependent under the Health Reimbursement Arrangement (HRA) and the Health Flexible Spending Account (Health FSA) includes participants' birth, adopted or placed for adoption, step and foster children under age 26.

The definition of eligible dependent child under a Health Savings Account (HSA) under the Internal Revenue Code only includes qualified tax dependents whom you can claim as dependents on your federal income tax return:
- Generally, your children qualify as your dependents for federal income tax purposes if they are unmarried, depend on you for primary financial support and are either under age 19 or full-time students under age 24.

For additional information about a child's eligibility under a health care account, see **Health Care Accounts**.

If you are uncertain if a child qualifies as your dependent, contact the Global HR Service Center.

---

[3] Applies if you are working for a participating employer in the United States, or you are an international assignee whose designated home or host country is the United States. Note that you are not eligible for U.S. benefits if you are a foreign national regularly employed outside the United States or you are a U.S. citizen employed overseas on the payroll of an overseas facility.

***Spouse / domestic partner***

Your spouse is your legally married spouse as recognized under applicable state law. A person ceases to be your spouse as of the date your marriage is legally terminated by divorce or annulment, or your spouse ceases to be your eligible dependent as of the date you are legally separated. Your ex-spouse is never eligible to be covered as your dependent, even if your divorce decree requires you to pay for or provide coverage for your ex-spouse.

For an individual to qualify as your domestic partner, you and that individual must meet all the conditions listed below (or be recognized as a domestic partner or civil union partner under applicable state or local laws):

- Have an exclusive, committed relationship that is expected to last indefinitely
- Live together
- Be responsible for each other's welfare on a continuing basis
- Not be of an age or related to each other in a way that would prohibit legal marriage
- Not be legally married to anyone else
- Not have had another domestic partner in the past six months (except in the case of death)

In general, same-sex spouses are treated like opposite sex spouses under Bank of America's health and life management benefit plans to the extent permitted under applicable law. However, in order to correctly report federal income taxes, a same-sex spouse who is not a tax dependent must be enrolled as a **domestic partner**. If you legally marry a same-sex individual in a state that permits the marriage, but you live in or move to a state that does not recognize the marriage, that individual will still be eligible for coverage as a domestic partner.

For additional information about a spouse's/domestic partner's eligibility under a health care account, see **Health Care Accounts**.

***Other adult dependent***

For an individual to qualify as your other adult dependent, that individual must:

- Be under age 65
- Be your dependent for federal income tax purposes. (To qualify for coverage in a given year, the individual must have been your tax dependent for the previous tax year and must continue to be your tax dependent for the current tax year.)
- Live with you and be considered a member of your family
- Not be eligible for, and not have declined or deferred, coverage through the Bank of America employee or retiree health care program

Other adult dependents may be covered as your dependent under most medical, dental, and vision plans. Most medical, dental and vision plans will cover either a spouse, domestic partner or other adult dependent; however the HMSA Hawaii PPO Plan and Triple-S Salud Plan only provide coverage to a spouse and/or domestic partner and not to an other adult dependent. Please see the medical plan summaries later in this summary for details and exceptions. For information regarding insurance coverage for other adult dependents, log in to My Benefits Resources or contact the Global HR Service Center.

**Verification of dependent status**

Bank of America reserves the right to request verification of dependent eligibility. You may be required to provide evidence of dependent eligibility, such as, but not limited to tax returns, marriage license, birth certificate, court order, adoption papers, proof of joint residency or certificate/affidavit of common-law marriage or eligibility for domestic partner or other adult dependent status.

**If a dependent becomes ineligible**

If a covered spouse, domestic partner, other adult dependent or dependent child becomes ineligible for coverage during the year (for example, you get divorced), **you must contact the Global HR Service Center within 31 calendar days of the loss of eligibility**. The individual(s) who become(s) ineligible for coverage will be dropped from your coverage, and may be eligible for continuation or conversion coverage as described in **Other important information**.

Coverage for an ineligible dependent ends as follows:

- Generally, the dependent's coverage ends at midnight on the last day of the month in which the dependent loses eligibility for coverage. For example, if the dependent's 26th birthday occurs on the first of the month, coverage ends the last day of that month at midnight.
- If your dependent receives benefits from a plan after the date coverage ends, you are responsible for reimbursing the plan for benefits provided during that period. The company reserves the right to seek recovery of any benefits paid under any plan to or on behalf of your ineligible dependents.
- Changes to your contribution amounts will be made as of the first day of the month on or after the date on which you notify the Global HR Service Center that your dependent is no longer eligible.

**Note:** If you get divorced or end a domestic partnership, your former spouse's/domestic partner's coverage generally ends at midnight on the last day of the month in which your divorce is finalized or your domestic partnership ends. If you get divorced or end a domestic partnership on the first day of the month, your former spouse's/domestic partner's coverage ends at midnight on the last day of the previous month.

If you do not inform the Global HR Service Center of a covered dependent's ineligibility within 31 calendar days of the loss of eligibility, the above changes still apply.

If you do not inform the Global HR Service Center of a covered dependent's ineligibility within 60 calendar days after the date the dependent's coverage would be lost due to becoming ineligible, such dependent will not be offered COBRA continuation coverage.

**Falsification of information**

If you or an enrolled dependent knowingly submit false information when enrolling in, changing or claiming health and insurance benefits, or if you fail to notify the Global HR Service Center that an enrolled dependent is no longer eligible for coverage, participation for you and your dependents may be immediately, retroactively and permanently canceled. In addition, the insurance company may deny coverage. Pending claims may not be paid and you must reimburse the plan for any previous claims incurred that should not have been paid. You may also be subject to disciplinary action by Bank of America, up to and including termination of employment. In addition, you may be asked to provide proof of dependent eligibility at a future date. The bank reserves the right to audit your dependent enrollment information at any time.

# Health and insurance coverage

This section describes when health and insurance coverage generally begins and ends, and includes other benefits coverage information. The **Short-term Disability** and **Long-term Disability** sections include additional coverage information for those plans. In addition, see the other individual plan sections for other requirements or limitations that may apply.

## When coverage begins

### Newly eligible employees

Coverage under the health and insurance plans for which you are eligible generally begins on the first day of the month after you have completed one full month of continuous full-time or part-time active employment, not including the month you began working. For example, if your first day of employment is in the month of May, your benefit coverage generally begins on July 1.[1] For purposes of eligibility for medical plans, if you are absent from work due to a health factor, that time is counted as if you are actively at work for purposes of eligibility.

For some benefits, coverage may not become effective until your first day of active work on or after the date you become eligible. Some benefits such as supplemental life insurance require approval from the life insurance company.

As noted in **Coverage if you do not select benefit elections**, if you are a newly eligible employee and do not submit your health and insurance benefit elections by the deadline shown in your enrollment materials, you will automatically receive the coverage described under the **No action taken by the deadline shown in your enrollment materials as a newly eligible employee** column, which, in most cases, means **no coverage at all** — including no medical coverage.

### Rehired employees

The length of the break in service for rehired benefits-eligible employees determines whether the employee will have the opportunity to make new health and insurance elections and when those elections will be in effect.

- Employees who are rehired **within less than 31 days**:
  - If you are rehired within the same month, health and insurance benefits will be reinstated on the first day of the next pay period following your rehire date.
  - If you are rehired in the month following your termination date, health and insurance benefits start the first day of the next pay period following your rehire date.
- Employees who are rehired **within more than 30 days and less than 181 days**:
  - Health and insurance benefits start the first of the month following your rehire date.
  - If you are rehired within the same plan year, your benefits that were in effect prior to your termination are re-instated automatically; however, you may make changes to your prior elections.
  - If you are rehired in the next plan year, then:
    - Any of your benefits that were in effect prior to your termination that are still offered to active, benefits-eligible employees are reinstated automatically.
    - Any of your benefits that were in effect prior to your termination that are not still offered to active, benefits-eligible employees are defaulted automatically to the coverage provided to active, benefits-eligible employees who did not submit elections during Annual Enrollment for that next plan year.
  - In any event, within 31 days of your rehire date you may make changes to the benefits that are automatically provided upon rehire.
  - Health Reimbursement Arrangement (HRA): Any account balance forfeited upon termination will be reinstated upon rehire in accordance with applicable plan rules, which include enrollment in a Comprehensive Traditional Plan (Aetna or Kaiser Permanente), a Consumer Directed Plan (Aetna or Kaiser Permanente), the Aetna Comprehensive Traditional Out-of-Area Plan, the Aetna Consumer Directed Out-of-Area Plan or the HMSA Hawaii PPO Plan to obtain access to any prior remaining balance.
  - Health Savings Account (HSA): If you had an HSA at the time of separation, you retained possession of the funds. In order to contribute to a Health Savings Account, you must enroll in a Consumer Directed High Deductible Plan (Aetna or Kaiser) or the Aetna Consumer Directed High Deductible Out-of-Area Plan and meet all other eligibility requirements.
  - Wellness activities: If you completed the wellness activities when you previously enrolled in medical benefits for the plan year, you will automatically maintain the wellness credit when your medical benefits for that plan year are reinstated. If you did not complete the wellness activities when you previously enrolled in medical benefits for the plan year, you will have a new opportunity to complete the wellness activities and receive the wellness credit on a prospective basis once both of your activities are completed. If you are rehired in a plan year for which you have not already completed the wellness activities, you will automatically receive the wellness credit and will have an opportunity to complete the wellness activities by your applicable deadline in order to maintain the credit.
- Employees who are rehired **after more than 180 days**:
  - Health and insurance benefits start the first of the month following one full month of continuous full-time or part-time employment, not counting the month of rehire.
  - Your benefits that were in effect prior to your termination are not re-instated automatically. You must make affirmative benefit elections in order to be covered.
- Employees who are rehired **after more than 180 days**:
  - Health and insurance benefits start the first of the month following one full month of continuous full-time or part-time employment, not counting the month of rehire.
  - Your benefits that were in effect prior to your termination are not re-instated automatically. You must make affirmative benefit elections in order to be covered.

---

[1] If you move from a part-time working less than 20 hours status to a part-time or full-time status in the month of May, you will be eligible for benefits on July 1.

- Health Reimbursement Arrangement (HRA):
  - ° If you did not meet the Rule of 60 when you terminated, the previous account balance was forfeited and will not be restored.
  - ° If you met the Rule of 60 when you terminated, your account was moved to a retiree account. Upon your rehire and enrollment in a Comprehensive Traditional Plan (Aetna or Kaiser Permanente), a Consumer Directed Plan (Aetna or Kaiser Permanente), the Aetna Comprehensive Traditional Out-of-Area Plan, the Aetna Consumer Directed Out-of-Area Plan or the HMSA Hawaii PPO Plan, your HRA will be moved back to an active status in accordance with applicable plan rules. If you do not enroll in those plans, your retiree HRA will be suspended and you will have access to the account balance when you retire again.
- Health Savings Account (HSA): If you had an HSA at the time of separation, you retained possession of the funds. In order to contribute to a Health Savings Account, you must enroll in a Consumer Directed High Deductible Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed High Deductible Out-of-Area Plan and meet all other eligibility rules.
- Wellness activities: If you completed the wellness activities when you previously enrolled in medical benefits for the plan year, you will automatically maintain the wellness credit when your medical benefits for that plan year are reinstated. If you did not complete the wellness activities when you previously enrolled in medical benefits for the plan year, you will have a new opportunity to complete the wellness activities and receive the wellness credit on a go-forward basis once both of your activities are completed.

**Rehired retirees**

As a rehired retiree, you will be eligible for medical plans and health care accounts offered to active, U.S.-based, benefits-eligible bank employees on your first day as an employee upon being rehired. Please see **Eligibility for health and insurance benefits / Rehired retirees** in the **Eligibility** section for additional information.

**Dependents**

You may enroll your eligible dependents in some of the health and insurance benefit plans offered to you. If you enroll your eligible dependents at the same time you enroll yourself, their coverage begins when your coverage begins. You can enroll eligible dependents when you first become eligible for coverage, during an Annual Enrollment period, or if your dependent has a qualified status change. See **Qualified status changes** for more information.

No person may be covered as a dependent of more than one Bank of America employee under particular types of coverage. You can elect one of four levels of coverage under the medical, dental and vision plans:

- You only
- You + child(ren)
- You + one adult
- You + one adult + child(ren)

You may elect different coverage levels for medical, dental and vision. For example, you can choose medical coverage for your family and dental or vision coverage for yourself only.

## Submitting benefit elections

All plans for which you are eligible are listed in the personalized enrollment materials you receive when you first become eligible for benefits and during Annual Enrollment. All eligible employees must complete the enrollment process to select their benefits by the deadline shown in their enrollment materials.

Certain benefits must be elected when you first become eligible and during Annual Enrollment:

- Medical
  - Health Savings Account (HSA)[2]: you must be enrolled in a Consumer Directed High Deductible Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed High Deductible Out-of-Area Plan and meet all other eligibility requirements
  - Health Reimbursement Arrangement (HRA): you must be enrolled in a Consumer Directed Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed Out-of-Area Plan to receive additional credits from the bank to your HRA (if eligible)
- Dental
- Vision
- Health Flexible Spending Account (Health FSA)
- Associate supplemental life insurance
- Spouse/domestic partner life insurance
- Dependent child life insurance
- Accidental death and dismemberment (AD&D) insurance
- Basic Long-term Disability (LTD) insurance (part-time employees only)
- Supplemental Long-term Disability (LTD) insurance (full-time and part-time employees)

**Note:** Dependent Care Flexible Spending Account and purchased time off also can be elected. See the *Bank of America Employee Handbook* for additional information.

Please see **Coverage if you do not submit health and insurance benefits elections** to understand what happens to your coverage for these benefits if you do not submit benefits elections by the deadline shown in your enrollment materials.

---

[2] The Health Savings Account (HSA) is not an ERISA-covered component plan.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Health and Insurance coverage

Some benefits are provided automatically to eligible employees, such as:
- Employee Assistance Program (EAP)
- Short-term Disability (STD) (subject to one year of continuous service)
- Basic Long-term Disability (LTD) (full-time employees only)
- Associate basic life insurance
- Business travel accident insurance

## Annual Enrollment period

Annual Enrollment is held each fall. It is your opportunity to review and make changes to your benefits for the upcoming year. The changes you make during Annual Enrollment generally will become effective January 1 of the next year.

For some benefits, if you are on a leave of absence on January 1, your new coverage elections will not take effect until you return to work. If you are enrolled in a company-sponsored plan and you change coverage during an Annual Enrollment period, and your employment ends (other than through retirement) before January 1 of the next year, your Annual Enrollment elections will not become effective. In this case, you will be offered continuation of coverage through COBRA for the group health plans in which you were enrolled on the date your employment ended, and you may be able to convert or port your life insurance.

You can make changes to your benefits elections outside of Annual Enrollment only if you experience a qualified status change. See **Qualified status changes** for more information.

## Coverage if you do not submit health and insurance benefit elections

As noted earlier, certain benefits must be elected when you first become eligible and during Annual Enrollment. The table below describes the coverage you will receive if you do not submit benefits elections by the deadline shown in your enrollment materials.

If you are a newly eligible employee and do not submit your health and insurance benefit elections by the deadline shown in your enrollment materials, as noted in the table below, you will automatically receive the coverage described under the **No action taken by the deadline shown in your enrollment materials as a newly eligible employee** column, which, in most cases, means **no coverage at all** — including no medical coverage.

For all other employees, if you do not submit your benefit elections within the time specified in your Annual Enrollment materials, you will automatically receive the coverage described in the below table under the **No action taken during Annual Enrollment** column.

| Benefit | No action taken by the deadline shown in your enrollment materials as a newly eligible employee | No action taken during Annual Enrollment |
|---|---|---|
| **Medical** (Includes Health Reimbursement Arrangement, if applicable. See **Health Care Accounts** for more information.) | No coverage | • **Currently enrolled** - Coverage level and plan currently in effect, or if your plan is no longer offered, then similar coverage. • **Not currently enrolled** - No coverage. |
| **Dental** | No coverage | • **Currently enrolled** - Coverage level and plan currently in effect, or if your plan is no longer offered, then similar coverage. • **Not currently enrolled** - No coverage. |
| **Vision** | No coverage | • **Currently enrolled** - Coverage level and plan currently in effect, or if your plan is no longer offered, then similar coverage. • **Not currently enrolled** - No coverage. |
| **Associate basic life insurance** | Coverage equal to one times annual base pay | • **Currently enrolled** - Coverage option currently in effect. |
| **Associate supplemental life insurance** | No coverage | • **Currently enrolled** - Coverage option currently in effect. • **Not currently enrolled** - No coverage. |
| **Accidental death and dismemberment** | No coverage | • **Currently enrolled** - Coverage option currently in effect. • **Not currently enrolled** - No coverage. |
| **Spouse/domestic partner life insurance** | No coverage | • **Currently enrolled** - Coverage option currently in effect. • **Not currently enrolled** - No coverage. |
| **Dependent child life insurance** | No coverage | • **Currently enrolled** - Coverage option currently in effect. • **Not currently enrolled** - No coverage. |
| **Health Flexible Spending Account** | No employee contributions; applicable bank contributions if eligible | • **Currently enrolled** - Contribution amount currently in effect. • **Not currently enrolled** - No coverage. |
| **Health Savings Account** (See **Health Care Accounts** for more information.) | No employee contributions; applicable bank contributions if eligible | • **Currently enrolled** - Contribution amount currently in effect if eligible. • **Not currently enrolled** - No coverage. |
| **Long-term Disability** | **Basic Long-term Disability:** Coverage is automatic if you are a full-time employee; no coverage if you are a part-time employee  **Supplemental Long-term Disability:** No coverage | • **Currently enrolled** - Coverage option currently in effect. • **Not currently enrolled** - No coverage. |

**Note:** See the *Bank of America Employee Handbook* for information on Dependent Care Flexible Spending Account and purchased time off, and to understand what happens to your coverage for these benefits if you do not submit benefits elections by the deadline shown in your enrollment materials.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Health and insurance coverage

## Important information for specific circumstances

**If your spouse or domestic partner also works for the company, you have one of two options:**
- Each of you may enroll individually as employees, in the same plan or in different plans. You may not both enroll each other as a dependent. Children can be enrolled by only one of you.
- One of you may enroll in a plan as the employee, enroll the other as a spouse or domestic partner and enroll eligible children as dependents in that same plan. If you elect this option and lose coverage, your spouse or domestic partner will be allowed to elect coverage as an employee and enroll you and eligible children as dependents.

**Spouse or domestic partner coverage election**

| If one spouse/domestic partner elects | The other spouse/domestic partner can choose |
|---|---|
| No Coverage | Any |
| You Only | You Only or You + Child(ren) |
| You + One Adult | No Coverage |
| You + Child(ren) | You Only |
| You + One Adult + Child(ren) | No Coverage |

**If your dependent child also works for the company**
- Dependent children who are full-time or part-time employees may either enroll as employees, or may be enrolled in your plan as dependents if they meet the eligibility criteria.

**If you are age 65 or older**
- Active employees and their spouses or domestic partners age 65 and older do not have to be enrolled in Medicare Parts A and B to enroll in a company-sponsored medical plan. Other adult dependents age 65 or older are not eligible for enrollment in a company-sponsored medical plan.

**If you are disabled and qualify for Medicare**

If you are disabled (and not actively working) and are eligible for Medicare coverage because of your disability, the company-sponsored medical plan assumes that you are enrolled in Parts A and B of Medicare and use providers who accept Medicare. Medicare will pay benefits first, and the company-sponsored medical plan will be the secondary payer. If you or your covered dependent(s) are eligible for Medicare and do not enroll in Medicare, or do not use providers who accept Medicare, you will be responsible for paying the portion of medical expenses Medicare otherwise would have paid.

**Note:** You are responsible for contacting Medicare to confirm your eligibility, and to apply for Medicare and Social Security benefits. Contact Medicare at **medicare.gov**.

## Qualified status changes

Generally, you may not change your health and insurance coverage between Annual Enrollment periods. However, if you experience certain changes in your life (referred to as 'qualified status changes') during the plan year (January 1 through December 31), you may be able to adjust your health and insurance benefit elections or they may be adjusted automatically. Government regulations strictly limit which events are qualified status changes and what types of changes you can make. Most requested changes in health and insurance benefit elections must be on account of and correspond with your qualified status change. For example, after the birth of a child, you may add the child to your existing medical plan. However, generally you cannot change to a new medical plan. For more information, contact the Global HR Service Center.

> **If you do not provide notification within 31 days of the qualified status change, you will not be able to make changes to your health and insurance coverage (including adding any newly eligible dependents, such as a newborn) until the next Annual Enrollment period.**

The following are examples of qualified status changes:
- You gain or lose a dependent (through marriage, birth, adoption, placement for adoption, death, divorce, legal separation or annulment)
- You have a change between full-time or part-time, and part-time working less than 20 hours
- You begin or return from an unpaid leave of absence
- You terminate and are rehired more than 30 days but less than 181 days after your termination date
- You move to a new location outside your current medical, dental or vision network
- You or your spouse receives a judgment, decree or court order requiring coverage to be provided for an eligible dependent child
- You or your spouse's COBRA coverage from another employer expires
- You lose eligibility under your parent's plan
- You or your spouse or dependents experience a significant curtailment or termination of medical, dental or vision coverage
- You or one of your eligible dependents dies
- Your dependent ceases to be eligible for coverage
- Your spouse or dependent gains or loses coverage through employment or Medicare
- Your spouse or dependent experiences a significant increase in coverage cost
- Your spouse or dependent starts or returns from a strike or lockout
- Your spouse or dependent changes coverage under another employer's plan due to a qualified status change, or during that plan's open enrollment period that does not correspond with the Bank of America open enrollment period
- While on severance, if you gain eligibility for and enroll in healthcare coverage through another employer, you may drop your Bank of America healthcare coverage

**Action required when you have a qualified status change**

Some health and insurance benefit election changes may require you to provide evidence of insurability. If you have a qualified status change, you will need to apply for health and insurance benefit election changes within 31 days of the change by calling the Global HR Service Center or by going to My Benefits Resources. You are not required to provide documentation when applying for the change, but you should keep your documentation in case you are required later to provide a copy as evidence of the event.

If you lose a dependent or your dependent no longer qualifies for coverage, it is your responsibility to advise the Global HR Service Center when your dependent's eligibility changes and he or she no longer qualifies for coverage (for example, upon divorce, dissolution of domestic partnership). See **If a dependent becomes ineligible** in the **Eligibility** section for information regarding when a dependent's coverage ends, when changes to payroll contributions are reflected and the consequences of failing to notify the Global HR Service Center within 31 days of such an eligibility change.

For more information, contact the Global HR Service Center.

**When benefits coverage changes are effective**

In general, your change in benefits coverage that corresponds to your qualified status change is effective the first day of the month following or coincident with the date of the event. However, coverage added for newborn or adopted children is effective on the date of birth, adoption or placement for most benefits. Coverage dropped for deceased dependents is effective on the date of death.

When retroactive changes to medical coverage are required (such as upon receipt of a Qualified Medical Child Support Order), the retroactive change can go back no more than 60 days.

**When contribution changes are effective**

In general, any change in required contributions due to your change in benefits coverage that corresponds to your qualified status change is effective on the same date that your change in benefits coverage is effective, as described in the above section, **When benefits coverage changes are effective**. However, retroactive contribution changes are effective as follows:

- Any retroactive increase in required contributions must be paid on an after-tax basis except in the event of birth, adoption or placement for adoption. For those events, retroactive contributions can and will be paid on a before-tax basis for certain benefits (see the **Contributions and funding** column in the table in **ERISA-covered component plans** in the **ERISA information** section).
- Any decrease in required before-tax contributions due to a change in benefits coverage that has a retroactive effective date cannot result in a refund of before-tax contributions already paid. Such decrease in required before-tax contributions can and will only be effective prospectively.

## Paying for coverage

**How pre-tax contributions work**

You make your contributions for certain health and insurance benefits, such as medical, dental and vision coverage, AD&D insurance, LTD, Health FSA[3] and HSA[3] on a pre-tax basis. This means you do not pay taxes (including FICA/Social Security) on the amount of your contributions.

The table below shows the advantages of making contributions on a pre-tax basis. The individual in this example has more take-home pay by paying for certain benefits with money that is not taxed. Because rates vary according to each individual's situation, your savings may be more or less.

**Example of pre-tax contributions savings for employee only coverage in 2013**

| Example | Contributions with post-tax dollars | Contributions with pre-tax dollars |
|---|---|---|
| Taxable income | $50,000 | $50,000 |
| Pre-tax contributions for benefits | (0) | (1,500) |
| Taxable income (reduced by pre-tax contributions) | 50,000 | 48,500 |
| Federal income tax withheld (25%) | (12,500) | (12,125) |
| State income tax withheld (5%) | (2,500) | (2,425) |
| FICA/Social Security (7.65%) | (3,825) | (3,710.25) |
| Post-tax contributions for benefits | (1,500) | (0) |
| Take-home pay | $29,675 | $30,239.75 |

**Note:** Employees who reside in Puerto Rico cannot pay for medical, dental, vision, AD&D and LTD coverage on a pre-tax basis; rather, they must pay for such coverage on a post-tax basis.

**Note:** See the *Bank of America Employee Handbook* for information about pre-tax contributions for Dependent Care Flexible Spending Account and purchased time off.

---

[3] You make your contributions to a Health FSA and HSA on a pre-tax basis as allowed by state law.

## Calculating cost and coverage amounts for insurance benefits

Your current annual base pay is used to determine the cost and coverage amounts of associate life, AD&D and LTD insurance. This means that if your annual base pay changes after the date used for Annual Enrollment, or during the plan year, your costs and coverage amounts for associate basic life, associate supplemental life, AD&D and LTD will also change. Your new cost for coverage will be deducted from your first pay in January, or in the pay period following your annual base pay change, if later. You must be actively at work the day that coverage, or an increase in coverage, becomes effective.

**Annual base pay**

For certain benefits, your annual base pay is used to calculate your coverage amount. Your annual base pay is your annual salary, rounded to the nearest dollar.

If you are a non overtime-eligible (exempt) full- or part-time employee, your annual base pay is 12 times your monthly salary rate. If you are an overtime-eligible (non-exempt) full- or part-time employee, your annual base pay is equal to 52 times your weekly projected average hours, times your hourly rate. Your weekly projected average hours are represented by your standard hours in eWorkplace. You are responsible for accurately reporting all time worked, to the minute, including paid and unpaid time off, even if it matches your default schedule.

For international assignees eligible for these plans, the definition of annual base pay does not include any allowances or special payments associated with an international assignment.

**About your eligible bonus amount**

For 2013, associate supplemental life, AD&D and LTD insurance coverage amounts, your eligible bonus amount consists of any performance-based, benefits-eligible cash incentives and special equity awards, earned for 2011 and paid by June 30, 2012. Your eligible bonus amount remains fixed for the plan year.

**Annual Benefits Base Rate**

For certain commissioned employees, the company will determine an Annual Benefits Base Rate (ABBR) for benefits purposes. ABBR is used to determine coverage amounts for insurance benefits. These insurance benefits include associate basic life, associate supplemental life, AD&D, STD and LTD.

ABBR is based on benefits-eligible compensation earned in the performance year prior to your enrollment period (i.e., performance year 2011 for 2013 benefits) and is reviewed and updated periodically. Employees for whom ABBR applies will receive information about ABBR in early October each year.

For 2013, Bank of America calculated an ABBR for employees in certain roles as of June 30, 2012 (determined by compensation plan structure and identified by job code). A base salary may not adequately represent cash compensation for employees in these roles:

Global Wealth & Investment Management (GWIM):
- Financial Advisor (FA)
- Investment Associate (IA)
- Practice Management Development Associate (PMD)
- Producing manager (RD, ARD or other producing manager)

Home Loans & Insurance (HL&I):
- Senior Home Loan Manager
- Home Loan Manager
- Retail Sales Manager
- Reverse Sales Manager
- Wholesale Lending Account Executive
- Joint Venture Builder Mortgage Loan Officer
- Mortgage Loan Officer
- Reverse Mortgage Loan Officer
- Mortgage Loan Associate
- Mortgage Loan Specialist
- Senior Mortgage Loan Officer

To confirm your role and whether you have an ABBR, or for specific coverage amounts and costs for the current year, visit My Benefits Resources (**mybenefitsresources.bankofamerica.com**) or contact the Global HR Service Center. The Global HR Service Center can also provide your ABBR amount, if applicable.

**Performance year cash compensation**

Performance year cash compensation (PYCC) determines your available medical plans and your medical costs. Additionally, the amount the bank will contribute to your health care account is based on your PYCC, the plan you elect and the coverage level you elect.

PYCC for the 2013 plan year is:
- Your base salary as of Dec. 31, 2011 (or your date of hire, if later), plus
- Any benefits-eligible cash incentives, such as most cash commissions and any annual cash bonus, earned for 2011 and paid by June 30, 2012 (or your base salary and benefits-eligible cash incentives as of your initial date of disability, if you were disabled prior to Jan. 1, 2012). Benefits-eligible cash incentives include most cash commission pay and any annual cash bonus earned for performance year 2011.
- Any changes to your base salary in 2012 or 2013 will not impact the PYCC amount used to determine your available medical plans and costs for 2013.

The PYCC calculation for health insurance coverage does not include:
- Overtime pay
- Premium Pay, including pay for shift differentials and language differentials
- Relocation benefits
- Hire-on awards (including upfront loans and service bonuses for Financial Advisors)
- Retention awards
- Key Associate Stock Plan (KASP) awards
- Long-term equity awards (including special equity awards)
- Long-term cash awards
- Rewarding Success® awards
- Global Recognition awards

If you have an ABBR calculated for you for the 2013 plan year, that ABBR amount is the PYCC that is used to determine your available medical plans and costs for 2013. For individuals who had an ABBR amount on the date they first became disabled, that ABBR amount is the performance year cash compensation that is used to determine your available medical plans and costs for 2013.

***PYCC determines available medical plans***
Separate medical plans are available to you based on your PYCC. See below for a list of available medical plans by PYCC. See **Aetna medical plans**, **Kaiser Permanente medical plans**, **HMSA Hawaii PPO Plan** and **Triple-S Salud Plan** for an overview of benefit coverage under the available medical plans.

If your PYCC is less than $100,000 you have access to the medical plans listed below, depending on your home location:
- Aetna Comprehensive Traditional Plan
- Aetna Comprehensive Traditional Out-of-Area Plan
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Directed High Deductible Out-of-Area Plan
- Kaiser Comprehensive Traditional Plan
- Kaiser Consumer Directed Plan
- Kaiser Consumer Directed High Deductible Plan
- HMSA Hawaii PPO Plan
- Triple-S Salud Plan

If your PYCC is $100,000 or more, you have access to the medical plans listed below, depending on your home location:
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Directed High Deductible Out-of-Area Plan
- Kaiser Consumer Directed Plan
- Kaiser Consumer Directed High Deductible Plan
- HMSA Hawaii PPO Plan
- Triple-S Salud Plan

**Note:** Availability of medical plans is also based on your location. See **Aetna medical plans**, **Kaiser Permanente medical plans**, **HMSA Hawaii PPO Plan** and **Triple-S Salud Plan** for additional details.

**Imputed income**

The value of certain benefits is considered imputed income, which means you pay taxes on the value of that coverage. You will have imputed income if your company-paid associate basic life insurance coverage is more than $50,000. The value of coverage for a domestic partner or same-sex spouse and/or their children who are not your tax dependents is considered imputed income for purposes of medical, dental, vision, AD&D insurance, as well as the value of any bank contribution to your HRA, to the extent you are not paying the full value of such coverage on an after-tax basis. If you are enrolling a domestic partner or same-sex spouse and/or their children who qualify as your dependents under federal law for purposes of health care coverage, notify the Global HR Service Center.

Eligible employees based in the U.S. who elect to cover a same-sex domestic partner/same-sex spouse and/or same-sex domestic partner's/same-sex spouse's children through the company's medical (including HRA), dental, vision or AD&D plans will be eligible for a reimbursement to offset the additional required tax paid by the employee for that coverage. Reimbursement will occur in the first quarter following the plan year for which the coverage was effective. Reimbursement is not available with respect to opposite-sex domestic partner coverage.

In addition, certain participants have imputed income on a portion of their dependent life insurance coverage.

If imputed income affects you, you will see it on your pay notification and W-2 form. For more information, call the Global HR Service Center or contact a tax adviser. Some states may have different rules for imputed income for state income tax purposes.

## Coverage if you change to a part-time working less than 20 hours position

If you change from a full-time or part-time position working at least 20 hours per week to a part-time working less than 20 hours per week position, you are no longer eligible for health and insurance benefits. Your coverage for those benefits ends on the last day of the month in which your status changes, unless the change occurs on the first day of the month. If your status change occurs on the first day of the month, your coverage ends on the last day of the previous month.

If you are enrolled in medical, dental or vision coverage or a Health Flexible Spending Account (Health FSA), you may elect to continue each of these coverages under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). You may also be able to convert or port your life insurance. Please refer to **Continuation and conversion coverage** in the **Other important information** section.

## Tobacco-User Rate

The Tobacco-User Rate applies to the following plans:
- Aetna medical plans (not including the Aetna International Health Plan)
- Kaiser Permanente medical plans
- Associate supplemental life insurance

When you enroll in an Aetna or Kaiser Permanente medical plan and/or associate supplemental life insurance, you will be required to acknowledge whether or not you use tobacco products. By acknowledging you use tobacco, your costs for medical coverage will be higher than if you do not use tobacco. The premium increase will be split equally for all pay periods. If you become newly eligible during the year, the amount of the increase depends on the date your benefits become effective and will be prorated for the remaining pay periods.

If you have used any type of tobacco product in the last 12 months (including but not limited to: cigarettes, cigars, pipes, chewing tobacco, snuff, dip and loose tobacco smoked through a pipe), you must select that you are a tobacco user and will pay the Tobacco-User Rate for medical plan per-pay-period costs and Tobacco-User Rates for associate supplemental life insurance per-pay-period costs effective Jan. 1 (or if you become newly eligible during the year, as of the date your benefits become effective).

**Note for medical coverage only:** If your physician attests to the fact that it is unreasonably difficult due to a medical condition for you to stop using tobacco products to avoid the Tobacco-User Rate, or that it is medically inadvisable for you to attempt to stop using tobacco products to avoid the Tobacco-User Rate, a reasonable alternative standard will be provided or the Tobacco-User Rate may be waived in favor of the non-tobacco user reduced rate for medical coverage. For more information and to obtain the required form, which must be completed by your physician and submitted prior to the end of your enrollment opportunity, contact the Global HR Service Center.

## When your coverage ends

If your employment ends for reasons other than retirement, coverage generally ends on the last day of the regular pay period in which your last day of employment occurs, provided you have paid for coverage for that period. See **Leaving Bank of America** for more information.

If you retire, your employee coverage generally ends at the end of the month in which your last day of employment occurs. If you retire on the first day of the month, your coverage ends on the last day of the previous month.

In other situations, coverage generally ends at the end of the month in which one of the events listed below occurs, provided that you have paid for coverage for that month. If the event occurs on the first day of the month, coverage ends the last day of the previous month.

These rules generally apply to the following events:
- You change from a full-time or part-time position to a part-time working less than 20 hours position
- You cancel your coverage (restrictions apply)
- Bank of America ceases to offer group health and insurance benefits
- You are on a non-medical paid or unpaid leave of absence for more than 26 weeks
- You are on a paid or unpaid medical leave of absence for more than 24 months
- Your dependent ceases to satisfy the dependent eligibility requirements (i.e., upon divorce or a dependent child exceeding the applicable maximum age)

If you receive benefits from a plan after the date coverage ends, you are responsible for reimbursing the plan for benefits provided during that period. You may be eligible for continuation or conversion coverage as described in **Other important information**.

## Termination for non-payment (TNP)

Your coverage will end if you do not pay the required employee contributions toward the cost of health care coverage for 30 days. If this occurs, your coverage may be canceled retroactively as of the end of the last period for which you had paid for coverage. Health plans may require you to repay any claims paid by the plan after the date as of which your coverage is canceled.

Contact the Global HR Service Center with any questions regarding when your coverage will end for a specific benefit(s).

## Restrictions on rescissions under active medical plans

Your coverage (or your eligible dependents' coverage) under Bank of America's active medical plans will not be retroactively terminated or canceled unless:
- You fail to pay the total amount of your required contributions in full,
- The Plan Administrator finds that you committed fraud against the plan, or
- The Plan Administrator finds that you made an intentional misrepresentation of a material fact to the plan.

If the Plan Administrator finds that you committed fraud against the plan or made an intentional misrepresentation of a material fact to the plan and thereby decides to retroactively terminate or cancel your coverage, you will be provided 30 days advance written notice before your coverage is actually retroactively terminated or cancelled so that you can appeal the Plan Administrator's findings and decision, if you so choose.

# Aetna medical plans

This section describes coverage provided by the Aetna medical plans. The medical plans available to benefits-eligible employees are determined by location and performance year cash compensation (PYCC).

Coverage and benefit information for each Aetna medical plan is described in the **Plan-specific sections**. The **Detailed coverage information for Aetna medical plans** includes additional information applicable to **all** Aetna plans.

**Table of Contents**

- Aetna Comprehensive Traditional Plan
- Aetna Comprehensive Traditional Out-of-Area Plan
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Direct High Deductible Out-of-Area Plan
- Detailed coverage information for Aetna medical plans
    - Important information for Aetna medical plans
    - Covered medical services
    - Medical expenses not covered by Aetna medical plans
    - Provisions and definitions

## Medical plan availability based on location

The Aetna **Out-of-Area** Plans are only offered to US-based employees whose home zip code falls outside the Aetna network provider service area.

International Assignees, as well as benefits-eligible employees who reside in Guam and the U.S. Virgin Islands, have access to the **Aetna International Health Plan**. The summary plan description for this Plan is provided to those employees separately.

## Medical plan availability based on PYCC

See **Health and insurance coverage** for further information on PYCC. Your PYCC also determines your medical costs.

**Plans available to employees with a PYCC of less than $100,000**

If your PYCC is less than $100,000 you have access to the medical plans listed below, depending on your home location as referenced above:
- Aetna Comprehensive Traditional Plan
- Aetna Comprehensive Traditional Out-of-Area Plan
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Directed High Deductible Out-of-Area Plan

**Plans available to employees with a PYCC of $100,000 or more**

If your PYCC is $100,000 or more, you have access to the medical plans listed below, depending on your home location as discussed above:
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Directed High Deductible Out-of-Area Plan

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 21 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                          **Comprehensive Traditional**

# Aetna Comprehensive Traditional Plan

The Aetna Comprehensive Traditional Plan (the "Plan") is a Preferred Provider Organization (PPO) Plan, which offers access to Aetna's network of providers and the flexibility to use doctors and other providers outside the network. There is no need to select a primary care doctor or get referrals to specialists. If you choose to use an in-network provider, you receive a higher benefit than if you choose to use an out-of-network provider.

**Effective Jan. 1, 2013, this plan is only available to employees with a performance year cash compensation (PYCC) of less than $100,000.**

## In-network coverage

- To comply with health care legislation, as well as to enhance the value of your medical coverage and your overall health, the plan assumes the full cost of in-network preventive care, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. The following in-network preventive care is covered at 100%:
  - Two adult routine physical exams for covered individuals (see **Preventive care** in the **Provisions and definitions** section).
  - Examinations and immunizations for well-child care at intervals according to Plan schedule.
  - Adolescent immunizations.
  - Adult preventive immunizations in accordance with established age appropriate preventive guidelines.
  - Annual well-woman examinations (office visits).
  - Screening mammograms.
  - Preventive lab tests and X-rays. Please note that certain labs and X-rays that are diagnostic in nature may be ordered by your physician. These will be covered at 80% after applicable deductible.
  - Breast feeding support.
  - Certain types of counseling (refer to **Covered medical services**).
  - Prenatal office visits.

  To determine whether a service is considered preventive care and will be covered at 100% in-network, refer to the *Clinical Policy Bulletin* at **aetna.com**.

- You pay a $15 copayment when you see a network doctor for primary care (such as a doctor of internal medicine, a family practitioner, pediatrician or an OB/GYN). You pay a $25 copayment when you see a network doctor for specialist care.
- You will pay a copayment for prescription drugs. For more information on prescription drug coverage, see the **Plan summary** table and **Prescription drug coverage** later in this section.
- Before the Plan covers other care (such as hospital care or emergency room visits), you pay an annual deductible of $500 per individual or $1,000 per family. Then, the Plan pays 80% of your eligible network medical costs; you pay the remaining 20%.
- When one person in a family reaches the $500 individual deductible, the Plan begins paying benefits for covered in-network services at 80% for that individual. To reach the family deductible, another family member or any combination of family members must incur an additional $500 in covered expenses to reach the $1,000 family deductible. Once the $1,000 family deductible is met, the whole family is covered at 80%. One person in a family may not meet the full $1,000 family deductible alone using in-network services only. In-network expenses that apply toward your in-network deductible also apply toward your out-of-network deductible, and vice versa.
- The most you will pay out-of-pocket for covered network services during the calendar year (the out-of-pocket maximum) is $2,000 per individual or $4,000 per family, including the annual deductible but not including copayments. Out-of-pocket expenses that apply toward your in-network out-of-pocket maximum also apply toward your out-of-network out-of-pocket maximum.
- When one person in a family reaches the $2,000 individual out-of-pocket maximum, the Plan begins paying benefits for covered in-network services at 100% for that individual, not including copayments. To reach the family out-of-pocket maximum, another family member or any combination of family members must incur an additional $2,000 in covered expenses to reach the $4,000 family out-of-pocket maximum. Once the $4,000 family out-of-pocket maximum is met, the whole family is covered at 100%, not including copayments. One person in a family may not meet the full $4,000 family out-of-pocket maximum alone using in-network services only.
- Copayments, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the annual deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- You have no claim forms to file for services provided by an in-network provider. The physician and/or facility will file these claims with Aetna for you.
- Precertification is required prior to receiving certain services and must be submitted by your provider. See **Precertification requirements** in the **Important information for Aetna medical plans** section of this summary for precertification details.
- The Aetna network includes a wide range of doctors representing all essential specialties. If specialty care becomes necessary, you may ask your primary physician to refer you to a specialist, or you can choose your own.
- If a physician in the Aetna network refers you to a specialist, it is your responsibility to check with Aetna to be sure the specialist is a network provider. You will not receive the higher in-network benefits because an in-network doctor referred you, unless the specialist is also in the Aetna network.
- Many radiologists, anesthesiologists and pathologists are not part of the Aetna network, even though their services may be provided at an in-network hospital. The Plan will still pay 80% of the covered reasonable and customary expenses, subject to the deductible for radiologists, anesthesiologists and pathologists, when services are provided at an in-network facility.
- Clinics or centers (for example, outpatient, psychiatric, women's, etc.) that are on the same grounds or near an in-network hospital may not be directly associated with the hospital. You will receive the lower out-of-network benefit if you use a facility that is not an in-network provider, regardless of its location.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 22 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                               **Comprehensive Traditional**

---

> **How to find in-network providers**
>
> To find providers in your area who participate in the Aetna network, visit **DocFind®** at **aetna.com/bankofamerica**, **log on to Aetna Navigator at www.aetna.com** or call the number on your ID card. Aetna continually updates and expands its network; if your current doctor does not participate, ask him or her to join or nominate him or her at **DocFind**.

## Out-of-network coverage

- You must submit a claim form for out-of-network services.
- Services including primary and specialist care, outpatient surgery, emergency room visits and hospitalizations are covered at 60% of reasonable and customary limits after you meet your $1,000 individual or $2,000 family deductible.
- You will not have the advantage of lower, negotiated rates for services rendered. Any charges above reasonable and customary limits will be your responsibility. See **Reasonable and customary** in the **Provisions and definitions** section for details.
- When one person in the family reaches the $1,000 individual out-of-network deductible, the plan begins paying benefits for covered out-of-network services at 60% of reasonable and customary limits for that individual. To reach the family deductible, another family member or any combination of family members must incur an additional $1,000 in covered expenses to reach the $2,000 family deductible. Once the $2,000 family deductible is met, the whole family is covered at 60% of reasonable and customary limits. One person in a family may not meet the full $2,000 family deductible alone.
- Out-of-network expenses that apply toward your out-of-network deductible also apply toward your in-network deductible.
- The most you will pay out-of-pocket for covered out-of-network services during the calendar year (the out-of-pocket maximum) is $4,000 per individual or $8,000 per family, including the annual deductible but not including copayments. Out-of-pocket expenses that apply toward your out-of-network out-of-pocket maximum also apply toward your in-network out-of-pocket maximum.
- When one person in a family reaches the $4,000 individual out-of-pocket maximum, the Plan begins paying benefits for covered services at 100% for that individual, not including copayments. To reach the family out-of-pocket maximum, another family member or any combination of family members must incur an additional $4,000 in covered expenses to reach the $8,000 family out-of-pocket maximum. Once the $8,000 family out-of-pocket maximum is met, the whole family is covered at 100%, not including copayments. One person in a family may not meet the full $8,000 family out-of-pocket maximum alone.
- Copayments, out-of-network charges above reasonable and customary limits, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- You must obtain precertification for hospital stays and other services. See **Precertification requirements** in the **Detailed coverage information for Aetna medical plans** section for details.

# Aetna Comprehensive Traditional Plan summary

## Benefits coverage under the Aetna Comprehensive Traditional Plan

The information in the plan summary below provides an overview of the benefit coverage under the Aetna Comprehensive Traditional Plan but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions and limitations and other provisions for this plan are covered in **Detailed coverage information for Aetna medical plans** at the end of this section.

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| Lifetime maximum | Unlimited | Unlimited |
| **Precertification** | | |
| **Precertification required for all inpatient admissions and some other services.** See **Precertification requirements** in the **Detailed coverage information for Aetna medical Plans** section. | Must precertify hospital admissions; other services may not be covered if not precertified | Must precertify hospital admissions - $500 penalty per occurrence if not precertified; other services may not be covered if not precertified |
| **Plan facts** | | |
| **Plan type** | Preferred Provider Organization | Preferred Provider Organization |
| **Website** | **aetna.com** | **aetna.com** |
| **Member services** | **1.877.444.1012** | **1.877.444.1012** |
| **Nurseline** | **1.800.556.1555** | **1.800.556.1555** |
| **Extended family benefits** | | |
| **Domestic partner (same or opposite sex)** | Yes | Yes |
| **Other adult dependent** | Yes | Yes |
| **Calendar year deductible (excludes medical and pharmacy copayment)** | | |
| **Per individual** | $500 | $1,000 |
| **Per family** | $1,000 | $2,000 |
| **Out-of-pocket maximum (includes deductible, excludes medical and pharmacy copayment)** | | |
| **Per individual** | $2,000 | $4,000 |
| **Per family** | $4,000 | $8,000 |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Comprehensive Traditional**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Provider requirements** | | |
| **Primary care physician (PCP) required** | No | No |
| **Ability to self refer to OB/GYN** | Yes | Yes |
| **Ability to self refer to specialists** | Yes | Yes |
| **Primary and preventive care** | | |
| **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. <br><br> Please also see **Preventive care** in the **Provisions and definitions** section for more information. | | |
| **Office visits - Primary physician** | Plan pays 100% of covered services after $15 copayment per visit | Plan pays 60% of covered services after deductible |
| **Office visits - Specialist** | Plan pays 100% of covered services after $25 copayment per visit | Plan pays 60% of covered services after deductible |
| **Office surgery** | Plan pays 100% of covered services after the following copayments: <br> $15 copayment — Primary care physician office visit <br> $25 copayment — Specialist office visit | Plan pays 60% of covered services after deductible |
| **Preventive examinations** | Plan pays 100% of covered services; deductible and copayment waived; two preventive exams per calendar year | Play pays 60% of covered services after deductible; two preventive exams per calendar year |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; deductible and copayment waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible; frequency according to Plan schedule |
| **Immunizations** | Plan pays 100% of covered services; deductible and copayment waived; frequency of covered immunizations according to Plan schedule | Plan pays 60% of covered services after deductible; frequency of covered immunizations according to Plan schedule |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; deductible and copayment waived; one routine GYN exam per year with one pap smear and related lab fees | Plan pays 60% of covered services after deductible; one routine GYN exam per year with one pap smear and related lab fees |
| **Preventive mammogram** | Plan pays 100% of covered services; deductible and copayment waived; one annual mammogram for women age 35 and over | Plan pays 60% of covered services after deductible; one annual mammogram for women age 35 and over |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services; deductible and copayment waived | Plan pays 60% of covered services after deductible |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 100% of covered services; deductible waived | Plan pays 60% of covered services after deductible |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered services, according to Plan guidelines; no deductible | Plan pays 60% of covered services after deductible, according to Plan guidelines |
| **Cardiovascular screenings** | Plan pays 100% of covered services, according to Plan guidelines; no deductible | Plan pays 60% of covered services after deductible, according to Plan guidelines |
| **Preventive eye examinations** | Not covered; routine care available through Bank of America Active Vision Plan if elected | Not covered; routine vision care available through Bank of America Active Vision Plan if elected |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Cost sharing varies based on type and location of service. Contact Aetna for more details. | Plan pays 60% of covered services after deductible |
| **Specialty and outpatient care** | | |
| **Office visits** | Plan pays 100% of covered services after applicable office visit copayment | Plan pays 60% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 100% of covered services after applicable office visit copayment; copayment waived if no physician visit | Plan pays 60% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Outpatient surgery – Office** | Plan pays 100% of covered services after applicable office visit copayment | Plan pays 60% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 100% of covered services after applicable office visit copayment | Plan pays 60% of covered services after deductible |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Comprehensive Traditional**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 100% of covered services after applicable office visit copayment; copayment waived if no physician visit | Plan pays 60% of covered services after deductible |
| **Therapy (speech, occupational, physical) – continued medical necessity review required after 25th visit** | Plan pays 80% of covered services after deductible; up to 90 combined in- and out-of-network visits per calendar year; includes developmental delay | Plan pays 60% of covered services after deductible; up to 90 combined in- and out-of-network visits per calendar year; includes developmental delay |
| **Chiropractor services (muscular skeletal manipulation)** | Plan pays 80% of covered services after deductible; up to 20 combined in- and out-of-network visits per calendar year | Plan pays 60% of covered services after deductible; up to 20 combined in- and out-of-network visits per calendar year |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible; up to 100 combined in- and out-of-network days per calendar year | Plan pays 60% of covered services after deductible; up to 100 combined in- and out-of-network days per calendar year |
| **Home health care** | Plan pays 80% of covered services after deductible; up to 120 combined in- and out-of-network visits per calendar year | Plan pays 60% of covered services after deductible; up to 120 combined in- and out-of-network visits per calendar year |
| **Hospice** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Durable medical equipment** | Plan pays 80% of covered services after deductible; some limits may apply; please contact Plan for details | Plan pays 60% of covered services after deductible; some limits may apply; please contact Plan for details |
| **External prosthetic devices** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan pays 80% of covered services after deductible when medically necessary; excluding crowns, inlays, bridgework and appliances | Plan pays 60% of covered services after deductible when medically necessary; excluding crowns, inlays, bridgework and appliances |
| **Prescription drugs - Coverage provided through CVS Caremark** | | |
| **Retail (up to a 30-day supply)** | **Generic:** $5 copayment  **Preferred brand name:** $25 copayment  **Non-preferred brand name:** $50 copayment  Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between brand name and generic drug costs. | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).  Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then the Plan pays 60%. |
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment  **Preferred brand name:** $50 copayment  **Non-preferred brand name:** $100 copayment  Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between the brand name and generic drug costs.  If you enroll in an Aetna medical plan and take a maintenance medication, you will be required to receive your maintenance prescription through the 90-day Refill program. See **90-day Refill program for maintenance prescription drugs** in the **Prescription drug coverage** section for more information. | Not covered |
| **Oral contraceptives** | Contraceptives covered at applicable copayments.  Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).  Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%. |
| **Infertility drugs** | Infertility drugs covered at applicable copayments | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).  Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%.  Specialty infertility medications must be filled through a CVS Caremark Specialty Pharmacy for coverage. |
| **Inpatient services** | | |
| **Room and board** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Comprehensive Traditional**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Special care unit** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Emergency care** | | |
| **Urgent care facility** | Plan pays 100% of covered services after $50 copayment; non-urgent use not covered | Plan pays 60% of covered services after deductible; non-urgent use not covered |
| **Emergency room not followed by admission** | Plan pays 80% of covered services after deductible for medical emergency; non-urgent use not covered | Plan pays 80% of covered services after deductible for medical emergency; non-urgent use not covered |
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | | |
| **Prenatal / postnatal care** | Plan pays 100% of covered services for prenatal office visits with no deductible; all other specialists Plan pays 100% of covered services after $25 copayment for office service | Plan pays 60% of covered services after deductible |
| **Maternity care** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Breast pumps and supplies** | Plan pays 100% of covered supplies with no deductible, subject to Plan limits | Plan pays 60% of covered supplies after deductible |
| **Lactation consultant** | Plan pays 100% of covered services with no deductible, subject to Plan limits | Plan pays 60% of covered services after deductible |
| **Birthing centers** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Infertility** <br> **(diagnosis and treatment of the underlying medical cause)** | Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Lab, X-rays and office visits related to family planning** | Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan pays 80% of covered services after deductible; if provider sends labs or X-ray externally for evaluation, then subject to deductible and coinsurance | Plan pays 60% of covered services after deductible |
| **Sterilization** | Tubal ligation: Plan pays 100% of covered services with no deductible or copayment. Vasectomy: Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan pays 80% of covered services after deductible. | Plan pays 60% of covered services after deductible |
| **Abortion** | Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan covers 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Artificial insemination** | Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Charges associated with cryopreserved embryos and sperm** | Plan pays 100% of covered services after applicable office visit copayment if performed in physician's office; otherwise, Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Reversal of sterilization** | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered |
| **Mental health/chemical dependency** | | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Outpatient treatment** | Plan pays 100% of covered services after $15 copayment per visit | Plan pays 60% of covered services after deductible |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Partial hospitalization** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Residential treatment** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

# Prescription drug coverage under the Aetna Comprehensive Traditional Plan

If you participate in an Aetna medical plan, your prescription drug coverage is provided by CVS Caremark. The CVS Caremark network is extensive and includes CVS pharmacies and many other pharmacies across the country. Go to **caremark.com** and register to see if your local pharmacy participates or to find a participating pharmacy in your area.

## Plan identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan, if you are not otherwise eligible for the benefit.

### In-network coverage

When you use a network retail pharmacy for up to a 30-day supply of a covered prescription drug, you pay:
- Generic: $5 copayment
- Preferred brand: $25 copayment
- Non-preferred brand: $50 copayment

If you choose a brand drug when a generic is available, you will pay the applicable brand copayment **in addition to** the difference in cost between the brand and generic drug.

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

**Note:** Under the Aetna Comprehensive Traditional Plan, prescription drug costs (other than the difference in cost between a brand and generic drug that you have to pay when a generic is available) do not count toward the annual deductible or out-of-pocket maximum.

### Out-of-network coverage

If you have prescriptions filled at a pharmacy that is not part of the CVS Caremark network, you will pay the entire cost of the prescription at the pharmacy and submit a claim form to CVS Caremark for reimbursement. You can request a claim form directly from CVS Caremark by calling the number on your ID card, or you may print a claim form at **caremark.com**. The out-of-network reimbursement rate is 60% of the discounted rate, which is the cost that CVS Caremark has negotiated for that drug when obtained at a network pharmacy.

**Note:** You have 24 months from the date of service to submit prescription drug claims for processing under the Aetna medical plans.

### Covered prescription drugs

The term **covered prescription drug** means:
- A federal legend drug for which a written prescription is required
- A compound medication of which at least one ingredient is a federal legend drug
- Insulin dispensed only with the written prescription of a physician
- Diabetic supplies: needles and syringes, alcohol swabs, blood glucose testing strips, blood glucose testing monitors (one per year), urine testing strips/tabs, lancets (excluding administration devices)
- Tretinoin for individuals who satisfy certain criteria and for whom the treatment is not for cosmetic therapy
- Contraceptives
- Infertility drugs
- Any other drug that, by applicable state law, may be dispensed only with the written prescription of a physician

Certain drugs may require prior authorization or may require a lower-cost alternative to be used first. Call CVS Caremark at the number on your ID card if you are not sure whether a certain prescription medicine is covered under your plan. You can also go to **caremark.com** for more information.

#### Contraceptives and infertility drugs

Under health care reform, covered prescription contraceptive drugs (generics and brands without a generic equivalent) are covered at 100% with a valid prescription presented at a network pharmacy or provided to the mail order pharmacy. To receive coverage for infertility drugs, call CVS Caremark before purchasing the drug.

**Specialty medications**

Specialty medications paid through your pharmacy benefit are limited to a 30-day supply, must be obtained through CVS Caremark Specialty Pharmacy and require preauthorization. For additional information call CVS Caremark. Some prescription drugs are subject to utilization management (UM), quantity limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.

**Formulary and non-formulary drugs**

The Aetna medical plans have adopted CVS Caremark's current formulary, including its preferred drug list, as the plans' covered formulary. Drugs determined as "non-formulary" based on CVS Caremark's current formulary are not covered by the Aetna plans. Please contact CVS Caremark for a list of approved formulary drugs.

**Prescription drug utilization management guidelines**

The prescription drug benefit administered by CVS Caremark is subject to prescription drug utilization management guidelines. CVS Caremark Standard Criteria are based on the latest FDA-approved product labeling, relevant findings of nationally accepted practice guidelines, government agencies, peer-reviewed journals, and authoritative drug compendia, and generally recognized standards of care. The CVS Caremark Standard Criteria are updated at least annually, and whenever the drug indication or safety information changes throughout the plan year. Questions regarding these standards should be directed to CVS Caremark's Customer Care team at **1.800.701.5833** and they will be routed appropriately.

## Mail order pharmacy

To save money on maintenance prescription drugs, you may use CVS Caremark mail order pharmacy.

How to use CVS Caremark mail order:
- When your doctor prescribes a maintenance prescription drug, ask to have the prescription written for up to a 90-day supply with up to three refills.
- If you need medicine at once, ask your doctor to write two prescriptions: one for you to fill right away at your local pharmacy and a second to be sent to the mail order pharmacy for a long-term (maintenance) supply of your medicine.
- For your first order, request a CVS Caremark mail order form by calling CVS Caremark or downloading a copy from **caremark.com**, and fill in the health history section of the form. (For future orders, you can omit this step. A new order form and envelope will be sent to you with each delivery.)
- Either enclose a check payable to CVS Caremark or provide your credit card number and expiration date.
- Send your maintenance prescription, the completed order form and your payment to CVS Caremark.
- Allow 10 to 14 days from the date you mail your order for delivery of your medicine. Overnight delivery is available for an additional charge. The additional delivery charge applies to shipment only and does not affect processing time.
- When it is time for a refill, you can call CVS Caremark directly to use the automated refill service or log on to **caremark.com**. Have your prescription number, ZIP code and credit card information ready.

**90-day Refill program for maintenance prescription drugs**

A maintenance prescription drug is a prescription drug that is commonly used to treat conditions that are considered chronic or long-term, such as high blood pressure. The 90-day Refill program helps you save on prescription drug costs for maintenance prescription drugs, and offers the option of having them delivered to your home. Through the 90-day Refill program, maintenance prescription drugs can be filled for up to a 90-day supply through CVS Caremark's mail order pharmacy or at a CVS Pharmacy, paying the mail order member cost share for a 90-day prescription.

If you enroll in an Aetna medical plan, you generally will be required[1] to receive your maintenance prescription drugs through the 90-day Refill program. You may fill a 30-day prescription for a maintenance prescription drug at a network retail pharmacy, up to a maximum of two times. After the first 30-day supply of a maintenance prescription drug is filled at a network retail pharmacy, CVS Caremark will contact you to get you started on the 90-day Refill program.

On your third attempt to fill a 30-day supply of a maintenance prescription drug, the pharmacist will not be able to fill your prescription under the plan unless you have chosen to opt out of the 90-day Refill program. You will be directed to call CVS Caremark or visit **caremark.com** to register for the 90-day Refill program, or pay the full cash price of the maintenance prescription drug unless you have chosen to opt out of the 90-day Refill program. If you choose to pay the full cash price of the maintenance prescription drug, those costs will not count toward your annual deductible or out-of-pocket maximum unless you have chosen to opt out of the 90-day Refill program.

You can avoid interruptions in your maintenance prescription drugs being covered under the plan by using or opting out of the 90-day Refill program as soon as possible.

**Getting started**

It's easy to get started with the 90-day Refill program. You can ask CVS Caremark to contact your doctor's office directly, or you can visit **caremark.com** or call **1.800.701.5833** to confirm your prescription is eligible and set it up. If you already receive your prescriptions at a CVS Pharmacy, ask the pharmacist for information about registering.

---

[1] You may opt out of the 90-day Refill program but you will be required to pay more. See **Opting out of the 90-day Refill program** for more information.

Bank of America Employee Health and Insurance    Aetna medical plans
Summary Plan Description 2013                     **Comprehensive Traditional**

**Opting out of the 90-day Refill program**

To continue receiving 30-day supplies of maintenance prescription drugs at any network pharmacy, call Customer Care toll-free at the number on your prescription card to opt out of the 90-day Refill program. By opting out, you will be required to pay the regular retail cost and you will not be taking advantage of the savings offered by using the 90-day supply option.

**Mail order pharmacy costs**

A 90-day supply of covered prescription drugs is provided through CVS Caremark's mail order pharmacy at a discounted cost as shown below. The 90-day Refill program is also fulfilled by CVS Caremark's mail order pharmacy.

Under the Aetna Comprehensive Traditional Plan, you will pay:
- $10 copayment for up to a 90-day supply of generic prescription drugs
- $50 copayment for up to a 90-day supply of preferred brand prescription drugs
- $100 copayment for up to a 90-day supply of non-preferred brand prescription drugs

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

If you choose a brand drug when a generic is available, you will pay the applicable brand copayment **in addition to** the difference in cost between the brand and generic drug.

## Prescription drug limitations

The following limitations apply:
- Prescription benefit coverage for certain drugs may be approved or denied based on the uses for which those drugs are prescribed. Certain medications may be limited in the quantity that the Plan will cover.
- Certain drugs may be subject to review to determine if alternative, cost effective therapies have been tried before they will be covered.
- Some prescription drugs are subject to utilization management (UM), quantity limits, days' supply limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.
- Specialty medications are limited to a 30-day supply.
- Prescription drugs that are eligible expenses and are obtained from a non-participating pharmacy are covered at the out-of-network benefit level.

No payment will be made for expenses incurred for:
- Non-formulary drugs (see **Formulary and non-formulary drugs** above for more information)
- Administration of any drug (costs of administering certain drugs may be covered under the medical aspect of the Aetna medical plans)
- Certain contraceptive devices and implants
- Drugs that do not require a written prescription by a physician, other than those specified in this section
- Experimental drugs or substances not approved by the Food and Drug Administration and drugs labeled "Caution — limited by federal law to investigational use"
- Drugs that are not considered essential for necessary care and treatment of an injury or sickness, as determined by the medical or pharmacy claims administrator
- Drugs used for cosmetic purposes
- Immunization agents, biological sera, blood or blood plasma
- Indications not approved by the Food and Drug Administration
- Medication that is taken or administered, in whole or in part, at the place where it is dispensed or while a person is a patient in an institution that operates, or allows to be operated on its premises, a facility for dispensing pharmaceuticals
- Any prescription filled in excess of the number specified by the physician or dispensed more than one year from the date of the physician's order
- More than a 30-day supply when dispensed in any one prescription ordered through a retail pharmacy
- More than a 90-day supply when dispensed in any one prescription ordered through CVS Caremark mail order pharmacy
- Therapeutic devices or appliances, including hypodermic needles, syringes, certain support garments and other non-medicinal substances, excluding insulin syringes
- Tretinoin for individuals age 37 and older, unless medically necessary as verified with prescriber
- Any specialty medication not obtained through a CVS Caremark Specialty Pharmacy
- Any prescription drug for which a claim is submitted more than 24 months after the date of service

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Comprehensive Traditional Out-of-Area**

# Aetna Comprehensive Traditional Out-of-Area Plan

The Aetna Comprehensive Traditional Out-of-Area Plan (the "Plan") is an indemnity plan that is offered to employees whose home zip code falls outside the Aetna network provider service area.

**Effective Jan. 1, 2013, this plan is only available to employees with a performance year cash compensation (PYCC) of less than $100,000.**

The following are characteristics of this plan:

- Preventive care is covered at 100% of reasonable and customary limits. You do not have to satisfy the deductible. Preventive services include:
  - Routine physical exams for covered individuals (see **Preventive care** in the **Provisions and definitions** section).
  - Examinations and immunizations for well-child care at intervals according to Plan schedule.
  - Adolescent immunizations.
  - Adult preventive immunizations in accordance with established age appropriate preventive guidelines.
  - Annual well-woman examinations (office visits).
  - Screening mammograms.
  - Preventive lab tests and X-rays. Please note that certain labs and X-rays that are diagnostic in nature may be ordered by your physician. These will be covered after applicable deductible and coinsurance are paid.
  - Breast feeding support.
  - Certain types of counseling (refer to **Covered medical services**).
  - Prenatal office visits.

  To determine whether a service is considered preventive care and will be covered at 100% of reasonable and customary limits, refer to the *Clinical Policy Bulletin* at **aetna.com**.

- There is no network of providers. You may use any licensed, eligible provider and receive the same level of coverage.
- You must meet the annual deductible of $500 per individual or $1,000 per family before benefits for non-preventive covered services are paid. When one person in a family reaches the $500 individual deductible, the Plan begins paying benefits for covered services at 80% of reasonable and customary limits for that individual. To reach the family deductible, another family member or any combination of family members must incur an additional $500 in covered expenses to reach the $1,000 family deductible. Once the $1,000 family deductible is met, the whole family is covered at 80% of reasonable and customary limits. One person in a family may not meet the full $1,000 family deductible alone.
- You will pay a copayment for prescription drugs. For more information on prescription drug coverage, see the **Plan summary** table and **Prescription drug coverage** later in this section.
- The most you will pay out of pocket for covered services during the calendar year (the out-of-pocket maximum) is $2,000 per individual or $4,000 per family, including the annual deductible, but not including prescription drug copayments, charges above reasonable and customary limits, penalties for failure to precertify and non-medically necessary or other non-covered services.
- When one person in a family reaches the $2,000 individual out-of-pocket maximum, the Plan begins paying benefits for covered services at 100% for that individual. To reach the family out-of-pocket maximum, another family member or any combination of family members must incur an additional $2,000 in covered expenses to reach the $4,000 family out-of-pocket maximum. Once the $4,000 family out-of-pocket maximum is met, the whole family is covered at 100%. One person in a family may not meet the full $4,000 family out-of-pocket maximum alone.
- Copayments for prescription drugs, charges above reasonable and customary limits, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- Precertification is required prior to receiving certain services. See **Precertification requirements** in the **Important information for Aetna medical plans** section for details.

# Aetna Comprehensive Traditional Out-of-Area Plan summary

## Benefits coverage under the Aetna Comprehensive Traditional Out-of-Area Plan

The information in the plan summary below provides an overview of the benefit coverage under the Aetna Comprehensive Traditional Out-of-Area Plan but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions and limitations and other provisions for this plan are covered in **Detailed coverage information for Aetna medical plans** at the end of this section.

| Type of service or supply | Plan Benefit |
|---|---|
| Lifetime maximum | None |
| **Precertification** | |
| **Precertification required for all inpatient admissions and some other services.** See **Precertification requirements** in the **Detailed coverage information for Aetna medical Plans** section. | Must precertify hospital admissions - $500 penalty per occurrence if not precertified; other services may not be covered if not precertified |
| **Plan facts** | |
| Plan type | Indemnity |
| Website | **aetna.com** |

| Type of service or supply | Plan Benefit |
|---|---|
| **Member services** | **1.877.444.1012** |
| **Nurseline** | **1.800.556.1555** |
| **Extended family benefits** | |
| **Domestic partner**<br>**(same or opposite sex)** | Yes |
| **Other adult dependent** | Yes |
| **Calendar year deductible (excludes pharmacy copayments)** | |
| **Per individual** | $500 |
| **Per family** | $1,000 |
| **Out-of-pocket maximum (includes deductible; excludes pharmacy copayments)** | |
| **Per individual** | $2,000 |
| **Per family** | $4,000 |
| **Provider requirements** | |
| **Primary care physician (PCP) required** | No |
| **Ability to self refer to OB/GYN** | Yes |
| **Ability to self refer to specialists** | Yes |

**Primary and preventive care**

**Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**.

Please also see **Preventive care** in the **Provisions and definitions** section for more information.

| | |
|---|---|
| **Office visits - Primary physician** | Plan pays 80% of covered services after deductible |
| **Office visits - Specialist** | Plan pays 80% of covered services after deductible |
| **Office surgery** | Plan pays 80% of covered services after deductible |
| **Preventive examinations** | Plan pays 100% of covered services; deductible and coinsurance waived; two preventive exams per calendar year |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule |
| **Immunizations** | Plan pays 100% of covered services; deductible waived; frequency of covered immunizations according to Plan schedule |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; deductible waived; one routine GYN exam per year with one pap smear and related lab fees |
| **Preventive mammogram** | Plan pays 100% of covered services; deductible waived; one annual mammogram for females age 35 or over |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services; deductible waived |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 100% of covered services; deductible waived |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | |
| **Cancer screenings** | Plan pays 100% of covered services; deductible waived; according to Plan guidelines |
| **Cardiovascular screenings** | Plan pays 100% of covered services, deductible waived; according to Plan guidelines |
| **Preventive eye examinations** | Not covered; routine vision care available through Bank of America Active Vision Plan |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible |
| **Specialty and outpatient care** | |
| **Office visits** | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 80% of covered services after deductible |
| **Therapy (speech, occupational, physical) – continued medical necessity review required after 25th visit** | Plan pays 80% of covered services after deductible; up to 90 combined visits per calendar year; includes developmental delay |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Comprehensive Traditional Out-of-Area**

| Type of service or supply | Plan Benefit |
|---|---|
| **Chiropractor services (muscular skeletal manipulation)** | Plan pays 80% of covered services after deductible; up to 20 visits per calendar year |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible; up to 100 days per calendar year |
| **Home health care** | Plan pays 80% of covered services after deductible; up to 120 visits per calendar year |
| **Hospice** | Plan pays 80% of covered services after deductible |
| **Durable medical equipment** | Plan pays 80% of covered services after deductible; some limits may apply; please contact Plan for details |
| **External prosthetic devices** | Plan pays 80% of covered services after deductible |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Plan pays 80% of covered services after deductible when medically necessary; excluding crowns, inlays, bridgework and appliances |
| **Prescription drugs - Coverage provided through CVS Caremark** | |
| **Retail (up to a 30-day supply)** | **Generic:** $5 copayment<br><br>**Preferred brand name:** $25 copayment<br><br>**Non-preferred brand name:** $50 copayment<br><br>Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between brand name and generic drug costs.<br><br>For prescriptions filled at a pharmacy that is not part of the CVS Caremark network:<br>• Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>• Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then the Plan pays 60%. |
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment<br><br>**Preferred brand name:** $50 copayment<br><br>**Non-preferred brand name:** $100 copayment<br><br>Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between the brand name and generic drug costs.<br><br>If you enroll in an Aetna medical plan and take a maintenance medication, you will be required to receive your maintenance prescription through the 90-day Refill program. See **90-day Refill program for maintenance prescription drugs** in the **Prescription drug coverage** section for more information. |
| **Oral contraceptives** | Contraceptives covered at applicable copayments.<br><br>Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription at a CVS Caremark in-network pharmacy.<br><br>For prescriptions filled at a pharmacy that is not part of the CVS Caremark network:<br>• Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>• Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then the Plan pays 60%. |
| **Infertility drugs** | Infertility drugs covered at applicable copayments |
| **Inpatient services** | |
| **Room and board** | Plan pays 80% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible |
| **Urgent care facility** | Plan pays 80% of covered services after deductible; non-urgent use not covered |
| **Emergency room not followed by admission** | Plan pays 80% of covered services after deductible for medical emergency; non-emergency use not-covered |
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | |
| **Prenatal / postnatal care** | Prenatal office visits Plan pays 100% of covered services with no deductible; otherwise, Plan pays 80% of covered services after deductible |
| **Maternity care** | Plan pays 80% of covered services after deductible |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible |
| **Breast pumps and supplies** | Plan pays 100% of covered supplies with no deductible, subject to Plan limits |
| **Lactation consultant** | Plan pays 100% of covered services with no deductible, subject to Plan limits |
| **Birthing centers** | Plan pays 80% of covered services after deductible |

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 32 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                    **Comprehensive Traditional Out-of-Area**

| Type of service or supply | Plan Benefit |
|---|---|
| **Family planning** | |
| **Infertility** (diagnosis and treatment of the underlying medical cause) | Plan pays 80% of covered services after deductible |
| **Lab, X-rays and office visits related to family planning** | Plan pays 80% of covered services after deductible |
| **Sterilization** | Plan pays 100% of covered services with no deductible for tubal ligation; Plan pays 80% of covered services after deductible if outpatient for vasectomy |
| **Abortion** | Plan pays 80% of covered services after deductible |
| **Artificial insemination** | Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Plan pays 80% of covered services after deductible |
| **Charges associated with cryopreserved embryos and sperm** | Plan pays 80% of covered services after deductible |
| **Family planning exclusions and limitations** | |
| **Reversal of sterilization** | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered |
| **Mental health/chemical dependency** | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible |
| **Outpatient treatment** | Plan pays 80% of covered services after deductible |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible |
| **Residential treatment** | Plan pays 80% of covered services after deductible |
| **Care management programs** | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

# Prescription drug coverage under the Aetna Comprehensive Traditional Out-of-Area Plan

If you participate in an Aetna medical plan, your prescription drug coverage is provided by CVS Caremark. The CVS Caremark network is extensive and includes CVS pharmacies and many other pharmacies across the country. Go to **caremark.com** and register to see if your local pharmacy participates or to find a participating pharmacy in your area.

## Plan identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan, if you are not otherwise eligible for the benefit.

## In-network coverage

When you use a network retail pharmacy for up to a 30-day supply of a covered prescription drug, you pay:
- Generic: $5 copayment
- Preferred brand: $25 copayment
- Non-preferred brand: $50 copayment

If you choose a brand drug when a generic is available, you will pay the applicable brand copayment **in addition to** the difference in cost between the brand and generic drug.

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

**Note:** Under the Aetna Comprehensive Traditional Out-of-Area Plan, prescription drug costs (other than the difference in cost between a brand and generic drug that you have to pay when a generic is available) do not count toward the annual deductible or out-of-pocket maximum.

## Out-of-network coverage

If you have prescriptions filled at a pharmacy that is not part of the CVS Caremark network, you will pay the entire cost of the prescription at the pharmacy and submit a claim form to CVS Caremark for reimbursement. You can request a claim form directly from CVS Caremark by calling the number on your ID card, or you may print a claim form at **caremark.com**. The out-of-network reimbursement rate is 60% of the discounted rate, which is the cost that CVS Caremark has negotiated for that drug when obtained at a network pharmacy.

**Note:** You have 24 months from the date of service to submit prescription drug claims for processing under the Aetna medical plans.

## Covered prescription drugs

The term **covered prescription drug** means:
- A federal legend drug for which a written prescription is required
- A compound medication of which at least one ingredient is a federal legend drug
- Insulin dispensed only with the written prescription of a physician
- Diabetic supplies: needles and syringes, alcohol swabs, blood glucose testing strips, blood glucose testing monitors (one per year), urine testing strips/tabs, lancets (excluding administration devices)
- Tretinoin for individuals who satisfy certain criteria and for whom the treatment is not for cosmetic therapy
- Contraceptives
- Infertility drugs
- Any other drug that, by applicable state law, may be dispensed only with the written prescription of a physician

Certain drugs may require prior authorization or may require a lower-cost alternative to be used first. Call CVS Caremark at the number on your ID card if you are not sure whether a certain prescription medicine is covered under your plan. You can also go to **caremark.com** for more information.

### Contraceptives and infertility drugs

Under health care reform, covered prescription contraceptive drugs (generics and brands without a generic equivalent) are covered at 100% with a valid prescription presented at a network pharmacy or provided to the mail order pharmacy. To receive coverage for infertility drugs, call CVS Caremark before purchasing the drug.

### Specialty medications

Specialty medications paid through your pharmacy benefit are limited to a 30-day supply, must be obtained through CVS Caremark Specialty Pharmacy and require preauthorization. For additional information call CVS Caremark Specialty Pharmacy. Some prescription drugs are subject to utilization management (UM), quantity limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.

### Formulary and non-formulary drugs

The Aetna medical plans have adopted CVS Caremark's current formulary, including its preferred drug list, as the plans' covered formulary. Drugs determined as "non-formulary" based on CVS Caremark's current formulary are not covered by the Aetna plans. Please contact CVS Caremark for a list of approved formulary drugs.

### Prescription drug utilization management guidelines

The prescription drug benefit administered by CVS Caremark is subject to prescription drug utilization management guidelines. CVS Caremark Standard Criteria are based on the latest FDA-approved product labeling, relevant findings of nationally accepted practice guidelines, government agencies, peer-reviewed journals, and authoritative drug compendia, and generally recognized standards of care. The CVS Caremark Standard Criteria are updated at least annually, and whenever the drug indication or safety information changes throughout the plan year. Questions regarding these standards should be directed to CVS Caremark's Customer Care team at **1.800.701.5833** and they will be routed appropriately.

## Mail order pharmacy

To save money on maintenance prescription drugs, you may use CVS Caremark mail order pharmacy.

How to use CVS Caremark mail order:
- When your doctor prescribes a maintenance prescription drug, ask to have the prescription written for up to a 90-day supply with up to three refills.
- If you need medicine at once, ask your doctor to write two prescriptions: one for you to fill right away at your local pharmacy and a second to be sent to the mail order pharmacy for a long-term (maintenance) supply of your medicine.
- For your first order, request a CVS Caremark mail order form by calling CVS Caremark or downloading a copy from **caremark.com**, and fill in the health history section of the form. (For future orders, you can omit this step. A new order form and envelope will be sent to you with each delivery.)
- Either enclose a check payable to CVS Caremark or provide your credit card number and expiration date.
- Send your maintenance prescription, the completed order form and your payment to CVS Caremark.
- Allow 10 to 14 days from the date you mail your order for delivery of your medicine. Overnight delivery is available for an additional charge. The additional delivery charge applies to shipment only and does not affect processing time.
- When it is time for a refill, you can call CVS Caremark directly to use the automated refill service or log on to **caremark.com**. Have your prescription number, ZIP code and credit card information ready.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 34 of 196

Bank of America Employee Health and Insurance                                              Aetna medical plans
Summary Plan Description 2013                                    **Comprehensive Traditional Out-of-Area**

**90-day Refill program for maintenance prescription drugs**

A maintenance prescription drug is a prescription drug that is commonly used to treat conditions that are considered chronic or long-term, such as high blood pressure. The 90-day Refill program helps you save on prescription drug costs for maintenance prescription drugs, and offers the option of having them delivered to your home. Through the 90-day Refill program, maintenance prescription drugs can be filled for up to a 90-day supply through CVS Caremark's mail order pharmacy or at a CVS Pharmacy, paying the mail order member cost share for a 90-day prescription.

If you enroll in an Aetna medical plan, you generally will be required[1] to receive your maintenance prescription drugs through the 90-day Refill program. You may fill a 30-day prescription for a maintenance prescription drug at a network retail pharmacy, up to a maximum of two times. After the first 30-day supply of a maintenance prescription drug is filled at a network retail pharmacy, CVS Caremark will contact you to get you started on the 90-day Refill program.

On your third attempt to fill a 30-day supply of a maintenance prescription drug, the pharmacist will not be able to fill your prescription under the plan unless you have chosen to opt out of the 90-day Refill program. You will be directed to call CVS Caremark or visit **caremark.com** to register for the 90-day Refill program, or pay the full cash price of the maintenance prescription drug unless you have chosen to opt out of the 90-day Refill program. If you choose to pay the full cash price of the maintenance prescription drug, those costs will not count toward your annual deductible or out-of-pocket maximum unless you have chosen to opt out of the 90-day Refill program.

You can avoid interruptions in your maintenance prescription drugs being covered under the plan by using or opting out of the 90-day Refill program as soon as possible.

**Getting started**

It's easy to get started with the 90-day Refill program. You can ask CVS Caremark to contact your doctor's office directly, or you can visit **caremark.com** or call **1.800.701.5833** to confirm your prescription is eligible and set it up. If you already receive your prescriptions at a CVS Pharmacy, ask the pharmacist for information about registering.

**Opting out of the 90-day Refill program**

To continue receiving 30-day supplies of maintenance prescription drugs at any network pharmacy, call Customer Care toll-free at the number on your prescription card to opt out of the 90-day Refill program. By opting out, you will be required to pay the regular retail cost and you will not be taking advantage of the savings offered by using the 90-day supply option.

**Mail order pharmacy costs**

A 90-day supply of covered prescription drugs is provided through CVS Caremark's mail order pharmacy at a discounted cost as shown below. The 90-day Refill program is also fulfilled by CVS Caremark's mail order pharmacy.

Under the Aetna Comprehensive Traditional Out-of-Area Plan, you will pay:
- $10 copayment for up to a 90-day supply of generic prescription drugs
- $50 copayment for up to a 90-day supply of preferred brand prescription drugs
- $100 copayment for up to a 90-day supply of non-preferred brand prescription drugs

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

If you choose a brand drug when a generic is available, you will pay the applicable brand copayment **in addition to** the difference in cost between the brand and generic drug.

## Prescription drug limitations

The following limitations apply:
- Prescription benefit coverage for certain drugs may be approved or denied based on the uses for which those drugs are prescribed. Certain medications may be limited in the quantity that the Plan will cover.
- Certain drugs may be subject to review to determine if alternative, cost effective therapies have been tried before they will be covered.
- Some prescription drugs are subject to utilization management (UM), quantity limits, days' supply limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.
- Specialty medications are limited to a 30-day supply.
- Prescription drugs that are eligible expenses and are obtained from a non-participating pharmacy are covered at the out-of-network benefit level.

---

[1] You may opt out of the 90-day Refill program but you will be required to pay more. See **Opting out of the 90-day Refill program** for more information.

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                              **Comprehensive Traditional Out-of-Area**

No payment will be made for expenses incurred for:

- Non-formulary drugs (see **Formulary and non-formulary drugs** above for more information)
- Administration of any drug (costs of administering certain drugs may be covered under the medical aspect of the Aetna medical plans)
- Certain contraceptive devices and implants
- Drugs that do not require a written prescription by a physician, other than those specified in this section
- Experimental drugs or substances not approved by the Food and Drug Administration and drugs labeled "Caution — limited by federal law to investigational use"
- Drugs that are not considered essential for necessary care and treatment of an injury or sickness, as determined by the medical or pharmacy claims administrator
- Drugs used for cosmetic purposes
- Immunization agents, biological sera, blood or blood plasma
- Indications not approved by the Food and Drug Administration
- Medication that is taken or administered, in whole or in part, at the place where it is dispensed or while a person is a patient in an institution that operates, or allows to be operated on its premises, a facility for dispensing pharmaceuticals
- Any prescription filled in excess of the number specified by the physician or dispensed more than one year from the date of the physician's order
- More than a 30-day supply when dispensed in any one prescription ordered through a retail pharmacy
- More than a 90-day supply when dispensed in any one prescription ordered through CVS Caremark mail order pharmacy
- Therapeutic devices or appliances, including hypodermic needles, syringes, certain support garments and other non-medicinal substances, excluding insulin syringes
- Tretinoin for individuals age 37 and older, unless medically necessary as verified with prescriber
- Any specialty medication not obtained through a CVS Caremark Specialty Pharmacy
- Any prescription drug for which a claim is submitted more than 24 months after the date of service

# Aetna Consumer Directed Plan

The Aetna Consumer Directed Plan (the "Plan") is designed to give you transparency into your health care costs and more responsibility in managing those health care costs. In a consumer-directed plan, instead of paying a copayment, you are responsible for the full cost of most covered services until you meet the annual deductible. This means you will have higher out-of-pocket costs under a consumer-directed plan when you receive care. In-network preventive care is covered at 100% as described below.

The Plan offers access to Aetna's network of providers and the flexibility to use doctors and other providers outside the network. There is no need to select a primary care doctor or get referrals to specialists. If you choose to use an in-network provider you receive a higher benefit than if you choose to use an out-of-network provider.

**Effective Jan. 1, 2013, this plan is available to all benefits-eligible employees, regardless of PYCC.**

## In-network coverage

- To comply with health care legislation, as well as to enhance the value of your medical coverage and your overall health, the plan assumes the full cost of in-network preventive care, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. The following in-network preventive care is covered at 100%:
  - Two adult routine physical exams for covered individuals (see **Preventive care** in the **Provisions and definitions** section).
  - Examinations and immunizations for well-child care at intervals according to Plan schedule.
  - Adolescent immunizations.
  - Adult preventive immunizations in accordance with established age appropriate preventive guidelines.
  - Annual well-woman examinations (office visits).
  - Screening mammograms.
  - Preventive lab tests and X-rays. Please note that certain labs and X-rays that are diagnostic in nature may be ordered by your physician. These will be covered at 80% after applicable deductible.
  - Breast feeding support.
  - Certain types of counseling (refer to **Covered medical services**).
  - Prenatal office visits.

  To determine whether a service is considered preventive care and will be covered at 100% in-network, refer to the *Clinical Policy Bulletin* at **aetna.com**.

- You will pay the full cost of medical care until you reach the annual deductible of $1,200 per individual or $2,400 per family. There is no copayment for office visits.
- Once you have met the annual deductible, coinsurance begins; you and the plan start sharing the cost of covered services. In-network, you pay 20% and the plan pays 80%, up to your out-of-pocket maximum.
- When one person in a family reaches the $1,200 individual deductible, the Plan begins paying benefits for covered in-network services at 80% for that individual. To reach the family deductible, another family member or any combination of family members must incur an additional $1,200 in covered expenses to reach the $2,400 family deductible. Once the $2,400 family deductible is met, the whole family is covered at 80%. One person in a family may not meet the full $2,400 family deductible alone.
- In-network expenses that apply toward your in-network deductible also apply toward your out-of-network deductible.
- You will pay a copayment or coinsurance for prescription drugs. For more information on prescription drug coverage, see the **Plan summary** table and **Prescription drug coverage** later in this section.
- The most you will pay out-of-pocket for covered network services during the calendar year (the out-of-pocket maximum) is $3,500 per individual or $7,000 per family including the annual deductible but not including prescription drug copayments or coinsurance amounts. Out-of-pocket expenses that apply toward your in-network out-of-pocket maximum also apply toward your out-of-network out-of-pocket maximum.
- When one person in a family reaches the $3,500 individual out-of-pocket maximum, the Plan begins paying benefits for covered in-network services at 100% for that individual, not including prescription drug copayments or coinsurance amounts. To reach the family out-of-pocket maximum, another family member or any combination of family members must incur an additional $3,500 in covered expenses to reach the $7,000 family out-of-pocket maximum. Once the $7,000 family out-of-pocket maximum is met, the whole family is covered at 100%, not including prescription drug copayments or coinsurance amounts. One person in a family may not meet the full $7,000 in-network family out-of-pocket maximum alone using in-network services only.
- Prescription drug copayments and coinsurance amounts, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the annual deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- You have no claim forms to file for services provided by an in-network provider. The physician and/or facility will file these claims with Aetna for you.
- Precertification is required prior to receiving certain services and must be submitted by your provider. See **Precertification requirements** in the **Important information for Aetna medical plans** section for details.
- The Aetna network includes a wide range of doctors representing all essential specialties. If specialty care becomes necessary, you may ask your primary physician to refer you to a specialist, or you can choose your own.
- If a physician in the Aetna network refers you to a specialist, it is your responsibility to check with Aetna to be sure the specialist is a network provider. You will not receive the higher in-network benefits because an in-network doctor referred you, unless the specialist is also in the Aetna network.
- Many radiologists, anesthesiologists and pathologists are not part of the Aetna network, even though their services may be provided at an in-network hospital. The Plan will still pay 80% of the covered reasonable and customary expenses, subject to the deductible for radiologists, anesthesiologists and pathologists, when services are provided at an in-network facility.

- Clinics or centers (for example, outpatient, psychiatric, women's, etc.) that are on the same grounds or near an in-network hospital may not be directly associated with the hospital. You will receive the lower out-of-network benefit if you use a facility that is not an in-network provider, regardless of its location.

> **How to find in-network providers**
>
> To find providers in your area who participate in the Aetna network, visit **DocFind®** at **aetna.com/bankofamerica**, **log on to Aetna Navigator at www.aetna.com** or call the number on your ID card. Aetna continually updates and expands its network; if your current doctor does not participate, ask him or her to join or nominate him or her at **DocFind**.

## Out-of-network coverage

- You must submit a claim form for out-of-network services.
- Services including primary and specialist care, outpatient surgery, emergency room visits and hospitalizations are covered at 60% of reasonable and customary limits after you meet your $1,200 individual or $2,400 family deductible.
- You will not have the advantage of lower, negotiated rates for services rendered. Any charges above reasonable and customary limits will be your responsibility. See **Reasonable and customary** in the **Provisions and definitions** section for details.
- When one person in the family reaches the $1,200 individual out-of-network deductible, the plan begins paying benefits for covered services at 60% of reasonable and customary limits for that individual. To reach the family deductible, another family member or any combination of family members must incur an additional $1,200 in covered expenses to reach the $2,400 family deductible. Once the $2,400 family deductible is met, the whole family is covered at 60% of reasonable and customary limits. One person in a family may not meet the full $2,400 family deductible alone.
- Out-of-network expenses that apply toward your out-of-network deductible also apply toward your in-network deductible.
- The most you will pay out-of-pocket for covered out-of-network services during the calendar year (the out-of-pocket maximum) is $5,000 per individual or $10,000 per family including the annual deductible but not including prescription drug copayments and coinsurance amounts. Out-of-pocket expenses that apply toward your out-of-network out-of-pocket maximum also apply toward your in-network out-of-pocket maximum.
- When one person in a family reaches the $5,000 individual out-of-network maximum, the Plan begins paying benefits for covered services at 100% for that individual, not including prescription drug copayments or coinsurance amounts. To reach the family out-of-pocket maximum, another family member or any combination of family members must incur an additional $5,000 in covered expenses to reach the $10,000 family out-of-pocket maximum. Once the $10,000 family out-of-pocket maximum is met, the whole family is covered at 100%, not including prescription drug copayments or coinsurance amounts. One person in a family may not meet the full $10,000 family out-of-pocket maximum alone.
- Prescription drug copayments and coinsurance amounts, out-of-network charges above reasonable and customary limits, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- You must obtain precertification for hospital stays and other services. See **Precertification requirements** in the **Detailed coverage information for Aetna medical plans** section for details.

# Aetna Consumer Directed Plan summary

## Benefits coverage under the Aetna Consumer Directed Plan

The information in the plan summary below provides an overview of the benefit coverage under the Aetna Consumer Directed Plan but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions and limitations and other provisions for this plan are covered in **Detailed coverage information for Aetna medical plans** at the end of this section.

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Lifetime maximum** | None | None |
| **Precertification** | | |
| **Precertification required for all inpatient admissions and some other services.** See **Precertification requirements** in the **Detailed coverage information for Aetna medical Plans** section. | Must precertify hospital admissions; other services may not be covered if not precertified | Must precertify hospital admissions - $500 penalty per occurrence if not precertified; other services may not be covered if not precertified |
| **Plan facts** | | |
| **Plan type** | Preferred Provider Organization | Preferred Provider Organization |
| **Website** | **aetna.com** | **aetna.com** |
| **Member services** | **1.877.444.1012** | **1.877.444.1012** |
| **Nurseline** | **1.800.556.1555** | **1.800.556.1555** |
| **Extended family benefits** | | |
| **Domestic partner (same or opposite sex)** | Yes | Yes |
| **Other adult dependent** | Yes | Yes |

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Calendar year deductible (excludes pharmacy copayments and member's share of pharmacy coinsurance)** | | |
| **Per individual** | $1,200 | $1,200 |
| **Per family** | $2,400 | $2,400 |
| **Out-of-pocket maximum (includes deductible; excludes pharmacy copayments and member's share of pharmacy coinsurance)** | | |
| **Per individual** | $3,500 | $5,000 |
| **Per family** | $7,000 | $10,000 |
| **Provider requirements** | | |
| **Primary care physician (PCP) required** | No | No |
| **Ability to self refer to OB/GYN** | Yes | Yes |
| **Ability to self refer to specialists** | Yes | Yes |

**Primary and preventive care**

**Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**.

Please also see **Preventive care** in the **Provisions and definitions** section for more information.

| | | |
|---|---|---|
| **Office visits - Primary physician** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Office visits - Specialist** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Office surgery** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Preventive examinations** | Plan pays 100% of covered services; deductible waived; two preventive exams per calendar year | Plan pays 60% of covered services after deductible; two preventive exams per calendar year |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible; frequency according to Plan schedule |
| **Immunizations** | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule | Plan pays 60% of covered services after deductible; frequency according to Plan schedule |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; deductible waived; one routine GYN exam per year with one pap smear and related lab fees | Plan pays 60% of covered services after deductible; one routine GYN exam per year with one pap smear and related lab fees |
| **Preventive mammogram** | Plan pays 100% of covered services; deductible waived; one annual mammogram for women age 35 and over | Plan pays 60% of covered services after deductible; one annual mammogram for women age 35 and over |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services; deductible waived | Plan pays 60% of covered services after deductible |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 100% of covered services; deductible waived | Plan pays 60% of covered services after deductible |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible |
| **Cardiovascular screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible according to Plan schedule |
| **Preventive eye examinations** | Not covered; routine vision care available through Bank of America Active Vision Care Plan if elected | Not covered; routine vision care available through Bank of America Active Vision Care Plan if elected |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Specialty and outpatient care** | | |
| **Office visits** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Therapy (speech, occupational, physical) – continued medical necessity review required after 25th visit** | Plan pays 80% of covered services after deductible; up to 90 combined in- and out-of-network visits per calendar year; includes developmental delay | Plan pays 60% of covered services after deductible; up to 90 combined in- and out-of-network visits per calendar year; includes developmental delay |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Chiropractor services (muscular skeletal manipulation)** | Plan pays 80% of covered services after deductible, up to 20 combined in- and out-of-network visits per calendar year | Plan pays 60% of covered services after deductible; up to 20 combined in- and out-of-network visits per calendar year |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible; up to 100 combined in- and out-of-network days per calendar year | Plan pays 60% of covered services after deductible; up to 100 combined in- and out-of-network days per calendar year |
| **Home health care** | Plan pays 80% of covered services after deductible up to 120 combined in- and out-of-network visits per calendar year | Plan pays 60% of covered services after deductible up to 120 combined in- and out-of-network visits per calendar year |
| **Hospice** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Durable medical equipment** | Plan pays 80% of covered services after deductible; some limits may apply; please contact Plan for details | Plan pays 60% of covered services after deductible; some limits may apply; please contact Plan for details |
| **External prosthetic devices** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Prescription drugs - Coverage provided through CVS Caremark** | | |
| **Retail (up to a 30-day supply)** | **Generic:** $5 copayment<br>**Preferred brand name:** You pay 30% ($100 maximum)<br>**Non-preferred brand name:** You pay 45% ($150 maximum)<br>Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between brand name and generic drug costs. | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%. |
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment<br>**Preferred brand name:** You pay 30% ($200 maximum)<br>**Non-preferred brand name:** You pay 45% ($300 maximum)<br>Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between brand name and generic drug costs.<br>If you enroll in an Aetna medical plan and take a maintenance medication, you will be required to receive your maintenance prescription through the 90-day Refill program. See **90-day Refill program for maintenance prescription drugs** in the **Prescription drug coverage** section for more information. | Not covered |
| **Oral contraceptives** | Contraceptives covered at applicable coinsurance.<br>Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%. |
| **Infertility drugs** | Infertility drugs covered at applicable coinsurance | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then Plan pays 60%.<br>Specialty infertility medications must be filled through a CVS Caremark Specialty Pharmacy for coverage. |
| **Inpatient services** | | |
| **Room and board** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Emergency care** | | |
| **Urgent care facility** | Plan pays 80% of covered services after deductible; non-urgent use not covered | Plan pays 60% of covered services after deductible; non-urgent use not covered |

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Emergency room not followed by admission** | Plan pays 80% of covered services after deductible for medical emergency; non-emergency use not covered | Plan pays 80% of covered services after deductible for medical emergency; non-emergency use not covered |
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | | |
| **Prenatal / postnatal care** | Prenatal office visits Plan pays 100% of covered services with no deductible; all other specialists Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Maternity care** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Breast pumps and supplies** | Plan pays 100% of covered services with no deductible, subject to Plan limits | Plan pays 60% of covered services after deductible |
| **Lactation consultant** | Plan pays 100% of covered services with no deductible, subject to Plan limits | Plan pays 60% of covered services after deductible |
| **Birthing centers** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Family planning** | | |
| **Infertility (diagnosis and treatment of the underlying medical cause)** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Lab, X-rays and office visits related to family planning** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Sterilization** | Tubal ligation: Plan pays 100% of covered services with no deductible<br><br>Vasectomy: Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Abortion** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Artificial insemination** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Charges associated with cryopreserved embryos and sperm** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Family planning exclusions and limitations** | | |
| **Reversal of sterilization** | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered |
| **Mental health/chemical dependency** | | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Outpatient treatment** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Residential treatment** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Care management programs** | | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

# Prescription drug coverage under the Aetna Consumer Directed Plan

If you participate in an Aetna medical plan, your prescription drug coverage is provided by CVS Caremark. The CVS Caremark network is extensive and includes CVS pharmacies and many other pharmacies across the country. Go to **caremark.com** and register to see if your local pharmacy participates or to find a participating pharmacy in your area.

## Plan identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed**

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan, if you are not otherwise eligible for the benefit.

## In-network coverage

When you use a network retail pharmacy for up to a 30-day supply of a covered prescription drug, you pay:
- Generic: $5 copayment
- Preferred brand: 30% (up to a maximum of $100)
- Non-preferred brand: 45% (up to a maximum of $150)

If you choose a brand drug when a generic is available, you will pay the applicable brand coinsurance amount **in addition to** the difference in cost between the brand and generic drug.

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

**Note:** Under the Aetna Consumer Directed Plan, prescription drug costs (other than the difference in cost between a brand and generic drug that you have to pay when a generic is available) do not count toward the annual deductible or out-of-pocket maximum.

## Out-of-network coverage

If you have prescriptions filled at a pharmacy that is not part of the CVS Caremark network, you will pay the entire cost of the prescription at the pharmacy and submit a claim form to CVS Caremark for reimbursement. You can request a claim form directly from CVS Caremark by calling the number on your ID card, or you may print a claim form at **caremark.com**. The out-of-network reimbursement rate is 60% of the discounted rate, which is the cost that CVS Caremark has negotiated for that drug when obtained at a network pharmacy.

**Note:** You have 24 months from the date of service to submit prescription drug claims for processing under the Aetna medical plans.

## Covered prescription drugs

The term **covered prescription drug** means:
- A federal legend drug for which a written prescription is required
- A compound medication of which at least one ingredient is a federal legend drug
- Insulin dispensed only with the written prescription of a physician
- Diabetic supplies: needles and syringes, alcohol swabs, blood glucose testing strips, blood glucose testing monitors (one per year), urine testing strips/tabs, lancets (excluding administration devices)
- Tretinoin for individuals who satisfy certain criteria and for whom the treatment is not for cosmetic therapy
- Contraceptives
- Infertility drugs
- Any other drug that, by applicable state law, may be dispensed only with the written prescription of a physician

Certain drugs may require prior authorization or may require a lower-cost alternative to be used first. Call CVS Caremark at the number on your ID card if you are not sure whether a certain prescription medicine is covered under your plan. You can also go to **caremark.com** for more information.

### Contraceptives and infertility drugs

Under health care reform, covered prescription contraceptive drugs (generics and brands without a generic equivalent) are covered at 100% with a valid prescription presented at a network pharmacy or provided to the mail order pharmacy. To receive coverage for infertility drugs, call CVS Caremark before purchasing the drug.

### Specialty medications

Specialty medications paid through your pharmacy benefit are limited to a 30-day supply, must be obtained through CVS Caremark Specialty Pharmacy and require preauthorization. For additional information call CVS Caremark. Some prescription drugs are subject to utilization management (UM), quantity limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.

### Formulary and non-formulary drugs

The Aetna medical plans have adopted CVS Caremark's current formulary, including its preferred drug list, as the plans' covered formulary. Drugs determined as "non-formulary" based on CVS Caremark's current formulary are not covered by the Aetna plans. Please contact CVS Caremark for a list of approved formulary drugs.

### Prescription drug utilization management guidelines

The prescription drug benefit administered by CVS Caremark is subject to prescription drug utilization management guidelines. CVS Caremark Standard Criteria are based on the latest FDA-approved product labeling, relevant findings of nationally accepted practice guidelines, government agencies, peer-reviewed journals, and authoritative drug compendia, and generally recognized standards of care. The CVS Caremark Standard Criteria are updated at least annually, and whenever the drug indication or safety information changes throughout the plan year. Questions regarding these standards should be directed to CVS Caremark's Customer Care team at **1.800.701.5833** and they will be routed appropriately.

## Mail order pharmacy

To save money on maintenance prescription drugs, you may use CVS Caremark mail order pharmacy.

How to use CVS Caremark mail order:

- When your doctor prescribes a maintenance prescription drug, ask to have the prescription written for up to a 90-day supply with up to three refills.
- If you need medicine at once, ask your doctor to write two prescriptions: one for you to fill right away at your local pharmacy and a second to be sent to the mail order pharmacy for a long-term (maintenance) supply of your medicine.
- For your first order, request a CVS Caremark mail order form by calling CVS Caremark or downloading a copy from **caremark.com**, and fill in the health history section of the form. (For future orders, you can omit this step. A new order form and envelope will be sent to you with each delivery.)
- Either enclose a check payable to CVS Caremark or provide your credit card number and expiration date.
- Send your maintenance prescription, the completed order form and your payment to CVS Caremark.
- Allow 10 to 14 days from the date you mail your order for delivery of your medicine. Overnight delivery is available for an additional charge. The additional delivery charge applies to shipment only and does not affect processing time.
- When it is time for a refill, you can call CVS Caremark directly to use the automated refill service or log on to **caremark.com**. Have your prescription number, ZIP code and credit card information ready.

### 90-day Refill program for maintenance prescription drugs

A maintenance prescription drug is a prescription drug that is commonly used to treat conditions that are considered chronic or long-term, such as high blood pressure. The 90-day Refill program helps you save on prescription drug costs for maintenance prescription drugs, and offers the option of having them delivered to your home. Through the 90-day Refill program, maintenance prescription drugs can be filled for up to a 90-day supply through CVS Caremark's mail order pharmacy or at a CVS Pharmacy, paying the mail order member cost share for a 90-day prescription.

If you enroll in an Aetna medical plan, you generally will be required[1] to receive your maintenance prescription drugs through the 90-day Refill program. You may fill a 30-day prescription for a maintenance prescription drug at a network retail pharmacy, up to a maximum of two times. After the first 30-day supply of a maintenance prescription drug is filled at a network retail pharmacy, CVS Caremark will contact you to get you started on the 90-day Refill program.

On your third attempt to fill a 30-day supply of a maintenance prescription drug, the pharmacist will not be able to fill your prescription under the plan unless you have chosen to opt out of the 90-day Refill program. You will be directed to call CVS Caremark or visit **caremark.com** to register for the 90-day Refill program, or pay the full cash price of the maintenance prescription drug unless you have chosen to opt out of the 90-day Refill program. If you choose to pay the full cash price of the maintenance prescription drug, those costs will not count toward your annual deductible or out-of-pocket maximum unless you have chosen to opt out of the 90-day Refill program.

You can avoid interruptions in your maintenance prescription drugs being covered under the plan by using or opting out of the 90-day Refill program as soon as possible.

### Getting started

It's easy to get started with the 90-day Refill program. You can ask CVS Caremark to contact your doctor's office directly, or you can visit **caremark.com** or call **1.800.701.5833** to confirm your prescription is eligible and set it up. If you already receive your prescriptions at a CVS Pharmacy, ask the pharmacist for information about registering.

### Opting out of the 90-day Refill program

To continue receiving 30-day supplies of maintenance prescription drugs at any network pharmacy, call Customer Care toll-free at the number on your prescription card to opt out of the 90-day Refill program. By opting out, you will be required to pay the regular retail cost and you will not be taking advantage of the savings offered by using the 90-day supply option.

### Mail order pharmacy costs

A 90-day supply of covered prescription drugs is provided through CVS Caremark's mail order pharmacy at a discounted cost as shown below. The 90-day Refill program is also fulfilled by CVS Caremark's mail order pharmacy.

Under the Aetna Consumer Directed Plan, you will pay:

- $10 copayment for up to a 90-day supply of generic prescription drugs
- 30% coinsurance for up to a 90-day supply of preferred brand prescription drugs (up to a maximum of $200)
- 45% coinsurance for up to a 90-day supply of non-preferred brand prescription drugs (up to a maximum of $300)

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

If you choose a brand drug when a generic is available, you will pay the applicable brand coinsurance **in addition to** the difference in cost between the brand and generic drug.

---

[1] You may opt out of the 90-day Refill program but you will be required to pay more. See **Opting out of the 90-day Refill program** for more information.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed**

## Prescription drug limitations

The following limitations apply:
- Prescription benefit coverage for certain drugs may be approved or denied based on the uses for which those drugs are prescribed. Certain medications may be limited in the quantity that the Plan will cover.
- Certain drugs may be subject to review to determine if alternative, cost effective therapies have been tried before they will be covered.
- Some prescription drugs are subject to utilization management (UM), quantity limits, days' supply limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.
- Specialty medications are limited to a 30-day supply.
- Prescription drugs that are eligible expenses and are obtained from a non-participating pharmacy are covered at the out-of-network benefit level.

No payment will be made for expenses incurred for:
- Non-formulary drugs (see **Formulary and non-formulary drugs** above for more information)
- Administration of any drug (costs of administering certain drugs may be covered under the medical aspect of the Aetna medical plans)
- Certain contraceptive devices and implants
- Drugs that do not require a written prescription by a physician, other than those specified in this section
- Experimental drugs or substances not approved by the Food and Drug Administration and drugs labeled "Caution — limited by federal law to investigational use"
- Drugs that are not considered essential for necessary care and treatment of an injury or sickness, as determined by the medical or pharmacy claims administrator
- Drugs used for cosmetic purposes
- Immunization agents, biological sera, blood or blood plasma
- Indications not approved by the Food and Drug Administration
- Medication that is taken or administered, in whole or in part, at the place where it is dispensed or while a person is a patient in an institution that operates, or allows to be operated on its premises, a facility for dispensing pharmaceuticals
- Any prescription filled in excess of the number specified by the physician or dispensed more than one year from the date of the physician's order
- More than a 30-day supply when dispensed in any one prescription ordered through a retail pharmacy
- More than a 90-day supply when dispensed in any one prescription ordered through CVS Caremark mail order pharmacy
- Therapeutic devices or appliances, including hypodermic needles, syringes, certain support garments and other non-medicinal substances, excluding insulin syringes
- Tretinoin for individuals age 37 and older, unless medically necessary as verified with prescriber
- Any specialty medication not obtained through a CVS Caremark Specialty Pharmacy
- Any prescription drug for which a claim is submitted more than 24 months after the date of service

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 44 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                        **Consumer Directed Out-of-Area**

# Aetna Consumer Directed Out-of-Area Plan

The Aetna Consumer Directed Out-of-Area Plan (the "Plan") is an indemnity plan that is offered to employees whose home zip code falls outside the Aetna network provider service area. As a consumer-directed plan, the Plan is designed to give you transparency into your health care costs and more responsibility in managing these health care costs. In a consumer-directed plan, instead of paying a copayment, you are responsible for the full cost of most covered services until you meet the annual deductible. This means you will have higher out-of-pocket costs under a consumer-directed plan when you receive care.

**Effective Jan. 1, 2013, this plan is available to all benefits-eligible employees, regardless of PYCC.**

The following are characteristics of this plan:

- Preventive care is covered at 100% of reasonable and customary limits. You do not have to satisfy the deductible. Preventive services include:
  - Routine physical exams for covered individuals (see **Preventive care** in the **Provisions and definitions** section).
  - Examinations and immunizations for well-child care at intervals according to Plan schedule.
  - Adolescent immunizations.
  - Adult preventive immunizations in accordance with established age appropriate preventive guidelines.
  - Annual well-woman examinations (office visits).
  - Screening mammograms.
  - Preventive lab tests and X-rays. Please note that certain labs and X-rays that are diagnostic in nature may be ordered by your physician. These will be covered after applicable deductible and coinsurance are paid.
  - Breast feeding support.
  - Certain types of counseling (refer to **Covered medical services**).
  - Prenatal office visits.

  To determine whether a service is considered preventive care and will be covered at 100% of reasonable and customary limits, refer to the *Clinical Policy Bulletin* at **aetna.com**.

- There is no network of providers. You may use any licensed, eligible provider and receive the same level of coverage.
- You must meet the annual deductible of $1,200 per individual or $2,400 per family before benefits for non-preventive covered services are paid. When one person in a family reaches the $1,200 individual deductible, the Plan begins paying benefits for covered services at 80% of reasonable and customary limits for that individual. To reach the family deductible, another family member or any combination of family members must incur an additional $1,200 in covered expenses to reach the $2,400 family deductible. Once the $2,400 family deductible is met, the whole family is covered at 80% of reasonable and customary limits. One person in a family may not meet the full $2,400 family deductible alone.
- You will pay a copayment or coinsurance for prescription drugs. For more information on prescription drug coverage, see the **Plan summary** table and **Prescription drug coverage** later in this section.
- The most you will pay out of pocket for covered services during the calendar year (the out-of-pocket maximum) is $3,500 per individual or $7,000 per family, including the annual deductible, but not including prescription drug copayments or coinsurance amounts.
- When one person in a family reaches the $3,500 individual out-of-pocket maximum, the Plan begins paying benefits for covered services at 100% of reasonable and customary limits for that individual. To reach the family out-of-pocket maximum, another family member or any combination of family members must incur an additional $3,500 in covered expenses to reach the $7,000 family out-of-pocket maximum. Once the $7,000 family out-of-pocket maximum is met, the whole family is covered at 100% of reasonable and customary limits. One person in a family may not meet the full $7,000 family out-of-pocket maximum alone.
- Prescription drug copayments and coinsurance amounts, charges above reasonable and customary limits, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- Precertification is required prior to receiving certain services. See **Precertification requirements** in the **Important information for Aetna medical plans** section for details.

# Aetna Consumer Directed Out-of-Area Plan summary

## Benefits coverage under the Aetna Consumer Directed Out-of-Area Plan

The information in the plan summary below provides an overview of the benefit coverage under the Aetna Consumer Directed Out-of-Area Plan but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions, limitations and other provisions for this plan are covered in **Detailed coverage information for Aetna medical plans** at the end of this section.

| Type of service or supply | Plan Benefit |
|---|---|
| Lifetime maximum | None |
| **Precertification** | |
| **Precertification required for all inpatient admissions and some other services.** See **Precertification requirements** in the **Detailed coverage information for Aetna medical Plans** section. | Must precertify hospital admissions - $500 penalty per occurrence if not precertified; other services may not be covered if not precertified |
| **Plan facts** | |
| **Plan type** | Indemnity |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed Out-of-Area**

| Type of service or supply | Plan Benefit |
|---|---|
| **Website** | **aetna.com** |
| **Member services** | **1.877.444.1012** |
| **Nurseline** | **1.800.556.1555** |
| **Extended family benefits** | |
| **Domestic partner** (same or opposite sex) | Yes |
| **Other adult dependent** | Yes |
| **Calendar year deductible (excludes pharmacy copayments and member's share of pharmacy coinsurance)** | |
| **Per individual** | $1,200 |
| **Per family** | $2,400 |
| **Out-of-pocket maximum (includes deductible)** | |
| **Per individual** | $3,500 |
| **Per family** | $7,000 |
| **Provider requirements** | |
| **Primary care physician (PCP) required** | No |
| **Ability to self refer to OB/GYN** | Yes |
| **Ability to self refer to specialists** | Yes |
| **Primary and preventive care** **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. Please also see **Preventive care** in the **Provisions and definitions** section for more information. | |
| **Office visits - Primary physician** | Plan pays 80% of covered services after deductible |
| **Office visits - Specialist** | Plan pays 80% of covered services after deductible |
| **Office surgery** | Plan pays 80% of covered services after deductible |
| **Preventive examinations** | Plan pays 100% of covered services; deductible waived; two preventive exams per calendar year |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule |
| **Immunizations** | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule |
| **Well-woman exam (includes pap)** | Plan pays 100%; deductible waived; one routine GYN exam per year with one pap smear and related lab fees |
| **Preventive mammogram** | Plan pays 100% of covered services; deductible waived; one annual mammogram for women age 35 and over |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services; deductible waived |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 100% of covered services; deductible waived |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | |
| **Cancer screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule |
| **Cardiovascular screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule |
| **Preventive eye examinations** | Not covered; routine vision care available through Bank of America Active Vision Care Plan if elected |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible |
| **Specialty and outpatient care** | |
| **Office visits** | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 80% of covered services after deductible |
| **Therapy** (speech, occupational, physical) – continued medical necessity review required after 25th visit | Plan pays 80% of covered services after deductible; up to 90 combined per calendar year; includes developmental delay |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed Out-of-Area**

| Type of service or supply | Plan Benefit |
|---|---|
| **Chiropractor services (muscular skeletal manipulation)** | Plan pays 80% of covered services after deductible, up to 20 visits per calendar year |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible; up to 100 days per calendar year |
| **Home health care** | Plan pays 80% of covered services after deductible; up to 120 visits per calendar year |
| **Hospice** | Plan pays 80% of covered services after deductible |
| **Durable medical equipment** | Plan pays 80% of covered services after deductible; some limits may apply; please contact Plan for details |
| **External prosthetic devices** | Plan pays 80% of covered services after deductible |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Plan pays 80% of covered services after deductible |
| **Prescription drugs - Coverage provided through CVS Caremark** | |
| **Retail (up to a 30-day supply)** | **Generic:** $5 copayment<br><br>**Preferred brand name:** You pay 30% ($100 maximum)<br><br>**Non-preferred brand name:** You pay 45% ($150 maximum)<br><br>Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between brand name and generic drug costs.<br><br>For prescriptions filled at a pharmacy that is not part of the CVS Caremark network:<br>• Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>• Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then the Plan pays 60%. |
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment<br><br>**Preferred brand name:** You pay 30% ($200 maximum)<br><br>**Non-preferred brand name:** You pay 45% ($300 maximum)<br><br>Member requesting brand name drug when generic is available is responsible for brand copayment plus the difference between brand name and generic drug costs.<br><br>If you enroll in an Aetna medical plan and take a maintenance medication, you will be required to receive your maintenance prescription through the 90-day Refill program. See **90-day Refill program for maintenance prescription drugs** in the **Prescription drug coverage** section for more information. |
| **Oral contraceptives** | Contraceptives covered at applicable coinsurance.<br><br>Select covered generic and brand contraceptives, without a generic available, are covered at 100% with a valid prescription at a CVS Caremark in-network pharmacy.<br><br>For prescriptions filled by a pharmacy that is not part of the CVS Caremark network:<br>• Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>• Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%. |
| **Infertility drugs** | Infertility drugs covered at applicable coinsurance |
| **Inpatient services** | |
| **Room and board** | Plan pays 80% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible |
| **Urgent care facility** | Plan pays 80% of covered services after deductible; non-urgent use not covered |
| **Emergency room not followed by admission** | Plan pays 80% of covered services after deductible; non-emergency use not covered |
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | |
| **Prenatal / postnatal care** | Prenatal office visits Play pays 100% of covered services with no deductible; all other specialists Plan pays 80% of covered services after deductible |
| **Maternity care** | Plan pays 80% of covered services after deductible |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible |
| **Breast pumps and supplies** | Plan pays 100% of covered services with no deductible, subject to Plan limits |
| **Lactation consultant** | Plan pays 100% of covered services with no deductible, subject to Plan limits |
| **Birthing centers** | Plan pays 80% of covered services after deductible |

| Type of service or supply | Plan Benefit |
|---|---|
| **Family planning** | |
| **Infertility** (diagnosis and treatment of the underlying medical cause) | Plan pays 80% of covered services after deductible |
| **Lab, X-rays and office visits related to family planning** | Plan pays 80% of covered services after deductible |
| **Sterilization** | Tubal ligation: Plan pays 100% of covered services with no deductible |
| **Abortion** | Plan pays 80% of covered services after deductible |
| **Artificial insemination** | Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Plan pays 80% of covered services after deductible |
| **Charges associated with cryopreserved embryos and sperm** | Plan pays 80% of covered services after deductible |
| **Family planning exclusions and limitations** | |
| **Reversal of sterilization** | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered |
| **Mental health/chemical dependency** | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible |
| **Outpatient treatment** | Plan pays 80% of covered services after deductible |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible |
| **Residential treatment** | Plan pays 80% of covered services after deductible |
| **Care management programs** | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

# Prescription drug coverage under the Aetna Consumer Directed Out-of-Area Plan

If you participate in an Aetna medical plan, your prescription drug coverage is provided by CVS Caremark. The CVS Caremark network is extensive and includes CVS pharmacies and many other pharmacies across the country. Go to **caremark.com** and register to see if your local pharmacy participates or to find a participating pharmacy in your area.

## Plan identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan, if you are not otherwise eligible for the benefit.

## In-network coverage

When you use a network retail pharmacy for up to a 30-day supply of a covered prescription drug, you pay:
- Generic: $5 copayment
- Preferred brand: 30% (up to a maximum of $100)
- Non-preferred brand: 45% (up to a maximum of $150)

If you choose a brand drug when a generic is available, you will pay the applicable brand coinsurance amount **in addition to** the difference in cost between the brand and generic drug.

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

**Note:** Under the Aetna Consumer Directed Out-of-Area Plan, prescription drug costs (other than the difference in cost between a brand and generic drug that you have to pay when a generic is available) do not count toward the annual deductible or out-of-pocket maximum.

Bank of America Employee Health and Insurance                                        Aetna medical plans
Summary Plan Description 2013                                        **Consumer Directed Out-of-Area**

## Out-of-network coverage

If you have prescriptions filled at a pharmacy that is not part of the CVS Caremark network, you will pay the entire cost of the prescription at the pharmacy and submit a claim form to CVS Caremark for reimbursement. You can request a claim form directly from CVS Caremark by calling the number on your ID card, or you may print a claim form at **caremark.com**. The out-of-network reimbursement rate is 60% of the discounted rate, which is the cost that CVS Caremark has negotiated for that drug when obtained at a network pharmacy.

**Note:** You have 24 months from the date of service to submit prescription drug claims for processing under the Aetna medical plans.

## Covered prescription drugs

The term **covered prescription drug** means:
- A federal legend drug for which a written prescription is required
- A compound medication of which at least one ingredient is a federal legend drug
- Insulin dispensed only with the written prescription of a physician
- Diabetic supplies: needles and syringes, alcohol swabs, blood glucose testing strips, blood glucose testing monitors (one per year), urine testing strips/tabs, lancets (excluding administration devices)
- Tretinoin for individuals who satisfy certain criteria and for whom the treatment is not for cosmetic therapy
- Contraceptives
- Infertility drugs
- Any other drug that, by applicable state law, may be dispensed only with the written prescription of a physician

Certain drugs may require prior authorization or may require a lower-cost alternative to be used first. Call CVS Caremark at the number on your ID card if you are not sure whether a certain prescription medicine is covered under your plan. You can also go to **caremark.com** for more information.

### Contraceptives and infertility drugs

Under health care reform, covered prescription contraceptive drugs (generics and brands without a generic equivalent) are covered at 100% with a valid prescription presented at a network pharmacy or provided to the mail order pharmacy. To receive coverage for infertility drugs, call CVS Caremark before purchasing the drug.

### Specialty medications

Specialty medications paid through your pharmacy benefit are limited to a 30-day supply, must be obtained through CVS Caremark Specialty Pharmacy and require preauthorization. For additional information call CVS Caremark. Some prescription drugs are subject to utilization management (UM), quantity limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.

### Formulary and non-formulary drugs

The Aetna medical plans have adopted CVS Caremark's current formulary, including its preferred drug list, as the plans' covered formulary. Drugs determined as "non-formulary" based on CVS Caremark's current formulary are not covered by the Aetna plans. Please contact CVS Caremark for a list of approved formulary drugs.

### Prescription drug utilization management guidelines

The prescription drug benefit administered by CVS Caremark is subject to prescription drug utilization management guidelines. CVS Caremark Standard Criteria are based on the latest FDA-approved product labeling, relevant findings of nationally accepted practice guidelines, government agencies, peer-reviewed journals, and authoritative drug compendia, and generally recognized standards of care. The CVS Caremark Standard Criteria are updated at least annually, and whenever the drug indication or safety information changes throughout the plan year. Questions regarding these standards should be directed to CVS Caremark's Customer Care team at **1.800.701.5833** and they will be routed appropriately.

## Mail order pharmacy

To save money on maintenance prescription drugs, you may use CVS Caremark mail order pharmacy.

How to use CVS Caremark mail order:
- When your doctor prescribes a maintenance prescription drug, ask to have the prescription written for up to a 90-day supply with up to three refills.
- If you need medicine at once, ask your doctor to write two prescriptions: one for you to fill right away at your local pharmacy and a second to be sent to the mail order pharmacy for a long-term (maintenance) supply of your medicine.
- For your first order, request a CVS Caremark mail order form by calling CVS Caremark or downloading a copy from **caremark.com**, and fill in the health history section of the form. (For future orders, you can omit this step. A new order form and envelope will be sent to you with each delivery.)
- Either enclose a check payable to CVS Caremark or provide your credit card number and expiration date.
- Send your maintenance prescription, the completed order form and your payment to CVS Caremark.
- Allow 10 to 14 days from the date you mail your order for delivery of your medicine. Overnight delivery is available for an additional charge. The additional delivery charge applies to shipment only and does not affect processing time.
- When it is time for a refill, you can call CVS Caremark directly to use the automated refill service or log on to **caremark.com**. Have your prescription number, ZIP code and credit card information ready.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 49 of 196

Bank of America Employee Health and Insurance                    Aetna medical plans
Summary Plan Description 2013                              **Consumer Directed Out-of-Area**

**90-day Refill program for maintenance prescription drugs**

A maintenance prescription drug is a prescription drug that is commonly used to treat conditions that are considered chronic or long-term, such as high blood pressure. The 90-day Refill program helps you save on prescription drug costs for maintenance prescription drugs, and offers the option of having them delivered to your home. Through the 90-day Refill program, maintenance prescription drugs can be filled for up to a 90-day supply through CVS Caremark's mail order pharmacy or at a CVS Pharmacy, paying the mail order member cost share for a 90-day prescription.

If you enroll in an Aetna medical plan, you generally will be required[1] to receive your maintenance prescription drugs through the 90-day Refill program. You may fill a 30-day prescription for a maintenance prescription drug at a network retail pharmacy, up to a maximum of two times. After the first 30-day supply of a maintenance prescription drug is filled at a network retail pharmacy, CVS Caremark will contact you to get you started on the 90-day Refill program.

On your third attempt to fill a 30-day supply of a maintenance prescription drug, the pharmacist will not be able to fill your prescription under the plan unless you have chosen to opt out of the 90-day Refill program. You will be directed to call CVS Caremark or visit **caremark.com** to register for the 90-day Refill program, or pay the full cash price of the maintenance prescription drug unless you have chosen to opt out of the 90-day Refill program. If you choose to pay the full cash price of the maintenance prescription drug, those costs will not count toward your annual deductible or out-of-pocket maximum unless you have chosen to opt out of the 90-day Refill program.

You can avoid interruptions in your maintenance prescription drugs being covered under the plan by using or opting out of the 90-day Refill program as soon as possible.

**Getting started**

It's easy to get started with the 90-day Refill program. You can ask CVS Caremark to contact your doctor's office directly, or you can visit **caremark.com** or call **1.800.701.5833** to confirm your prescription is eligible and set it up. If you already receive your prescriptions at a CVS Pharmacy, ask the pharmacist for information about registering.

**Opting out of the 90-day Refill program**

To continue receiving 30-day supplies of maintenance prescription drugs at any network pharmacy, call Customer Care toll-free at the number on your prescription card to opt out of the 90-day Refill program. By opting out, you will be required to pay the regular retail cost and you will not be taking advantage of the savings offered by using the 90-day supply option.

**Mail order pharmacy costs**

A 90-day supply of covered prescription drugs is provided through CVS Caremark's mail order pharmacy at a discounted cost as shown below. The 90-day Refill program is also fulfilled by CVS Caremark's mail order pharmacy.

Under the Aetna Consumer Directed Out-of-Area Plan, you will pay:
- $10 copayment for up to a 90-day supply of generic prescription drugs
- 30% coinsurance for up to a 90-day supply of preferred brand prescription drugs (up to a maximum of $200)
- 45% coinsurance for up to a 90-day supply of non-preferred brand prescription drugs (up to a maximum of $300)

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

If you choose a brand drug when a generic is available, you will pay the applicable brand coinsurance **in addition to** the difference in cost between the brand and generic drug.

## Prescription drug limitations

The following limitations apply:
- Prescription benefit coverage for certain drugs may be approved or denied based on the uses for which those drugs are prescribed. Certain medications may be limited in the quantity that the Plan will cover.
- Certain drugs may be subject to review to determine if alternative, cost effective therapies have been tried before they will be covered.
- Some prescription drugs are subject to utilization management (UM), quantity limits, days' supply limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.
- Specialty medications are limited to a 30-day supply.
- Prescription drugs that are eligible expenses and are obtained from a non-participating pharmacy are covered at the out-of-network benefit level.

---

[1] You may opt out of the 90-day Refill program but you will be required to pay more. See **Opting out of the 90-day Refill program** for more information.

No payment will be made for expenses incurred for:

- Non-formulary drugs (see **Formulary and non-formulary drugs** above for more information)
- Administration of any drug (costs of administering certain drugs may be covered under the medical aspect of the Aetna medical plans)
- Certain contraceptive devices and implants
- Drugs that do not require a written prescription by a physician, other than those specified in this section
- Experimental drugs or substances not approved by the Food and Drug Administration and drugs labeled "Caution — limited by federal law to investigational use"
- Drugs that are not considered essential for necessary care and treatment of an injury or sickness, as determined by the medical or pharmacy claims administrator
- Drugs used for cosmetic purposes
- Immunization agents, biological sera, blood or blood plasma
- Indications not approved by the Food and Drug Administration
- Medication that is taken or administered, in whole or in part, at the place where it is dispensed or while a person is a patient in an institution that operates, or allows to be operated on its premises, a facility for dispensing pharmaceuticals
- Any prescription filled in excess of the number specified by the physician or dispensed more than one year from the date of the physician's order
- More than a 30-day supply when dispensed in any one prescription ordered through a retail pharmacy
- More than a 90-day supply when dispensed in any one prescription ordered through CVS Caremark mail order pharmacy
- Therapeutic devices or appliances, including hypodermic needles, syringes, certain support garments and other non-medicinal substances, excluding insulin syringes
- Tretinoin for individuals age 37 and older, unless medically necessary as verified with prescriber
- Any specialty medication not obtained through a CVS Caremark Specialty Pharmacy
- Any prescription drug for which a claim is submitted more than 24 months after the date of service

Case 2:16-cv-01898-TLN-AC Document 1-8 Filed 08/11/16 Page 51 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                          **Consumer Directed High Deductible**

# Aetna Consumer Directed High Deductible Plan

The Aetna Consumer Directed High Deductible Plan (the "Plan") is designed to give you transparency into your health care costs and more responsibility in managing those health care costs. In a consumer-directed plan, instead of paying a copayment, you are responsible for the full cost of most covered services until you meet the annual deductible. This means you will have higher out-of-pocket costs under a consumer-directed plan when you receive care. In-network preventive care is covered at 100% as described below.

The Plan offers access to Aetna's network of providers and the flexibility to use doctors and other providers outside the network. There is no need to select a primary care doctor or get referrals to specialists. If you choose to use an in-network provider you receive a higher benefit than if you choose to use an out-of-network provider.

**Effective Jan. 1, 2013, this plan is available to all benefits-eligible employees, regardless of PYCC.**

## In-network coverage

- To comply with health care legislation, as well as to enhance the value of your medical coverage and your overall health, the plan assumes the full cost of in-network preventive care, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. The following in-network preventive care is covered at 100%:
    - Two adult routine physical exams for covered individuals (see **Preventive care** in the **Provisions and definitions** section).
    - Examinations and immunizations for well-child care at intervals according to Plan schedule.
    - Adolescent immunizations.
    - Adult preventive immunizations in accordance with established age appropriate preventive guidelines.
    - Annual well-woman examinations (office visits).
    - Screening mammograms.
    - Preventive lab tests and X-rays. Please note that certain labs and X-rays that are diagnostic in nature may be ordered by your physician. These will be covered at 80% after applicable deductible.
    - Breast feeding support.
    - Certain types of counseling (refer to **Covered medical services**).
    - Prenatal office visits.

    To determine whether a service is considered preventive care and will be covered at 100% in-network, refer to the *Clinical Policy Bulletin* at **aetna.com**.

- You will pay the full cost of medical care until you reach the annual deductible of $2,250 for employee-only coverage or $4,500 for family coverage. There is no copayment for office visits.
- Once you have met the annual deductible, coinsurance begins; you and the plan start sharing the cost of covered services. In-network, you pay 20% and the plan pays 80%, up to your out-of-pocket maximum.
- For employees enrolled in family coverage, the family annual deductible ($4,500) must be satisfied before the Plan pays for covered services for any individual (not including in-network preventive care services or preventive drugs). The family annual deductible can be satisfied when the cost of covered services for one individual meets the family annual deductible amount, or when the combined costs for multiple covered individuals meet the family annual deductible amount.
- In-network expenses that apply toward your in-network deductible also apply toward your out-of-network deductible.
- You will pay full cost for prescription drugs until you meet the annual deductible, then you pay coinsurance; for a preventive drug, you pay coinsurance even before you meet the annual deductible. For more information on prescription drug coverage, see the **Plan summary** table and **Prescription drug coverage** later in this section.
- The most you will pay out-of-pocket for covered network services during the calendar year (the out-of-pocket maximum) is $4,000 for employee-only coverage or $8,000 for family coverage, including the annual deductible. Out-of-pocket expenses that apply toward your in-network out-of-pocket maximum also apply toward your out-of-network out-of-pocket maximum. When you reach the out-of-pocket maximum, the plan pays 100% of most covered network expenses for the rest of the year.
- Penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the annual deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- You have no claim forms to file for services provided by an in-network provider. The physician and/or facility will file these claims with Aetna for you.
- Precertification is required prior to receiving certain services and must be submitted by your provider. See **Precertification requirements** in the **Important information for Aetna medical plans** section for details.
- The Aetna network includes a wide range of doctors representing all essential specialties. If specialty care becomes necessary, you may ask your primary physician to refer you to a specialist, or you can choose your own.
- If a physician in the Aetna network refers you to a specialist, it is your responsibility to check with Aetna to be sure the specialist is a network provider. You will not receive the higher in-network benefits because an in-network doctor referred you, unless the specialist is also in the Aetna network.
- Many radiologists, anesthesiologists and pathologists are not part of the Aetna network, even though their services may be provided at an in-network hospital. The Plan will still pay 80% of the covered reasonable and customary expenses, subject to the deductible for radiologists, anesthesiologists and pathologists, when services are provided at an in-network facility.
- Clinics or centers (for example, outpatient, psychiatric, women's, etc.) that are on the same grounds or near an in-network hospital may not be directly associated with the hospital. You will receive the lower out-of-network benefit if you use a facility that is not an in-network provider, regardless of its location.

> **How to find in-network providers**
>
> To find providers in your area who participate in the Aetna network, visit **DocFind®** at **aetna.com/bankofamerica**, **log on to Aetna Navigator at www.aetna.com** or call the number on your ID card. Aetna continually updates and expands its network; if your current doctor does not participate, ask him or her to join or nominate him or her at **DocFind**.

## Out-of-network coverage

- You must submit a claim form for out-of-network services.
- Services including primary and specialist care, outpatient surgery, emergency room visits and hospitalizations are covered at 60% of reasonable and customary limits after you meet your $2,250 deductible for employee-only coverage or $4,500 deductible for family coverage.
- You will not have the advantage of lower, negotiated rates for services rendered. Any charges above reasonable and customary limits will be your responsibility. See **Reasonable and customary** in the **Provisions and definitions** section for details.
- For employees enrolled in family coverage, the out-of-network family annual deductible ($4,500) must be satisfied before the Plan pays for covered services for any individual (not including in-network preventive care services or preventive drugs). The family annual deductible can be satisfied when the cost of covered services for one individual meets the family annual deductible amount, or when the combined costs for multiple covered individuals meet the family annual deductible amount.
- Out-of-network expenses that apply toward your out-of-network deductible also apply toward your in-network deductible.
- The most you will pay out-of-pocket for covered out-of-network services during the calendar year (the out-of-pocket maximum) is $5,500 for employee-only coverage or $11,000 for family coverage, including the annual deductible. Out-of-network expenses that apply toward your out-of-network out-of-pocket maximum also apply toward your in-network out-of-pocket maximum. When you reach the out-of-pocket maximum, the plan pays 100% of most covered expenses for the rest of the year.
- Out-of-network charges above reasonable and customary limits, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- You must obtain precertification for hospital stays and other services. See **Precertification requirements** in the **Detailed coverage information for Aetna medical plans** section for details.

# Aetna Consumer Directed High Deductible Plan summary

## Benefits coverage under the Aetna Consumer Directed High Deductible Plan

The information in the plan summary below provides an overview of the benefit coverage under the Aetna Consumer Directed High Deductible Plan but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions and limitations and other provisions for this plan are covered in **Detailed coverage information for Aetna medical plans** at the end of this section.

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Lifetime maximum** | None | None |
| **Precertification** | | |
| **Precertification required for all inpatient admissions and some other services.** See **Precertification requirements** in the **Detailed coverage information for Aetna medical Plans** section. | Must precertify hospital admissions; other services may not be covered if not precertified | Must precertify hospital admissions - $500 penalty per occurrence if not precertified; other services may be covered if not precertified |
| **Plan facts** | | |
| **Plan type** | Preferred Provider Organization | Preferred Provider Organization |
| **Website** | **aetna.com** | **aetna.com** |
| **Member services** | **1.877.444.1012** | **1.877.444.1012** |
| **Nurseline** | **1.800.556.1555** | **1.800.556.1555** |
| **Extended family benefits** | | |
| **Domestic partner (same or opposite sex)** | Yes | Yes |
| **Other adult dependent** | Yes | Yes |
| **Calendar year deductible** | | |
| **Employee-only coverage** | $2,250 | $2,250 |
| **Family coverage** | $4,500 | $4,500 |
| **Out-of-pocket maximum (includes deductible)** | | |
| **Employee-only coverage** | $4,000 | $5,500 |
| **Family coverage** | $8,000 | $11,000 |
| **Provider requirements** | | |
| **Primary care physician (PCP) required** | No | No |
| **Ability to self refer to OB/GYN** | Yes | Yes |
| **Ability to self refer to specialists** | Yes | Yes |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed High Deductible**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Primary and preventive care** | | |
| **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | |
| Please also see **Preventive care** in the **Provisions and definitions** section for more information. | | |
| **Office visits - Primary physician** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Office visits - Specialist** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Office surgery** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Preventive examinations** | Plan pays 100% of covered services; deductible waived; two preventive exams per calendar year | Plan pays 60% of covered services after deductible; two preventive exams per calendar year |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible; frequency according to Plan schedule |
| **Immunizations** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible; frequency according to Plan schedule |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; deductible waived; one routine GYN exam per year with one pap smear and related lab fees | Plan pays 60% of covered services after deductible; one routine GYN exam per year with one pap smear and related lab fees |
| **Preventive mammogram** | Plan pays 100% of covered services; deductible waived; one annual mammogram for women age 35 and over | Plan pays 60% of covered services after deductible; one annual mammogram for women age 35 and over |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services; deductible waived | Plan pays 60% of covered services after deductible |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 100% of covered services; deductible waived | Plan pays 60% of covered services after deductible |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible |
| **Cardiovascular screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule | Plan pays 60% of covered services after deductible according to Plan schedule |
| **Preventive eye examinations** | Not covered; routine vision care available through Bank of America Active Vision Plan if elected | Not covered; routine vision care available through Bank of America Active Vision Plan if elected |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Specialty and outpatient care** | | |
| **Office visits** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Therapy (speech, occupational, physical) – continued medical necessity review required after 25th visit** | Plan pays 80% of covered services after deductible; up to 90 combined in- and out-of-network visits per calendar year; includes developmental delay | Plan pays 60% of covered services after deductible; up to 90 combined in- and out-of-network visits per calendar year; includes developmental delay |
| **Chiropractor services (muscular skeletal manipulation)** | Plan pays 80% of covered services after deductible; up to 20 combined in- and out-of-network visits per calendar year | Plan pays 60% of covered services after deductible; up to 20 combined in- and out-of-network visits per calendar year |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible; up to 100 combined in- and out-of-network days per calendar year | Plan pays 60% of covered services after deductible; up to 100 combined in- and out-of-network days per calendar year |
| **Home health care** | Plan pays 80% of covered services after deductible; up to 120 combined in- and out-of-network visits per calendar year | Plan pays 60% of covered services after deductible; up to 120 combined in- and out-of-network visits per calendar year |
| **Hospice** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Durable medical equipment** | Plan pays 80% of covered services after deductible; some limits may apply; please contact Plan for details | Plan pays 60% of covered services after deductible; some limits may apply; please contact Plan for details |
| **External prosthetic devices** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                        **Consumer Directed High Deductible**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Prescription drugs - Coverage provided through CVS Caremark** | | |
| **Retail (up to a 30-day supply)** | Plan pays 80% after deductible is met; Plan pays 80% of covered preventive drugs before deductible. | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy) after the deductible has been met. Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%. |
| **Mail order** | Plan pays 80% after deductible is met. Plan pays 80% of covered preventive drugs before deductible. If you enroll in an Aetna medical plan and take a maintenance medication, you will be required to receive your maintenance prescription through the 90-day Refill program. See **90-day Refill program for maintenance prescription drugs** in the **Prescription drug coverage** section for more information. | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy) after the deductible has been met. Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%. |
| **Preventive drugs** | Covered preventive drugs bypass the annual deductible. Plan pays 80% of covered preventive medication through retail and mail, even before the deductible is met. Preventive medications count toward the out-of-pocket maximum. | Covered preventive drugs bypass the annual deductible. Plan pays 80% of covered preventive medication through retail and mail, even before the deductible is met. Preventive medications count toward the out-of-pocket maximum. |
| **Oral contraceptives** | Contraceptives covered at applicable coinsurance. Select covered generic and brand contraceptives, without a generic available, may be covered at 100% with a valid prescription. | Member pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy) after the deductible has been met. Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost and then Plan pays 60%. |
| **Infertility drugs** | Plan pays 80% of covered medications after deductible | Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy). Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then the Plan pays 60%. Specialty infertility medications must be filled through a CVS Caremark Specialty Pharmacy for coverage. |
| **Inpatient services** | | |
| **Room and board** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Emergency care** | | |
| **Urgent care facility** | Plan pays 80% of covered services after deductible; non-urgent use not covered | Plan pay 60% of covered services after deductible non-urgent use not covered |
| **Emergency room not followed by admission** | Plan pays 80% of covered services after deductible for medical emergency; non-emergency use not covered | Plan pays 80% of covered services after deductible for medical emergency; non-emergency use not covered |
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency use unless precertified by Plan |
| **Maternity care** | | |
| **Prenatal / postnatal care** | Prenatal office visits Plan pays 100% of covered services with no deductible; all other specialists Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Maternity care** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Breast pumps and supplies** | Plan pays 100% of covered services with no deductible, subject to Plan limits | Plan pays 60% of covered services after deductible |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed High Deductible**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| Lactation consultant | Plan pays 100% of covered services with no deductible, subject to Plan limits | Plan pays 60% of covered services after deductible |
| Birthing centers | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Family planning** | | |
| Infertility (diagnosis and treatment of the underlying medical cause) | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| Lab, X-rays and office visits related to family planning | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| Sterilization | Plan pays 80% after deductible of covered services | Plan pays 60% of covered services after deductible |
| Abortion | Plan pays 80% after deductible of covered services | Plan pays 60% of covered services after deductible |
| Artificial insemination | Plan pays 80% after deductible of covered services | Plan pays 60% of covered services after deductible |
| In vitro fertilization/GIFT/ZIFT/ovum transplants | Plan pays 80% after deductible of covered services | Plan pays 60% of covered services after deductible |
| Charges associated with cryopreserved embryos and sperm | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Family planning exclusions and limitations** | | |
| Reversal of sterilization | Not covered | Not covered |
| Purchase of donor sperm and any charges for the storage of sperm | Not covered | Not covered |
| Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers | Not covered | Not covered |
| **Mental health/chemical dependency** | | |
| Inpatient treatment | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| Outpatient treatment | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| Intensive outpatient program | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| Partial hospitalization | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| Residential treatment | Plan pays 80% of covered services after deductible | Plan pays 60% of covered services after deductible |
| **Care management programs** | | |
| Care management education and assistance | Care management education and assistance is available. Please contact your Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your Plan for more details on the various care management programs. |

# Prescription drug coverage under the Aetna Consumer Directed High Deductible Plan

If you participate in an Aetna medical plan, your prescription drug coverage is provided by CVS Caremark. The CVS Caremark network is extensive and includes CVS pharmacies and many other pharmacies across the country. Go to **caremark.com** and register to see if your local pharmacy participates or to find a participating pharmacy in your area.

## Plan identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan, if you are not otherwise eligible for the benefit.

## In-network coverage

When you use a network retail pharmacy for up to a 30-day supply of a covered prescription drug, you pay as follows:
- **Preventive drugs:** You pay 20% coinsurance even before you meet the annual deductible.
- **Non-preventive drugs prior to meeting the annual deductible:** You pay full cost until you meet the annual deductible.
- **Non-preventive drugs after you meet the annual deductible:** You pay 20% coinsurance.

If you choose a brand drug when a generic is available, you will pay the applicable coinsurance amount **in addition to** the difference in cost between the brand and generic drug.

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

**Note:** Under the Aetna Consumer Directed High Deductible Plan, covered prescription drug costs (other than the difference in cost between a brand and generic drug that you have to pay when a generic is available) and medical costs count toward the annual deductible and out-of-pocket maximum.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 56 of 196

Bank of America Employee Health and Insurance                                              Aetna medical plans
Summary Plan Description 2013                                                  **Consumer Directed High Deductible**

## Out-of-network coverage

If you have prescriptions filled at a pharmacy that is not part of the CVS Caremark network, you will pay the entire cost of the prescription at the pharmacy and submit a claim form to CVS Caremark for reimbursement. You can request a claim form directly from CVS Caremark by calling the number on your ID card, or you may print a claim form at **caremark.com**. The out-of-network reimbursement rate is 60% of the discounted rate, which is the cost that CVS Caremark has negotiated for that drug when obtained at a network pharmacy.

**Note:** You have 24 months from the date of service to submit prescription drug claims for processing under the Aetna medical plans.

## Covered prescription drugs

The term **covered prescription drug** means:
- A federal legend drug for which a written prescription is required
- A compound medication of which at least one ingredient is a federal legend drug
- Insulin dispensed only with the written prescription of a physician
- Diabetic supplies: needles and syringes, alcohol swabs, blood glucose testing strips, blood glucose testing monitors (one per year), urine testing strips/tabs, lancets (excluding administration devices)
- Tretinoin for individuals who satisfy certain criteria and for whom the treatment is not for cosmetic therapy
- Contraceptives
- Infertility drugs
- Any other drug that, by applicable state law, may be dispensed only with the written prescription of a physician

Certain drugs may require prior authorization or may require a lower-cost alternative to be used first. Call CVS Caremark at the number on your ID card if you are not sure whether a certain prescription medicine is covered under your plan. You can also go to **caremark.com** for more information.

### Contraceptives and infertility drugs

Under health care reform, covered prescription contraceptive drugs (generics and brands without a generic equivalent) are covered at 100% with a valid prescription presented at a network pharmacy or provided to the mail order pharmacy. To receive coverage for infertility drugs, call CVS Caremark before purchasing the drug.

### Specialty medications

Specialty medications paid through your pharmacy benefit are limited to a 30-day supply, must be obtained through CVS Caremark Specialty Pharmacy and require preauthorization. For additional information call CVS Caremark. Some prescription drugs are subject to utilization management (UM), quantity limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.

### Formulary and non-formulary drugs

The Aetna medical plans have adopted CVS Caremark's current formulary, including its preferred drug list, as the plans' covered formulary. Drugs determined as "non-formulary" based on CVS Caremark's current formulary are not covered by the Aetna plans. Please contact CVS Caremark for a list of approved formulary drugs.

### Prescription drug utilization management guidelines

The prescription drug benefit administered by CVS Caremark is subject to prescription drug utilization management guidelines. CVS Caremark Standard Criteria are based on the latest FDA-approved product labeling, relevant findings of nationally accepted practice guidelines, government agencies, peer-reviewed journals, and authoritative drug compendia, and generally recognized standards of care. The CVS Caremark Standard Criteria are updated at least annually, and whenever the drug indication or safety information changes throughout the plan year. Questions regarding these standards should be directed to CVS Caremark's Customer Care team at **1.800.701.5833** and they will be routed appropriately.

## Mail order pharmacy

To save money on maintenance prescription drugs, you may use CVS Caremark mail order pharmacy.

How to use CVS Caremark mail order:
- When your doctor prescribes a maintenance prescription drug, ask to have the prescription written for up to a 90-day supply with up to three refills.
- If you need medicine at once, ask your doctor to write two prescriptions: one for you to fill right away at your local pharmacy and a second to be sent to the mail order pharmacy for a long-term (maintenance) supply of your medicine.
- For your first order, request a CVS Caremark mail order form by calling CVS Caremark or downloading a copy from **caremark.com**, and fill in the health history section of the form. (For future orders, you can omit this step. A new order form and envelope will be sent to you with each delivery.)
- Either enclose a check payable to CVS Caremark or provide your credit card number and expiration date.
- Send your maintenance prescription, the completed order form and your payment to CVS Caremark.
- Allow 10 to 14 days from the date you mail your order for delivery of your medicine. Overnight delivery is available for an additional charge. The additional delivery charge applies to shipment only and does not affect processing time.
- When it is time for a refill, you can call CVS Caremark directly to use the automated refill service or log on to **caremark.com**. Have your prescription number, ZIP code and credit card information ready.

**90-day Refill program for maintenance prescription drugs**

A maintenance prescription drug is a prescription drug that is commonly used to treat conditions that are considered chronic or long-term, such as high blood pressure. The 90-day Refill program helps you save on prescription drug costs for maintenance prescription drugs, and offers the option of having them delivered to your home. Through the 90-day Refill program, maintenance prescription drugs can be filled for up to a 90-day supply through CVS Caremark's mail order pharmacy or at a CVS Pharmacy, paying the mail order member cost share for a 90-day prescription.

If you enroll in an Aetna medical plan, you generally will be required[1] to receive your maintenance prescription drugs through the 90-day Refill program. You may fill a 30-day prescription for a maintenance prescription drug at a network retail pharmacy, up to a maximum of two times. After the first 30-day supply of a maintenance prescription drug is filled at a network retail pharmacy, CVS Caremark will contact you to get you started on the 90-day Refill program.

On your third attempt to fill a 30-day supply of a maintenance prescription drug, the pharmacist will not be able to fill your prescription under the plan unless you have chosen to opt out of the 90-day Refill program. You will be directed to call CVS Caremark or visit **caremark.com** to register for the 90-day Refill program, or pay the full cash price of the maintenance prescription drug unless you have chosen to opt out of the 90-day Refill program. If you choose to pay the full cash price of the maintenance prescription drug, those costs will not count toward your annual deductible or out-of-pocket maximum unless you have chosen to opt out of the 90-day Refill program.

You can avoid interruptions in your maintenance prescription drugs being covered under the plan by using or opting out of the 90-day Refill program as soon as possible.

**Getting started**

It's easy to get started with the 90-day Refill program. You can ask CVS Caremark to contact your doctor's office directly, or you can visit **caremark.com** or call **1.800.701.5833** to confirm your prescription is eligible and set it up. If you already receive your prescriptions at a CVS Pharmacy, ask the pharmacist for information about registering.

**Opting out of the 90-day Refill program**

To continue receiving 30-day supplies of maintenance prescription drugs at any network pharmacy, call Customer Care toll-free at the number on your prescription card to opt out of the 90-day Refill program. By opting out, you will be required to pay the regular retail cost and you will not be taking advantage of the savings offered by using the 90-day supply option.

**Mail order pharmacy costs**

A 90-day supply of covered prescription drugs is provided through CVS Caremark's mail order pharmacy at a discounted cost as shown below. The 90-day Refill program is also fulfilled by CVS Caremark's mail order pharmacy.

Under the Aetna Consumer Directed High Deductible Plan, you will pay:
- 20% coinsurance for up to a 90-day supply of a preventive prescription drug
- Full cost for up to a 90-day supply of a non-preventive prescription drug until you meet the annual deductible, then you pay 20% coinsurance

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

If you choose a brand drug when a generic is available, you will pay the 20% coinsurance **in addition to** the difference in cost between the brand and generic drug.

## Prescription drug limitations

The following limitations apply:
- Prescription benefit coverage for certain drugs may be approved or denied based on the uses for which those drugs are prescribed. Certain medications may be limited in the quantity that the Plan will cover.
- Certain drugs may be subject to review to determine if alternative, cost effective therapies have been tried before they will be covered.
- Some prescription drugs are subject to utilization management (UM), quantity limits, days' supply limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.
- Specialty medications are limited to a 30-day supply.
- Prescription drugs that are eligible expenses and are obtained from a non-participating pharmacy are covered at the out-of-network benefit level.

---

[1] You may opt out of the 90-day Refill program but you will be required to pay more. See **Opting out of the 90-day Refill program** for more information.

No payment will be made for expenses incurred for:

- Non-formulary drugs (see **Formulary and non-formulary drugs** above for more information)
- Administration of any drug (costs of administering certain drugs may be covered under the medical aspect of the Aetna medical plans)
- Certain contraceptive devices and implants
- Drugs that do not require a written prescription by a physician, other than those specified in this section
- Experimental drugs or substances not approved by the Food and Drug Administration and drugs labeled "Caution — limited by federal law to investigational use"
- Drugs that are not considered essential for necessary care and treatment of an injury or sickness, as determined by the medical or pharmacy claims administrator
- Drugs used for cosmetic purposes
- Immunization agents, biological sera, blood or blood plasma
- Indications not approved by the Food and Drug Administration
- Medication that is taken or administered, in whole or in part, at the place where it is dispensed or while a person is a patient in an institution that operates, or allows to be operated on its premises, a facility for dispensing pharmaceuticals
- Any prescription filled in excess of the number specified by the physician or dispensed more than one year from the date of the physician's order
- More than a 30-day supply when dispensed in any one prescription ordered through a retail pharmacy
- More than a 90-day supply when dispensed in any one prescription ordered through CVS Caremark mail order pharmacy
- Therapeutic devices or appliances, including hypodermic needles, syringes, certain support garments and other non-medicinal substances, excluding insulin syringes
- Tretinoin for individuals age 37 and older, unless medically necessary as verified with prescriber
- Any specialty medication not obtained through a CVS Caremark Specialty Pharmacy
- Any prescription drug for which a claim is submitted more than 24 months after the date of service

# Aetna Consumer Directed High Deductible Out-of-Area Plan

The Aetna Consumer Directed High Deductible Out-of-Area Plan (the "Plan") is an indemnity plan that is offered to employees whose home zip code falls outside the Aetna network provider service area. As a consumer-directed plan, the Plan is designed to give you transparency into your health care costs and more responsibility in managing those health care costs. In a consumer-directed plan, instead of paying a copayment, you are responsible for the full cost of most covered services until you meet the annual deductible. This means you will have higher out-of-pocket costs under a consumer-directed plan when you receive care.

**Effective Jan. 1, 2013, this plan is available to all benefits-eligible employees, regardless of PYCC.**

The following are characteristics of this plan:
- Preventive care is covered at 100% of reasonable and customary limits. You do not have to satisfy the deductible. Preventive services include:
  - Routine physical exams for covered individuals (see **Preventive care** in the **Provisions and definitions** section).
  - Examinations and immunizations for well-child care at intervals according to Plan schedule.
  - Adolescent immunizations.
  - Adult preventive immunizations in accordance with established age appropriate preventive guidelines.
  - Annual well-woman examinations (office visits).
  - Screening mammograms.
  - Preventive lab tests and X-rays. Please note that certain labs and X-rays that are diagnostic in nature may be ordered by your physician. These will be covered after applicable deductible and coinsurance are paid.
  - Breast feeding support.
  - Certain types of counseling (refer to **Covered medical services**).
  - Prenatal office visits.

  To determine whether a service is considered preventive care and will be covered at 100% of reasonable and customary limits, refer to the *Clinical Policy Bulletin* at **aetna.com**.

- There is no network of providers. You may use any licensed, eligible provider and receive the same level of coverage.
- You will pay the full cost of medical care until you reach the annual deductible of $2,250 for employee-only coverage or $4,500 for family coverage. There is no copayment for office visits.
- Once you have met the annual deductible, coinsurance begins; you and the plan start sharing the cost of covered services. You pay 20% and the plan pays 80% of reasonable and customary limits, up to your out-of-pocket maximum.
- For employees enrolled in family coverage, the family annual deductible ($4,500) must be satisfied before the Plan pays for covered services for any individual (not including preventive care services or preventive drugs). The family annual deductible can be satisfied when the cost of covered services for one individual meets the family annual deductible amount, or when the combined costs for multiple covered individuals meet the family annual deductible amount.
- You will pay full cost for prescription drugs until you meet the annual deductible, then you pay coinsurance; for a preventive drug, you pay coinsurance even before you meet the annual deductible. For more information on prescription drug coverage, see the **Plan summary** table and **Prescription drug coverage** later in this section.
- The most you will pay out of pocket for covered services during the calendar year (the out-of-pocket maximum) is $4,000 for employee-only coverage or $8,000 for family coverage, including the annual deductible. When you reach the out-of-pocket maximum, the plan pays 100% of reasonable and customary limits for most covered expenses for the rest of the year.
- Charges above reasonable and customary limits, penalties for failure to precertify and non-medically necessary or other non-covered services do not count toward the deductible or out-of-pocket maximum and remain your responsibility even after the out-of-pocket maximum is reached.
- Precertification is required prior to receiving certain services. See **Precertification requirements** in the **Important information for Aetna medical plans** section for details.

# Aetna Consumer Directed High Deductible Out-of-Area Plan summary

### Benefits coverage under the Aetna Consumer Directed High Deductible Out-of-Area Plan

The information in the plan summary below provides an overview of the benefit coverage under the Aetna Consumer Directed High Deductible Out-of-Area Plan but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions and limitations and other provisions for this plan are covered in **Detailed coverage information for Aetna medical plans** at the end of this section.

| Type of service or supply | Plan Benefit |
|---|---|
| Lifetime maximum | None |
| **Precertification** | |
| **Precertification required for all inpatient admissions and some other services.** See **Precertification requirements** in the **Detailed coverage information for Aetna medical Plans** section. | Must precertify hospital admissions - $500 penalty per occurrence if not precertified; other services may not be covered if not precertified |
| **Plan facts** | |
| Plan type | Indemnity |
| Website | **aetna.com** |

Bank of America Employee Health and Insurance                              Aetna medical plans
Summary Plan Description 2013                               **Consumer Directed High Deductible Out-of-Area**

| Type of service or supply | Plan Benefit |
|---|---|
| **Member services** | **1.877.444.1012** |
| **Nurseline** | **1.800.556.1555** |
| **Extended family benefits** | |
| **Domestic partner (same or opposite sex)** | Yes |
| **Other adult dependent** | Yes |
| **Calendar year deductible** | |
| **Employee-only coverage** | $2,250 |
| **Family coverage** | $4,500 |
| **Out-of-pocket maximum (includes deductible)** | |
| **Employee-only coverage** | $4,000 |
| **Family coverage** | $8,000 |
| **Provider requirements** | |
| **Primary care physician (PCP) required** | No |
| **Ability to self refer to OB/GYN** | Yes |
| **Ability to self refer to specialists** | Yes |

**Primary and preventive care**

**Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**.

Please also see **Preventive care** in the **Provisions and definitions** section for more information.

| | |
|---|---|
| **Office visits - Primary physician** | Plan pays 80% of covered services after deductible |
| **Office visits - Specialist** | Plan pays 80% of covered services after deductible |
| **Office surgery** | Plan pays 80% of covered services after deductible |
| **Preventive examinations** | Plan pays 100% of covered services; deductible waived; two preventive exams per calendar year |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule |
| **Immunizations** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; deductible waived; one routine GYN exam per year with one pap smear and related lab fees |
| **Preventive mammogram** | Plan pays 100% of covered services; deductible waived; one annual mammogram for women age 35 and over |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services; deductible waived |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 100% of covered services; deductible waived |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | |
| **Cancer screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule |
| **Cardiovascular screenings** | Plan pays 100% of covered services; deductible waived; frequency according to Plan schedule |
| **Preventive eye examinations** | Not covered |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible |
| **Specialty and outpatient care** | |
| **Office visits** | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 80% of covered services after deductible |
| **Therapy (speech, occupational, physical) – continued medical necessity review required after 25th visit** | Plan pays 80% of covered services after deductible; up to 90 visits per calendar year; includes developmental delay |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Aetna medical plans
**Consumer Directed High Deductible Out-of-Area**

| Type of service or supply | Plan Benefit |
|---|---|
| **Chiropractor services (muscular skeletal manipulation)** | Plan pays 80% of covered services after deductible; up to 20 visits per calendar year |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible; up to 100 days per calendar year |
| **Home health care** | Plan pays 80% of covered services after deductible up to 120 visits per calendar year |
| **Hospice** | Plan pays 80% of covered services after deductible |
| **Durable medical equipment** | Plan pays 80% of covered services after deductible; some limits may apply; please contact Plan for details |
| **External prosthetic devices** | Plan pays 80% of covered services after deductible |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Plan pays 80% of covered services after deductible |
| **Prescription drugs - Coverage provided through CVS Caremark** | |
| **Retail (up to a 30-day supply)** | For prescriptions filled at a CVS Caremark in-network pharmacy:<br>• Plan pays 80% of covered drugs after deductible is met.<br>• Plan pays 80% of covered preventive drugs before deductible is met.<br><br>For prescriptions filled by a pharmacy that is not part of the CVS Caremark network:<br>• Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>• Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then the Plan pays 60%. |
| **Mail order (up to a 90-day supply)** | Plan pays 80% of covered drugs after deductible is met; Plan pays 80% of covered preventive drugs before deductible.<br><br>If you enroll in an Aetna medical plan and take a maintenance medication, you will be required to receive your maintenance prescription through the 90-day Refill program. See **90-day Refill program for maintenance prescription drugs** in the **Prescription drug coverage** section for more information. |
| **Preventive drugs** | Covered preventive drugs bypass the annual deductible.<br><br>Preventive medication is covered at 80% through retail and mail, even before the deductible is met. Preventive medications count toward the out-of-pocket-maximum. |
| **Oral contraceptives** | Contraceptives covered at applicable coinsurance.<br><br>Select covered generic and brand contraceptives, without a generic available, may be covered at 100% with a valid prescription at a CVS Caremark in-network pharmacy.<br><br>For prescriptions filled at a pharmacy that is not part of the CVS Caremark network:<br>• Plan pays 60% of the discounted rate (the cost that CVS Caremark has negotiated for that drug when obtained at a participating pharmacy).<br>• Member requesting a brand drug when a generic is available is responsible for the difference between generic and brand cost, and then the Plan pays 60%. |
| **Infertility drugs** | Infertility drugs covered at applicable coinsurance |
| **Inpatient services** | |
| **Room and board** | Plan pays 80% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible |
| **Emergency care** | |
| **Urgent care facility** | Plan pays 80% of covered services after deductible; non-urgent use not covered |
| **Emergency room not followed by admission** | Plan pays 80% of covered services after deductible for medical emergency; non-emergency use not covered |
| **Ambulance** | Plan pays 80% of covered services after deductible |
| **Maternity care** | |
| **Prenatal / postnatal care** | Prenatal office visits Plan pays 100% of covered services with no deductible; All other specialists Plan pays 80% of covered services after deductible |
| **Maternity care** | Plan pays 80% of covered services after deductible |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible |
| **Breast pumps and supplies** | Plan pays 100% of covered supplies with no deductible, subject to Plan limits |
| **Lactation consultant** | Plan pays 100% of covered services with no deductible, subject to Plan limits |
| **Birthing centers** | Plan pays 80% of covered services after deductible |

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 62 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                          **Consumer Directed High Deductible Out-of-Area**

| Type of service or supply | Plan Benefit |
|---|---|
| **Family planning** | |
| **Infertility** (diagnosis and treatment of the underlying medical cause) | Plan pays 80% of covered services after deductible |
| **Lab, X-rays and office visits related to family planning** | Plan pays 80% of covered services after deductible |
| **Sterilization** | Plan pays 80% of covered services after deductible |
| **Abortion** | Plan pays 80% of covered services after deductible |
| **Artificial insemination** | Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Plan pays 80% of covered services after deductible |
| **Charges associated with cryopreserved embryos and sperm** | Plan pays 80% of covered services after deductible |
| **Family planning exclusions and limitations** | |
| **Reversal of sterilization** | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered |
| **Mental health/chemical dependency** | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible |
| **Outpatient treatment** | Plan pays 80% of covered services after deductible |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible |
| **Residential treatment** | Plan pays 80% of covered services after deductible |
| **Care management programs** | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

## Prescription drug coverage under the Aetna Consumer Directed High Deductible Out-of-Area Plan

If you participate in an Aetna medical plan, your prescription drug coverage is provided by CVS Caremark. The CVS Caremark network is extensive and includes CVS pharmacies and many other pharmacies across the country. Go to **caremark.com** and register to see if your local pharmacy participates or to find a participating pharmacy in your area.

### Plan identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan, if you are not otherwise eligible for the benefit.

### In-network coverage

When you use a network retail pharmacy for up to a 30-day supply of a covered prescription drug, you pay as follows:
- **Preventive drugs:** You pay 20% coinsurance even before you meet the annual deductible.
- **Non-preventive drugs prior to meeting the annual deductible:** You pay full cost until you meet the annual deductible.
- **Non-preventive drugs after you meet the annual deductible:** You pay 20% coinsurance.

If you choose a brand drug when a generic is available, you will pay the applicable coinsurance amount **in addition to** the difference in cost between the brand and generic drug.

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

**Note:** Under the Aetna Consumer Directed High Deductible Out-of-Area Plan, covered prescription drug costs (other than the difference in cost between a brand and generic drug that you have to pay when a generic is available) and medical costs count toward the annual deductible and out-of-pocket maximum.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 63 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                    **Consumer Directed High Deductible Out-of-Area**

## Out-of-network coverage

If you have prescriptions filled at a pharmacy that is not part of the CVS Caremark network, you will pay the entire cost of the prescription at the pharmacy and submit a claim form to CVS Caremark for reimbursement. You can request a claim form directly from CVS Caremark by calling the number on your ID card, or you may print a claim form at **caremark.com**. The out-of-network reimbursement rate is 60% of the discounted rate, which is the cost that CVS Caremark has negotiated for that drug when obtained at a network pharmacy.

**Note:** You have 24 months from the date of service to submit prescription drug claims for processing under the Aetna medical plans.

## Covered prescription drugs

The term **covered prescription drug** means:
- A federal legend drug for which a written prescription is required
- A compound medication of which at least one ingredient is a federal legend drug
- Insulin dispensed only with the written prescription of a physician
- Diabetic supplies: needles and syringes, alcohol swabs, blood glucose testing strips, blood glucose testing monitors (one per year), urine testing strips/tabs, lancets (excluding administration devices)
- Tretinoin for individuals who satisfy certain criteria and for whom the treatment is not for cosmetic therapy
- Contraceptives
- Infertility drugs
- Any other drug that, by applicable state law, may be dispensed only with the written prescription of a physician

Certain drugs may require prior authorization or may require a lower-cost alternative to be used first. Call CVS Caremark at the number on your ID card if you are not sure whether a certain prescription medicine is covered under your plan. You can also go to **caremark.com** for more information.

### Contraceptives and infertility drugs

Under health care reform, covered prescription contraceptive drugs (generics and brands without a generic equivalent) are covered at 100% with a valid prescription presented at a network pharmacy or provided to the mail order pharmacy. To receive coverage for infertility drugs, call CVS Caremark before purchasing the drug.

### Specialty medications

Specialty medications paid through your pharmacy benefit are limited to a 30-day supply, must be obtained through CVS Caremark Specialty Pharmacy and require preauthorization. For additional information call CVS Caremark. Some prescription drugs are subject to utilization management (UM), quantity limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.

### Formulary and non-formulary drugs

The Aetna medical plans have adopted CVS Caremark's current formulary, including its preferred drug list, as the plans' covered formulary. Drugs determined as "non-formulary" based on CVS Caremark's current formulary are not covered by the Aetna plans. Please contact CVS Caremark for a list of approved formulary drugs.

### Prescription drug utilization management guidelines

The prescription drug benefit administered by CVS Caremark is subject to prescription drug utilization management guidelines. CVS Caremark Standard Criteria are based on the latest FDA-approved product labeling, relevant findings of nationally accepted practice guidelines, government agencies, peer-reviewed journals, and authoritative drug compendia, and generally recognized standards of care. The CVS Caremark Standard Criteria are updated at least annually, and whenever the drug indication or safety information changes throughout the plan year. Questions regarding these standards should be directed to CVS Caremark's Customer Care team at **1.800.701.5833** and they will be routed appropriately.

## Mail order pharmacy

To save money on maintenance prescription drugs, you may use CVS Caremark mail order pharmacy.

How to use CVS Caremark mail order:
- When your doctor prescribes a maintenance prescription drug, ask to have the prescription written for up to a 90-day supply with up to three refills.
- If you need medicine at once, ask your doctor to write two prescriptions: one for you to fill right away at your local pharmacy and a second to be sent to the mail order pharmacy for a long-term (maintenance) supply of your medicine.
- For your first order, request a CVS Caremark mail order form by calling CVS Caremark or downloading a copy from **caremark.com**, and fill in the health history section of the form. (For future orders, you can omit this step. A new order form and envelope will be sent to you with each delivery.)
- Either enclose a check payable to CVS Caremark or provide your credit card number and expiration date.
- Send your maintenance prescription, the completed order form and your payment to CVS Caremark.
- Allow 10 to 14 days from the date you mail your order for delivery of your medicine. Overnight delivery is available for an additional charge. The additional delivery charge applies to shipment only and does not affect processing time.
- When it is time for a refill, you can call CVS Caremark directly to use the automated refill service or log on to **caremark.com**. Have your prescription number, ZIP code and credit card information ready.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 64 of 196
Bank of America Employee Health and Insurance                                Aetna medical plans
Summary Plan Description 2013                **Consumer Directed High Deductible Out-of-Area**

**90-day Refill program for maintenance prescription drugs**

A maintenance prescription drug is a prescription drug that is commonly used to treat conditions that are considered chronic or long-term, such as high blood pressure. The 90-day Refill program helps you save on prescription drug costs for maintenance prescription drugs, and offers the option of having them delivered to your home. Through the 90-day Refill program, maintenance prescription drugs can be filled for up to a 90-day supply through CVS Caremark's mail order pharmacy or at a CVS Pharmacy, paying the mail order member cost share for a 90-day prescription.

If you enroll in an Aetna medical plan, you generally will be required[1] to receive your maintenance prescription drugs through the 90-day Refill program. You may fill a 30-day prescription for a maintenance prescription drug at a network retail pharmacy, up to a maximum of two times. After the first 30-day supply of a maintenance prescription drug is filled at a network retail pharmacy, CVS Caremark will contact you to get you started on the 90-day Refill program.

On your third attempt to fill a 30-day supply of a maintenance prescription drug, the pharmacist will not be able to fill your prescription under the plan unless you have chosen to opt out of the 90-day Refill program. You will be directed to call CVS Caremark or visit **caremark.com** to register for the 90-day Refill program, or pay the full cash price of the maintenance prescription drug unless you have chosen to opt out of the 90-day Refill program. If you choose to pay the full cash price of the maintenance prescription drug, those costs will not count toward your annual deductible or out-of-pocket maximum unless you have chosen to opt out of the 90-day Refill program.

You can avoid interruptions in your maintenance prescription drugs being covered under the plan by using or opting out of the 90-day Refill program as soon as possible.

**Getting started**

It's easy to get started with the 90-day Refill program. You can ask CVS Caremark to contact your doctor's office directly, or you can visit **caremark.com** or call **1.800.701.5833** to confirm your prescription is eligible and set it up. If you already receive your prescriptions at a CVS Pharmacy, ask the pharmacist for information about registering.

**Opting out of the 90-day Refill program**

To continue receiving 30-day supplies of maintenance prescription drugs at any network pharmacy, call Customer Care toll-free at the number on your prescription card to opt out of the 90-day Refill program. By opting out, you will be required to pay the regular retail cost and you will not be taking advantage of the savings offered by using the 90-day supply option.

**Mail order pharmacy costs**

A 90-day supply of covered prescription drugs is provided through CVS Caremark's mail order pharmacy at a discounted cost as shown below. The 90-day Refill program is also fulfilled by CVS Caremark's mail order pharmacy.

Under the Aetna Consumer Directed High Deductible Out-of-Area Plan, you will pay:
- 20% coinsurance for up to a 90-day supply of a preventive prescription drug
- Full cost for up to a 90-day supply of a non-preventive prescription drug until you meet the annual deductible, then you pay 20% coinsurance

Contraceptives are provided at no charge in-network per health care reform, for generic and single-source brand (where no generic equivalent is available) versions.

If you choose a brand drug when a generic is available, you will pay the 20% coinsurance **in addition to** the difference in cost between the brand and generic drug.

## Prescription drug limitations

The following limitations apply:
- Prescription benefit coverage for certain drugs may be approved or denied based on the uses for which those drugs are prescribed. Certain medications may be limited in the quantity that the Plan will cover.
- Certain drugs may be subject to review to determine if alternative, cost effective therapies have been tried before they will be covered.
- Some prescription drugs are subject to utilization management (UM), quantity limits, days' supply limits and Specialty Guideline Management (SGM). Please contact CVS Caremark for more information.
- Specialty medications are limited to a 30-day supply.
- Prescription drugs that are eligible expenses and are obtained from a non-participating pharmacy are covered at the out-of-network benefit level.

---

[1] You may opt out of the 90-day Refill program but you will be required to pay more. See **Opting out of the 90-day Refill program** for more information.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 65 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                    **Consumer Directed High Deductible Out-of-Area**

No payment will be made for expenses incurred for:

- Non-formulary drugs (see **Formulary and non-formulary drugs** above for more information)
- Administration of any drug (costs of administering certain drugs may be covered under the medical aspect of the Aetna medical plans)
- Certain contraceptive devices and implants
- Drugs that do not require a written prescription by a physician, other than those specified in this section
- Experimental drugs or substances not approved by the Food and Drug Administration and drugs labeled "Caution — limited by federal law to investigational use"
- Drugs that are not considered essential for necessary care and treatment of an injury or sickness, as determined by the medical or pharmacy claims administrator
- Drugs used for cosmetic purposes
- Immunization agents, biological sera, blood or blood plasma
- Indications not approved by the Food and Drug Administration
- Medication that is taken or administered, in whole or in part, at the place where it is dispensed or while a person is a patient in an institution that operates, or allows to be operated on its premises, a facility for dispensing pharmaceuticals
- Any prescription filled in excess of the number specified by the physician or dispensed more than one year from the date of the physician's order
- More than a 30-day supply when dispensed in any one prescription ordered through a retail pharmacy
- More than a 90-day supply when dispensed in any one prescription ordered through CVS Caremark mail order pharmacy
- Therapeutic devices or appliances, including hypodermic needles, syringes, certain support garments and other non-medicinal substances, excluding insulin syringes
- Tretinoin for individuals age 37 and older, unless medically necessary as verified with prescriber
- Any specialty medication not obtained through a CVS Caremark Specialty Pharmacy
- Any prescription drug for which a claim is submitted more than 24 months after the date of service

Case 2:16-cv-01898-TLN-AC    Document 1-8    Filed 08/11/16    Page 66 of 196

Bank of America Employee Health and Insurance                                          Aetna medical plans
Summary Plan Description 2013                                                        **Important information**

# Detailed coverage information for Aetna medical plans

## Important information for Aetna medical plans

### Submitting claims

You have no claim forms to file for services provided by an in-network provider. The physician and/or facility will file these claims with Aetna for you. You must submit a claim form for out-of-network services. Fast processing of your claim depends on complete and accurate information from you. To obtain reimbursement for your covered out-of-network medical expenses:

- Complete the appropriate claim form. You may obtain the claim form in one of the following ways:
    - Request a medical plan claim form online, by logging on to myHR. Enter your NB ID and password, and then click on the My Benefits & Pay tab. To launch My Benefits Resources, click on **Launch** located within the **Health and Insurance** box and select **Forms and Materials**, and then select the appropriate form from the list of available plans.
    - Request the form from the Global HR Service Center.
    - Request the form from Aetna.
- Attach an itemized bill from the physician showing the provider's name, the patient's name, the date of service, the condition being treated or diagnosed and the charge for the service or purchase.
- Use a separate claim form for each member of the family and for each separate accident, surgery or illness.
- Send your claims to the address listed on the claim form.

### Important reminders regarding submitting claims

- You have one calendar year from the date of service to submit medical claims for processing for out-of-network services under the Plan.
- Each incorrectly or unnecessarily submitted claim increases the administrative cost of your Plan.
- If a clerical error results in a claim overpayment, Aetna has the right to recover the overpayment from you and/or the provider. If a provider does not reimburse the Plan for the overpayment, it is your responsibility to reimburse the Plan.
- If you move, provide your new home address to the Global HR Service Center.
- If you also have coverage for your dependents, the family deductible will apply.

### What to do when traveling outside the country

When traveling outside the country, medical coverage is only available in the event of an emergency. No travel or evacuation coverage is provided. If emergency illness or injury takes place when traveling outside the country, seek immediate treatment. If you are admitted to an inpatient facility, notify Aetna's National Medical Excellence team immediately by calling the number listed on your plan ID card.

When seeking emergency care, please note that any services received must be covered under the terms of your plan. See the definition of **Emergency medical condition** in the **Provisions and definitions** section.

### Precertification requirements

Precertification is required prior to receiving certain services, such as:

- Stays in a hospital
- Stays in a skilled nursing facility
- Stays in a rehabilitation facility
- Stays in a hospice facility
- Outpatient hospice care
- Stays in a residential treatment facility for treatment of mental disorders, alcoholism or drug abuse
- Some durable medical equipment
- Infertility services (registration through Aetna Infertility Unit)
- Home health care

For a complete listing of precertification requirements, access Aetna's public website at **aetna.com**. Search using keyword **precertification** and refer to the Aetna National Participating Provider Precertification List.

All coverage is subject to medical necessity review. If Aetna determines that any medical service was not medically necessary, then no charges for that service will be covered and those charges will be the member's responsibility to pay.

### In-network precertification

- Employees using in-network providers must have their precertification submitted by their providers.
- Outpatient mental health and chemical dependency therapy does not require precertification.
- Precertification is required for all inpatient mental health and chemical dependency care, and for all alternatives to inpatient care including residential treatment centers, partial hospitalization and intensive outpatient programs.

**Out-of-network and Aetna Out-of-Area Plans precertification**

In all cases, it is your responsibility to ensure that precertification has been obtained prior to receiving services.

- **Hospital stays** - You must obtain precertification for hospital stays. Your non-emergency inpatient hospitalizations require you to obtain preadmission certification in advance of your hospital stay. Your emergency inpatient hospitalizations require precertification within 48 hours of admission; however, if you are admitted on a Friday or Saturday, this period will be extended to 72 hours. To obtain inpatient preadmission certification from Aetna call the number listed on your plan ID card. If you do not obtain preadmission certification, you will be responsible for the first $500 of covered hospital expenses in addition to the other required deductible and coinsurance. If Aetna determines your hospitalization not to have been medically necessary and, therefore, does not approve the request, no benefits will be paid.
- **Outpatient mental health and chemical dependency** - For outpatient mental health and chemical dependency therapy, you do not need to precertify.
- **Inpatient mental health and chemical dependency** - Precertification is required for all inpatient care, and for all alternatives to inpatient care including residential treatment centers, partial hospitalization and intensive outpatient programs. Refer to the **Hospital stays** bullet above for information on timing and penalty for failure to precertify.

**Plan identification (ID) cards**

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage. Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan if you are not otherwise eligible for the benefit.

**Aetna programs**

Aetna programs are available at no additional cost to employees enrolled in a U.S.-based Aetna medical plan. To get started with these and other programs, log on to **aetna.com** or call the Aetna Health Concierge, unless otherwise noted.

**Health Concierge**

The Health Concierge is available to all benefits-eligible employees as a single point of contact for all Aetna programs. The Aetna Health Concierge is designed to be your first point of contact for questions about all Aetna programs, including medical, dental, vision, life and AD&D insurance, disability coverage, leaves of absence, Employee Assistance Program and LifeCare.

In addition, the Health Concierge can provide you with more information about the wellness program and the many Aetna programs that are designed to help you achieve or maintain good health. These programs offer professional guidance, either by phone or online, and can help you reach your health-related goals.

Call the Aetna Health Concierge at **1.877.444.1012** (TTY: **1.800.628.3323**) for help with your health care questions. The team is available from 8 a.m. to 6 p.m. your local time Monday through Friday excluding certain holidays. You also can log on to Aetna Navigator (**aetna.com**) and click **Chat Live Now** to be connected with the Aetna Health Concierge or access the programs described below.

**Health advocate**

Health Advocates are available to support, guide and educate patients. This team of registered nurses works with patients who need assistance exploring treatment options, understanding and following through with treatment plans, preparing for hospitalizations, and more. This confidential program is available at no additional cost and strives to enhance the patient's quality of life, afford continuity of care, and facilitate provision of services in the appropriate setting to promote high quality, cost effective outcomes. The nurse acts as a liaison between the patient and health care providers to support the plan of care while helping the patient reach the highest level of independence and wellness. Health advocates are not a substitute for a primary care physician or specialist. Use of their services is voluntary. All information discussed with a health advocate is completely confidential. Call **1.877.444.1012** between 8 a.m. to 6 p.m. your local time Monday through Friday excluding certain holidays to learn more about the program or to enroll.

**24 hour Nurse Line (1.800.556.1555)**

This service provides telephone access to registered nurses 24 hours a day, seven days a week. Nurses can answer questions and share information on many health topics, including prevention strategies, chronic conditions and treatment options.

**Beginning Right® Maternity Program**

This program offers access to experienced maternity nurses who can provide support and answer your questions throughout your pregnancy and even after your baby is born. You'll receive information on prenatal care, pre-term labor signs and symptoms, what to expect before and after delivery, newborn care and more. Call **1.877.444.1012** between 8 a.m. to 6 p.m. your local time Monday through Friday excluding certain holidays to learn more about the program or to enroll.

**Health Assessment**

Completing an online health assessment provides you with an objective view of your current health. You will receive a secure, personalized report that can help identify potential health risks and create an action plan to stay healthy or reduce risks for certain diseases and conditions. The online health assessment is one of the activities you can complete within your wellness activities deadline to maintain your wellness credit towards annual medical plan premiums. See **Wellness** for more details. To complete your own assessment, log on to **aetna.com** and under **I want to**, click on **Take a Health Assessment**.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 68 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                        **Important information**

**Condition Management**

This program offers access to nurses and other clinical resources to help those with chronic medical conditions, such as heart disease, high blood pressure, back pain, diabetes and asthma. Your dedicated Condition Management nurse can help you understand your condition, get the most out of your doctor visits, take your medication safely and control your condition in ways that work for you. You can work with a nurse when it's convenient for you. Call **1.877.444.1012** between 8 a.m. to 6 p.m. your local time Monday through Friday excluding certain holidays to learn more about the program or to enroll.

**Healthy Lifestyle Coaching**

With Healthy Lifestyle Coaching, you'll work one on one with a professional wellness coach who can help you lose weight, eat better, improve your nutrition, sleep better, quit using tobacco or achieve other healthy lifestyle goals. Your coach will stick with you throughout the program, helping you make the changes you want to make. Coaches are available from 8 a.m. to 8 p.m. your local time so you work with your coach when it's convenient for you. Call **1.877.444.1012** between 8 a.m. to 6 p.m. your local time Monday through Friday excluding certain holidays to learn more about the program or to enroll.

**Personal Health Record (PHR)**

This online record is automatically prepopulated for you with your health information from Aetna's secure claims system, including doctor's office visits, labs, diagnostic treatments and pharmacy information. View this comprehensive health profile securely any time online or print a copy to share with your doctor. To access your personal health record, log-on to **aetna.com** and click on **View Personal Health Record** under the **I want to** quick link.

**If you are disabled and enrolled in Medicare Parts A and B**

Your hospital and physician bills must first be sent to Medicare. Medicare processes the claim and sends you an explanation of the payment. Once you receive this, submit a copy of the same medical bills and the Medicare explanation of payment, along with a claim form, to the claims processing center.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 69 of 196

Bank of America Employee Health and Insurance                                        Aetna medical plans
Summary Plan Description 2013                                                      **Covered medical services**

## Covered medical services

Unless otherwise indicated, throughout this section "the Plans" refers collectively to the Aetna medical plans offered to eligible
Bank of America employees.

**Medical services covered by the Plans**

Unless otherwise noted, the Plans cover certain services and supplies for medically necessary care including:
- Specialty and outpatient care
- Inpatient services
- Surgical benefits
- Emergency care
- Maternity care
- Family planning
- Mental health and chemical dependencies
- Bariatric surgery
- Transplants
- Oncology

**Specialty and outpatient care**

The Plans cover the following specialty and outpatient services:
- Outpatient surgery for a covered surgical procedure, including outpatient hospital facilities, such as freestanding ambulatory
  facilities, a doctor's office, a short-stay surgical unit or outpatient unit or an emergency room of a hospital
- Pre-operative and post-operative care
- Casts and dressings
- Radiation therapy
- Cancer chemotherapy
- Short-term cardiac rehabilitation provided on an outpatient basis when medically necessary
- Diagnostic, laboratory and X-ray services
- Pain management and symptom control
- Oral surgery that is medical in nature (for example, limited treatment of bone fractures and removal of tumors and
  orthodontogenic cysts)
- Allergy testing and treatment injections, including preventive allergy desensitization injections
- Chiropractic services (musculoskeletal manipulation); refer to the appropriate **Plan summary** table for the maximum benefit
- TMJ services
- Diagnostic mammograms based on standard medical practice
- Durable medical equipment: Including wheelchairs, hospital beds, delivery pumps for tube feedings (including tubing and
  connectors), braces that stabilize an injured body part including necessary adjustments to shoes to accommodate braces,
  oxygen concentrator units and the purchase or rental of equipment to administer oxygen, mechanical equipment necessary for
  the treatment of chronic or acute respiratory failure or condition, and other items that Aetna determines are durable medical
  equipment. In lieu of rental of durable medical equipment, the following may be covered:
  – The initial purchase of a single unit of equipment if it is shown that long-term care is planned and that such equipment either
    cannot be rented or is likely to cost less to purchase than to rent. Aetna will determine if the equipment should be purchased
    or rented. If more than one piece of durable medical equipment can meet the functional need, benefits are payable only for
    the most cost-effective piece of equipment.
  – Up to one blood glucose testing monitor per year is provided free of charge through CVS Caremark, and may also be provided
    through Aetna (deductible and coinsurance apply if you are enrolled in the Aetna Consumer Directed Plan or the Aetna
    Consumer Directed High Deductible Plan). Please contact Caremark or Aetna for further details.
  – For members 18 and over, the Plans cover hearing aids as well as the repair of the hearing aids for up to $3,000 every 36
    months, subject to applicable deductible and coinsurance. For members under the age of 18, the Plans cover hearing aids as
    well as the repair of the hearing aids, subject to the plan deductible and coinsurance, up to $3,000 every 24 months.
- External prosthetic devices:
  – Charges for initial purchase and fitting of external prosthetic devices used as a replacement or substitute for missing body
    parts and necessary to alleviate or correct sickness, injury or congenital defect, including artificial arms, legs and terminal
    devices such as a hand or hook, eyes, and breast prostheses.
  – Replacement of such prostheses must be authorized by Aetna and is covered only if needed because of normal body growth,
    physical changes that render the device ineffective or excessive wear.
  – If more than one prosthetic device can meet the functional need, benefits are payable only for the most cost-effective
    prosthetic device.
  – The prosthetic device must be ordered or provided by, or under the direction of, a licensed health care provider.
  – Wigs are covered when related to hair loss for a serious medical condition.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 70 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                            **Covered medical services**

- Home health care
  - Coverage for home health care is limited to 120 visits per calendar year.
  - Each visit by an employee of a home health care agency will be considered one home health care visit, and every four hours of home health aide services will be considered one home health care visit.
  - Home health care services include intermittent visits by professional nurses and other professionals for members who do not require confinement in a hospital or skilled nursing facility but who:
    ◦ Require skilled care
    ◦ Are housebound because of disabling conditions
    ◦ Are unable to receive medical care on an ambulatory outpatient basis and do not require extended daily attention by a professional nurse
  - Home health care agency services may include:
    ◦ Part-time or intermittent nursing care by, or supervised by, a nurse
    ◦ Part-time or intermittent services by a home health aide
    ◦ Physical, occupational and speech therapy
    ◦ Medical supplies, drugs and medicines lawfully dispensed only on the written prescription of a physician
    ◦ Laboratory services, but only to the extent such charges would have been payable if the person had remained or been confined in a hospital or hospice facility
  - Home health care does not include those services considered to be custodial.
  - The annual limit on home health care visits does not apply to services provided for home infusion therapy, defined as services provided by an approved home infusion company only when services are medically necessary and ordered by an attending physician. Home infusion services include the pharmaceutical when administered intravenously, medical supplies and any nursing services required to support the infusion.
  - Nursing services include the administration of intravenous medication, if medically necessary, and any lab tests, dressing changes and intravenous line care.
- Skilled nursing facility care:
  - When you are convalescing from an illness or injury, your physician may recommend that you receive treatment in a skilled nursing facility. This stay in a skilled nursing facility must be preapproved by Aetna, and coverage for skilled nursing care is limited to 100 days per calendar year.
  - A skilled nursing facility qualifies for coverage under the Plans when the facility is accepted by Medicare or when the facility:
    ◦ Is licensed to provide inpatient skilled nursing and physical restoration services
    ◦ Is under the supervision of a physician or registered nurse and provides 24-hour patient care by a staff of licensed nurses under the direction of a full-time registered nurse
    ◦ Has an active use-review plan for all patients
    ◦ Is not a place for rest, the aged, alcohol/substance abuse patients, custodial or educational care or care of mental health disorders or mental retardation
  - Nursing services and restorative services must be received by the patient, and the care received must be expected to improve the patient's condition and facilitate discharge from the skilled nursing facility.
- Hospice care: Includes charges incurred because of terminal illness; the following hospice care services provided under a hospice care program are included:
  - Bed and board, services and supplies, except for any stay of confinement in a private room
  - Hospice facility services provided on an outpatient basis
  - Professional services provided by a physician
  - Individual and family counseling by a psychologist, social worker, family counselor or ordained minister, including short-term bereavement counseling sessions
  - Pain relief treatment, including drugs, medicines and medical supplies
  - Aetna Compassionate Care Program (ACCP) enhanced hospice benefits. The ACCP provides a full spectrum of support and services to terminally ill members and their families, including nurse case management support, online tools and information. All Aetna medical plan members with Aetna case management automatically have the case management component of the ACCP. The enhanced hospice benefit package includes the following:
    ◦ The option for a member to continue to seek curative care while in hospice
    ◦ The ability to enroll in a hospice program with a 12-month terminal prognosis
    ◦ Respite and bereavement services, when precertified by a nurse case manager

  See **Medical expenses not covered by Aetna medical plans** for hospice care services not covered by the Plans.

- X-rays and lab tests: Prescribed for a specific illness or injury and preventive care.

Case 2:16-cv-01898-TLN-AC  Document 1-8  Filed 08/11/16  Page 71 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                                    **Covered medical services**

- Therapy (occupational, physical, speech)
  Occupational, physical and speech therapy are limited to a combined 90 visits per calendar year. All services are subject to continued medical necessity review. If Aetna determines that any medical service is not medically necessary, then no charges for that service will be covered and those charges will be the member's responsibility to pay. If services are determined to be medically necessary, a review for continued medical necessity is required after 25 visits, per diagnosis. The review for continued medical necessity will determine whether additional visits will be covered. If therapies are not found to be medically necessary, all subsequent visits will not be considered a covered expense, even when therapy continues into a new calendar year. Therapy for developmental delay is covered and is subject to continued medical necessity review after the 25th visit.
  - Occupational therapy: Prescribed outpatient occupational therapy is provided to promote health and independence particularly after an acute phase of illness. This includes rehabilitation following injuries, surgery or acute medical conditions, such as a stroke, to help the Plan participant resume engagement in leisure, self-care (activities of daily living) or educational activities.
  - Physical therapy: Prescribed outpatient physical therapy is provided to improve or restore lost or impaired physical function resulting from illness, injury, congenital defect or surgery. Interventions should be structured, systematic, goal-directed, individualized and restorative in nature.
  - Speech therapy: Prescribed outpatient speech therapy is provided to restore or improve speech in members who have speech-language disorders that are the result of a non-chronic disease or acute injury; or have a speech delay that is associated with a specifically diagnosable disease, injury, or congenital defect (e.g., cleft palate, cleft lip, etc.).

Weight management services in accordance with Aetna's *Clinical Policy Bulletin*; refer to Aetna's *Clinical Policy Bulletin* to learn more about coverage limitations. You can find the Aetna *Clinical Policy Bulletin* at **aetna.com**.

**Inpatient services**

Unless otherwise noted, the Plans cover the following inpatient services:
- Room and board up to the hospital's charge for a semiprivate room, including all meals and dietary services, general nursing care, drugs and oxygen, blood and plasma, X-rays and laboratory tests
- Hospital special care units
- Operating rooms, anesthetic supplies furnished by the hospital and surgical supplies, dressings and cast materials
- Physician charges
- X-rays and lab tests
- Hospice facilities
- Special care units
- Rehabilitation services
- Skilled nursing facility care

**Surgical benefits**

Unless otherwise noted, the Plans cover the following surgical services:
- Surgical benefits cover surgery performed to treat an illness or injury; medical services by surgeons [Medical Doctors (MD) or Doctors of Osteopathy (DO)], assistant surgeons, anesthesiologists, consultants (during and after an operation and any required second opinions); and medical services of podiatrists.
- When multiple surgical procedures are performed during the same operative session, benefits for the secondary procedure(s) will be determined based on Aetna's medical policy. No separate payment will be provided for procedures that are incidental to or an integral part of the primary procedure.
- Surgical services include:
  - A cutting procedure (except for cutting procedures of the mouth that are considered dental expenses in a Bank of America-sponsored dental plan)
  - Suturing
  - Treatment of a broken bone or dislocation
  - Radiotherapy used to remove a tumor, instead of a cutting procedure
  - Electro cauterization
  - Laser surgery
  - Injection treatment for hemorrhoids and thrombosed veins
  - Endoscopic procedures
  - Preoperative and postoperative care
  - Blood and blood products, including plasma
- Jaw alignment surgery is covered only if the surgery is medically necessary to correct a birth defect, injury or arthritic condition and the surgery does not involve teeth and gums.
- Surgical correction of congenital defects may be covered if the birth defect impedes a natural body function. The procedure must be preapproved by Aetna.
- Reconstructive surgery is considered a covered expense if the surgery:
  - Is to correct deformities from an injury that resulted in bodily damage requiring the surgery
  - Is performed on a person following surgery and both the surgery and the reconstructive surgery are essential and medically necessary
  - Is performed on any one of your covered dependents who has not reached skeletal maturity
- Reconstructive breast surgery is covered following a mastectomy, including reconstruction of the breast on which the mastectomy is performed, areolar reconstruction and the insertion of a breast implant, surgery and reconstruction performed on the nondiseased breast to establish symmetry when reconstructive breast surgery on the diseased breast has been performed, and medically necessary physical therapy to treat the complications of the mastectomy, including lymphedema.
- Temporomandibular joint syndrome surgery is covered only if it is medically necessary and other nonsurgical methods have been unsuccessful. Physical therapy and injections in a provider's office are covered and subject to physical therapy limits.

**Emergency care**

If you need emergency care, you are covered 24 hours a day, seven days a week, anywhere in the world. Some examples of emergencies are:
- Heart attack or suspected heart attack
- Suspected overdose of medication
- Poisoning
- Severe burns
- Severe shortness of breath
- High fever (especially in infants)
- Uncontrolled or severe bleeding
- Loss of consciousness

Follow the guidelines below when you believe you may need emergency care:
- Call your preferred provider or primary care physician (PCP) first, if possible. Your preferred provider or PCP is required to provide emergency coverage 24 hours a day, including weekends and holidays. However, if a delay would be detrimental to your health, seek the nearest emergency facility or dial 911 (if your area has this emergency response service).
- After assessing and stabilizing your condition, the emergency facility should contact your preferred provider or PCP so he or she can assist the treating physician by supplying information about your medical history.
- If you are admitted to an inpatient facility, notify your preferred provider or PCP and Aetna within 48 hours.

**Follow-up care after emergencies:** All follow-up care should be coordinated by your preferred provider or PCP. Contact your medical plan for any prior authorization requirements.

**Urgent care**

Treatment that you obtain for an urgent medical condition is covered if:
- The service is a covered benefit.
- A delay in receiving care until you could obtain non-urgent care would have caused serious deterioration in your health.

> **Keep in mind**
>
> Walk-in clinics are **not** an alternative to emergency room services, and they do not provide ongoing physician care.

Some examples of urgent medical conditions are severe vomiting, severe earaches, severe sore throat and high fever.

**Walk-in clinics**

A walk-in clinic is a free-standing health care facility. Aetna has contracts with certain walk-in clinics to improve access to routine health care. The Plans cover visits to these participating walk-in clinics for non-emergency treatment of an illness or injury, and for administration of certain immunizations.

To find a participating clinic in your area, log on to **DocFind** at **aetna.com/bankofamerica**. Select **Facilities** under Provider Category, choose the Provider Type **Walk-In Clinics**, or call the number on your plan ID card.

**Maternity care**

*Midwives*
The Plan covers charges for deliveries and other covered services performed by certified nurse midwives provided in licensed birthing centers or in physician offices.

*Prenatal care/Maternity care*
- Aetna should be notified as soon as pregnancy is confirmed, and, if possible, no later than the end of the first trimester. Early notification is especially important if a woman has been identified as a candidate for a high-risk pregnancy. Specially trained Aetna nurses provide support to expectant mothers and assist them in making wise choices that achieve the healthiest outcomes. Support provided includes:
  - Information at different stages of pregnancy
  - A pregnancy assessment to determine special needs
  - Postpartum support and information
- Aetna should also be notified at the time of delivery.
- Except as provided below, all Plan benefits are available for pregnancy and complications of pregnancy, including prenatal and post-delivery care, as well as prenatal vitamins when prescribed by the physician.
- Procedures to diagnose or treat the condition of a fetus prior to birth are not covered, except when medically necessary for:
  - Amniocentesis and/or chromosomal analysis
  - Fetal monitoring
  - Pregnancy-related ultrasounds
  - Alpha fetoprotein
  - Chorionic villus biopsy
- Coverage for inpatient care connected with childbirth is at least 48 hours following a normal vaginal delivery and at least 96 hours following a Caesarean section. However, the stay may be shorter with the mother's and physician's consent. In this case, a health care provider may be sent for two home visits. If the hospital stay exceeds these periods, the hospital and surgical use review programs apply.

Case 2:16-cv-01898-TLN-AC Document 1-8 Filed 08/11/16 Page 73 of 196

Bank of America Employee Health and Insurance                          Aetna medical plans
Summary Plan Description 2013                                    **Covered medical services**

*Preventive newborn care expenses (nursery charges)*
Expenses for the birth and delivery of a baby are covered as part of the mother's expenses. All expenses related to the baby's care, including but not limited to nursery charges, that appear on a bill under the baby's name are the baby's expenses, handled separately and subject to the baby's deductible, if applicable. A newborn must be enrolled in the Plan within 31 days of birth to receive coverage of nursery charges and ongoing medical coverage. Contact the Global HR Service Center to enroll the baby in coverage.

*Well-newborn care expenses*
The Plans cover routine nursery charges along with miscellaneous charges (for example, lab work, X-rays, pharmacy and supplies) and routine pediatrician visits during the baby's initial confinement. For coverage of future preventive expenses, see **Preventive care** in the **Provisions and definitions** section.

*Sick-newborn care expenses*
If the baby has to remain in the hospital longer than the mother, the baby's extended stay must be precertified by Aetna. If the extended stay is not precertified but is medically necessary, there will be a $500 penalty if in-network facilities are not used. Also, if the extended stay is not precertified, coverage for any days determined not medically necessary will be denied. The grace period to notify for emergency admission or extended stay is within 48 hours.

**Family planning**

*Infertility treatment*
Most procedures associated with the treatment of dysfunction involving infertility and sterility are covered by the Plans. To be eligible for benefits a member must be covered as an employee, or be a covered dependent who is the employee's spouse or domestic partner.

Covered expenses include charges made by a physician to diagnose and to treat the underlying medical cause of infertility. Precertification is required through the Aetna infertility unit for comprehensive and advanced infertility services. The Aetna infertility unit can be reached by calling the member service number on the back of the plan ID card. For a complete list of coverage requirements including requirements and exclusions, refer to Aetna's *Clinical Policy Bulletin* at **aetna.com**.

*Sterilization*
Tubal ligations (performed during normal delivery or as separate procedures) and vasectomies are covered by the Plans. Reversal of sterilization is not covered.

*Abortions*
Abortions are covered.

*Dependent children*
If an employee's enrolled dependent child delivers a baby of her own, the charges for the delivery, physician and hospital services are covered. All charges associated with the newborn, including but not limited to nursery charges and the newborn's physician, are not covered unless the newborn is an eligible dependent child under the terms of the Plan and is enrolled within 31 days of birth.
See **Eligible dependents / Children** in the **Eligibility** section for more information about eligible grandchildren.

**Mental health and chemical dependency**

You may access your mental health/chemical dependency benefits directly by calling member services at the phone number listed on your ID card. They will direct you to a provider or facility appropriate for those problems you or a family member may be experiencing.

Mental health and chemical dependency includes treatment rendered in connection with conditions classified in the *Diagnosis and Statistical Manual of Mental Disorders* (Fourth Edition-Revised) of the American Psychiatric Association. This diagnostic classification represents that which is generally and universally employed by mental health and chemical dependency clinicians in the United States at this time. Services include, but are not limited to:
- Acute inpatient and partial hospitalization
- Outpatient office visits
- Intensive outpatient programs
- Residential treatment

An approved treatment facility must meet the following criteria:
- Accredited by the Joint Commission on Accreditation of Healthcare Organizations or an appropriate state licensing board
- Provides 24-hour nursing care
- Has an onsite psychiatrist to provide weekly assessments

**Note:** Treatment at licensed halfway houses and group homes is covered under the mental health and chemical dependency program only in conjunction with an intensive outpatient program or some other authorized active treatment. All services must be deemed medically necessary. For all levels of care except routine outpatient care, your treatment must be precertified and approved in advance by Aetna. If you would like additional information about covered services, contact Aetna at the number on your ID card.

*Inpatient*
- Aetna must approve the treatment plan.
- For serious inpatient cases identified by Aetna, voluntary case management is available. A case manager is assigned to help coordinate the most appropriate and cost-effective care and to explore all potential options and alternatives for that care.

*Outpatient*
Outpatient and nonhospital benefit provisions and limitations for mental health or chemical dependency care are described in the **Plan summary** tables.

**Bariatric surgery**

The Plans cover inpatient and outpatient charges made by a hospital or a physician for the medically necessary surgical treatment of morbid obesity. Bariatric surgery must be approved in advance by Aetna and must be provided by an in-network provider and facility.

Refer to Obesity Surgery in Aetna's *Clinical Policy Bulletin* to learn more about coverage for weight loss surgery. You can find the Aetna *Clinical Policy Bulletin* at **aetna.com**.

**Organ transplants**

Organ transplants that are not experimental or investigational and that are considered accepted medical practice are covered, including the cost of donor organs, if the recipient of the transplant is enrolled in a Plan. Charges for searches through a recognized donor registry for acceptable donors are also covered. For a complete list of covered transplant services including requirements and exclusions, please go to the *Clinical Policy Bulletin* for transplants at **aetna.com**.

All transplants must be ordered by your PCP or participating specialist and approved in advance by Aetna. Transplants must be performed in hospitals specifically approved and designated by Aetna to perform the procedure. The in-network level of benefits is paid only for a treatment received at a facility designated by Aetna as an Institute of Excellence™ (IOE) for the type of transplant being performed. Each IOE facility has been selected based on quality of care measures and successful clinical outcomes.

Services obtained from a facility that is not designated as an IOE for the transplant being performed will be covered as out-of-network services and supplies, even if the facility is a network facility or IOE for other types of services (does not apply to the Aetna Comprehensive Traditional Out-of-Area Plan, the Aetna Consumer Directed Out-of-Area Plan or the Aetna Consumer Directed High Deductible Out-of-Area Plan).

**Important reminder:** To ensure coverage, all transplant procedures need to be precertified by Aetna. Refer to **Precertification requirements** for more details.

***Travel and lodging benefit***

If you or your dependent elect to use an organ transplant Institute of Excellence (IOE), and treatment and the IOE facility have been preapproved by Aetna, you may be eligible for the travel and lodging benefit. The transplant recipient is defined to include you or your covered dependent who receives preapproved transplant-related services during evaluation, candidacy, transplant event or post-transplant care. Travel expenses for the person receiving the transplant include charges for:

- Transportation to and from the transplant site, or other preapproved medical facility for the patient and one companion who is traveling on the same day(s).
- Lodging while at or traveling to and from the transplant site, for the patient (while not confined) and one companion at $50 per day for one person or up to $100 for two people.
- A combined lifetime maximum of $10,000 per covered person for all transportation and lodging expenses incurred by the transplant recipient and companion(s) and reimbursed under the Plans in connection with all transplant procedures.
- These transportation and lodging charges are considered travel expenses for one companion at any time in addition to the actual transplant recipient. If the transplant recipient is a minor, these travel expenses can be considered for both parents. The term companion includes a spouse, family member, domestic partner, legal guardian of you or your enrolled dependent or any unrelated person actively involved as a caregiver.
- Travel expenses do not include any charges for:
  - Transportation, lodging and food associated with an organ transplant performed at a facility other than the approved organ transplant IOE
  - Transplant travel benefit costs incurred because of travel within 100 miles of your home
  - Food while at or traveling to and from the transplant site
  - Air ambulance travel
  - Laundry bills
  - Telephone bills
  - Alcohol or tobacco products
  - Transportation charges that exceed coach-class rates
  - Childcare expenses

Organ transplant travel benefits may be considered taxable income by the Internal Revenue Service. Please consult with a tax advisor for more information.

**Anesthetics**

Anesthetics, oxygen and their administration are covered when provided with another covered service.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 75 of 196

Bank of America Employee Health and Insurance                                          Aetna medical plans
Summary Plan Description 2013                                                  **Covered medical services**

**Dental expenses**

Covered dental expenses include the following medically necessary services:
- Treatment due to accidental injury
  - Treatment for injuries to sound, natural teeth
  - The first replacement of fractured teeth with a crown or bridge as needed
  - Treatment of a fractured, dislocated or wounded jaw
  - Dental services performed in conjunction with medically necessary reconstructive surgery
- Cancer
  - Dental services resulting from the direct treatment of cancer including repair/replacement of teeth extracted
  - Charges for first set of dentures needed as result of treatment of cancer
- Transplant
- Dental services resulting from transplant preparation
- Dental services resulting from the initiation of immunosuppressives
- Direct treatment of acute traumatic injury or cleft palate including teeth extraction or repair
- Cleft palate/congenital anomaly
- Treatment of congenitally missing, malpositioned (excludes routine orthodontic care covered under a Bank of America-sponsored dental plan), supernumerary teeth, if part of a congenital anomaly (excluding implants)
- Charges for the first set of dentures, repairing or replacing the first free standing crown or abutment for fixed bridge prostheses as a result of cancer, transplant, cleft palate treatment or congenital anomaly

See **Medical expenses not covered by Aetna medical plans** for specific dental exclusions.

**Doctor's visits**

To the home, office or hospital for a specific illness or injury other than a psychiatric condition.

**Internal prosthetic appliances**

Charges for purchase, maintenance or repair of internal prosthetic medical appliances consisting of permanent or temporary internal aids and supports for defective body parts, specifically intra-ocular lenses, artificial heart valves, cardiac pacemakers, artificial joints and other surgical materials.

**Orthoptics**

For specific diagnosed eye muscle conditions, if performed as an alternative to surgery; requires a prescription from a physician detailing medical necessity.

**Orthotics**

Foot orthotics in accordance with medical necessity based on the diagnosis, with preapproval from the medical plan.

**Prescription drugs**

Refer to **Prescription drug coverage** in the appropriate **Plan summary** table for more details.

Case 2:16-cv-01898-TLN-AC    Document 1-8    Filed 08/11/16    Page 76 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                    **Medical expenses not covered**

## Medical expenses not covered by Aetna medical plans

Unless otherwise indicated, throughout this section "the Plans" refers collectively to the Aetna medical plans offered to eligible Bank of America employees.

Unless otherwise noted, the Plans do not cover certain services, procedures and equipment, including:

- Ambulance services, when used as transportation to receive inpatient or outpatient services.
- Any service in connection with, or required by, a procedure or benefit not covered by the Plans.
- Any services or supplies that are not medically necessary, as determined by Aetna.
- Applied Behavior Analysis (ABA) is not covered under the Plans. ABA is a system of treatment based on behaviorist theories that behaviors can be taught through a system of rewards and consequences. The Plans consider ABA an intensive educational intervention in which the child is engaged in systematically planned and developmentally appropriate educational activity toward identified objectives. Refer to Aetna's *Clinical Policy Bulletin* at **aetna.com** for guidelines and additional information on ABA and other autism spectrum disorders.
- Aromatherapy.
- Bariatric surgery out-of-network.
- Beam neurologic testing.
- Biofeedback, except in the management of certain conditions where biofeedback is of value as documented in applicable medical journals. In these situations, there is a maximum of 12 sessions per calendar year. Biofeedback is not covered for the treatment of the following conditions:
  - Treatment of ordinary muscle tension states, psychosomatic conditions, visual disorders
  - Essential hypertension
  - Anterior shoulder instability or pain
  - Attention deficit hyperactivity disorder
  - Anxiety disorders
  - Fibromyalgia
  - Intractable seizures
  - Electromyogram (EMG) biofeedback as a rehabilitation modality for spinal cord injury, spasmodic torticollis, or following knee surgeries
  - Myoexerciser 3 ambulatory EMG device for diagnosis or monitoring nocturnal bruxism in the treatment of TMJ
- Blood testing for allergies, including but not limited to: RAST, PRIST and RIST17 unless:
  - Direct skin testing is impossible because the patient has extensive dermatitis or marked dermographism
  - Direct skin testing is impossible because the patient is age 4 or younger
  - Direct skin testing is inconclusive and a further diagnostic test is necessary
  - A history of severe anaphylactic allergy (for example, bee sting, peanuts, penicillin, etc.) exists
- Breast augmentation (unless reconstruction of a nonaffected breast is needed to achieve symmetry following a mastectomy) including treatment of benign gynecomastia. Reduction mammoplasty is not covered unless medically necessary, as determined by Aetna, except following cancer surgery.
- Care for conditions that, by state or local law, must be treated in a public facility, including mental illness commitments.
- Care furnished to provide a safe surrounding, including the charges for providing a surrounding free from exposure that can worsen the disease or injury.
- Charges for canceled office visits or missed appointments.
- Circumcision performed on anyone other than a newborn child.
- Cosmetic surgery unless:
  - A person receives an injury that results in bodily damage requiring the surgery.
  - The surgery qualifies as reconstructive surgery performed on a person following surgery, is considered medically necessary and is provided by participating providers.
- Custodial services, domiciliary care, maintenance care, education or training.
- Cutting procedures of the mouth that are considered dental expenses.
- Dental services, except for those described under **Covered medical services**.
- Developmental delay therapies that do not meet 'medical necessity' criteria. All services for developmental delay, including physical, speech and occupational therapies will be reviewed for continued medical necessity after the 25th visit for all therapy services combined. If medical necessity is not established after the 25th visit, all subsequent visits will be considered 'non-covered expenses' under the Plans and payment for any visits subsequent to the 25th visit will be the member's responsibility.
- Duplication of the RAST allergy test in patients less than 3 years of age.
- Educational services, special education, remedial education or job training. The Plans do not cover evaluation or treatment of learning disabilities, minimal brain dysfunction, developmental and learning disorders, behavioral training or cognitive rehabilitation. Services, treatment, and educational testing and training related to behavioral (conduct) problems and learning disabilities are not covered by the Plan.
- Electrolysis.
- Except for covered expenses under the prescription drug benefit, drugs and medicines not furnished and administered during confinement as a bed patient in a hospital or in a doctor's office.
- Expenses that are the legal responsibility of Medicare or a third-party payer.
- Experimental, investigational and unproven services and procedures; ineffective surgical, medical, psychiatric or dental treatments or procedures; research studies; or other experimental, investigational or unproven health care procedures or pharmacological regimes, as determined by Aetna, unless approved by Aetna.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 77 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                        **Medical expenses not covered**

- Eyeglasses, contact lenses and examinations for prescription or fitting are not covered, except when covered expenses include the purchase of the first pair of contact lenses following cataract surgery.
- Food supplements, lactose-free foods, specialized infant formulas, vitamins and/or minerals taken orally are not covered, even if they are required to maintain weight or strength, except when medically necessary and required for internal feedings that are the sole source of nutrition or provide a nutritional formula to treat a specific inborn error of metabolism.
- Hair analysis.
- Hospice Care:
  – Services provided by a person who is a member of your family or your dependent's family, or who normally resides in your house or your dependent's house
  – Any period when you or your dependent is not in the care of a physician
  – Any services or supplies not listed in the hospice care program
  – Services or supplies that are primarily to aid you or your dependent in daily living
- Hypnosis.
- Implantable drugs.
- Infertility:
  – Some services such as charges for egg or sperm donor are not covered.
  – Please see Infertility in Aetna's *Clinical Policy Bulletin* at **aetna.com** for a complete list of eligibility requirements, covered benefits and exclusions.
- Modifications to your car or home due to a disability.
- Orthoptics (a technique of eye exercises designed to correct the visual axes of eyes not properly coordinated for binocular vision), except as noted in **Covered medical services**.
- Orthotics, except as noted in **Covered medical services**.
- Otoplasties.
- Private-duty nursing in the home or hospital.
- Radial keratotomy, including related procedures designed to surgically correct refractive errors.
- Recreational, educational and sleep therapy, including any related diagnostic testing.
- Religious, marital and sex counseling, including related services and treatment.
- Reversal of voluntary sterilizations, including related follow-up care.
- Preventive hand and foot care services, including preventive reduction of nails, calluses and corns.
- Preventive refractions, eye exercises and surgical treatment for the correction of a refractive error, including radial keratotomy and LASIK, when eyeglasses or contact lenses may be worn.
- Services not covered by the Plans, even when your participating provider has issued a referral for those services.
- Services or supplies covered by any automobile insurance policy, up to the policy's amount of coverage limitation.
- Services provided by your close relative (your spouse, child, brother, sister or the parent of you or your spouse) for which, in the absence of coverage, no charge would be made.
- Services related to the diagnosis of temporomandibular joint (TMJ) disease or dysfunction, such as crowns, inlays/onlays/bridgework and appliances (unless otherwise indicated).
- Services required by a third party, including (but not limited to) physical examinations, diagnostic services and immunizations in connection with obtaining or continuing employment; obtaining or maintaining any license issued by a municipality, state or federal government; securing insurance coverage; travel and school admissions or attendance, including examinations required to participate in athletics, unless the service is considered to be part of an appropriate schedule of wellness services.
- Services that are **not** medically necessary as determined by Aetna.
- Special education, including lessons in sign language, to instruct a plan participant whose ability to speak has been lost or impaired, whether or not instruction is given in a facility that also provides medical or psychiatric treatment.
- Speech therapy, if such therapy:
  – Is used to improve speech skills that have not fully developed, unless covered under the developmental delay benefit
  – Can be considered custodial or educational
  – Is intended to maintain speech communication, and
  – Is not restorative in nature

Refer to Aetna's *Clinical Policy Bulletin* to learn more about coverage limitations. You can find the Aetna *Clinical Policy Bulletin* at **aetna.com**.
- Sun and heat lamps, heating pads, special mattresses, pillows, shoes not attached to leg braces, vaporizers, humidifiers, steamers, air conditioners or purifiers.
- Testing and storage of blood for future use.
- Treatment by acupuncture or acupressure unless performed by a physician and used as anesthesia for covered surgery.
- Treatment or services relating to the consequences or as a result of non-covered services.
- Treatment of the teeth or periodontium, except as noted in **Covered medical services**.
- Treatment of weight control when an underlying severe medical condition is not present. Severe medical conditions include, but are not limited to, diabetes, hypertension and cardiovascular disease. In disputed cases, the Plans reserve the right to make the final decision.
- Treatment or surgery to improve or restore sexual function.
- Usual and normal home medical supplies or first aid items, including (but not limited to) outpatient medical consumable or disposable supplies such as syringes, incontinence pads, elastic stockings and reagent strips.
- Weight reduction services and supplies such as:
  – Exercise programs, use of exercise equipment, special diet supplements and weight loss programs. Refer to Aetna's *Clinical Policy Bulletin* to learn more about coverage limitations. You can find the Aetna *Clinical Policy Bulletin* at **aetna.com**.
- Whirlpool or Jacuzzi equipment.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 78 of 196

Bank of America Employee Health and Insurance                                                    Aetna medical plans
Summary Plan Description 2013                                                          **Medical expenses not covered**

**Dental services not covered include the following:**
- Dental care except as described in **Covered medical services**
- Dental damage as a result of normal activities of daily living or extraordinary use of teeth
- Routine dental care under a Bank of America-sponsored dental plan (preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums) including the following:
  - Extraction, restoration and replacement of teeth
  - Medical or surgical treatments of dental conditions
  - Dental braces, dental X-rays, supplies and appliances, including hospitalizations and anesthesia unless related to the above dental procedures covered under the Plans

**General limitations**

*General limitations on covered medical and prescription drug expenses*
No payment will be made for expenses incurred for:
- Charges made by an assistant surgeon in excess of 25% of the surgeon's allowable charge as determined as reasonable and customary or the negotiated fee, as applicable. For purposes of this limitation, allowable charge is the amount payable to the surgeon before any reductions because of coinsurance or deductible amounts.
- Charges that exceed allowable amounts as determined as reasonable and customary or negotiated fees when two or more surgical procedures are performed during the course of a single operation. The allowable amount varies based on the procedures performed, the number of operative fields and the number of physicians involved.
- Charges made by any provider who is a member of your family or your dependent's family or who normally lives in your home or your dependent's home.
- An illness or injury that is covered under any Workers' Compensation or similar law.
- Military service - Charges made by a hospital owned or operated by, or which provides care or performs services for, the U.S. government, if the charges are directly related to a military service-connected sickness or injury.
- Charges to the extent that payment is unlawful where the person resides when the expenses are incurred.
- Charges that the person is not legally required to pay.
- Charges that would not have been made if the person had no insurance.
- Charges that are payable by Medicare if the Plan is the secondary payer.
- Charges to the extent that they are more than reasonable and customary (R&C) charges.
- Charges for care, treatment or surgery that is not medically necessary, as determined by Aetna.
- Charges to the extent that you or any one of your dependents is in any way paid or entitled to payment of those expenses by or through a public program, other than Medicare or Medicaid.
- Care for health conditions that are required by state or local law to be treated in a public facility.
- Services provided by an unlicensed religious health practitioner, regardless of faith or religious laws.
- Experimental or investigational procedures or treatment methods not approved by the American Medical Association or the appropriate medical specialty society.
- Expenses incurred outside the United States or Canada, unless you or your dependent is a resident of either the United States or Canada, and the charges are an unforeseen emergency and incurred while traveling on business or for pleasure.
- Services for equipment or supplies made or used for physical fitness, athletic training or to improve general physical condition.
- Membership costs or fees associated with health clubs or weight loss clinics.
- Services and supplies stipulated in a court order that would not otherwise be covered.
- Expenses incurred after the date coverage in the Plan ceases for you or your dependent for any reason, even though the expenses relate to a condition that began while you or your dependent was covered.
- Treatment of an injury or sickness that is because of war, declared or undeclared.
- Expenses associated with complications of noncovered services or procedures.
- Any charge for illness or injury occurring in the commission of a crime by a covered individual.
- Nonmedical ancillary services such as vocational rehabilitation, behavior training, sleep therapy, employment counseling, psychological counseling and training or educational therapy for learning disabilities or mental retardation.
- Emergency care charges made by a hospital emergency room or urgent care center, including ambulance charges, determined by your medical plan not to be a true emergency.
- Urgent care charges made by a hospital emergency room or urgent care center, including ambulance charges, determined by Aetna not to be truly urgent.
- Charges to the extent that benefits are paid or payable for those expenses under the mandatory part of any auto insurance policy written to comply with:
  - A no-fault insurance law
  - An uninsured motorist insurance law
- The Plans will take into account any adjustment option chosen under such part by you or any one of your dependents.
- Immunizations, except for travel or work, and as described in **Preventive care** in the **Provisions and definitions** section.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 79 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                    **Medical expenses not covered**

***Mental health and chemical dependency limitations***
No payment will be made for expenses incurred for:
- Mental health treatment for the following conditions, except for the initial diagnosis and associated treatable and acute behavioral manifestations:
  - Mental retardation
  - Learning disorders
  - Pervasive developmental disorders
  - Chronic organic brain syndrome
  - Cognitive disorders
- Therapies that do not meet national standards for mental health professional practice, including but not limited to primal therapy, rolfing, sensitivity training, bioenergetic therapy and crystal healing therapy.
- Treatment at unlicensed halfway houses or group homes.
- Alternative residential programs, such as wilderness camps or military schools are excluded unless they are licensed in their state as a Residential Treatment Facility, provide 24-hour nursing care and have an on-site psychiatrist to provide weekly assessments.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 80 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                          **Provisions and definitions**

## Provisions and definitions

Below is a glossary of terms used throughout the **Aetna medical plans** section.

**Note:** A single term may be defined differently depending on which Aetna medical plan the term applies to. Please refer to the term definition that applies to your medical plan. Definitions of terms without a Plan or Plans specified apply to all Aetna medical plans included in this section.

### Clinical Policy Bulletins

Aetna uses its *Clinical Policy Bulletins* (CPBs) as a resource when making benefit and claim decisions. CPBs are written on selected health care topics, such as new technologies and new treatment approaches and procedures. The CPBs describe whether your medical plan has determined that a service or supply is medically necessary, based on clinical information.

You can find the CPBs at **aetna.com**. The language of the CPBs is technical because it was developed for use in benefit administration, so you should print a copy and review it with your doctor if you have questions.

### Coinsurance

Coinsurance is the amount you and the Plan each pay toward the cost of covered medical expenses. Please refer to the appropriate Plan-specific definition below for more detail:

- **Aetna Comprehensive Traditional Plan** and **Aetna Consumer Directed Plan:** After you have met your deductible in the Comprehensive Traditional Plan or Consumer Directed Plan, the Plan pays 80% of covered in-network services and you pay 20%. After you have paid up to the out-of-pocket maximum, the Plan pays the entire cost of covered services for the remainder of the year, not including copayments and prescription drug costs. See the definition of **Out-of-pocket maximum** below for more information.
- **Aetna Consumer Directed High Deductible Plan:** After you have met your deductible in the Consumer Directed High Deductible Plan, the Plan pays 80% of covered in-network services and you pay 20%. After you have paid up to the out-of-pocket maximum, the Plan pays the entire cost of covered services for the remainder of the year. See the definition of **Out-of-pocket maximum** below for more information.
- **Aetna Comprehensive Traditional Out-of-Area Plan**, **Aetna Consumer Directed Out-of-Area Plan** and **Aetna Consumer Directed High Deductible Out-of-Area Plan:** After you have met the deductible for your Out-of-Area Plan, the Plan pays 80% of covered services within reasonable and customary limits and you pay 20%. After you have paid up to the out-of-pocket maximum, the Plan pays the entire cost of covered services for the remainder of the year, not including charges above reasonable and customary limits or penalties for failure to precertify, and not including prescription drug costs for the Aetna Comprehensive Traditional Out-of-Area Plan and Aetna Consumer Directed Out-of-Area Plan. See the definition of **Out-of-pocket maximum** below for more information.

### Copayment

Please refer to the appropriate Plan-specific definition below. Note, not every Plan includes a copayment feature.

- **Aetna Comprehensive Traditional Plan:** If you are enrolled in the Comprehensive Traditional Plan, copayment is the fee you pay when you visit any doctor in the network or obtain a prescription drug from a network pharmacy.
- **Aetna Comprehensive Traditional Out-of-Area Plan**, **Aetna Consumer Directed Plan** and **Aetna Consumer Directed Out-of-Area Plan:** If you are enrolled in the Comprehensive Traditional Out-of-Area Plan, copayment is the fee you pay when you obtain a prescription drug from a network pharmacy. If you are enrolled in the Consumer Directed Plan or the Consumer Directed Out-of-Area Plan, copayment is the fee you pay when you obtain a generic prescription drug from a network pharmacy.

For more details about prescription drug costs, see **Prescription drug coverage**.

### Cosmetic surgery

Cosmetic surgery includes any surgery or procedure that is not medically necessary and whose primary purpose is to improve or change the appearance of any portion of the body to improve self-esteem, but which does not restore bodily function; correct a diseased state, physical appearance or disfigurement caused by an accident or birth defect; or correct or naturally improve a physiological function.

### Custodial care (maintenance care)

Custodial care includes services and supplies that are primarily intended to help you meet personal needs. Custodial care can be prescribed by a physician or given by trained medical personnel. It may involve artificial methods such as feeding tubes, ventilators or catheters. Examples of custodial care include:

- Routine patient care such as changing dressings, periodic turning and positioning in bed, administering medications
- Care of a stable tracheostomy (including intermittent suctioning)
- Care of a stable colostomy/ileostomy
- Care of stable gastrostomy/jejunostomy/nasogastric tube (intermittent or continuous) feedings
- Care of a stable indwelling bladder catheter (including emptying/changing containers and clamping tubing)
- Watching or protecting you
- Respite care, adult (or child) day care or convalescent care
- Institutional care, including room and board for rest cures, adult day care and convalescent care
- Help with the daily living activities, such as walking, grooming, bathing, dressing, getting in or out of bed, toileting, eating or preparing foods
- Any services that a person without medical or paramedical training could be trained to perform
- Any service that can be performed by a person without any medical or paramedical training

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 81 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                           **Provisions and definitions**

**Deductible**

Please refer to the appropriate Plan-specific definition below.

- **Aetna Comprehensive Traditional Plan** and **Aetna Consumer Directed Plan:** Deductible is the amount you need to pay, not including copayments and prescription drug costs, for covered medical services each calendar year before the Plan pays most benefits. When one person in a family reaches the individual deductible, the Plan begins paying benefits for covered services at the in- or out-of-network coinsurance level for that individual. To reach the family deductible, any combination of family members must incur the full family deductible amount to reach the total in- or out-of-network family deductible. Once the family deductible is met, the whole family is covered at the appropriate in- or out-of-network coinsurance level. One person in a family may not meet the full family deductible alone using in-network services only.

  If you are enrolled in the Aetna Comprehensive Traditional Plan or the Aetna Consumer Directed Plan, please note the additional information below about your deductible:
  - Amounts accumulated toward the out-of-network deductible also accumulate toward the in-network deductible and vice versa.
  - The annual deductible counts toward your out-of-pocket maximum.
  - You must meet a new individual or family deductible each calendar year.
  - Expenses incurred in one year do not carry over into the next year.
  - Covered preventive services are paid at 100% in-network and are not subject to the annual deductible. Please see **Preventive care** definition for details.
  - Under the Aetna Comprehensive Traditional Plan, in-network office visits are covered at the applicable copayment level before you meet the annual deductible and are not subject to the annual deductible. Under both the Aetna Comprehensive Traditional Plan and the Aetna Consumer Directed Plan, covered prescription drugs are covered at the applicable copayment or coinsurance level before you meet the annual deductible and are not subject to the annual deductible.
  - The following items **do not** accumulate toward the deductible: Copayments for office visits, expenses above reasonable and customary limits, prescription drug costs (including copayments, coinsurance and the difference between the generic and brand name cost when a generic drug is available but you request a brand name drug), noncovered expenses (including the expenses not covered because of failure to precertify a treatment or procedure) and penalties for failure to precertify.

- **Aetna Consumer Directed High Deductible Plan** and **Aetna Consumer Directed High Deductible Out-of-Area Plan:** Deductible is the amount you need to pay for covered medical services each calendar year before the Plan pays most benefits. For employee-only coverage, when you reach the deductible, the Plan begins paying benefits for covered services at the applicable coinsurance level for you. If you also have coverage for your dependents, a family deductible will apply. Any combination of covered expenses of any family member(s) can make up the family deductible. Once the family deductible is met, the whole family is covered at the applicable coinsurance level.

  If you are enrolled in the Aetna Consumer Directed High Deductible Plan or the Aetna Consumer Directed High Deductible Out-of-Area Plan, please note the following additional information about your deductible:
  - Amounts accumulated toward the out-of-network deductible also accumulate toward the in-network deductible and vice versa.
  - The annual deductible counts toward your out-of-pocket maximum.
  - You must meet a new deductible each calendar year.
  - Expenses incurred in one year do not carry over into the next year.
  - If you file a paper claim, covered expenses associated with that claim will apply to the deductible.
  - Covered preventive services are paid at 100% in-network and are not subject to annual deductible. Please see **Preventive care** definition for details
  - Certain preventive medications are covered at the applicable coinsurance level before you meet the annual deductible, are not subject to the annual deductible and do not apply to the deductible.
  - The following items **do not** accumulate toward the deductible: Expenses above reasonable and customary limits, the difference between the generic and brand name cost when a generic drug is available but you request a brand name drug, noncovered expenses (including the expenses not covered because of failure to precertify a treatment or procedure) and penalties for failure to precertify.

- **Aetna Comprehensive Traditional Out-of-Area Plan** and **Aetna Consumer Directed Out-of-Area Plan:** Deductible is the amount you need to pay, not including copayments, for covered medical services each calendar year before the Plan pays most benefits. When one person in a family reaches the individual deductible, the Plan begins paying benefits for covered services at the applicable coinsurance level for that individual. To reach the family deductible, any combination of family members must incur the full family deductible amount to reach the total applicable family deductible. Once the family deductible is met, the whole family is covered at the appropriate coinsurance level. One person in a family may not meet the full family deductible alone using in-network services only.

  If you are enrolled in the Aetna Comprehensive Traditional Out-of-Area Plan or the Aetna Consumer Directed Out-of-Area Plan, please note the following information about your deductible:
  - Amounts accumulated toward the out-of-network deductible also accumulate toward the in-network deductible and vice versa.
  - The annual deductible counts toward your out-of-pocket maximum.
  - You must meet a new individual or family deductible each calendar year.
  - Expenses incurred in one year do not carry over into the next year.
  - Covered preventive services are paid at 100% in-network and are not subject to the annual deductible. Please see **Preventive care** definition for details.
  - Covered prescription drugs are covered at the applicable copayment or coinsurance level before you meet the annual deductible and are not subject to the annual deductible.
  - The following items **do not** accumulate toward the deductible: Prescription drugs costs (including copayments, coinsurance and the difference between the generic and brand name cost when a generic drug is available but you request a brand name drug), expenses above reasonable and customary limits, noncovered expenses (including the expenses not covered because of failure to precertify a treatment or procedure) and penalties for failure to precertify.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 82 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                    **Provisions and definitions**

**Diagnostic**

Diagnostic refers to any service provided to diagnose or treat a suspected or identified injury or disease and is subject to deductible and coinsurance.

**Doctor or physician**

Doctor or physician refers to any licensed doctor of medicine or osteopathy. Benefits for services of other health care professionals are provided only when the services are rendered within the scope of the provider's license, and only to the extent these services are covered benefits under the Plan.

**Duplicate coverage**

Duplicate coverage occurs when an employee and/or family members are covered by more than one group medical plan. If, for instance, a husband and wife both receive medical coverage through their employer, their family may be covered by more than one group medical plan. This kind of duplication can result in two plans covering the same expenses.

In cases of duplicate coverage, the primary plan pays a benefit first. If your spouse or domestic partner and dependent children are covered under a Bank of America medical plan and also by a group medical plan offered by your spouse or domestic partner's employer, specific rules determine which plan pays benefits first.

The Bank of America medical plan is considered your primary plan. The group medical plan of your spouse or domestic partner is considered his or her primary plan and is considered your secondary plan. If your spouse or domestic partner's plan follows the same rules, the Bank of America medical plan pays first when the covered expense is for services provided to you, the Bank of America employee.

If your children are covered by both your plan and your spouse's or domestic partner's plan, benefits for enrolled dependents are paid first by the Bank of America plan if:
- Your covered children have eligible expenses and your birthday falls earlier in the calendar year than your spouse's or domestic partner's birthday.
- Your covered children have eligible expenses and you and your spouse or domestic partner have the same birthday, but you have had Bank of America coverage longer than your spouse or domestic partner has had his or her coverage.
- If your spouse's or domestic partner's medical plan does not have these same rules, your spouse's or domestic partner's plan will determine the order of payment for that plan.

Benefits for children of divorced or separated parents are paid in this order:
- If a court decree states that one parent is responsible for paying medical expenses for the child, the court decree is followed.
- The medical plan of the parent with custody of the child pays first.
- If the parent with custody has remarried, the plan of the new spouse pays second.
- The medical plan of the parent who does not have custody pays last.

When the Bank of America medical plan is not the primary plan, benefits are calculated as if they would be paid under the Bank of America medical plan when no other coverage exists. If the amount to be reimbursed by the Bank of America medical plan would be more than that under the primary plan, the Bank of America plan pays the difference between the two plans. However, if the Bank of America medical plan would pay less than or the same amount as the primary plan, then the Bank of America medical plan pays nothing. This rule is called maintenance of benefits or nonduplication of benefits.

**Example:** You have a medical bill for $200 and the primary medical plan pays 80% or $160 for the service provided. The Bank of America medical plan is the secondary plan and would also have paid 80% of the service provided. The Bank of America plan will pay nothing because the benefits are the same in both plans and will not be duplicated. But if the Bank of America plan paid 100% coverage (depending on the plan's reasonable and customary allowance for the service provided), then it would pay the remaining 20% or $40.

**Durable medical equipment**

Durable medical equipment is equipment determined to be:
- Designed and able to withstand repeated use
- Not disposable
- Made for and used primarily in the treatment of a disease or injury, or its symptoms
- Generally not useful in the absence of an illness or injury, or its symptoms
- Suitable for use while patient is not confined in a hospital
- Not for use in altering air quality or temperature
- Not for exercise or training

**Emergency medical condition**

An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson (including the parent of a minor child or the guardian of a disabled individual), who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in any of the following:
- Placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy
- Serious impairment to bodily function
- Serious dysfunction of a bodily organ or part

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 83 of 196

Bank of America Employee Health and Insurance                                    Aetna medical plans
Summary Plan Description 2013                                          **Provisions and definitions**

## Experimental or investigational

Experimental or investigational refers to services or supplies that are determined by your medical plan to be experimental. A drug, device, procedure or treatment will be determined to be experimental if any of the following is true:

- There are not sufficient outcomes data available from controlled clinical trials published in the peer-reviewed literature to substantiate its safety and effectiveness for the disease or injury involved.
- Required Food and Drug Administration (FDA) approval has not been granted for marketing.
- A recognized national medical or dental society or regulatory agency has determined, in writing, that it is experimental or for research purposes.
- The written protocol(s) used by the treating facility or the protocol(s) of any other facility studying substantially the same drug, device, procedure or treatment or the written informed consent used by the treating facility or by another facility studying the same drug, device, procedure or treatment states that it is experimental or for research purposes.
- It is not of proven benefit for the specific diagnosis or treatment of your particular condition.
- It is not generally recognized by the medical community as effective or appropriate for the specific diagnosis or treatment of your particular condition.
- It is provided or performed in special settings for research purposes.

## Formulary

A formulary is a list of prescription drugs that the Plan has determined meet standards of effectiveness and are also cost effective. Brand drugs found on the formulary are also referred to as "preferred brand" drugs.

## Home health services

Home health services are those items and services provided by participating providers as an alternative to hospitalization, and are approved and coordinated in advance by the Plan.

## Hospice care

Hospice care is a program provided by a hospital, skilled nursing facility or duly licensed care agency; approved by the Plan; and focused on palliative rather than curative treatment for a Plan participant who has a medical condition and a prognosis of less than six months to live.

## Hospital

A hospital is an institution, operated as required by law, that meets all of the following:

- Is primarily engaged in providing health services on an inpatient basis, for the acute care and treatment of injured or sick individuals.
- Provides care through medical, diagnostic and surgical facilities, by or under the supervision of a staff of physicians.
- Has 24 hour nursing services.
- Is not primarily a place for rest, custodial care or care of the aged and is not a nursing home, convalescent home or similar institution.

## Immunizations

Immunizations for infectious diseases and the materials for administration of immunizations are a covered expense, along with testing for tuberculosis. Immunizations are generally covered as recommended by the Advisory Committee on Immunization Practices of the Department of Health and Human Services, Center for Disease Control. Contact your medical plan for details about covered immunizations or log on to **aetna.com**.

## Lifetime maximum benefit

The lifetime maximum benefit is the total amount of money the Plan will pay towards claims in your lifetime. This Plan does not have lifetime maximum benefits for each covered individual. However, the Plan does limit the benefits payable for some types of treatment. Examples of these include:

- Physical, occupational and speech therapy: 90 visits per calendar year combined
- Preventive care: See **Preventive care** for details
- Home health care: 120 visits per calendar year
- Skilled nursing care: 100 days per calendar year
- Chiropractic services (musculoskeletal manipulation): 20 visits per calendar year
- Travel and lodging in conjunction with transplants: While at or traveling to and from the transplant site, $50 per day for one person or up to $100 for two people (for the patient - while not confined - and one companion)

Please refer to the appropriate **Plan summary table** for more information.

## Medical necessity or **medically necessary**

Medical necessity or medically necessary refers to services or supplies provided by a hospital, physician, practitioner or other provider that are determined by your medical plan to be:

- Consistent with broadly accepted medical standards[1] in the United States as essential to the evaluation and treatment of disease or injury and professionally recognized as effective, appropriate and essential based on recognized standards of the health care specialty
- Not furnished primarily for the convenience of the patient, the attending physician or other provider
- Furnished at the most appropriate level that can be provided safely and effectively to the patient
- Likely to produce a significant positive outcome, and no more likely to produce a negative outcome than any alternative service or supplies, as it relates to both the disease or injury involved and your overall health condition
- Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's illness, injury or disease

---

[1] For these purposes **broadly accepted medical standards** means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, or otherwise consistent with physician specialty society recommendations and the views of physicians practicing in relevant clinical areas and any other relevant factors.

For hospital inpatient expenses, medically necessary refers only to those services and supplies that:
- Satisfy the above requirements
- Require the acute bed-patient (overnight) setting
- Could not have been provided in a physician's office, the outpatient department of a hospital or in another lesser facility without adversely affecting the patient's condition or the quality of medical care rendered
- Inpatient services or supplies that may not be medically necessary include but are not limited to:
  - Hospitalization for diagnostic studies that could have been provided on an outpatient basis
  - Hospitalization for medical observation or evaluation
  - Hospitalization to remove the patient from his/her customary work or home environment for personal comfort
  - Hospitalization in a pain management center to treat or cure chronic pain
  - Hospitalization in an eating disorder unit to treat eating disorders
  - Services or supplies that do not require the technical skills of a medical, mental health or dental professional
  - Custodial care, supportive care or rest cures
  - Experimental or unproven services and supplies, as determined by your medical plan

Your medical plan reserves the right to review all claims to determine whether the services or supplies are medically necessary. If your medical plan determines services are not medically necessary, no benefits will be paid.

**Mental or nervous condition**

Mental or nervous condition refers to a condition that manifests signs and/or symptoms that are primarily mental or behavioral, for which the primary treatment is psychotherapy, psychotherapeutic methods or procedures, and/or the administration of psychotropic medication. Mental or behavioral disorders and conditions include, but are not limited to:
- Psychosis
- Affective disorders
- Anxiety disorders
- Personality disorders
- Obsessive-compulsive disorders
- Attention disorders with or without hyperactivity
- Other psychological, emotional, nervous, behavioral or stress-related abnormalities associated with transient or permanent dysfunction of the brain or related neurohormonal systems, whether or not caused or in any way resulting from chemical imbalance, physical trauma or a physical or medical condition

**Negotiated charge**

Negotiated charge is the maximum amount a participating provider has agreed to charge for any service or supply for benefits under the Plan.

**Out-of-pocket maximum**

Please refer to the appropriate Plan-specific definition below.
- **Aetna Comprehensive Traditional Plan** and **Aetna Consumer Directed Plan:** The out-of-pocket maximum is the most you will pay for covered medical services in a calendar year. Once you reach the out-of-pocket maximum, the Plan pays 100% of the cost of covered medical services for the remainder of the year, not including copayments and prescription drug costs. All covered medical expenses count toward the out-of-pocket maximum, except for copayments and prescription drug costs. Amounts accumulated toward the out-of-network out-of-pocket maximum also accumulate toward the in-network out-of-pocket maximum and vice versa. The out-of-pocket maximum **does not** include: Copayments for office visits, prescription drug costs (including copayments, coinsurance and the difference between the generic and brand name cost when a generic drug is available but you request a brand name drug), expenses above reasonable and customary limits, noncovered expenses (including the expenses not covered because of failure to precertify a treatment or procedure) and penalties for failure to precertify.
- **Aetna Consumer Directed High Deductible Plan** and **Aetna Consumer Directed High Deductible Out-of-Area Plan:** The out-of-pocket maximum is the most you will pay for covered medical services in a calendar year. Once you reach the out-of-pocket maximum, the Plan pays 100% of the cost of covered medical services for the remainder of the year. All covered medical expenses count toward the out-of-pocket maximum. Amounts accumulated toward the out-of-network out-of-pocket maximum also accumulate toward the in-network out-of-pocket maximum and vice versa.
  The out-of-pocket maximum **does not** include: The difference between the generic and brand name cost, when a generic drug is available but you request a brand name drug, expenses above reasonable and customary limits, noncovered expenses (including the expenses not covered because of failure to precertify a treatment or procedure) and penalties for failure to precertify.
- **Aetna Comprehensive Traditional Out-of-Area Plan** and **Aetna Consumer Directed Out-of-Area Plan:** The out-of-pocket maximum is the most you will pay for covered medical services in a calendar year. Once you reach the out-of-pocket maximum, the Plan pays 100% of the cost of covered medical services for the remainder of the year, not including prescription drug costs. All covered medical expenses count toward the out-of-pocket maximum, except for prescription drug costs.
  The out-of-pocket maximum **does not** include: Prescription drug costs (including copayments, coinsurance and the difference between the generic and brand name cost when a generic drug is available but you request a brand name drug), expenses above reasonable and customary limits, noncovered expenses (including the expenses not covered because of failure to precertify a treatment or procedure) and penalties for failure to precertify.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 85 of 196

Bank of America Employee Health and Insurance                                              Aetna medical plans
Summary Plan Description 2013                                                              **Provisions and definitions**

**Participating provider**

Please refer to the appropriate Plan-specific definition.

- **Aetna Comprehensive Traditional Plan** and **Aetna Consumer Directed Plan:** A participating provider generally is a physician, hospital, laboratory or facility that has agreed to participate in the Plan's network of providers and accept the negotiated rates and applicable deductibles, copayments and coinsurances as payment in full for services rendered.
- **Aetna Consumer Directed High Deductible Plan:** A participating provider generally is a physician, hospital, laboratory or facility that has agreed to participate in the Plan's network of providers and accept the negotiated rates and applicable deductibles and coinsurances as payment in full for services rendered.

**Precertification and notification**

Precertification and notification are the process of collecting information before elective inpatient admissions and/or selected ambulatory procedures and services take place. Therefore, requests for precertification and notification must be received before rendering services. Failure to contact Aetna for precertification will relieve Aetna or Bank of America from any financial liability for the applicable service(s), if those services are rendered. Precertification applies to all of the benefits listed on the Aetna National Participating Provider Precertification List available at **aetna.com**.

**Predetermination**

Predetermination is a medical review performed in response to an inquiry into benefit coverage for service(s)/care that has not been provided and **does not** require precertification from Patient Management per the National Precertification List. A predetermination can also be requested for future/ongoing treatment whether or not there are prior claims in the system.

**Preferred brand drugs**

Preferred brand drugs are prescription drugs that the Plan has determined meet standards of effectiveness and are also cost effective. These drugs are found on the formulary list.

**Preventive care**

The active Aetna medical plans cover the full cost of in-network preventive care, including copayments, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. Covered preventive services may include: contraceptive prescription drugs, annual wellness screenings, well-woman visits, mammograms and pap smears, prostate screenings for men, well-child visits and routine immunizations according to the medical plan schedule. Any covered services beyond preventive testing are subject to the annual deductible and coinsurance costs. Obesity counseling, including healthy diet counseling is covered as a preventive service. This includes visits to a dietician when billed with the appropriate diagnosis codes. The preventive limits are as follows:

- Healthy diet counseling (age 22+); 10 visits per rolling 12 months.
- Obesity for adults (age 22+); 26 visits per rolling 12 months.
- Obesity / Healthy diet counseling for children (age 0 – 21); no limit.
- The healthy diet counseling limit is included within the obesity for adults limit. The obesity for adults limit is 26 visits per year, of which up to 10 visits may be used for healthy diet counseling.

The Aetna medical plans cover in-network preventive services with no cost sharing. However, some services might seem preventive but are diagnostic in nature since they are being done to check for a specific condition. Services fall into three categories:

- Always preventive – these services are covered at the preventive level, 100% in-network with the deductible and coinsurance, or copayment, as applicable, waived.
- Sometimes preventive – these services are considered preventive if billed with a particular preventive diagnosis. Depending on the diagnosis billed, the claim could be covered at 100% in-network with or subject to deductible and coinsurance, or copayment, as applicable.
- Never preventive / always diagnostic – these services are always subject to the applicable deductible and coinsurance, or copayment, as applicable.

Please check with your doctor if you have any questions about how your services will be billed.

These basic guidelines will help you understand what is considered a preventive service:

- Screening for conditions that have not been previously diagnosed generally will be considered preventive and will be covered at 100% in-network, subject to Plan verification.
- Certain tests performed to monitor or treat a previously diagnosed condition generally are not considered preventive and will be subject to applicable cost sharing, such as a copayment or annual deductible and coinsurance.

Preventive care covered expenses include charges made by your physician for routine physical exams. A routine exam is a medical exam given by a physician for a reason other than to diagnose or treat a suspected or identified illness or injury. The Plan covers charges for two routine physical exams per calendar year for all members over age two. Before age two, the Plan covers seven exams in the first 12 months of life and three exams in the 13 – 24 months of life.

The following services are **not covered as part of a physical exam**:

- Services to diagnose or treat a suspected or identified injury or disease
- Exams given while the person is confined in a hospital or other facility for medical care
- Services not provided by a physician or under his or her direct supervision
- Medicines, drugs, appliances, equipment or supplies
- Psychiatric, psychological, personality or emotional testing or exams
- Any employment-related exams
- Premarital exams
- Vision, hearing or dental exams
- A physician's office visit in connection with immunizations that is in addition to your annual preventive exam

A full list of preventive care services guidelines, published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration can be found by visiting **healthcare.gov**.

**Preadmission certification (PAC) and continued-stay review (CSR)**

Preadmission certification (PAC) and continued-stay review (CSR) is the process used to certify the medical necessity and length of any hospital confinement as a registered bed patient. PAC will be requested by your physician if you use a contracted provider. Please see **Precertification requirements** in the **Important information for Aetna medical plans** section for more details.

**Reasonable and customary (R&C)**

Reasonable and customary (R&C) fees are those set each year by your medical plan as the fees that most doctors in a geographic area charge for particular services or procedures. R&C is based on available data resources of competitive fees in that geographic area. Please refer to the appropriate Plan-specific definition below for more detail.

- **Aetna Comprehensive Traditional Plan, Aetna Consumer Directed Plan** and **Aetna Consumer Directed High Deductible Plan:** If your doctor is out-of-network and charges more than the R&C fee, the Plan will not pay for the amount in excess of the R&C level. You are responsible for paying this difference if you are not using an in-network physician.
  If you are enrolled in the Aetna Comprehensive Traditional Plan, the Aetna Consumer Directed Plan or the Aetna Consumer Directed High Deductible Plan, please note the additional information below about R&C fees:
  – In-network physicians have agreed to accept negotiated fees.
  – You or your physician may request a predetermination of benefits from your medical plan. If you discuss fees in advance, some doctors are willing to accept R&C as full payment.
  – Any amount that you are charged in excess of the R&C is shown on the explanation of benefits (EOB) that you receive from your medical plan. Remember, you are responsible for paying this amount.
- **Aetna Comprehensive Traditional Out-of-Area Plan, Aetna Consumer Directed Out-of-Area Plan** and **Aetna Consumer Directed High Deductible Out-of-Area Plan:** If your doctor charges more than the R&C fee, the Plan will not pay for the amount in excess of the R&C level. You are responsible for paying this difference.
  If you are enrolled in the Aetna Comprehensive Traditional Out-of-Area Plan, the Aetna Consumer Directed Out-of-Area Plan or the Aetna Consumer Directed High Deductible Out-of-Area Plan, please note the additional information below about R&C fees:
  – National Advantage Providers have agreed to accept negotiated fees.
  – You or your physician may request a predetermination of benefits from your medical plan. If you discuss fees in advance, some doctors are willing to accept R&C as full payment.
  – Any amount that you are charged in excess of the R&C is shown on the explanation of benefits (EOB) that you receive from your medical plan. Remember, you are responsible for paying this amount.

**Skilled nursing facility**

A skilled nursing facility qualifies for coverage when the facility is accepted by Medicare or when the facility:
- Is licensed to provide inpatient skilled nursing and physical restoration services
- Is under the supervision of a physician or registered nurse and provides 24-hour patient care by a staff of licensed nurses, directed by a full-time registered nurse
- Has an active use-review plan for all patients
- Is not a place for rest, the aged, alcohol/substance abuse patients, custodial or education care, care of mental health disorders or mental retardation

**Unproven**

Unproven refers to a drug, device, procedure or treatment that is not consistent with conclusions of prevailing medical research, which demonstrate that the health service has a beneficial effect on health outcomes and is not based on trials that meet either of the following designs:
- Well-conducted randomized controlled trials (two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received)
- Well-conducted cohort studies (patients who receive study treatment are compared to a group of patients who receive standard therapy; the comparison group must be nearly identical to the study treatment group)

Decisions about whether to cover new technologies, procedures and treatments will be consistent with conclusions of prevailing medical research, based on well-conducted randomized trials or cohort studies, as described above.

# Kaiser Permanente medical plans

The Kaiser Comprehensive Traditional Plan, the Kaiser Consumer Directed Plan and the Kaiser Consumer Directed High Deductible Plan (the "Plan(s)") are offered to employees in certain service areas. The specific medical plans available to you are determined by your home ZIP code (not your work location) and are listed in your enrollment materials. Some plans may be available in one location, but not another. The Plans are available in the following regions: Colorado, Georgia, Mid-Atlantic, Northwest, Northern California and Southern California.

If your PYCC is less than $100,000 you have access to the medical plans listed below, depending on your home location as discussed above:
- Kaiser Comprehensive Traditional Plan
- Kaiser Consumer Directed Plan
- Kaiser Consumer Directed High Deductible Plan

If your PYCC is $100,000 or more, you have access to the medical plans listed below, depending on your home location as discussed above:
- Kaiser Consumer Directed Plan
- Kaiser Consumer Directed High Deductible Plan

## Plan Identification (ID) cards

If you enroll in a Kaiser medical plan, you will receive **one** plan ID card for your medical and prescription drug coverage. If you elect dental and/or vision coverage, you will receive separate ID card(s) from Aetna for each of those coverages. Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan if you are not otherwise eligible for the benefit.

## Benefits coverage under the Kaiser Permanente medical plans

The information in the plan summaries below provides an overview of the benefit coverage under the Plans but does not list all exclusions and limitations under these plans. Definitions, covered services, exclusions and limitations and other provisions for these plans are found in the *Kaiser Permanente Evidence of Coverage*.

All benefits are considered in-network unless otherwise noted. Benefits are based on a January through December calendar year.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

# Kaiser Comprehensive Traditional Plan summary for Northern and Southern California, Georgia and Georgia CCO regions

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Lifetime maximum** | Limit does not apply | Limit does not apply |
| **Precertification** | | |
| **Precertification** | Permanente Medical Group physicians are solely responsible for making all medical decisions | Permanente Medical Group physicians are solely responsible for making all medical decisions |
| **Plan facts** | | |
| **Service area** | California | Georgia |
| **Plan type** | Deductible Health Maintenance Organization (HMO) | Deductible Health Maintenance Organization (HMO) |
| **Website** | **kp.org** | **kp.org** |
| **Member services** | **1.800.464.4000** | **1.888.865.5813** |
| **Nurseline** | **1.800.464.4000**; Please refer to your Service Area Guidebook for nurseline numbers | **1.800.611.1811** |
| **Extended family benefits** | | |
| **Domestic partner (same or opposite sex)** | Yes | Yes |
| **Other adult dependent** | Yes | Yes |
| **Calendar year deductible** | | |
| **Per individual** | $500; excludes pharmacy, Durable Medical Equipment (DME), infertility and some medical copayments | $500; excludes pharmacy and medical copayments |
| **Per family** | $1,000; excludes pharmacy, Durable Medical Equipment (DME), infertility and some medical copayments | $1,000; excludes pharmacy and medical copayments |
| **Out-of-pocket maximum (includes deductible)** | | |
| **Per individual** | $2,000; includes deductible; excludes pharmacy copayments | $2,000; includes deductible; excludes medical and pharmacy copayments |
| **Per family** | $4,000; includes deductible; excludes pharmacy copayments | $4,000; includes deductible; excludes medical and pharmacy copayments |
| **Provider requirements** | | |
| **Primary care physician (PCP) required** | No | No |
| **Ability to self refer to OB/GYN** | Yes | Yes |
| **Ability to self refer to specialists** | Can self-refer to some specialty services, including OB/GYN, well-woman visits, outpatient Mental Health/Chemical Dependency, Pediatrics, Optometry, Dermatology and Ophthalmology (varies among medical centers); contact Kaiser for further details | Can self-refer to some specialty services, including Dermatology, OB/GYN, Ophthalmology, Optometry, Mental Health, and Chemical Dependency; members may also self-refer to Medical Group specialty physicians within our medical offices; contact Kaiser for further details |
| **Primary and preventive care**<br>**Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | |
| **Office visits - Primary physician** | $15 copayment<br>Plan pays 100% of covered strictly preventive services | $15 copayment<br>Plan pays 100% of covered strictly preventive services |
| **Office visits - Specialist** | $15 copayment<br>Plan pays 100% of covered strictly preventive services | $15 copayment<br>Plan pays 100% of covered strictly preventive services |
| **Office surgery** | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after applicable office visit copayment |
| **Preventive examinations** | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Diagnostics: $15 copayment |
| **Immunizations** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive mammogram** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy |
| **Preventive lab and X-ray performed in an independent lab** | Not covered | Not covered |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy |
| **Cardiovascular screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides |
| **Preventive eye examinations** | Plan pays 100% of covered preventive services; $15 copayment per visit (diagnostic) | $15 copayment per visit |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | $15 copayment per visit; Plan pays 80% of covered services after deductible for cataract surgery | $15 copayment per visit |
| **Specialty and outpatient care** | | |
| **Office visits** | $15 copayment per visit | $15 copayment per visit |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible for non-preventive | Plan pays 80% of covered services after deductible for non-preventive |
| **Diagnostic lab and X-ray performed in an independent lab** | Not covered | Not covered |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after applicable office visit copayment |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | $15 copayment per test visit | $15 copayment per test visit |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 100% of covered services; office visit copayment will apply for visit | Plan pays 100% of covered services; office visit copayment will apply for visit |
| **Therapy<br>(speech, occupational, physical)** | Plan pays 80% of covered services after deductible; benefits are limited based on medical necessity; please contact Plan for details | Plan pays 80% of covered services after deductible; limited to 30 visits per therapy per year |
| **Chiropractor services<br>(muscular skeletal manipulation)** | $15 copayment; limited to 20 visits per year | $15 copayment; limited to 20 visits per year (in-network) |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible, up to 100 days per year | Plan pays 80% of covered services after deductible, up to 100 days per year |
| **Home health care** | No copayment (not subject to deductible) per home visit when prescribed by a Plan physician (services limited to inside the Service Area); limit of three two-hour visits per day; 100 visits per year | Plan pays 100% of covered services for up to 100 visits per year; private duty nursing not covered (not subject to deductible) |
| **Hospice** | Plan pays 100% of covered services when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less | Plan pays 100% of covered services |
| **Durable Medical Equipment (DME)** | Plan pays 80% of covered items (not subject to deductible); must be in accordance with DME formulary guidelines | Plan pays 80% of covered items after deductible |
| **External prosthetic devices** | Plan pays 100% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician | Plan pays 80% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| Services for the disorder of the temporomandibular (jaw) joint (TMJ) | **Surgery:** Plan pays 80% of covered services after deductible per encounter; must be medically necessary (i.e., etiology must be medical not dental)<br><br>**Appliances:** Plan pays 100% per covered item after deductible when deemed medically necessary (i.e., etiology must be medical not dental) and prescribed by a Plan physician<br><br>**Therapy:** Plan pays 80% of covered services after deductible per visit when deemed medically necessary by a Plan physician | **Surgery:** Plan pays 50% of covered services after deductible; must be medically necessary (i.e., etiology must be medical not dental)<br><br>**Appliances:** Plan pays 50% per covered item when deemed medically necessary (i.e., etiology must be medical not dental) and prescribed by a Plan physician<br><br>**Therapy:** Plan pays 80% of covered services after deductible per visit when deemed medically necessary by a Plan physician |
| **Prescription drugs** | | |
| Retail (up to a 30-day supply) | **Generic:** $5 copayment<br><br>**Preferred brand-name drugs:** $25 copayment<br><br>**Non-preferred brand name drugs:** $25 copayment when deemed medically necessary and prescribed by a Plan physician<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $5 copayment for Kaiser pharmacies; $11 copayment for network pharmacies<br><br>**Preferred brand-name drugs:** $25 copayment for Kaiser pharmacies; $31 copayment for network pharmacies<br><br>**Non-preferred brand name drugs:** Not covered<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| Mail order (up to a 90-day supply) | **Generic:** $10 copayment<br><br>**Preferred brand-name drugs:** $50 copayment<br><br>**Non-preferred brand name drugs:** $50 copayment when deemed medically necessary and prescribed by a Plan physician<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $10 copayment<br><br>**Preferred brand-name drugs:** $50 copayment<br><br>**Non-preferred brand name drugs:** Not covered<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| Oral contraceptives | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. |
| Infertility drugs | Applicable prescription drug copayment applies | Plan pays 100% of covered medications; applicable prescription copayment applies |
| **Inpatient services** | | |
| Room and board | Copayment waived; Plan pays 80% of covered services after deductible | Copayment waived; Plan pays 80% of covered services after deductible |
| Physician charges | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| X-rays and lab tests | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Special care unit | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Hospice facility | Plan pays 100% of covered services when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less | Plan pays 100% of covered services after deductible |
| **Emergency care** | | |
| Urgent care facility | $15 copayment | $15 copayment |
| Emergency room not followed by admission | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency |
| Ambulance | $150 copayment after deductible per trip when determined to meet the criteria that define an emergency | $150 copayment per trip when determined to meet the criteria that define an emergency |
| **Maternity care** | | |
| Prenatal / postnatal care | $15 copayment initial visit OB/GYN; Plan pays 100% of covered services for Routine Prenatal care<br><br>All other specialists: $15 office visit copayment | $15 copayment initial visit OB/GYN; Plan pays 100% of covered services for Routine Prenatal care<br><br>All other specialists: $15 office visit copayment |
| Maternity care | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| In-hospital delivery services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Newborn nursery services** | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| **Birthing centers** | Plan pays 80% of covered services after deductible (at facilities where available) | Plan pays 80% of covered services after deductible (at facilities where available) |
| **Family planning** | | |
| **Infertility** (diagnosis and treatment of the underlying medical cause) | **Outpatient:** $15 copayment per visit; Plan pays 80% of covered services per surgical procedure; not subject to deductible **Inpatient:** Plan pays 80% of covered services for diagnosis and treatment of involuntary infertility when approved by a Plan physician; not subject to deductible | Plan pays 80% of covered services for diagnosis and treatment of involuntary infertility when approved by a Plan physician; not subject to deductible |
| **Lab, X-rays and office visits related to family planning** | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter **Office visits:** Plan pays 100% of covered services (not subject to deductible) | **Lab & X-rays:** Plan pays 100% of covered services after deductible per encounter **Office visits:** $15 copayment per visit (not subject to deductible) |
| **Sterilization** | **Female:** Plan pays 100% of covered services (not subject to deductible) **Male:** Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Abortion** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Artificial insemination** | $15 copayment per visit if performed in physician's office (intrauterine only, except for donor semen and donor eggs and services related to their procurement and storage); otherwise Plan pays 80% of covered services | Plan pays 100% of covered services after office visit copayment if performed in physician's office; otherwise Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Not covered | Not covered |
| **Charges associated with cryopreserved embryos and sperm** | Not covered | Not covered |
| **Family planning exclusions and limitations** | | |
| **Reversal of sterilization** | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered |
| **Mental health/chemical dependency** | | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Outpatient treatment** | **Mental Health:** $15 (individual)/$7 (group) copayment per visit; unlimited visits **Chemical Dependency:** $15 (individual)/$5 (group) copayment per visit; unlimited visits | $15 copayment for individual therapy; $7 copayment for group therapy; unlimited visits per year |
| **Intensive outpatient program** | $5 copayment per visit; unlimited visits | $15 copayment |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible |
| **Residential treatment** | Plan pays 90% of covered services after deductible per admission; no day limit (Transitional Residential Recovery Service (TRRS) in a non-medical setting) | Not applicable |
| **Care management programs** | | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

Bank of America Employee Health and Insurance
Summary Plan Description 2013                                      Kaiser Permanente medical plans

# Kaiser Comprehensive Traditional Plan summary for Colorado, Mid-Atlantic and Northwest regions

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| Lifetime maximum | Limit does not apply | Limit does not apply | Limit does not apply |
| **Precertification** | | | |
| Precertification | Permanente Medical Group physicians are solely responsible for making all medical decisions in Denver/Boulder; Permanente Medical Group and community providers are responsible in Southern Colorado. | Permanente Medical Group physicians are solely responsible for making all medical decisions | Permanente Medical Group physicians are solely responsible for making all medical decisions |
| **Plan facts** | | | |
| Service area | Colorado | Maryland, Virginia, Washington, D.C. | Oregon, Southwest Washington |
| Plan type | Deductible Health Maintenance Organization (HMO) | Deductible Health Maintenance Organization (HMO) | Deductible Health Maintenance Organization (HMO) |
| Website | **kp.org** | **kp.org** | **kp.org** |
| Member services | **1.303.338.3800** | **1.800.777.7902** Mental health/chemical dependency member services: **1.866.530.8778** | **1.800.813.2000** Mental health/chemical dependency member services: **1.800.813.2000** or **1.503.813.2000** in the Portland metropolitan area |
| Nurseline | **1.303.338.4545** | **1.800.777.7904** **1.703.359.7878** (local) | **1.800.813.2000** |
| **Extended family benefits** | | | |
| Domestic partner (same or opposite sex) | Yes | Yes | Yes |
| Other adult dependent | Yes | Yes | Yes |
| **Calendar year deductible** | | | |
| Per individual | $500; excludes pharmacy and medical copayments | $500; excludes pharmacy and medical copayments | $500; excludes pharmacy and medical copayments |
| Per family | $1,000; excludes pharmacy and medical copayments | $1,000; excludes pharmacy and medical copayments | $1,000; excludes pharmacy and medical copayments |
| **Out-of-pocket maximum (includes deductible)** | | | |
| Per individual | $2,000; includes deductible; excludes medical and pharmacy copayments | $2,000; includes deductible; excludes medical and pharmacy copayments | $2,000; includes deductible; excludes medical and pharmacy copayments |
| Per family | $4,000; includes deductible; excludes medical and pharmacy copayments | $4,000; includes deductible; excludes medical and pharmacy copayments | $4,000; includes deductible; excludes medical and pharmacy copayments |
| **Provider requirements** | | | |
| Primary care physician (PCP) required | No | No | No |
| Ability to self refer to OB/GYN | Yes | Yes | Yes |
| Ability to self refer to specialists | Can self-refer to some specialty services, including OB/GYN, well-woman visits, outpatient Mental Health/Chemical Dependency, Pediatrics, Optometry, Dermatology, and Ophthalmology; contact Kaiser for further details | Can self-refer to some specialty services, including OB/GYN, Optometry and Behavioral Health providers; contact Kaiser for further details | For some types of specialty care, you can schedule an appointment without a referral. Call your medical office or Membership Services to schedule an appointment for the following services:<br>• Addiction medicine (chemical dependency services)<br>• Cancer counseling<br>• Cosmetic Center (Cosmetic services are generally not considered medically necessary and therefore are not a covered service.)<br>• Mental health<br>• Obstetrics/Gynecology<br>• Occupational health<br>• Social services<br>• Vision Essentials by Kaiser Permanente (Ophthalmology and Optometry) |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Primary and preventive care** | | | |
| **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | | |
| **Office visits - Primary physician** | $15 copayment<br><br>Plan pays 100% of covered strictly preventive services | $15 copayment<br><br>Plan pays 100% of covered strictly preventive services | $15 copayment<br><br>Plan pays 100% of covered strictly preventive services |
| **Office visits - Specialist** | $15 copayment<br><br>Plan pays 100% of covered strictly preventive services | $15 copayment<br><br>Plan pays 100% of covered strictly preventive services | $15 copayment<br><br>Plan pays 100% of covered strictly preventive services |
| **Office surgery** | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after applicable office visit copayment | Plan pays 100% of covered services after applicable office visit copayment |
| **Preventive examinations** | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Diagnostics: $15 copayment | Plan pays 100% of covered preventive services; frequency according to Plan's schedule<br><br>Diagnostics: $15 copayment | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Immunizations** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive mammogram** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy |
| **Preventive lab and X-ray performed in an independent lab** | Not covered in Denver/Boulder. Plan pays 100% of covered services at a contracted lab in Southern Colorado. | Not covered | Not covered |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | | |
| **Cancer screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, and Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy |
| **Cardiovascular screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides |
| **Preventive eye examinations** | $15 copayment per visit | $15 copayment per visit | $15 copayment per visit |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | $15 copayment per visit | $15 copayment per visit | $15 copayment per visit |
| **Specialty and outpatient care** | | | |
| **Office visits** | $15 copayment per visit | $15 copayment per visit | $15 copayment per visit |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible for non-preventive | Plan pays 80% of covered services after deductible for non-preventive | Plan pays 80% of covered services after deductible for non-preventive |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Diagnostic lab and X-ray performed in an independent lab** | Not covered in Denver/Boulder. Plan pays 80% of covered services after deductible at a contracted facility in Southern Colorado. | Not covered | Not covered |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after applicable office visit copayment | Plan pays 100% of covered services after applicable office visit copayment |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | $15 copayment per test visit | $15 copayment per test visit | $15 copayment per test visit |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 100% of covered services; office visit copayment will apply for visit | Plan pays 100% of covered services; office visit copayment may apply | $15 specialty office visit copayment for testing; $5 copayment for injection-only visits |
| **Therapy (speech, occupational, physical)** | $15 copayment; limited to 20 visits per therapy per year | Plan pays 80% of covered services after deductible; occupational and speech therapy limited to 90 consecutive days per contract year; physical therapy limited to 30 visits per year | Plan pays 80% of covered services after deductible; limited to 90 visits per year; combined for physical, occupational and speech therapy |
| **Chiropractor services (muscular skeletal manipulation)** | $15 copayment; limited to 20 visits per year (in-network) | $15 copayment; limited to 20 visits per year (in-network) | $15 copayment; limited to 20 visits per year (in-network) |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible, up to 100 days per year | Plan pays 80% of covered services after deductible, up to 100 days per year | Plan pays 80% of covered services after deductible, up to 100 days per year |
| **Home health care** | Plan pays 80% of covered services after deductible; no hour or visit limits | Plan pays 80% of covered services after deductible; limited to two hours per visit; Intermittent care shall not exceed three visits in one day | Plan pays 100% of covered services per home visit when prescribed by a Plan physician (services limited to inside the Service Area); after deductible; 130 visits per year |
| **Hospice** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after deductible for patient diagnosed with life expectancy of six months or less |
| **Durable Medical Equipment (DME)** | Plan pays 80% of covered items for base DME (not subject to deductible)<br><br>Plan pays 80% for covered items up to $2,000 maximum for all items per calendar year for supplemental DME; please contact Plan for further details | Plan pays 80% of covered items after deductible; please contact Plan for further details | Plan pays 80% of covered items; Medicare criteria apply (deductible does not apply) |
| **External prosthetic devices** | Plan pays 80% of covered items (deductible does not apply) when deemed medically necessary and prescribed by a Plan physician; no annual maximum | Not covered except for hair prostheses, breast prostheses, mastectomy bras and urologic & osotomy supplies | Plan pays 80% of covered items (deductible does not apply) when deemed medically necessary and prescribed by a Plan physician; no annual maximum |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | **Surgery:** Plan pays 80% of covered services after deductible; covered as any other surgical procedure; must be medically necessary<br>**Appliances:** Not covered<br>**Therapy:** $15 copayment | Not covered | **Surgery:** Plan pays 80% of covered services after deductible; covered as any other surgical procedure; must be medically necessary<br>**Appliances:** Not covered<br>**Therapy:** $15 copayment; specialty office visit copayment applies when deemed medically necessary by a Plan physician |
| **Prescription drugs** | | | |
| **Retail (up to a 30-day supply)** | **Generic:** $5 copayment<br>**Preferred brand-name drugs:** $25 copayment<br>**Non-preferred brand name drugs:** Not covered<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $5 copayment for Kaiser pharmacies; $12 copayment for network pharmacies<br>**Preferred brand-name drugs:** $25 copayment for Kaiser pharmacies; $35 copayment for network pharmacies<br>**Non-preferred brand name drugs:** Not covered<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $5 copayment<br>**Preferred brand-name drugs:** $25 copayment<br>**Non-preferred brand name drugs:** Not covered<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |

Bank of America Employee Health and Insurance  Kaiser Permanente medical plans
Summary Plan Description 2013

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment<br>**Preferred brand-name drugs:** $50 copayment<br>**Non-preferred brand name drugs:** Not covered<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug.<br>**Note:** Mail order includes up to a 90-day supply in Denver/Boulder and up to a 60 or 90-day supply in Southern Colorado. | **Generic:** $10 copayment<br>**Preferred brand-name drugs:** $50 copayment<br>**Non-preferred brand name drugs:** Not covered<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $10 copayment<br>**Preferred brand-name drugs:** $50 copayment<br>**Non-preferred brand name drugs:** Not covered<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| **Oral contraceptives** | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. |
| **Infertility drugs** | Plan pays 100% of covered medications; applicable prescription copayment applies | Plan pays 50% of covered medications; not subject to deductible | Plan pays 100% of covered medications; applicable prescription copayment applies |
| **Inpatient services** | | | |
| **Room and board** | Plan pays 80% of covered services after deductible | Copayment waived; Plan pays 80% of covered services after deductible | Copayment waived; Plan pays 80% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after deductible for patient diagnosed with life expectancy of six months or less |
| **Emergency care** | | | |
| **Urgent care facility** | Urgent care at non-Kaiser facility: Plan pays 80% of covered services after deductible<br>After-hours care at Kaiser facility: $50 copayment | $15 copayment | $15 copayment (in-network and out-of-network) |
| **Emergency room not followed by admission** | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency |
| **Ambulance** | $150 copayment per trip when determined to meet the criteria that define an emergency | $150 copayment per trip when determined to meet the criteria that define an emergency | $150 copayment per trip when determined to meet the criteria that define an emergency |
| **Maternity care** | | | |
| **Prenatal / postnatal care** | $15 copayment initial visit OB/GYN; Plan pays 100% of covered services for Routine Prenatal care<br>All other specialists: $15 office visit copayment | $15 copayment initial visit OB/GYN; Plan pays 100% of covered services for Routine Prenatal care<br>All other specialists: $15 office visit copayment | $15 copayment initial visit OB/GYN; Plan pays 100% of covered services for Routine Prenatal care<br>All other specialists: $15 office visit copayment |
| **Maternity care** | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services<br>Plan pays 100% of covered newborn services for the first 31 days |
| **Birthing centers** | Plan pays 80% of covered services after deductible (at facilities where available) | Plan pays 80% of covered services after deductible (at facilities where available) | Plan pays 80% of covered services after deductible (at facilities where available) |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Family planning** | | | |
| **Infertility (diagnosis and treatment of the underlying medical cause)** | Plan pays 50% of covered services for diagnosis and treatment of involuntary infertility when approved by a Plan physician; not subject to deductible | Plan pays 50% of covered services; for diagnosis and treatment of involuntary infertility when approved by a Plan physician; not subject to deductible | **Outpatient:** $15 copayment per visit; Plan pays 80% of covered services after deductible per surgical procedure  **Inpatient:** Plan pays 80% of covered services after deductible for diagnosis and treatment of involuntary infertility when approved by a Plan physician |
| **Lab, X-rays and office visits related to family planning** | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter  **Office visits:** $15 copayment per visit (not subject to deductible) | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter  **Office visits:** $15 copayment per visit | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter  **Office visits:** $15 copayment per visit (not subject to deductible) |
| **Sterilization** | Plan pays 80% of covered services after deductible, after appropriate counseling | **Female:** Plan pays 100% of covered services (not subject to deductible)  **Male:** Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Abortion** | Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Artificial insemination** | Plan pays 50% of covered services; not subject to deductible | Plan pays 50% of covered services; not subject to deductible | Plan pays 100% of covered services after office visit copayment if performed in physician's office; otherwise Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ ovum transplants** | Not covered | Plan pays 50% of covered services (not subject to deductible); please contact Kaiser for more information | Not covered |
| **Charges associated with cryopreserved embryos and sperm** | Not covered | Not covered | Not covered |
| **Family planning exclusions and limitations** | | | |
| **Reversal of sterilization** | Not covered | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered | Not covered |
| **Mental health/chemical dependency** | | | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible; unlimited days for both mental health and chemical dependency | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Outpatient treatment** | $15 copayment for individual therapy; $7 copayment for group therapy; unlimited visits per year | $15 copayment for individual therapy; $7 copayment for group therapy; unlimited visits for both mental health and chemical dependency | $15 copayment for individual therapy; $7 copayment for group therapy; unlimited visits (group) |
| **Intensive outpatient program** | $15 copayment for individual therapy; $7 copayment for group therapy; unlimited visits per year | $15 copayment for individual therapy; $7 copayment for group therapy; unlimited visits for both mental health and chemical dependency | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Residential treatment** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible; unlimited days for both mental health and chemical dependency | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Care management programs** | | | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

# Kaiser Consumer Directed Plan Summary for Northern and Southern California, Georgia and Georgia CCO regions

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Lifetime maximum** | Limit does not apply | Limit does not apply |
| **Precertification** | | |
| **Precertification** | Permanente Medical Group physicians are solely responsible for making all medical decisions | Permanente Medical Group physicians are solely responsible for making all medical decisions |
| **Plan facts** | | |
| **Service area** | California | Georgia |
| **Plan type** | Deductible Health Maintenance Organization (HMO) with HRA for eligible participants | Deductible Health Maintenance Organization (HMO) with HRA for eligible participants |
| **Website** | **kp.org** | **kp.org** |
| **Member services** | **1.800.464.4000** | **1.888.865.5813** |
| **Nurseline** | **1.800.464.4000**; Please refer to your Service Area Guidebook for nurseline numbers | **1.800.611.1811** |
| **Extended family benefits** | | |
| **Domestic partner (same or opposite sex)** | Yes | Yes |
| **Other adult dependent** | Yes | Yes |
| **Calendar year deductible** | | |
| **Per individual** | $1,200; excludes pharmacy, Durable Medical Equipment, infertility, and Chiropractor copayments and member's share of pharmacy coinsurance | $1,200; excludes pharmacy copayments and member's share of pharmacy coinsurance |
| **Per family** | $2,400; excludes pharmacy, Durable Medical Equipment, infertility, and Chiropractor copayments and member's share of pharmacy coinsurance | $2,400; excludes pharmacy copayments and member's share of pharmacy coinsurance |
| **Out-of-pocket maximum (includes deductible; excludes pharmacy and infertility copayments/coinsurance)** | | |
| **Per individual** | $3,500 | $3,500 |
| **Per family** | $7,000 | $7,000 |
| **Provider requirements** | | |
| **Primary care physician (PCP) required** | No | No |
| **Ability to self refer to OB/GYN** | Yes | Yes |
| **Ability to self refer to specialists** | Can self-refer to some specialty services, including OB/GYN, well-woman visits, outpatient Mental Health/ Chemical Dependency, Pediatrics, Optometry, Dermatology and Ophthalmology (varies among medical centers). Contact Kaiser for further details. | Can self-refer to some specialty services, including Dermatology, OB/GYN, Ophthalmology, Optometry, Mental Health/Chemical Dependency. Members may also self-refer to Medical Group specialty physicians within our medical offices. Contact Kaiser for further details. |
| **Primary and preventive care** | | |
| **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | |
| **Office visits - Primary physician** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| | Plan pays 100% of covered strictly preventive services | Plan pays 100% of covered strictly preventive services |
| **Office visits - Specialist** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| | Plan pays 100% of covered strictly preventive services | Plan pays 100% of covered strictly preventive services |
| **Office surgery** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Preventive examinations** | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule. Check with Plan for further details. |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| | | Diagnostics: Plan pays 80% of covered services after deductible |
| **Immunizations** | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive mammogram** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy |
| **Preventive lab and X-ray performed in an independent lab** | Not covered | Not covered |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy |
| **Cardiovascular screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides |
| **Preventive eye examinations** | Plan pays 100% of covered preventive services<br>Plan pays 80% of covered services after deductible per visit (diagnostic) | Plan pays 80% of covered services after deductible |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible per visit | Plan pays 80% of covered services after deductible |
| **Specialty and outpatient care** | | |
| **Office visits** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered non-preventive services after deductible | Plan pays 80% of covered non-preventive services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Not covered | Not covered |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 80% of covered services after deductible; office visit coinsurance will apply for visit | Plan pays 100% of covered services; office visit coinsurance will apply for visit |
| **Therapy (speech, occupational, physical)** | Plan pays 80% of covered services after deductible; benefits are limited based on medical necessity; please contact Plan for details | Plan pays 80% of covered services after deductible; limited to 30 visits per therapy per year; benefits are limited based on medical necessity; please contact Plan for details |
| **Chiropractor services (muscular skeletal manipulation)** | Plan pays 80% of covered services (not subject to the deductible), up to 20 visits per calendar year for services by an in-network chiropractor; must see chiropractors within the American Specialty Health Plan network | Plan pays 80% of covered services after deductible, up to 20 visits per calendar year for services by an in-network chiropractor |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible, up to 100 days per year | Plan pays 80% of covered services after deductible, up to 100 days per year |
| **Home health care** | Plan pays 100% of covered services (not subject to deductible) per home visit when prescribed by a Plan physician (services limited to inside the Service Area); limit of three two-hour visits per day; 100 visits per year | Plan pays 100% of covered services for up to 100 visits per year; private duty nursing not covered |
| **Hospice** | Plan pays 100% of covered services when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less | Plan pays 100% of covered services after deductible is met when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Durable Medical Equipment (DME)** | Plan pays 80% of covered items (not subject to deductible); must be in accordance with DME formulary guidelines | Plan pays 80% of covered items after deductible |
| **External prosthetic devices** | Plan pays 100% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician | Plan pays 80% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | **Surgery:** Plan pays 80% of covered services after deductible per encounter; must be medically necessary (i.e., etiology must be medical not dental) | **Surgery:** Plan pays 50% of covered services after deductible is met; must be medically necessary (i.e., etiology must be medical not dental) |
| | **Appliances:** Plan pays 100% per covered item after deductible when deemed medically necessary (i.e., etiology must be medical not dental) and prescribed by a Plan physician | **Appliances:** Plan pays 50% of covered items after deductible is met when deemed medically necessary (i.e., etiology must be medical not dental) and prescribed by a Plan physician |
| | **Therapy:** Plan pays 80% of covered services after deductible per visit when deemed medically necessary by a Plan physician | **Therapy:** Plan pays 80% of covered services after deductible per visit when deemed medically necessary by a Plan physician |
| **Prescription drugs** | | |
| **Retail (up to a 30-day supply)** | **Generic:** $5 copayment | **Generic:** $5 copayment for Kaiser pharmacies; $11 copayment for network pharmacies |
| | **Preferred brand-name drugs:** You pay 30% up to $100 | **Preferred brand-name drugs:** You pay 30% up to $100 |
| | **Non-preferred brand name drugs:** You pay 30% up to $100 when deemed medically necessary and prescribed by a Plan physician | **Non-preferred brand name drugs:** You pay 45% up to $150 |
| | Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment | **Generic:** $10 copayment |
| | **Preferred brand-name drugs:** You pay 30% up to $100 | **Preferred brand-name drugs:** You pay 30% up to $200 |
| | **Non-preferred brand name drugs:** You pay 30% up to $100; when deemed medically necessary and prescribed by a Plan physician | **Non-preferred brand name drugs:** You pay 45% up to $300 |
| | Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| **Oral contraceptives** | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. |
| **Infertility drugs** | Plan pays 80% of covered medications (not subject to deductible) as part of an approved treatment | Plan pays 100% of covered medications after applicable prescription copayment or coinsurance |
| **Inpatient services** | | |
| **Room and board** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Hospice facility** | Plan pays 100% of covered services when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less | Plan pays 100% of covered services after deductible is met |
| **Emergency care** | | |
| **Urgent care facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Emergency room not followed by admission** | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency |
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | | |
| **Prenatal / postnatal care** | Plan pays 80% of covered services after deductible for initial visit to OB/GYN; Plan pays 100% of covered services for Routine Prenatal care | Plan pays 80% of covered services after deductible for initial visit to OB/GYN; Plan pays 100% of covered services for Routine Prenatal care |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| Maternity care | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| In-hospital delivery services | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Newborn nursery services | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Birthing centers | Plan pays 80% of covered services after deductible (at facilities where available) | Plan pays 80% of covered services after deductible (at facilities where available) |
| **Family planning** | | |
| Infertility (diagnosis and treatment of the underlying medical cause) | Plan pays 80% of covered services for diagnosis and treatment of involuntary infertility when approved by a Plan physician; not subject to deductible | Plan pays 80% of covered services for diagnosis and treatment of involuntary infertility when approved by a Plan physician; not subject to deductible |
| Lab, X-rays and office visits related to family planning | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter **Office visits:** Plan pays 100% of covered services (not subject to deductible) | **Lab & X-rays:** Plan pays 80% of covered services in office after deductible **Office visits:** Plan pays 80% of covered services after deductible per visit |
| Sterilization | **Female:** Plan pays 100% of covered services (not subject to deductible) **Male:** Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| Abortion | Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| Artificial insemination | Plan pays 80% of covered services, not subject to deductible (Intrauterine only; except for donor semen and donor eggs and services related to their procurement and storage) | Plan pays 80% of covered services, not subject to deductible |
| In vitro fertilization/GIFT/ZIFT/ovum transplants | Not covered | Not covered |
| Charges associated with cryopreserved embryos and sperm | Not covered | Not covered |
| **Family planning exclusions and limitations** | | |
| Reversal of sterilization | Not covered | Not covered |
| Purchase of donor sperm and any charges for the storage of sperm | Not covered | Not covered |
| Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers | Not covered | Not covered |
| **Mental health/chemical dependency** | | |
| Inpatient treatment | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| Outpatient treatment | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| Intensive outpatient program | Plan pays 80% of covered services after deductible per visit; unlimited visits per year | Plan pays 80% of covered services after deductible |
| Partial hospitalization | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible |
| Residential treatment | Plan pays 90% of covered services after deductible per admission; no day limit (Transitional Residential Recovery Service (TRRS) in a non-medical setting) | Not applicable |
| **Care management programs** | | |
| Care management education and assistance | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

# Kaiser Consumer Directed Plan Summary for Colorado, Mid-Atlantic and Northwest regions

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| Lifetime maximum | Limit does not apply | Limit does not apply | Limit does not apply |
| **Precertification** | | | |
| Precertification | Permanente Medical Group physicians are solely responsible for making all medical decisions in Denver/Boulder; Permanente Medical Group and community providers are responsible in Northern & Southern Colorado. | Permanente Medical Group physicians are solely responsible for making all medical decisions | Permanente Medical Group physicians are solely responsible for making all medical decisions |
| **Plan facts** | | | |
| Service area | Colorado | Maryland, Virginia, Washington, D.C. | Oregon, Southwest Washington |
| Plan type | Deductible Health Maintenance Organization (HMO) with HRA for eligible participants | Deductible Health Maintenance Organization (HMO) with HRA for eligible participants | Deductible Health Maintenance Organization (HMO) with HRA for eligible participants |
| Website | **kp.org** | **kp.org** | **kp.org** |
| Member services | **1.303.338.3800** | **1.800.777.7902**<br>Mental health/chemical dependency member services: **1.866.530.8778** | **1.800.813.2000**<br>Mental health/chemical dependency member services: **1.800.813.2000** or **1.503.813.2000** in the Portland metropolitan area |
| Nurseline | **1.303.338.4545** | **1.800.777.7904**<br>**1.703.359.7878** (local) | **1.800.813.2000** |
| **Extended family benefits** | | | |
| Domestic partner (same or opposite sex) | Yes | Yes | Yes |
| Other adult dependent | Yes | Yes | Yes |
| **Calendar year deductible** | | | |
| Per individual | $1,200; excludes pharmacy copayments and member's share of pharmacy coinsurance | $1,200; excludes pharmacy copayments and member's share of pharmacy coinsurance | $1,200; excludes pharmacy copayments and member's share of pharmacy coinsurance |
| Per family | $2,400; excludes pharmacy copayments and member's share of pharmacy coinsurance | $2,400; excludes pharmacy copayments and member's share of pharmacy coinsurance | $2,400; excludes pharmacy copayments and member's share of pharmacy coinsurance |
| **Out-of-pocket maximum (includes deductible; excludes pharmacy and infertility copayments/coinsurance)** | | | |
| Per individual | $3,500 | $3,500 | $3,500 |
| Per family | $7,000 | $7,000 | $7,000 |
| **Provider requirements** | | | |
| Primary care physician (PCP) required | No | No | No |
| Ability to self refer to OB/GYN | Yes | Yes | Yes |
| Ability to self refer to specialists | Can self-refer to some specialty services, including OB/GYN, well-woman visits, outpatient Mental Health/Chemical Dependency. Pediatrics, Optometry, Dermatology and Ophthalmology (varies among medical centers). Contact Kaiser for further details. | Can self-refer to some specialty services, including OB/GYN, Optometry and Behavioral Health providers. Contact Kaiser for further details. | Can self-refer to some specialty services, including OB/GYN, well-woman visits, outpatient Mental Health/Chemical Dependency. Pediatrics, Optometry, Dermatology and Ophthalmology (varies among medical centers). Contact Kaiser for further details. |
| **Primary and preventive care** | | | |
| **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | | |
| Office visits - Primary physician | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services |
| Office visits - Specialist | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| Office surgery | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Preventive examinations | Plan pays 100% of covered services; frequency according to Plan's schedule. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. |
| Preventive child and well-baby (includes visit limit) | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Diagnostics: Plan pays 80% of covered services after deductible | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| Immunizations | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule | Plan plays 100% of covered services; deductible waived; frequency according to Plan's schedule |
| Well-woman exam (includes pap) | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| Preventive mammogram | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| Preventive lab and X-ray performed in a physician's office | Plan pays 100% of covered services for preventive lab and X-ray<br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services for preventive lab and X-ray<br>Preventive lab/X-ray consists of the following: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy. | Plan pays 100% of covered services for preventive lab and X-ray<br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy |
| Preventive lab and X-ray performed in an independent lab | Not covered in Denver/Boulder. Plan pays 100% of covered services at a contracted lab in Northern & Southern Colorado. | Not covered | Not covered |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | | |
| Cancer screenings | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy |
| Cardiovascular screenings | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides |
| Preventive eye examinations | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Specialty and outpatient care** | | | |
| Office visits | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Diagnostic lab and X-ray performed in a physician's office | Plan pays 80% of covered non-preventive services after deductible | Plan pays 80% of covered non-preventive services after deductible | Plan pays 80% of covered non-preventive services after deductible |
| Diagnostic lab and X-ray performed in an independent lab | Not covered in Denver/Boulder. Plan pays 80% of covered services after deductible at a contracted facility in Northern & Southern Colorado. | Not covered | Not covered |
| Outpatient surgery – Office | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Outpatient surgery – Facility | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 100% of covered services; office visit coinsurance will apply for visit | Plan pays 100% of covered services; office visit coinsurance will apply for visit | Plan pays 100% of covered services; office visit coinsurance will apply for visit |
| **Therapy (speech, occupational, physical)** | Plan pays 80% of covered services after deductible; limited to 20 visits per therapy per year; benefits are limited based on medical necessity; please contact Plan for details | Plan pays 80% of covered services after deductible; limited to 30 visits per condition per year for physical therapy and 90 days per condition per year for occupational and speech therapy | Plan pays 80% of covered services after deductible; limited to 90 visits per year; combined for physical, occupational and speech therapy |
| **Chiropractor services (muscular skeletal manipulation)** | $15 copayment; limited to 20 visits per year (in-network) | Plan pays 80% of covered services after deductible, up to 20 visits per calendar year for services by an in-network chiropractor | Plan pays 80% of covered services, up to 20 visits per calendar year for services by an in-network chiropractor |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible, up to 100 days per year | Plan pays 80% of covered services after deductible, limited to 100 days per year | Plan pays 80% of covered services after deductible, up to 100 days per year |
| **Home health care** | Plan pays 80% of covered services after deductible; no hour or visit limits | Plan pays 80% of covered services after deductible; limited to two hours per visit; intermittent care shall not exceed three visits in one day | Plan pays 100% of covered services per home visit when prescribed by a Plan physician (services limited to inside the Service Area); after deductible; 130 visits per year |
| **Hospice** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after deductible for patient diagnosed with life expectancy of six months or less |
| **Durable Medical Equipment (DME)** | Plan pays 80% of covered items for base DME (not subject to deductible)<br>Plan pays 80% for covered items up to $2,000 maximum for all items per calendar year for supplemental DME; please contact Plan for further details | Plan pays 80% of covered items after deductible; contact Plan for further details | Plan pays 80% of covered items; Medicare criteria apply (deductible does not apply) |
| **External prosthetic devices** | Plan pays 80% of covered items (deductible does not apply) when deemed medically necessary and prescribed by a Plan physician; no annual maximum | Plan pays 80% of covered items after deductible | Plan pays 80% of covered items when deemed medically necessary and prescribed by a Plan physician; no annual maximum |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | **Surgery:** Plan pays 80% of covered services after deductible; covered as any other surgical procedure; must be medically necessary<br>**Appliances:** Not covered<br>**Therapy:** Plan pays 80% of covered services after deductible | Not covered | **Surgery:** Plan pays 80% of covered services after deductible; covered as any other surgical procedure; must be medically necessary<br>**Appliances:** Not covered<br>**Therapy:** Plan pays 80% of covered services after deductible when deemed medically necessary by a Plan physician |
| **Prescription drugs** | | | |
| **Retail (up to a 30-day supply)** | **Generic:** $5 copayment<br>**Preferred brand-name drugs:** You pay 30% up to $100<br>**Non-preferred brand name drugs:** You pay 45% up to $150<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $5 copayment for Kaiser pharmacies; $10 copayment for network pharmacies<br>**Preferred brand-name drugs:** You pay 30% up to $100<br>**Non-preferred brand name drugs:** You pay 45% up to $150<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $5 copayment<br>**Preferred brand-name drugs:** You pay 30% up to $100<br>**Non-preferred brand name drugs:** You pay 45% up to $150<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment<br>**Preferred brand-name drugs:** You pay 30% up to $200<br>**Non-preferred brand name drugs:** You pay 45% up to $300<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug.<br>**Note:** Mail order includes up to a 90-day supply in Denver/Boulder and up to a 60 or 90-day supply in Southern Colorado. | **Generic:** $10 copayment<br>**Preferred brand-name drugs:** You pay 30% up to $200<br>**Non-preferred brand name drugs:** You pay 45% up to $300<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic:** $10 copayment<br>**Preferred brand-name drugs:** You pay 30% up to $200<br>**Non-preferred brand name drugs:** You pay 45% up to $300<br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |

Bank of America Employee Health and Insurance                                    Kaiser Permanente medical plans
Summary Plan Description 2013

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| Oral contraceptives | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. |
| Infertility drugs | Plan pays 100% of covered medications after applicable prescription copayment and/or coinsurance | Plan pays 80% of covered medications (not subject to deductible) | Plan pays 100% of covered medications after applicable prescription copayment and/or coinsurance |
| **Inpatient services** | | | |
| Room and board | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Physician charges | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| X-rays and lab tests | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Special care unit | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Hospice facility | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after deductible for patient diagnosed with life expectancy of six months or less |
| **Emergency care** | | | |
| Urgent care facility | Urgent care at non-Kaiser facility: Plan pays 80% of covered services after deductible<br><br>After-hours care at Kaiser facility: Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Emergency room not followed by admission | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency |
| Ambulance | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | | | |
| Prenatal / postnatal care | Plan pays 80% of covered services after deductible for initial visit to OB/GYN; Plan pays 100% of covered services for Routine Prenatal care | Plan pays 80% of covered services after deductible for initial visit to OB/GYN; Plan pays 100% of covered services for Routine Prenatal care | Plan pays 80% of covered services after deductible for initial visit to OB/GYN; Plan pays 100% of covered services for Routine Prenatal care |
| Maternity care | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| In-hospital delivery services | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Newborn nursery services | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Birthing centers | Plan pays 80% of covered services after deductible (at facilities where available) | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible (at facilities where available) |
| **Family planning** | | | |
| Infertility (diagnosis and treatment of the underlying medical cause) | Plan pays 50% of covered services for diagnosis and treatment of involuntary infertility when approved by a Plan physician; not subject to deductible | Plan pays 80% of covered services after deductible | **Outpatient:** Plan pays 80% of covered services after deductible per visit; Plan pays 80% of covered services after deductible per surgical procedure<br><br>**Inpatient:** Plan pays 80% of covered services after deductible for diagnosis and treatment of involuntary infertility when approved by a Plan physician |
| Lab, X-rays and office visits related to family planning | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter<br>**Office visits:** Plan pays 80% of covered services after deductible per visit | Plan pays 80% of covered services after deductible | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter<br>**Office visits:** Plan pays 80% of covered services after deductible per visit |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Sterilization** | Plan pays 80% of covered services after deductible, after appropriate counseling | **Female:** Plan pays 100% of covered services (not subject to deductible)<br>**Male:** Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Abortion** | Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Artificial insemination** | Plan pays 50% of covered services, not subject to deductible | Plan pays 80% of covered services, not subject to deductible | Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ ovum transplants** | Not covered | Plan pays 80% of covered services, not subject to deductible | Not covered |
| **Charges associated with cryopreserved embryos and sperm** | Not covered | Not covered | Not covered |
| **Family planning exclusions and limitations** | | | |
| **Reversal of sterilization** | Not covered | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered | Not covered |
| **Mental health/chemical dependency** | | | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| **Outpatient treatment** | Plan pays 80% of covered services after deductible for individual therapy; Plan pays 80% of covered services after deductible for group therapy; unlimited visits per year | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible for individual therapy; Plan pays 80% of covered services after deductible for group therapy; unlimited visits per year | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Residential treatment** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Care management programs** | | | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

# Kaiser Consumer Directed High Deductible Plan Summary for Northern and Southern California, Georgia and Georgia CCO regions

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| Lifetime maximum | Limit does not apply | Limit does not apply |
| **Precertification** | | |
| Precertification | Permanente Medical Group physicians are solely responsible for making all medical decisions | Permanente Medical Group physicians are solely responsible for making all medical decisions |
| **Plan facts** | | |
| Service area | California | Georgia |
| Plan type | Deductible Health Maintenance Organization (HMO) with HSA for eligible participants | Deductible Health Maintenance Organization (HMO) with HSA for eligible participants |
| Website | **kp.org** | **kp.org** |
| Member services | **1.800.464.4000** | **1.888.865.5813** |
| Nurseline | **1.800.464.4000**; Please refer to your Service Area Guidebook for nurseline numbers | **1.800.611.1811** |
| **Extended family benefits** | | |
| Domestic partner (same or opposite sex) | Yes | Yes |
| Other adult dependent | Yes | Yes |
| **Calendar year deductible** | | |
| Employee-only coverage | $2,250 | $2,250 |
| Family coverage | $4,500 | $4,500 |
| **Out-of-pocket maximum (includes deductible)** | | |
| Employee-only coverage | $4,000 | $4,000 |
| Family coverage | $8,000 | $8,000 |
| **Provider requirements** | | |
| Primary care physician (PCP) required | No | No |
| Ability to self refer to OB/GYN | Yes | Yes |
| Ability to self refer to specialists | Can self-refer to some specialty providers, including OB/GYN, well-woman visits, outpatient Mental Health/Chemical Dependency, Pediatrics, Optometry, Dermatology and Ophthalmology (varies among medical centers); contact Kaiser for further details | Can self-refer to some specialty providers, including Dermatology, OB/GYN, Ophthalmology, Optometry, Mental Health, Chemical Dependency; members may also self-refer to Medical Group specialty physicians within our medical offices; contact Kaiser for further details |
| **Primary and preventive care** | | |
| **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | |
| Office visits - Primary physician | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services |
| Office visits - Specialist | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br>Plan pays 100% of covered strictly preventive services |
| Office surgery | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Preventive examinations | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. |
| Preventive child and well-baby (includes visit limit) | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule<br>Diagnostics: Plan pays 80% of covered services after deductible |
| Immunizations | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule |
| Well-woman exam (includes pap) | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| Preventive mammogram | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |

Bank of America Employee Health and Insurance
Summary Plan Description 2013
                                                                                        Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services for preventive lab and X-ray | Plan pays 100% of covered services for preventive lab and X-ray |
| | Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy | Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy |
| **Preventive lab and X-ray performed in an independent lab** | Not covered | Not covered |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| | Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy |
| **Cardiovascular screenings** | Plan plays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| | Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides |
| **Preventive eye examinations** | Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible |
| | Plan pays 80% of covered services after deductible per visit (diagnostic) | |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible per visit | Plan pays 80% of covered services after deductible |
| **Specialty and outpatient care** | | |
| **Office visits** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Not covered | Not covered |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 100% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 100% of covered services; office visit coinsurance will apply for visit after deductible | Plan pays 100% of covered services; office visit coinsurance will apply for visit after deductible |
| **Therapy (speech, occupational, physical)** | Plan pays 80% of covered services after deductible; benefits are limited based on medical necessity; please contact Plan for details. | Plan pays 80% of covered services after deductible; limited to 30 visits per therapy per year |
| **Chiropractor services (muscular skeletal manipulation)** | $15 copayment, after deductible; limited to 20 visits per year for services by an in-network chiropractor | Plan pays 80% of covered services after deductible; limited to 20 visits per year by an in-network chiropractor |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible, up to 100 days per year | Plan pays 80% of covered services after deductible, up to 100 days per year |
| **Home health care** | Plan pays 100% of covered services after deductible per home visit when prescribed by a Plan physician (services limited to inside the Service Area); limit of three two-hour visits per day; 100 visits per year | Plan pays 100% of covered services, after deductible limit of three two-hour visits per day; 100 visits per year. Private duty nursing not covered. |
| **Hospice** | Plan pays 100% of covered services after deductible when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less | Plan pays 100% of covered services after deductible |
| **Durable Medical Equipment (DME)** | Plan pays 80% of covered services after deductible when deemed medically necessary and prescribed by a Plan physician; must be in accordance with DME formulary guidelines | Plan pays 80% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician; must be in accordance with DME formulary guidelines |
| **External prosthetic devices** | Plan pays 100% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician | Plan pays 80% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| Services for the disorder of the temporomandibular (jaw) joint (TMJ) | **Surgery:** Plan pays 80% of covered services after deductible per encounter; must be medically necessary (i.e., etiology must be medical not dental)<br><br>**Appliances:** Plan pays 100% after deductible per covered item when deemed medically necessary (i.e., etiology must be medical not dental) and prescribed by a Plan physician<br><br>**Therapy:** Plan pays 80% of covered services after deductible per visit when deemed medically necessary by a Plan physician | **Surgery:** Plan pays 50% of covered services after deductible; must be medically necessary (i.e., etiology must be medical not dental)<br><br>**Appliances:** Plan pays 50% per covered item after deductible when deemed medically necessary (i.e., etiology must be medical not dental) and prescribed by a Plan physician<br><br>**Therapy:** Plan pays 80% of covered services after deductible per visit when deemed medically necessary by a Plan physician |
| **Prescription drugs** | | |
| Retail (up to a 30-day supply) | **Generic:** Plan pays 80% of covered prescription drugs with a $50 maximum per prescription after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>**Preferred and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs with a $100 maximum per prescription after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| Mail order (up to a 90-day supply) | **Generic:** Plan pays 80% of covered prescription drugs with a $50 maximum per prescription after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>**Formulary brand (preferred brand) and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs with a $100 maximum per prescription after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| Preventive | You do not need to meet the deductible before the Plan pays benefits for the cost of covered preventive prescription drugs. You pay 20% of the cost of covered preventive prescription drugs, and the Plan pays 80% of covered services. For other covered prescription drugs, you are responsible for 100% of the cost until you meet the deductible. | You do not need to meet the deductible before the Plan pays benefits for the cost of covered preventive prescription drugs. You pay 20% of the cost of covered preventive prescription drugs, and the Plan pays 80% of covered services. For other covered prescription drugs, you are responsible for 100% of the cost until you meet the deductible. |
| Oral contraceptives | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. |
| Infertility drugs | Plan pays 80% of covered medications after deductible | Plan pays 80% of covered medications after deductible |
| **Inpatient services** | | |
| Room and board | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Physician charges | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| X-rays and lab tests | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Special care unit | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Hospice facility | Plan pays 100% of covered services after deductible when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less | Plan pays 100% of covered services (after deductible is met) when selected as an alternative to traditional services and authorized by a Plan physician (within Service Area) for Plan members who are diagnosed with a terminal illness and who have a life expectancy of twelve months or less |
| **Emergency care** | | |
| Urgent care facility | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| Emergency room not followed by admission | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Northern and Southern California | Georgia and Georgia CCO |
|---|---|---|
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | | |
| **Prenatal / postnatal care** | Plan pays 80% of covered services after deductible for initial visit OB/GYN; Plan pays 100% of covered services for routine prenatal care | Plan pays 80% of covered services after deductible for initial visit OB/GYN; Plan pays 100% of covered services for all subsequent routine prenatal visits; all other specialists Plan pays 80% of covered services after deductible |
| **Maternity care** | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Birthing centers** | Plan pays 80% of covered services after deductible (at facilities where available) | Plan pays 80% of covered services after deductible (at facilities where available) |
| **Family planning** | | |
| **Infertility (diagnosis and treatment of the underlying medical cause)** | Plan pays 80% of covered services after deductible for diagnosis and treatment of involuntary infertility when approved by a Plan physician | Plan pays 80% of covered services after deductible for diagnosis and treatment of involuntary infertility when approved by a Plan physician |
| **Lab, X-rays and office visits related to family planning** | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter<br>**Office visits:** Plan pays 100% of covered services after deductible | **Lab & X-rays:** Plan pays 80% of covered services after deductible<br>**Office visits:** Plan pays 80% of covered services after deductible per visit |
| **Sterilization** | **Female:** Plan pays 100% of covered services after deductible<br>**Male:** Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Abortion** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Artificial insemination** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Not covered | Not covered |
| **Charges associated with cryopreserved embryos and sperm** | Not covered | Not covered |
| **Family planning exclusions and limitations** | | |
| **Reversal of sterilization** | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered |
| **Mental health/chemical dependency** | | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| **Outpatient treatment** | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible per visit; unlimited visits per year | Plan pays 80% of covered services after deductible |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible |
| **Residential treatment** | Plan pays 90% after deductible per admission; no day limit (Transitional Residential Recovery Service (TRRS) in a non-medical setting) | Not applicable |
| **Care management programs** | | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

# Kaiser Consumer Directed High Deductible Plan Summary for Colorado, Mid-Atlantic and Northwest regions

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Lifetime maximum** | Limit does not apply | Limit does not apply | Limit does not apply |
| **Precertification** | | | |
| **Precertification** | Permanente Medical Group physicians are solely responsible for making all medical decisions in Denver/Boulder; Permanente Medical Group and community providers are responsible in Southern Colorado | Permanente Medical Group physicians are solely responsible for making all medical decisions | Permanente Medical Group physicians are solely responsible for making all medical decisions |
| **Plan facts** | | | |
| **Service area** | Colorado | Maryland, Virginia, Washington, D.C. | Oregon, Southwest Washington |
| **Plan type** | Deductible Health Maintenance Organization (HMO) with HSA for eligible participants | Deductible Health Maintenance Organization (HMO) with HSA for eligible participants | Deductible Health Maintenance Organization (HMO) with HSA for eligible participants |
| **Website** | **kp.org** | **kp.org** | **kp.org** |
| **Member services** | **1.303.338.3800** | **1.800.777.7902**<br><br>Mental health/chemical dependency member services: **1.866.530.8778** | **1.800.813.2000**<br><br>Mental health/chemical dependency member services: **1.800.813.2000** or **1.503.813.2000** in the Portland metropolitan area |
| **Nurseline** | **1.303.338.4545** | **1.800.777.7904**<br>**1.703.359.7878** (local) | **1.800.813.2000** |
| **Extended family benefits** | | | |
| **Domestic partner (same or opposite sex)** | Yes | Yes | Yes |
| **Other adult dependent** | Yes | Yes | Yes |
| **Calendar year deductible** | | | |
| **Employee-only coverage** | $2,250 | $2,250 | $2,250 |
| **Family coverage** | $4,500 | $4,500 | $4,500 |
| **Out-of-pocket maximum (includes deductible)** | | | |
| **Employee-only coverage** | $4,000 | $4,000 | $4,000 |
| **Family coverage** | $8,000 | $8,000 | $8,000 |
| **Provider requirements** | | | |
| **Primary care physician (PCP) required** | No | No | No |
| **Ability to self refer to OB/GYN** | Yes | Yes | Yes |
| **Ability to self refer to specialists** | Can self-refer to some specialty services, including OB/GYN, well-woman visits, outpatient Mental Health/Chemical Dependency, Pediatrics, Optometry, and Dermatology (varies among medical centers); contact Kaiser for further details | Can self-refer to some specialty providers, including OB/GYN, Optometry and Behavioral Health providers; contact Kaiser for further details | Can self-refer to some specialty services, including OB/GYN, well-woman visits, outpatient Mental Health/Chemical Dependency, Pediatrics, and Dermatology (varies among medical centers); contact Kaiser for further details |
| **Primary and preventive care** | | | |
| **Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | | |
| **Office visits - Primary physician** | Plan pays 80% of covered services after deductible<br><br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br><br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br><br>Plan pays 100% of covered strictly preventive services |
| **Office visits - Specialist** | Plan pays 80% of covered services after deductible<br><br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br><br>Plan pays 100% of covered strictly preventive services | Plan pays 80% of covered services after deductible<br><br>Plan pays 100% of covered strictly preventive services |
| **Office surgery** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Preventive examinations** | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. | Plan pays 100% of covered services; frequency according to Plan's schedule; other preventive services may apply. Check with Plan for further details. |
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Diagnostics: Plan pays 80% of covered services after deductible | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Immunizations** | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule | Plan pays 100% of covered services; deductible waived; frequency according to Plan's schedule | Plan plays 100% of covered services; deductible waived; frequency according to Plan's schedule |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive mammogram** | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule | Plan pays 100% of covered services; frequency according to Plan's schedule |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy. | Plan pays 100% of covered services for preventive lab and X-ray<br><br>Preventive lab/X-ray consists of the following: Pap smear, Prostate, Specific Antigen (PSA) test, Fecal Occult Blood Test, Cholesterol Test (Lipid Profile), Diabetes Screening (Fasting Blood Glucose Test), Chlamydia Test, Mammogram, Flexible Sigmoidoscopy |
| **Preventive lab and X-ray performed in an independent lab** | Not covered in Denver/Boulder. Plan pays 100% of covered services at a contracted lab in Southern Colorado. | Not covered | Not covered |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | | |
| **Cancer screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cancer screening tests: Pap smear, Prostate Specific Antigen (PSA) Test, Fecal Occult Blood Test, Mammogram, Flexible Sigmoidoscopy |
| **Cardiovascular screenings** | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides | Plan pays 100% of covered services; frequency according to Plan's schedule<br><br>Includes the following cardiovascular screening tests: Cholesterol Test (Lipid Profile). This includes lipid panel, total cholesterol, lipoprotein; triglycerides |
| **Preventive eye examinations** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Specialty and outpatient care** | | | |
| **Office visits** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in a physician's office** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Diagnostic lab and X-ray performed in an independent lab** | Not covered in Denver/Boulder. Plan pays 80% of covered services after deductible at a contracted facility in Southern Colorado. | Not covered | Not covered |
| **Outpatient surgery – Office** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 100% of covered services; office visit coinsurance will apply for visit after deductible | Plan pays 100% of covered services; office visit coinsurance will apply for visit after deductible | Plan pays 100% of covered services; office visit coinsurance will apply for visit after deductible |
| **Therapy (speech, occupational, physical)** | Plan pays 80% of covered services after deductible; limited to 20 visits per therapy per year | Plan pays 80% of covered services after deductible; limited to 30 visits per condition per year for physical therapy and 90 days per condition per year for occupational and speech therapy | Plan pays 80% of covered services after deductible; limited to 90 visits per year; combined for physical, occupational and speech therapy |
| **Chiropractor services (muscular skeletal manipulation)** | Not covered | Plan pays 80% of covered services after deductible, up to 20 visits per year for services by an in-network chiropractor | Plan pays 80% of covered services after deductible, up to 20 visits per year for services by an in-network chiropractor |
| **Skilled nursing facilities** | Plan pays 80% of covered services after deductible, up to 100 days per year | Plan pays 80% of covered services after deductible, limited to 100 days per year | Plan pays 80% of covered services after deductible, up to 100 days per year |
| **Home health care** | Plan pays 80% of covered services after deductible; no hour or visit limits | Plan pays 80% of covered services after deductible; limited to two hours per visit; Intermittent care shall not exceed three visits in one day | Plan pays 100% of covered services after deductible per home visit when prescribed by a Plan physician (services limited to inside the Service Area); 130 visits per year |
| **Hospice** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 100% after deductible of covered services for patient diagnosed with life expectancy of six months or less |
| **Durable Medical Equipment (DME)** | Plan pays 80% of covered items after deductible for base DME<br><br>Plan pays 80% for covered items up to $2,000 maximum for all items per calendar year for supplemental DME; please contact Plan for further details | Plan pays 80% of covered items after deductible; please contact Plan for further details | Plan pays 80% of covered items after deductible; Medicare criteria apply |
| **External prosthetic devices** | Plan pays 80% of covered items (deductible does not apply) when deemed medically necessary and prescribed by a Plan physician; no annual maximum | Plan pays 80% of covered items after deductible | Plan pays 80% of covered items after deductible when deemed medically necessary and prescribed by a Plan physician; no annual maximum |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | **Surgery:** Plan pays 80% of covered services after deductible; covered as any other surgical procedure; must be medically necessary<br><br>**Appliances:** Not covered<br><br>**Therapy:** Plan pays 80% of covered services after deductible | Not covered | **Surgery:** Plan pays 80% of covered services after deductible; covered as any other surgical procedure; must be medically necessary<br><br>**Appliances:** Not covered<br><br>**Therapy:** Plan pays 80% of covered services after deductible when deemed medically necessary by a Plan physician |
| **Prescription drugs** | | | |
| **Retail (up to a 30-day supply)** | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |
| **Mail order (up to a 90-day supply)** | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug.<br><br>**Note:** Mail order includes up to a 90-day supply in Denver/Boulder and up to a 60 or 90-day supply in Southern Colorado. | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. | **Generic, preferred brand-name and non-preferred brand name drugs:** Plan pays 80% of covered prescription drugs after deductible; Preventive drugs are covered at 80% coinsurance before deductible<br><br>Member requesting brand-name drugs when generic is available is responsible for the retail price of the brand-name drug. |

Bank of America Employee Health and Insurance
Summary Plan Description 2013                                    Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Preventive** | You do not need to meet the deductible before the Plan pays benefits for the cost of covered preventive prescription drugs. You pay 20% of the cost of covered preventive prescription drugs, and the Plan pays 80% of covered services. For other covered prescription drugs, you are responsible for 100% of the cost until you meet the deductible. | You do not need to meet the deductible before the Plan pays benefits for the cost of covered preventive prescription drugs. You pay 20% of the cost of covered preventive prescription drugs, and the Plan pays 80% of covered services. For other covered prescription drugs, you are responsible for 100% of the cost until you meet the deductible. | You do not need to meet the deductible before the Plan pays benefits for the cost of covered preventive prescription drugs. You pay 20% of the cost of covered preventive prescription drugs, and the Plan pays 80% of covered services. For other covered prescription drugs, you are responsible for 100% of the cost until you meet the deductible. |
| **Oral contraceptives** | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. | Select covered generic and brand contraceptives without a generic available, may be covered at 100% with a valid prescription. Retail and mail-order available. Contact Plan for further details. |
| **Infertility drugs** | Plan pays 80% of covered medications after deductible | Plan pays 80% of covered medications after deductible | Plan pays 80% of covered medications after deductible |
| **Inpatient services** | | | |
| **Room and board** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Physician charges** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Special care unit** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Hospice facility** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 100% of covered services after deductible for patient diagnosed with life expectancy of six months or less |
| **Emergency care** | | | |
| **Urgent care facility** | Urgent care at non-Kaiser facility: Plan pays 80% of covered services after deductible<br><br>After-hours care at Kaiser facility: Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Emergency room not followed by admission** | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency | In-network and out-of-network: Plan pays 80% of covered services after deductible; covered when determined to meet the criteria that define an emergency |
| **Ambulance** | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan | Plan pays 80% of covered services after deductible for medical emergency; no coverage for non-emergency ambulance use unless precertified by Plan |
| **Maternity care** | | | |
| **Prenatal / postnatal care** | Plan pays 80% of covered services after deductible for initial visit to OB/GYN; Plan pays 100% of covered services for routine prenatal care | Plan pays 80% of covered services after deductible for initial visit OB/GYN; Plan pays 100% of covered services for routine prenatal care | Plan pays 80% of covered services after deductible for initial visit OB/GYN; Plan pays 100% of covered services for routine prenatal care |
| **Maternity care** | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services | Plan pays 80% of covered services after deductible; Plan pays 100% of covered preventive services |
| **In-hospital delivery services** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Newborn nursery services** | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **Birthing centers** | Plan pays 80% of covered services after deductible (at facilities where available) | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible (at facilities where available) |
| **Family planning** | | | |
| **Infertility (diagnosis and treatment of the underlying medical cause)** | Plan pays 50% of covered services after deductible for diagnosis and treatment of involuntary infertility when approved by a Plan physician | Plan pays 80% of covered services after deductible | **Outpatient:** Plan pays 80% of covered services after deductible per visit and per surgical procedure<br>**Inpatient:** Plan pays 80% of covered services after deductible for diagnosis and treatment of involuntary infertility when approved by a Plan physician |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Kaiser Permanente medical plans

| Type of service or supply | Colorado | Mid-Atlantic | Northwest |
|---|---|---|---|
| **Lab, X-rays and office visits related to family planning** | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter<br>**Office visits:** Plan pays 80% of covered services after deductible per visit | Plan pays 80% of covered services after deductible | **Lab & X-rays:** Plan pays 80% of covered services after deductible per encounter<br>**Office visits:** Plan pays 80% of covered services after deductible per visit |
| **Sterilization** | Plan pays 80% of covered services after deductible, after appropriate counseling | **Female:** Plan pays 100% of covered services (not subject to deductible)<br>**Male:** Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Abortion** | Plan pays 80% of covered services after deductible, after appropriate counseling | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible, after appropriate counseling |
| **Artificial insemination** | Plan pays 50% of covered services after deductible | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible |
| **In vitro fertilization/GIFT/ZIFT/ ovum transplants** | Not covered | Plan pays 80% of covered services (not subject to deductible) | Not covered |
| **Charges associated with cryopreserved embryos and sperm** | Not covered | Not covered | Not covered |
| **Family planning exclusions and limitations** | | | |
| **Reversal of sterilization** | Not covered | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered | Not covered |
| **Mental health/chemical dependency** | | | |
| **Inpatient treatment** | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| **Outpatient treatment** | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse | Plan pays 80% of covered services after deductible; applies to both mental health and substance abuse |
| **Intensive outpatient program** | Plan pays 80% of covered services after deductible for individual therapy; Plan pays 80% of covered services after deductible for group therapy; unlimited visits per year | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Partial hospitalization** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Residential treatment** | Plan pays 80% of covered services after deductible; unlimited days per year | Plan pays 80% of covered services after deductible | Plan pays 80% of covered services after deductible; unlimited days per year |
| **Care management programs** | | | |
| **Care management education and assistance** | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. | Care management education and assistance is available. Please contact your health Plan for more details on the various care management programs. |

## About this section

This summary and the *Kaiser Permanente Evidence of Coverage*, comprise the summary plan description (SPD) for the various Kaiser Comprehensive Traditional Plans, Kaiser Consumer Directed Plans and Kaiser Consumer Directed High Deductible Plans as of January 2013. This SPD replaces all prior descriptions of these Plans, including, but not limited to, the *Bank of America Associate Handbook 2010*. This SPD is intended to provide an easy-to-understand explanation of participant benefits.

# Wellness

### Introduction

Bank of America provides employees who are enrolled in wellness-eligible medical plans a wellness credit toward their annual medical plan premiums. You have the opportunity to maintain this credit by completing two wellness activities – a health screening and a health assessment – by the wellness activities deadline. Completion of the wellness activities is voluntary and is not required. However, failure to complete the wellness activities results in a loss of the wellness credit.

### Eligibility

You are eligible for the wellness credit depending on your **employment status and medical plan enrollment**. If you are actively at work, on a paid or unpaid leave of absence, on short- or long-term disability (non-Medicare) or are a former employee on severance who continues to receive benefits and is enrolled in a wellness-eligible medical plan, you are eligible for the wellness credit.

Wellness-eligible medical plans include:
- Aetna Comprehensive Traditional Plan
- Aetna Comprehensive Traditional Out-of-Area Plan
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Directed High Deductible Out-of-Area Plan
- Kaiser Comprehensive Traditional Plan
- Kaiser Consumer Directed Plan
- Kaiser Consumer Directed High Deductible Plan

Employees who reside in Hawaii, Puerto Rico, Guam and Virgin Islands and/or are enrolled in the HMSA Hawaii PPO Plan, Triple–S Salud Plan or the Aetna International Health Plan are not eligible for the wellness credit. If you are a former employee on COBRA or a retiree (regardless of Medicare status), you are not eligible for the wellness credit.

Only employees who are primary subscribers in a wellness-eligible medical plan must complete the health screening and health assessment in order to maintain the wellness credit. Additional family members enrolled in the wellness-eligible medical plan are not eligible for the wellness credit (this includes dependents that are Bank of America employees and are enrolled in the medical plan as a dependent of another employee).

### Wellness activities deadline

If you are an active employee or former employee on severance and elected a wellness-eligible medical plan as part of 2013 annual enrollment, you had until Feb. 15, 2013 to complete the wellness activities. If you chose not to complete the wellness activities by the wellness activities deadline, the wellness credit was removed effective the first pay period in April, 2013.

If you become newly eligible for medical coverage during the year and elect a wellness-eligible medical plan, your wellness credit will be a prorated amount based on the date on which your medical plan coverage becomes effective. For example, if your medical plan coverage becomes effective on July 1, 2013, you will be eligible for one half of the annual wellness credit amount. If you are a newly eligible employee who enrolls in a wellness-eligible medical plan, you will automatically receive the wellness credit and have two months from the date on which your medical plan coverage becomes effective or the date on which you reported the qualified status change that made you eligible to enroll in the medical plan (whichever is later) to complete the wellness activities and maintain the wellness credit. For example, if your medical plan coverage becomes effective on April 1, 2013, you have until May 31, 2013 to complete the wellness activities in order to maintain the wellness credit. If the wellness activities are not complete on or before the wellness activities deadline, the wellness credit will be removed effective the first pay period after one month following the wellness activities deadline.

The wellness activities deadline is subject to change. Please consult your enrollment materials for specific deadlines that are applicable to you.

For more information about becoming newly eligible for medical coverage, please see **Newly eligible employees** in the **Health and insurance coverage** section.

Both the health screening and health assessment must be completed by the wellness activities deadline in order for the wellness credit to be maintained. Health assessments and health screenings that are completed after the wellness activities deadline will not be considered complete and the wellness credit will not be maintained.

### Qualified status changes

If you experience a qualified status change and you have already completed the wellness activities for the applicable plan year, you do not need to complete the wellness activities again to maintain the wellness credit. You will automatically maintain the wellness credit for the remainder of the plan year.

If you experience a qualified status change and you **did not** already complete the wellness activities for the applicable plan year, you may have a new opportunity to complete the wellness activities if that status change allows you to make changes to your medical plan.

For more information about qualified status changes, please see **Qualified status changes** in the **Health and insurance coverage** section or contact the Bank of America Global HR Service Center.

## Health screening

The health screening includes height, weight, blood pressure and waist measurement. If waist measurement is not available, the health screening will be considered complete as long as your height, weight and blood pressure are included.

If you enrolled in an **Aetna medical plan** you may choose to complete your health screening during the wellness completion window in one of several ways.

| Screening Option | Cost of screening | Additional information |
|---|---|---|
| **Quest Diagnostics Patient Service Center** *Appointment Required* | No cost to you | • Screening results are submitted automatically on your behalf.<br>• During the wellness completion window, you can log on to My Benefits Resources and access a link to the Quest Diagnostics website, where you can find locations and schedule an appointment. You must use the link provided on My Benefits Resources when scheduling your appointment online; otherwise, Quest Diagnostics will not have your information and you will be required to reschedule.<br>• If you do not have web access, you may call the Aetna Health Concierge to help you schedule a health screening appointment at a Quest Diagnostics Patient Service Center.<br>• If you are visiting a Quest Diagnostics Patient Service Center in Northern California, you must schedule your appointment at least 10 days in advance. For more information, call the Aetna Health Concierge. |
| **Health care provider** *Appointment typically required* | No cost to you if in-network provider is used and only preventive care is performed.<br>**Note:** Height, weight, blood pressure and waist measurement are all preventive care.<br>If, during the visit, your provider performs non-preventive care, such as providing refills on a prescription or discussing a recent symptom you have been experiencing, your provider may bill you for those services.<br>Your provider may charge an administrative fee for completion of the **Healthcare Provider Screening Results** form. Policies regarding fees for completion of forms vary by provider office. | You (or your health care provider) submit screening results on the **Healthcare Provider Screening Results** form by fax or mail (see the **Forms** section below for details about the **Healthcare Provider Screening Results** form). The form is available on My Benefits Resources (**Knowledge Center > Plan Information**), on Aetna Navigator (log on to **aetna.com > Find a form**) and on Flagscape (**Benefits & Pay > Health & Insurance 2013 > Wellness**).<br>• If you do not have web access, contact the Bank of America Global HR Service Center to obtain the form. |
| **CVS MinuteClinic** *No appointment required* | Under the Aetna Comprehensive Traditional Plan, you pay your applicable copayment.<br>Under other Aetna plans, you pay full cost until you meet the annual deductible, then you pay coinsurance. | You submit screening results on the **MinuteClinic Screening Results** form (see the **Forms** section below for details about the **MinuteClinic Screening Results** form).<br>The form is available on My Benefits Resources (**Knowledge Center > Plan Information**), on Aetna Navigator (log on to **aetna.com > Find a form**), and on Flagscape (**Benefits & Pay > Health & Insurance 2013 > Wellness**).<br>• To find a MinuteClinic location near you, use the DocFind tool on **aetna.com/bankofamerica** (search for **Walk-in Clinics**) or call the Aetna Health Concierge.<br>• Service is not available in Massachusetts.<br>• If you do not have web access, contact the Bank of America Global HR Service Center to obtain the form. |

### *Forms*

If the health screening is completed at a healthcare provider's office, you must submit results on a **Healthcare Provider Screening Results** form. Your form must include the following information for your health screening to be considered complete:

- Your first and last name
- Member ID number from your medical ID card
- Height
- Weight
- Blood pressure
- Provider signature

All information must be complete and legible in order for the form to be accepted. If you completed the wellness activities as part of 2013 annual enrollment, health screening results from a screening that took place with your provider between Jan. 1, 2012 and your wellness activities deadline may be used to satisfy the health screening.

If you are newly eligible for benefits or have experienced a qualified status change, health screening results from a screening that took place with a healthcare provider in the 12 months before your medical plan coverage becomes effective or in the 12 months before your qualified status change was reported may be used to satisfy the health screening portion of your wellness activities. The results must be reported using the **Healthcare Provider Screening Results** form.

If the health screening is completed at a MinuteClinic, you must submit results on a **MinuteClinic Screening Results** form. Your form must include the following information for your health screening to be considered complete:

- Your first and last name
- Member ID number from your medical ID card
- Height
- Weight
- Blood pressure
- MinuteClinic provider's signature

All information must be complete and legible in order for the form to be accepted.

If you enrolled in a **Kaiser Permanente medical plan** during 2013 annual enrollment, and your height, weight and blood pressure results from a provider visit in 2012 were in your Kaiser Permanente Electronic Medical Record, those results were used to automatically satisfy your health screening. If you are enrolling in a Kaiser Permanente medical plan during 2013, height, weight and blood pressure results in your Kaiser Permanente Electronic Medical Record that are from a provider visit that took place within 12 months prior to the date on which your medical plan coverage becomes effective will automatically be used to satisfy the health screening. For example, if your medical plan benefits become effective on April 1, 2013, and you have height, weight, blood pressure results in your Kaiser Permanente Electronic Medical Record from a provider visit that took place on or after April 1, 2012, those results will automatically be used to satisfy your health screening.

If you are enrolled in a **Kaiser Permanente medical plan**, you may also choose to complete your health screening during the wellness completion window at a Quest Diagnostics Patient Service Center.

| Screening Option | Cost of screening | Additional information |
|---|---|---|
| **Quest Diagnostics Patient Service Center**<br>*Appointment Required* | No cost to you | • Screening results are submitted automatically on your behalf.<br>• During the wellness completion window, you can log on to My Benefits Resources and access a link to the Quest Diagnostics website, where you can find locations and schedule an appointment. You must use the link provided on My Benefits Resources when scheduling your appointment online; otherwise, Quest Diagnostics will not have your information and you will be required to reschedule.<br>• If you do not have web access, you may call the Aetna Health Concierge to help you schedule a health screening appointment at a Quest Diagnostics Patient Service Center.<br>• If you are visiting a Quest Diagnostics Patient Service Center in Northern California, you must schedule your appointment at least 10 days in advance. For more information, call the Aetna Health Concierge. |
| **Health care provider**<br>*Appointment typically required* | No cost to you if only preventive care is performed.<br>**Note:** Height, weight and blood pressure are all preventive care.<br>If, during the visit, your provider performs non-preventive care, such as providing refills on a prescription or discussing a recent symptom you have been experiencing, your provider may bill you for those services. | • Screening results are submitted to Kaiser Permanente automatically on your behalf (results are updated in your Kaiser Permanente Electronic Medical Record). |

**Health assessment**

The health assessment is an online questionnaire that assesses your overall health and lifestyle risks. You must complete the online health assessment by 11:59 PM local time on the date of your wellness activities deadline in order for you to receive credit for completion of the health assessment.

If you do not have online access, you may request a paper health assessment form from your medical plan (Aetna or Kaiser Permanente). Paper health assessments must be completed in full and received by your health plan on or before your wellness activities deadline in order for you to receive credit for completion of the health assessment for purposes of the wellness activities.

Aetna members may also complete a telephonic health assessment. The telephonic health assessment must be completed in full on or before your wellness activities deadline for you to receive credit for completion of the health assessment for purposes of the wellness activities.

**Medical waivers**

The wellness activities are designed to promote overall health and prevent disease. If you are pregnant, or if based on a medical condition it is medically inadvisable or unreasonably difficult for you to complete the health screening, Aetna and Kaiser Permanente members may submit a **Health Care Provider Medical Waiver** form signed by your health care provider in place of completing a health screening. You also must complete the health assessment by your wellness activities deadline in order to maintain the wellness credit. If you enrolled in the medical plan as part of 2013 annual enrollment and were submitting a medical waiver, it must have been dated between Jan. 1, 2012 and Feb. 15, 2013, and must have been received by the wellness activities deadline. If you are enrolling in the medical plan throughout 2013 and are submitting a medical waiver, it must be dated within 12 months prior to your medical plan benefits effective date and must be received by the wellness activities deadline.

**Claims and appeals**

If you completed your wellness activities by the stated deadline but your wellness credit has been removed, contact your medical plan (Aetna or Kaiser Permanente) to discuss your completion status. If they do not have a record of your completion of one or both activities by the wellness activities deadline, you may provide documentation substantiating that you did complete both activities on or before the deadline and should maintain the wellness credit.

To satisfy completion of your health assessment, acceptable documentation includes:
- Screen shot of health assessment completion page
- Copy of completed paper health assessment

To satisfy completion of your health screening, acceptable documentation includes:
- Screen shot of dated biometrics in Kaiser Permanente Electronic Medical Record
- Completed screening form (medical provider or MinuteClinic) dated within your wellness look back period
- Completed medical waiver dated within the wellness look back period
- Completed postcard from a Quest Diagnostics Patient Service Center or worksite event
- Proof of a faxed form
- Quest Diagnostics screening results report

Documentation must show that your completion took place on or before your wellness activities deadline. If your medical plan is not able to confirm your completion status you can request a claim for appeal by contacting the Bank of America Global HR Service Center.

You can submit the claim form to the Bank of America Global HR Service Center at the below address:

**Claims and Appeals Management – Bank of America**
**PO Box 1407**
**Lincolnshire, IL 60069-1407**

You will receive a response in writing regarding your appeal within 30 days from the date the claim form is received. If additional time is needed to research your claim, you will receive notice in writing indicating that a 15-day extension is being exercised in order to fully review your claim.

***Appealing a denied claim for benefits***
Requests to review denied claims (appeals) for wellness activity completion should be directed to the Benefits Appeals Committee at the address listed on the notice of claim denial.

If your claim has been denied, you or your authorized representative can request to have the decision on your claim reviewed. You have 60 days from the time you are notified of the denial of your claim to request review (or, if no notice of denial has been received, you have 150 days from the filing of the initial claim to request review). If you fail to file a request for review within the required time period, you are considered to have permanently waived and abandoned your claim and you may not re-file it.

Your request for review of the decision must be in writing. You should state that you are requesting the review and describe the decision you are requesting to be reviewed. Although you are not required to do so, your request for review should state the reasons why you think the decision on the claim was incorrect.

The mailing address for the Benefits Appeals Committee is:

**Bank of America Benefits Appeals Committee**
**NC1-026-02-50**
**900 W. Trade Street**
**Charlotte, NC 28255**

You or your authorized representative shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information related to your claim.

A decision on your request for review will ordinarily be made within 60 days (or within 120 days if special circumstances require an extension). If no decision is made within 120 days, the claim is considered denied on review. The final decision will be sent to you in writing, together with an explanation of how the decision was made. For disability benefit appeals, a decision will be made within 45 days, with one additional 45-day extension permitted.

Unless you have exhausted your administrative review rights under a component plan, you generally are prohibited from bringing a civil action against the plan for benefits. You must bring any civil action for benefits no later than one year following the final decision on your claim under these claims procedures. If you fail to bring a civil action within the required time period, you are considered to have permanently waived and abandoned your claim and you may not reassert it.

If the component plan provides for binding arbitration of any controversy between a plan participant or beneficiary and the plan, including, as applicable, its agents, employees, providers and staff physicians, then any such controversy is subject to binding arbitration.

**Privacy Policy**

Your participation in the wellness activities is completely voluntary. Individual results from the health screening and health assessment are not shared with Bank of America. The Health Insurance Portability and Accountability Act of 1996 (HIPAA) is a law that protects the information you provide as part of the wellness activities. Laws dealing with privacy and health information give you rights over your health information and set limits on who can see it and with whom it can be shared. Your information is used by your health plan to provide you with an overview of your current health status and may be used to educate you about programs that are available to help you improve your health.

The Bank of America Group Benefits Program (the "Plan") maintains a Notice of Privacy Practices that provides information to individuals whose protected health information (PHI) will be used or maintained by the Plan. If you would like a copy of the Plan's Notice of Privacy Practices, please contact the Bank of America Global HR Service Center.

# HMSA Hawaii PPO Plan

Employees who reside in Hawaii, regardless of PYCC, have the option to enroll in the HMSA Hawaii PPO Plan (the "Plan").

## Plan Identification (ID) cards

If you enroll in the HMSA Hawaii PPO Plan, you will receive **one** Plan ID card for your medical and prescription drug coverage. If you elect dental and/or vision coverage, you will receive separate ID card(s) from Aetna for each type of coverage. Regardless of whether you have received your Plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care Plan starting with the effective date of coverage. Receipt of a Plan ID card does not entitle you to a benefit from the Plan if you are not otherwise eligible for the benefit.

## Benefits coverage under the HMSA Hawaii PPO Plan

The information in the Plan summary below provides an overview of the benefit coverage under the HMSA Hawaii PPO Plan but does not list all exclusions and limitations under this Plan. Definitions, covered services, exclusions and limitations and other provisions for this Plan are found in the *HMSA Guide to Benefits*. Benefits are based on a January through December calendar year.

### HMSA Hawaii PPO Plan Summary

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| Lifetime maximum | Not applicable | Not applicable |
| **Precertification** | | |
| Precertification | Check with Plan | Check with Plan |
| **Plan facts** | | |
| Website | hmsa.com | hmsa.com |
| Member services | 1.800.776.4672 | 1.800.776.4672 |
| Address | HMSA<br>P.O. Box 860<br>Honolulu, HI 96808-0860 | HMSA<br>P.O. Box 860<br>Honolulu, HI 96808-0860 |
| **Extended family benefits** | | |
| Domestic partner<br>(same or opposite sex) | Yes | Yes |
| Other adult dependent | No | No |
| **Calendar year deductible**<br>Calendar year deductible applies to out-of-network services unless otherwise noted | | |
| Per individual | $0 | $100 |
| Per family | $0 | $300 |
| **Out-of-pocket maximum** (In- and out-of-network combined; Plan year deductible included in out-of-pocket maximum amounts; copayments apply to out-of-pocket maximum) | | |
| Per individual | $2,500 | $2,500 |
| Per family | $7,500 | $7,500 |
| **Provider requirements** | | |
| Primary care physician (PCP) required | No | No |
| Ability to self refer to OB/GYN | Yes | Yes |
| Ability to self refer to specialists | Yes | Yes |
| **Primary and preventive care**<br>**Note:** Some of the preventive care items listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, are covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | |
| Office visits - Primary physician | $12 copayment | Plan pays 70% of covered services after deductible |
| Office visits - Specialist | $12 copayment | Plan pays 70% of covered services after deductible |
| Office surgery | Plan pays 90% of covered services for procedures where an incision is required; Plan pays 80% of covered services for procedures where an incision is not required (including endoscopic procedures) | Plan pays 70% of covered services after deductible |
| Preventive examinations | Not covered | Not covered |
| Preventive child and well-baby (includes visit limit) | Plan pays 100% of covered services; Well-child through age 21 | Plan pays 70% of covered services; not subject to annual deductible; Well-child through age 21 |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

HMSA Hawaii PPO Plan

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Immunizations** | Plan pays 100% of covered services; Well-child and standard adult covered in accordance with guidelines set by the Advisory Committee on Immunization Practices (ACIP) | Well-child: Plan pays 100% of covered services; not subject to annual deductible<br><br>Standard adult: Plan pays 70% of covered services after deductible; Covered in accordance with guidelines set by the Advisory Committee on Immunization Practices (ACIP) |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered services | Plan pays 70% of covered services after deductible |
| **Preventive mammogram** | Plan pays 100% of covered services; one screening age 35-39, one per calendar year age 40 and older | Plan pays 70% of covered services; one screening age 35-39, one per calendar year age 40 and older; not subject to annual deductible |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 80% of covered services | Plan pays 70% of covered services after deductible |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 80% of covered services | Plan pays 70% of covered services after deductible |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered services, based on US Preventive Services Task Force (USPSTF) Recommendations A & B | Plan pays 70% of covered services after deductible, based on US Preventive Services Task Force (USPSTF) Recommendations A & B |
| **Cardiovascular screenings** | Plan pays 100% of covered services, based on US Preventive Services Task Force (USPSTF) Recommendations A & B | Plan pays 70% of covered services after deductible, based on US Preventive Services Task Force (USPSTF) Recommendations A & B |
| **Preventive eye examinations** | Not covered; Plan pays 100% of covered preventive services if part of Well-child exam | Not covered |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Regular Plan benefits; orthoptic training not covered | Regular Plan benefits; orthoptic training not covered |
| **Specialty and outpatient care** | | |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 80% of covered lab and pathology services | Plan pays 70% of covered lab and pathology services after deductible |
| **Outpatient surgery – Office** | Plan pays 90% of covered services for procedures where an incision is required; Plan pays 80% of covered services for procedures where an incision is not required (including endoscopic procedures) | Plan pays 70% of covered services after deductible |
| **Outpatient surgery – Facility** | Plan pays 90% of covered procedures where an incision is required; Plan pays 80% of covered services for procedures where an incision is not required (including endoscopic procedures) | Plan pays 70% of covered services after deductible |
| **Allergy testing (diagnosis and follow-up)** | Plan pays 80% of covered services | Plan pays 70% of covered services after deductible |
| **Allergy treatment, preventive injections, with or without physician encounter** | Plan pays 80% of covered services; frequency according to Plan's schedule | Plan pays 70% of covered services after deductible |
| **Therapy (speech, occupational, physical)** | Plan pays 80% of covered services; Speech therapy subject to precertification; Occupational & Physical therapy – precertification required after the first visit | Plan pays 70% of covered services after deductible; Speech therapy subject to precertification; Occupational & Physical therapy – precertification required after the first visit |
| **Chiropractor services (muscular skeletal manipulation)** | Not covered | Not covered |
| **Skilled nursing facilities** | Plan pays 90% of covered services; based on semi-private room rate; limited to 120 days per calendar year | Plan pays 70% of covered services after deductible; based on semi-private room rate; limited to 120 days per calendar year |
| **Home health care** | Plan pays 100% of covered services; limited to 150 visits per calendar year | Plan pays 70% of covered services after deductible; limited to 150 visits per calendar year |
| **Hospice** | Plan pays 100% of covered services | Not covered |
| **Durable medical equipment** | Plan pays 80% of covered services | Plan pays 70% of covered services after deductible |
| **External prosthetic devices** | Plan pays 80% of covered services | Plan pays 70% of covered services after deductible |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Not covered | Not covered |

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Prescription drugs** | | |
| **Retail (up to a 30-day supply)** | **Generic:** $7 copayment<br><br>Plan pays 100% for US Preventive Services Task Force (USPSTF) recommended drugs. Contact HMSA for a list of recommended drugs.<br>**Preferred brand-name and single source generic drugs:** $30 copayment<br>**Non-preferred brand name:** $30 brand copayment plus additional $45 formulary copayment<br>**Specialty drugs:** $100 copayment | **Generic:** Plan pays 80% of remaining eligible charge after $7 copayment plus the difference between actual and eligible charge<br>Plan pays 20% for US Preventive Services Task Force (USPSTF) recommended drugs. Contact HMSA for a list of recommended drugs.<br>**Preferred brand-name and single source generic drugs:** Plan pays 80% of remaining eligible charge after $30 copayment<br>**Non-preferred brand name:** Plan pays 80% of remaining eligible charge after $30 copayment plus additional $45 non-formulary copayment and difference between actual and eligible charges<br>**Specialty drugs:** Not covered |
| **Mail order (up to a 90-day supply)** | **Generic:** $11 copayment<br><br>Plan pays 100% for US Preventive Services Task Force (USPSTF) recommended drugs. Contact HMSA for a list of recommended drugs.<br>**Preferred brand-name:** $65 copayment<br>**Non-preferred brand name:** $65 copayment plus additional $135 formulary copayment<br>**Specialty drugs:** Not covered | Not covered |
| **Preventive drugs** | Refer to **Retail** and **Mail Order** sections above | Refer to **Retail** and **Mail Order** sections above |
| **Oral contraceptives** | Standard in-network retail and mail order copayments apply<br>Plan pays 100% for in-network generic oral contraceptives | Standard out-of-network retail copayments and coinsurance apply |
| **Infertility drugs** | In accord with IVF only; pre-authorization required; check with Plan | In accord with IVF only; pre-authorization required; check with Plan |
| **Inpatient services** | | |
| **Room and board** | Plan pays 90% of covered services | Plan pays 70% of covered services after deductible |
| **Physician charges** | $12 copayment for physician services and surgeon consultations; Plan pays 90% of covered surgical services | Plan pays 70% of covered services after deductible |
| **X-rays and lab tests** | Plan pays 90% of covered services | Plan pays 70% of covered services after deductible |
| **Special care unit** | Plan pays 90% of covered services | Plan pays 70% of covered services after deductible |
| **Emergency care** | | |
| **Urgent care facility** | $12 copayment | Plan pays 70% of covered services after deductible |
| **Emergency room not followed by admission** | $75 copayment | $75 copayment not subject to annual deductible |
| **Ambulance** | Plan pays 80% of covered services | Plan pays 70% of covered services after deductible |
| **Maternity care** | | |
| **Prenatal / postnatal care** | $12 copayment initial visit only; Plan pays 100% of covered services for subsequent visits | Plan pays 70% of covered services after deductible |
| **In-hospital delivery services** | Plan pays 90% of covered services; $12 copayment for other physician services | Plan pays 70% of covered services after deductible |
| **Newborn nursery services** | Plan pays 90% of covered services; multiple benefits may apply | Plan pays 70% of covered services after deductible; multiple benefits may apply |
| **Birthing centers** | Plan pays 90% of covered services | Plan pays 70% of covered services after deductible |
| **Family planning** | | |
| **Infertility (diagnosis and treatment of the underlying medical cause)** | Covered based on HMSA's payment criteria; check with Plan for details | Covered based on HMSA's payment criteria; check with Plan for details |
| **Lab, X-rays and office visits related to family planning** | Regular Plan benefits | Regular Plan benefits |
| **Sterilization** | Female tubal ligation: Plan pays 100% of covered services<br>Male vasectomy: Plan pays 90% of covered services | Female tubal ligation: Plan pays 70% of covered services after deductible<br>Male vasectomy: Plan pays 70% of covered services after deductible |
| **Abortion** | Plan pays 90% of covered services | Plan pays 70% of covered services after deductible |
| **Artificial insemination** | Not covered | Not covered |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

HMSA Hawaii PPO Plan

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| In vitro fertilization/GIFT/ZIFT/ovum transplants | **In vitro fertilization only:** Plan pays 90% of covered services, limited to a one time only benefit for one outpatient in vitro fertilization procedure while an HMSA member; precertification is required<br><br>GIFT/ZIFT/ovum transplants are not covered. | **In vitro fertilization only:** Plan pays 70% of covered services after deductible, limited to a one time only benefit for one outpatient in vitro fertilization procedure while an HMSA member; precertification is required<br><br>GIFT/ZIFT/ovum transplants are not covered. |
| **Family planning exclusions and limitations** | | |
| Charges associated with cryopreserved embryos and sperm | Not covered | Not covered |
| Reversal of sterilization | Not covered | Not covered |
| Purchase of donor sperm and any charges for the storage of sperm | Not covered | Not covered |
| Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers | Not covered | Not covered |
| **Mental health/chemical dependency** | | |
| Inpatient treatment | **Hospital inpatient:** Plan pays 90% of covered services<br>**Physician service:** Plan pays 100% of covered services | Plan pays 70% of covered services after deductible |
| Outpatient treatment | **Hospital outpatient:** Plan pays 90% of covered services<br>**Physician service:** $12 copayment | Plan pays 70% of covered services after deductible |
| Intensive outpatient program | **Hospital outpatient:** Plan pays 90% of covered services<br>**Physician service:** $12 copayment | Plan pays 70% of covered services after deductible |
| Partial hospitalization | **Hospital outpatient:** Plan pays 90% of covered services<br>**Physician service:** $12 copayment | Plan pays 70% of covered services after deductible |
| Residential treatment – Home health care | Plan pays 100% of covered services | Plan pays 70% of covered services after deductible |
| **Care management programs** | | |
| Care management education and assistance | Please contact your health Plan for more details on the various care management programs | Please contact your health Plan for more details on the various care management programs |

## About this section

This summary and the *HMSA Guide to Benefits* comprise the summary plan description (SPD) for the HMSA Hawaii PPO Plan as of January 2013. This SPD replaces all prior descriptions of these Plans, including, but not limited to, the *Bank of America Associate Handbook 2010*. This SPD is intended to provide an easy-to-understand explanation of participant benefits.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Triple-S Salud Plan

# Triple-S Salud Plan

Employees who reside in Puerto Rico, regardless of PYCC, have the option to enroll in the Triple-S Salud Plan (the "Plan"). Employees who reside in Puerto Rico who elect the Triple-S Salud Plan also have dental coverage through that Plan.

## Plan Identification (ID) cards

If you enroll in the Triple-S Salud Plan, you will receive **one** Plan ID card for your medical, dental and prescription drug coverage. If you elect vision coverage, you will receive a separate ID card from Aetna for that coverage. Regardless of whether you have received your Plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care Plan starting with the effective date of coverage. Receipt of a Plan ID card does not entitle you to a benefit from the Plan if you are not otherwise eligible for the benefit.

## Benefits coverage under the Triple-S Salud Plan

The information in the Plan summary below provides an overview of the medical benefit coverage under the Triple-S Salud Plan but does not list all exclusions and limitations under this Plan. Definitions, covered services, exclusions and limitations and other provisions for this Plan are found in the *Triple-S Salud Policy*. Benefits are based on a January through December calendar year.

### Triple-S Salud Plan summary

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| Lifetime maximum | Not applicable | Not applicable |
| **Precertification** | | |
| Precertification | Check with Plan; precertification required for services outside of Puerto Rico, except in emergency cases | Check with Plan; precertification required for services outside of Puerto Rico, except in emergency cases |
| **Plan facts** | | |
| Website | **ssspr.com** | **ssspr.com** |
| Member services | **1.787.774.6060** | **1.787.774.6060** |
| Address | **Triple-S Salud**<br>**P.O. Box 363628**<br>**San Juan, PR 00936-3628** | **Triple-S Salud**<br>**P.O. Box 363628**<br>**San Juan, PR 00936-3628** |
| **Extended family benefits** | | |
| Domestic partner<br>(same or opposite sex) | Yes | Yes |
| Other adult dependent | No | No |
| **Calendar year deductible**<br>Calendar year deductible applies to out-of-network services unless otherwise noted | | |
| Per individual | Not applicable for basic (in-network) services | Not applicable |
| Per family | Not applicable for basic (in-network) services | Not applicable |
| **Out-of-pocket maximum** | | |
| Per individual | Not applicable for basic (in-network) services | Not applicable |
| Per family | Not applicable for basic (in-network) services | Not applicable |
| **Provider requirements** | | |
| Primary care physician (PCP) required | No | No |
| Ability to self refer to OB/GYN | Yes | Yes |
| Ability to self refer to specialists | Yes | Yes |
| **Primary and preventive care**<br>**Note:** The preventive care listed below, including certain breastfeeding support services, oral contraceptive prescription drugs and types of counseling, is covered at 100% in-network, subject to guidelines published by the U.S. Preventive Services Task Force, the Advisory Committee on Immunization Practices, and the Health Resources and Services Administration. A full list can be found by visiting **healthcare.gov**. | | |
| Office visits - Primary physician | $5 copayment | Plan pays 80% of covered services only if specialty is not available in the network |
| Office visits - Specialist | $10 copayment | Plan pays 80% of covered services only if specialty is not available in the network |
| Office surgery | $50 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| Preventive examinations | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services | Plan pays 80% of covered services; based on Triple-S established fees |

Bank of America Employee Health and Insurance
Summary Plan Description 2013 —— Triple-S Salud Plan

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Preventive child and well-baby (includes visit limit)** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services; frequency according to Plan schedule | Plan pays 80% of covered services; based on Triple-S established fees |
| **Immunizations** | Plan pays 100% of covered preventive services; otherwise $5 copayment per immunization | Plan pays 80% of covered services; based on Triple-S established fees |
| **Well-woman exam (includes pap)** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services | Plan pays 80% of covered services; based on Triple-S established fees |
| **Preventive mammogram** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services | Plan pays 80% of covered services; based on Triple-S established fees |
| **Preventive lab and X-ray performed in a physician's office** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services | Plan pays 80% of covered services; based on Triple-S established fees |
| **Preventive lab and X-ray performed in an independent lab** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services | Plan pays 80% of covered services |
| **Primary and preventive care exclusions and limitations (subject to medical necessity guidelines)** | | |
| **Cancer screenings** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services. Contact health Plan for details. | Plan pays 80% of covered services; based on Triple-S established fees |
| **Cardiovascular screenings** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services. Contact health Plan for details. | Plan pays 80% of covered services; based on Triple-S established fees |
| **Preventive eye examinations** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services | Plan pays 80% of covered services; based on Triple-S established fees |
| **Examination for the treatment of a medical eye condition, disease, injury to the eye, cataract surgery and/or orthoptic training** | Check with Plan | Check with Plan |
| **Specialty and outpatient care** | | |
| **Diagnostic lab and X-ray performed in an independent lab** | Plan pays 100% of covered preventive services; otherwise Plan pays 75% of covered services | Plan pays 80% of covered services |
| **Outpatient surgery – Office** | $50 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| **Outpatient surgery – Facility** | $50 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| **Allergy testing (diagnosis and follow-up)** | $50 per policy year/per insured person | Plan pays 80% of covered services; based on Triple-S established fees |
| **Allergy treatment, preventive injections, with or without physician encounter** | Check with Plan | Check with Plan |
| **Therapy (speech, occupational, physical)** | Post-hospital services: 40 visits per policy year. Visit by home health care team or 4 hours of home health aid service will be considered 1 visit. Ambulatory physical therapy limited to 1 daily session up to a maximum of 20 sessions per year. Ambulatory respiratory therapy limited to 2 daily sessions up to a maximum of 20 sessions per year | Check with Plan |
| **Chiropractor services (muscular skeletal manipulation)** | $7 copayment per treatment | Not covered |
| **Skilled nursing facilities** | Check with Plan | Check with Plan |
| **Home health care** | Plan pays 75% of covered services | Plan pays 80% of covered services; based on Triple-S established fees |
| **Durable medical equipment** | Plan pays 75% of covered services | Plan pays 80% of covered services; based on Triple-S established fees |
| **External prosthetic devices** | Not covered | Not covered |
| **Services for the disorder of the temporomandibular (jaw) joint (TMJ)** | Not covered | Not covered |

Bank of America Employee Health and Insurance
Summary Plan Description 2013                                        Triple-S Salud Plan

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Prescription drugs** | | |
| **Retail** | **Generic:** $5 copayment for 15-day supply for non-maintenance drugs; 30-day supply for maintenance drugs with five repetitions<br>**Preferred brand and non-preferred brand:** Contact health Plan for details | Generic, preferred brand and non-preferred brand: 75% for 15-day supply for non-maintenance drugs; 30-day supply for maintenance drugs with five repetitions, only for non-participating pharmacies out of Puerto Rico |
| **Mail order (up to a 90-day supply)** | **Generic:** $10 copayment for 90-day supply; maintenance drugs only<br>**Preferred brand and non-preferred brand:** Contact health Plan for details | Not covered |
| **Preventive drugs** | Check with Plan | Check with Plan |
| **Oral contraceptives** | Select covered generic and brand contraceptives without a generic available may be covered at 100% with a valid prescription. | Select covered generic and brand contraceptives without a generic available may be covered at 100% with a valid prescription. |
| **Infertility drugs** | Not covered | Not covered |
| **Inpatient services** | | |
| **Room and board** | $50 copayment per admission | Plan pays 80% of covered services; based on Triple-S established fees |
| **Physician charges** | Plan pays 100% of covered services after $50 hospital copayment | Check with Plan |
| **X-rays and lab tests** | Plan pays 100% of covered services after $50 hospital copayment | Check with Plan |
| **Special care unit** | Not covered | Not covered |
| **Hospice facility** | Not covered | Not covered |
| **Emergency care** | | |
| **Urgent care facility** | Not covered | Not covered |
| **Emergency room not followed by admission** | $50 deductible for emergency or illness; $25 if pre-authorized by Teleconsulta (nurse-line) | Check with Plan |
| **Ground Ambulance** | The insured will pay the full cost and Triple-S Salud will reimburse up to a maximum of $80 per case. Medical necessity is required. | The insured will pay the full cost and Triple-S Salud will reimburse up to a maximum of $80 per case. Medical necessity is required. |
| **Maternity care** | | |
| **Prenatal / postnatal care** | $10 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| **Maternity care** | $10 copayment for specialist office visits apply for prenatal and postnatal visits | Plan pays 80% of covered services; based on Triple-S established fees |
| **In-hospital delivery services** | $50 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| **Newborn nursery services** | $50 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| **Birthing centers** | Not covered | Not covered |
| **Family planning** | | |
| **Infertility**<br>**(diagnosis and treatment of the underlying medical cause)** | Not covered | Not covered |
| **Lab, X-rays and office visits related to family planning** | Check with Plan | Check with Plan |
| **Sterilization** | Check with Plan | Check with Plan |
| **Abortion** | Not covered | Not covered |
| **Artificial insemination** | Not covered | Not covered |
| **In vitro fertilization/GIFT/ZIFT/ovum transplants** | Not covered | Not covered |
| **Charges associated with cryopreserved embryos and sperm** | Not covered | Not covered |
| **Purchase of donor sperm and any charges for the storage of sperm** | Not covered | Not covered |
| **Purchase of donor eggs and any charges associated with the care of the donor required for donor egg retrievals or transfers or gestational carriers** | Not covered | Not covered |

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Mental health/chemical dependency** | | |
| **Inpatient treatment** | $50 copayment including partial hospitalization | Plan pays 80% of covered services; based on Triple-S established fees |
| **Outpatient treatment** | $10 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| **Intensive outpatient program** | Not covered | Not covered |
| **Partial hospitalization** | $50 copayment | Plan pays 80% of covered services; based on Triple-S established fees |
| **Residential treatment** | Substance Abuse (drug addiction and alcoholism): Plan pays 100% of covered services; $15 copayment per visit on basic coverage | Plan pays 80% of covered services; based on Triple-S established fees |
| **Care management programs** | | |
| **Care management education and assistance** | **1.866.788.6770** | Not covered |

## About this section

This summary and the *Triple-S Salud Policy* comprise the summary plan description (SPD) for the Triple-S Salud Plan as of January 2013. This SPD replaces all prior descriptions of these Plans, including, but not limited to, the *Bank of America Associate Handbook 2010*. This SPD is intended to provide an easy-to-understand explanation of participant benefits.

**Note:** Please see **Dental coverage** for information about the Triple-S Salud dental coverage.

# Health Care Accounts

Bank of America provides several types of health care accounts to help employees pay for the cost of health care with:
- Pre-tax payroll contributions that allow employees to lower their taxable income
- Additional bank funding for eligible employees

Health care accounts can be used to pay for eligible health care expenses (as defined in Section 213(d) of the Internal Revenue Code) such as:
- Copayments
- Deductibles (the amount you pay, not including certain costs such as copayments, before the plan begins to pay benefits)
- Coinsurance
- Prescription drugs
- LASIK eye surgery
- Orthodontia

Bank of America Benefit Solutions is the administrator for the bank health care accounts. You may contact Benefit Solutions through one of the following options:
- Online: Visit Benefit Solutions at **bankofamerica.com/benefitslogin**. Or, go to the Health & Insurance 2013 page of Flagscape (Benefits & Pay tab > Health & Insurance 2013 > 2013 Health Plans).
- Phone: Call Customer Care at **1.866.791.0254**. Representatives are available Monday through Friday (except bank holidays) from 8 a.m. to 11 p.m. Eastern.
- Fax: **1.866.791.0252**.
- Mail: **Bank of America Benefit Solutions, PO Box 25165, Lehigh Valley, PA 18002-5165**.

## Health care account features/overview

Below is a summary of the three available health care accounts and their respective features.
- **Health Reimbursement Arrangement (HRA)**
- **Health Savings Account (HSA)**
- **Health Flexible Spending Account (Health FSA)**

The type of health care account available to you depends on the medical plan you have elected and your eligibility, with one exception noted in the table below regarding Health FSA. To review more on bank funding, refer to **Eligibility for bank funding** for additional details.

| | HRA | HSA | Health FSA |
|---|---|---|---|
| **Overview** | A **bank funded account** you may use to help pay for eligible out-of-pocket health care expenses you or your eligible dependents incur. | A **bank and/or employee funded account** that provides a way for you to save on eligible out-of-pocket health care expenses incurred by you or your eligible dependents by paying with your pre-tax employee contributions each pay period and/or bank contributions. | A **bank and/or employee funded account** that provides a way for you to save on eligible out-of-pocket health care expenses incurred by you or your eligible dependents by paying with your pre-tax employee contributions and/or bank contributions. |
| **Medical plan and account eligibility** | U.S.-based benefits-eligible employees enrolled in one of the following plans may be eligible for an HRA:<br>• Aetna Consumer Directed Plan<br>• Aetna Consumer Directed Out-of-Area Plan<br>• Kaiser Consumer Directed Plan<br>**Note:** Employees who reside in Hawaii, Puerto Rico and Guam/US Virgin Islands are **not eligible**.<br>Employees enrolled in a Comprehensive Traditional Plan (Aetna or Kaiser Permanente), the Aetna Comprehensive Traditional Out-of-Area Plan or the HMSA Hawaii PPO Plan can continue to have access to any unused balance in their HRA account from previous years to pay for eligible health care expenses, but do not receive any new bank funding.<br>Your opposite sex spouse, children up to age 26, any qualified tax dependent (anyone you claim on your federal income tax return as a dependent) and any non-tax dependent (such as a domestic partner or same-sex spouse) covered under your bank sponsored medical plan are eligible dependents under this account. | U.S.-based benefits-eligible employees enrolled in one of the following plans and meeting all other applicable IRS requirements are eligible for an HSA:<br>• Aetna Consumer Directed High Deductible Plan<br>• Aetna Consumer Directed High Deductible Out-of-Area Plan<br>• Kaiser Consumer Directed High Deductible<br>**Note:** Employees who reside in Hawaii, Puerto Rico and Guam/US Virgin Islands are **not eligible**.<br>Your opposite-sex spouse, unmarried children who are dependent on you for primary financial support up to age 19 or age 24 if a full-time student and any qualified tax dependent (anyone you claim on your federal income tax return as a dependent) are eligible dependents under this account. | U.S.-based, benefits-eligible employees regardless of medical plan enrollment status, who are not also contributing or receiving bank contributions to a Health Savings Account (HSA), are eligible for a Health FSA.<br>**Note:** Employees who reside in Puerto Rico and Guam/US Virgin Islands are **not eligible**.<br>Your opposite-sex spouse, children up to age 26 and any qualified tax dependent (anyone you claim on your federal income tax return as a dependent) are eligible dependents under this account. |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Health Care Accounts

| | HRA | HSA | Health FSA |
|---|---|---|---|
| **Funding** | **Bank contributions for eligible employees:** Contribution amount is based on your PYCC and the medical plan coverage level you elect. See **How it works** under the **Health Reimbursement Arrangement (HRA)** section below for details. Regardless of your PYCC you can earn a $100 credit in your HRA if you are enrolled in an HRA-eligible Consumer Directed medical plan (see **Medical plan and account eligibility** row above) and you complete the CDHP Video Guide by the deadline defined during Annual Enrollment or when you become benefits-eligible. **Please note:** Employees who maintain access to an HRA from previous years, but are not enrolled in a Consumer Directed medical plan are not eligible to receive the CDHP Video Guide credit. The full annual contribution amount is available on or around the first business day of the applicable plan year (or the date you become benefits-eligible). If you become benefits-eligible on or after July 1, you only receive 50% of the full annual bank contribution amount (with the exception of the $100 CDHP Video Guide credit which is provided in full regardless of your benefits-eligibility date). **Employee contributions:** No employee contributions. However, you can elect to make pre-tax contributions to a Health FSA in addition to receiving bank contributions to your HRA. | **Bank contributions for eligible employees:** Contribution amount is based on your PYCC and the medical plan coverage level you elect. See **Bank funding** under the **Health Savings Account (HSA)** section below for details. Employees whose PYCC is less than $50,000 are eligible for an additional bank contribution of $250. If you become benefits-eligible on or after July 1, you only receive 50% of the full annual bank contribution amount. Regardless of your PYCC, you can earn a $100 credit in your HSA if you are enrolled in an HSA-eligible medical plan (see **Medical plan and account eligibility** row above) and you complete the CDHP Video Guide by the deadline defined during Annual Enrollment or when you become benefits-eligible. The full annual contribution amount is available on or around the first business day of the applicable plan year (or the date you become benefits-eligible). If you become benefits-eligible on or after July 1, you only receive 50% of the full annual bank contribution amount (with the exception of the $100 CDHP Video Guide credit which is provided in full regardless of your benefits-eligibility date). **Employee contributions:** You may elect to contribute between a minimum of $1 per pay period and the pre-tax contribution maximum determined by the IRS each year. In 2013, the maximum amount is $3,250 for employee-only coverage or $6,450 for family coverage. **These limits apply to combined bank and employee contributions.** **Note:** If you are age 55 or older, you can make catch-up contributions (in addition to the annual IRS limits). See the **Health Savings Account** section below for more information. Employee contributions are made available in equal installments each pay period during the year; contributions are deducted automatically from your paycheck before most taxes are withheld. Only the amount contributed to date is available to be used for eligible health care expenses. | **Bank contributions for eligible employees:** Contribution is only for eligible employees whose PYCC is less than $50,000, whether or not you are enrolled in a bank-sponsored medical plan. The full contribution amount of $250 is available on Jan. 1 of the applicable plan year (or the date you become benefits-eligible). If you become benefits-eligible on or after July 1, you only receive 50% of the full annual bank contribution amount. **Employee contributions:** Employee contributions are allowed even if not enrolled in a bank-sponsored medical plan. You may elect to contribute between a minimum of $1 per pay period and the pre-tax contribution maximum determined by the Internal Revenue Service (IRS) each year. In 2013, the maximum amount is $2,500. The full elected annual employee contribution amount is available on Jan. 1 of the applicable plan year (or the date you become benefits-eligible). |
| **Interest earning** | Your account does not earn interest. | Your account earns interest. You also have the option to invest any portion of your balance over $1,000 in select investment choices. | Your account does not earn interest. |
| **Taxes** | **Bank contributions:** In general, you do not pay taxes on the bank's contributions, except you do pay taxes on the bank's contribution for a domestic partner or same-sex spouse and for a domestic partner's/same-sex spouse's eligible children. Bank of America reimburses you the approximate amount of taxes paid for this coverage for a same-sex domestic partner/spouse and/or same-sex domestic partner's/spouse's eligible children. Reimbursements for eligible health care expenses are also tax-free. | **Bank contributions:** In general, you do not pay taxes on the bank's contributions, but this may vary by state. **Employee contributions:** In general, employee contributions are made with pre-tax dollars, but this may vary by state. Your account earnings and withdrawals for eligible health care expenses are also tax-free. | **Bank contributions:** In general, you do not pay taxes on the bank's contributions, but this may vary by state. **Employee contributions:** In general, employee contributions are made with pre-tax dollars, but this may vary by state. Reimbursements for eligible health care expenses are also tax-free. |
| **Health care Visa® debit card** | Yes | Yes | Yes |

|  | HRA | HSA | Health FSA |
|---|---|---|---|
| **Proof of expense eligibility** | Per IRS requirements, Bank of America must request documentation verifying that purchases made with your health care debit card and requests for reimbursement submitted as a claim are for eligible health care expenses (see **Using your health care Visa debit card**).<br><br>The IRS requires Bank of America to take measures to resolve any outstanding transactions that have not been verified as meeting the definition of an eligible expense.<br><br>Failure to provide documentation can result in suspension of the debit card and/or taxation on the value of the transaction. | Not applicable.<br><br>Documentation should be retained in case the IRS requests validation. A 20% penalty may be imposed by the IRS if HSA distributions are used for anything other than eligible health care expenses before you reach age 65, become disabled or die. | Per IRS requirements, Bank of America must request documentation verifying that purchases made with your health care debit card and requests for reimbursement submitted as a claim are for eligible health care expenses (see **Using your health care Visa debit card**).<br><br>The IRS requires Bank of America to take measures to resolve any outstanding transactions that have not been verified as meeting the definition of an eligible expense.<br><br>Failure to provide documentation can result in suspension of the debit card and/or taxation on the value of the transaction. |
| **Your year-end balance** | Your unused balance rolls over from year to year and remains accessible in accordance with plan rules. | Your unused balance rolls over from year to year and is accessible even if you do not enroll in a bank medical plan. This account is portable. | You have until Dec. 31 of the applicable plan year (or the date your participation ends, if earlier) to incur eligible health care expenses. All claims must be received by Benefit Solutions by March 31 of the following plan year; any unused balance does not roll over at year-end and is forfeited once all valid claims have been processed. |
| **If you leave the bank** | Any remaining balance is forfeited unless you meet the Rule of 60 or elect COBRA continuation coverage in a medical plan that includes enrollment in an HRA. | You own your account and maintain access to it if you change medical plans or leave the bank for any reason.<br><br>If you leave the bank, you will be responsible for monthly maintenance fees. See the **Schedule of Fees** on the Benefit Solutions portal. | Any remaining balance is forfeited when you leave the bank unless you elect COBRA. You have until March 31 of the year following the plan year to file claims for expenses incurred while you were still participating during the plan year. |

## Eligibility for bank funding

### HRA and HSA funding

To be eligible for bank funding in a Health Reimbursement Arrangement (HRA) or a Health Savings Account (HSA) you must meet all of the following requirements:
* U.S.-based, benefits-eligible employee
* Earn less than $250,000 in performance year cash compensation
* Currently enrolled in one of the following Bank of America medical plans as defined below:
  – Aetna Consumer Directed Plan (bank funding to HRA)
  – Aetna Consumer Directed High Deductible Plan (bank funding to HSA)
  – Aetna Consumer Directed Out-of-Area Plan (bank funding to HRA)
  – Aetna Consumer Directed High Deductible Out-of-Area Plan (bank funding to HSA)
  – Kaiser Consumer Directed Plan (bank funding to HRA)
  – Kaiser Consumer Directed High Deductible Plan (bank funding to HSA)

The bank contribution amount is based on your PYCC and the medical plan coverage level you elect. See **How it Works** in the detailed **Health Reimbursement Arrangement** or **Bank funding** in the detailed **Health Savings Account** section below. The amount of bank funding an employee is eligible for and receives based on medical plan election does not change during the year, even if there is a qualified status change. Also, an employee is only eligible for bank funding once during a calendar year, unless the employee terminates and is rehired after 180 days.

**Note:** Employees who reside in Guam, Hawaii, Puerto Rico and the U.S. Virgin Islands are not eligible for bank funding in an HRA or HSA.

**Additional bank funding**

U.S.-based, benefits-eligible employees with a PYCC of less than $50,000 are eligible for bank funding of $250 into a health care account, even if not enrolled in a bank medical plan. This amount is credited as follows:

| Medical Plan (PYCC less than $50,000) | Bank funding to: |
|---|---|
| Aetna Comprehensive Traditional Plan | Health FSA |
| Aetna Comprehensive Traditional Out-of-Area Plan | Health FSA |
| Aetna Consumer Directed Plan | Health FSA |
| Aetna Consumer Directed Out-of-Area Plan | Health FSA |
| Aetna Consumer Directed High Deductible Plan | HSA |
| Aetna Consumer Directed High Deductible Out-of-Area Plan | HSA |
| Kaiser Comprehensive Traditional Plan | Health FSA |
| Kaiser Consumer Directed Plan | Health FSA |
| Kaiser Consumer Directed High Deductible Plan | HSA |
| HMSA Hawaii PPO Plan | Health FSA |
| No bank-sponsored medical plan | Health FSA |

Employees have the option of electing to have the $250 credited to a Dependent Care FSA instead. For more information on the Dependent Care FSA see the *Bank of America Employee Handbook.*

**Note:** If you become benefits-eligible on or after July 1, you only receive $125.

Employees who reside in Guam, Puerto Rico and the U.S. Virgin Islands are not eligible.

***PYCC calculation***
For 2013, your performance year cash compensation (PYCC) is defined as:
- Your base salary as of Dec. 31, 2011 (or your date of hire, if later), plus
- Your benefits-eligible cash incentives earned for 2011 and paid by June 30, 2012. Benefits-eligible cash incentives include most cash commission pay and any annual cash bonus earned for performance year 2011.

Once determined, PYCC eligibility for the entire benefits plan year **does not change**.

## Eligible health care expenses

Eligible health care expenses include amounts not covered by insurance that you paid for the diagnosis, cure, mitigation, treatment or prevention of disease or illness, and for treatments affecting any part or function of the body. Except for insurance premiums, if a health care expense could be deducted for federal income tax purposes, it is an eligible expense. Health care expenses that are paid for from your account cannot be deducted on your federal income tax return that year. Any portion of a health care expense that is paid by other insurance is not eligible under the Health Flexible Spending Document, Health Reimbursement Arrangement or Health Savings Account.

All expenses must be for services or treatments provided as necessary to alleviate or treat a medical condition, as defined in Internal Revenue Code Section 213. For a full list of eligible expenses, go to Bank of America Benefit Solutions at **bankofamerica.com/benefitslogin** and click on **View Eligible Expenses List** under **I Want To**, or refer to the *IRS Publication 502, Medical and Dental Expenses.*

**The following are examples of common expenses that are generally considered eligible health care expenses:**
- Deductibles (the amount you pay, not including certain costs such as copayments, before the plan begins to pay benefits), coinsurance and copayments that you pay under your medical, dental and vision plans
- Inpatient treatment for alcoholism or drug dependency that exceeds medical plan limits
- Cost of special training to overcome mental or physical disabilities
- Prescription drugs
- Dental care, including orthodontia (excluding treatments solely for cosmetic purposes)
- Vision and hearing care
- Smoking cessation program costs
- LASIK eye surgery
- Orthodontia
- Weight loss program and/or drugs (if prescribed by a physician to treat a specific medical condition)
- Infertility treatment

**The following are examples of expenses generally not considered eligible health care expenses:**
- Premiums for any insurance coverage
- Fees for exercise, athletic or health club memberships
- Hair loss treatments or transplants
- Weight-reduction programs for general well-being
- Funeral or burial expenses
- Cosmetic procedures, except where necessary to improve a congenital deformity or disfigurement resulting from injury or disease
- Teeth whitening or bleaching
- Cosmetics or toiletries, such as toothpaste
- Dietary supplements, vitamins or other items purchased to maintain your general good health
- Over-the-counter medication (except insulin) without a prescription

## Health Reimbursement Arrangement (HRA)

### About the Health Reimbursement Arrangement

This bank funded account covers many health care expenses that are not reimbursed by a medical, dental or vision plan. It is available to U.S.-based employees who enroll in the Consumer Directed Plan (with Aetna or Kaiser Permanente) or the Aetna Consumer Directed Out-of-Area Plan and meet the eligibility requirements (see **Eligibility for bank funding**). Any remaining balance at year-end rolls over to the next year and remains accessible if enrolled in an HRA-eligible medical plan.

Eligible dependents for this account include your opposite-sex spouse, children up to age 26, any qualified tax dependent (anyone you claim on your federal income tax return as a dependent) and any non-tax dependent (such as a domestic partner or same-sex spouse) covered under your Bank of America medical plan.

### How it works

Once you enroll in an eligible medical plan and meet eligibility criteria for bank funding, your bank funded health care account is automatically created for you.

The annual amount credited to your account depends on your PYCC and the medical plan coverage level you elect:

| PYCC less than $50,000: | PYCC $50,000 to less than $100,000: | PYCC $100,000 to less than $250,000: |
|---|---|---|
| • $500 for employee-only coverage<br>• $750 for employee plus spouse/domestic partner or employee plus child(ren) coverage<br>• $1,000 for family coverage | • $400 for employee-only coverage<br>• $600 for employee plus spouse/domestic partner or employee plus child(ren) coverage<br>• $800 for family coverage | • $300 for employee-only coverage<br>• $450 for employee plus spouse/domestic partner or employee plus child(ren) coverage<br>• $600 for family coverage |

If your benefits become effective on or after July 1 and you are eligible for bank funding, you receive 50% of the bank funded amount designated for the coverage level you elect. Once determined, the amount of bank funding does not change during the plan year, even if your medical plan coverage level changes during the year due to a qualified status change.

**Note:** Regardless of your PYCC or the effective date of your benefits coverage, you can earn a $100 credit in your HRA after enrolling in a Consumer Directed Plan or the Aetna Consumer Directed Out-of-Area Plan and completing the CDHP Video Guide by the deadline defined during Annual Enrollment or when you become benefits-eligible.

The full annual contribution amount is available on or around the first business day of the year (or the date you become benefits-eligible). **Any unused HRA balance rolls over** to the next year and is available to pay for eligible health care expenses in the future, if eligibility rules are met.

**Note:** For any reimbursements of claims submitted before the deadline that remain uncashed, the bank will attempt to contact you regarding your uncashed benefits. However, if the amount remains uncashed, the amount will be forfeited.

### Access your HRA funds

The bank-funding is contributed and available to you on or around the first business day of the year or when you become benefits-eligible.

You may access your account in two ways:
- You receive a health care Visa debit card linked to your account, which you can use to pay for all eligible health care expenses (see **Using your health care Visa debit card**).
- You can also pay for eligible health care expenses using cash, check or another approved method and then submit a claim for reimbursement by using the **Enter New Claim** feature on the Benefit Solutions portal (**bankofamerica.com/benefitslogin**) or contacting Benefit Solutions at **1.866.791.0254**. Any such claim for reimbursement must be received by Benefit Solutions within 15 months from the date the expense was incurred, or 180 days after your active medical coverage ends due to your termination of employment without meeting Rule of 60. See **Leaving Bank of America** for more information.

### Using your health care Visa debit card

Your health care Visa debit card provides easy access to your HRA balance. Do not throw away your debit card when you have used all the funds in your account; the card is valid for four years and can be reused when new funds are added to your account. If you have lost your card or need a replacement, contact Benefit Solutions at **1.866.791.0254** or request a new card on the Benefit Solutions portal (go to **Order Debit Cards** under **Common Requests**).

It is your responsibility to ensure that all purchases made using your health care Visa debit card are for eligible health care expenses (see **Eligible health care expenses**). Keep all your receipts and other records each time you use your debit card. Some purchases made at the point of sale are verified automatically as an eligible health care expense, as defined by the IRS, while others may require documentation to prove the eligibility of an expense.

You are responsible for checking your account on the Benefit Solutions portal each time you use your debit card to see if you are required to provide a valid receipt that includes date of the expense/service, merchant/provider name, amount charged and the description of the product or service and proves the eligibility of a purchase. If a receipt or documentation is required, you may scan and upload the receipt online to Benefit Solutions at **bankofamerica.com/benefitslogin**, or choose to fax or mail the receipt to Benefit Solutions. Contact Benefit Solutions at **1.866.791.0254** for more information.

If you do not have valid documentation, contact your provider or pharmacist to see if this information is available. If not available, you may submit valid documentation for another eligible health care expense of the same amount or greater that you paid for using cash, check or another means (other than your health care Visa debit card).

If a transaction has been denied as ineligible or you are unable to provide the required receipt showing the charge was for an eligible health care expense, you may be required to reimburse the plan for the amount charged to your debit card.

The IRS requires Bank of America to take measures to resolve any outstanding transactions that have not been proven to meet the definition of an eligible expense. These measures include, but are not limited to:
- Deactivation of your health care Visa debit card until proper documentation is received
- Taxing you on the value of any outstanding transactions

**Maintaining access to your HRA balance**

You can continue to access any unused balance from previous years in your HRA to pay for eligible health care expenses, if you meet the following eligibility criteria:
- You must maintain coverage in a Comprehensive Traditional Plan, Consumer Directed Plan, HMSA Hawaii PPO Plan, Aetna Comprehensive Traditional Out-of-Area Plan or Aetna Consumer Directed Out-of-Area Plan.
- If you remain employed by Bank of America and subsequently choose another medical plan or drop Bank of America medical coverage altogether, your HRA balance will continue to roll over. Your balance will not be accessible until you re-enroll in an HRA-eligible plan or you terminate employment and meet the Rule of 60.

**Consider also contributing to a Health FSA with an HRA**

Consider making your own pre-tax contributions to a Health Flexible Spending Account (Health FSA). Contributing to this account is optional, but it offers tax advantages and may be helpful if you expect to incur eligible health care expenses that exceed the amount available in your HRA. You must decide whether or not to contribute to a Health FSA during Annual Enrollment. Once the enrollment period ends, you cannot change your election unless you experience a qualified status change.

If you elect to contribute to a Health FSA in addition to your HRA, you will receive a single health care Visa debit card which applies to both accounts. When using the debit card, funds from your Health FSA will be used first to pay for eligible health care expenses because unused amounts in this account are forfeited at year-end. See **Health Flexible Spending Account (Health FSA)** for additional details.

## Health Savings Account (HSA)

**About the Health Savings Account**

A Health Savings Account (HSA) offers you a unique way to save and pay for your current and future eligible health care expenses. An HSA is an account that provides tax advantages – pre-tax contributions can be made, funds earn tax-free interest and withdrawals are not taxed as long as the money is used to pay for eligible health care items or services. Your HSA savings grow year after year and can be used now or in the future.

**Eligibility**

Employees who meet the following requirements on the first day of a month are eligible to set up and contribute to a Health Savings Account during that month:
- Enrolled in a Consumer Directed High Deductible Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed High Deductible Out-of-Area Plan
- Not eligible to be claimed as a dependent on another person's tax return
- Not enrolled in Medicare benefits
- Not covered by another medical plan (unless the other plan is also a qualifying high-deductible health plan)
- Not participating in any general purpose Health Flexible Spending Account or Health Reimbursement Arrangement, either through Bank of America or another employer (including a spouse's employer)

**Note:** International assignees and employees who reside in Guam, Hawaii, Puerto Rico and the U.S. Virgin Islands are not eligible to participate in the HSA.

These conditions are subject to change. For more information, please visit the United States Department of Treasury website at **www.treasury.gov/resource-center/faqs/Taxes/Pages/Health-Savings-Accounts.aspx**.

Eligible dependents for this account include your opposite-sex spouse, unmarried children who are dependent on you for primary financial support up to age 19 or age 24 if a full-time student and any other person who is a qualified tax dependent (i.e., anyone you claim on your federal income tax return as a dependent).

### Bank funding

If you meet the eligibility criteria for bank funding to an HSA (see **Eligibility for bank funding**), the establishment of an HSA for you is automatic. You automatically receive funding, and if you do not already have an HSA, an HSA is created for you when you enroll in a Consumer Directed High Deductible Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed High Deductible Out-of-Area Plan. However, you may be contacted by Benefit Solutions if additional information is required to set up your account. If you fail to respond to Benefit Solutions, you may forfeit the bank funding. If you receive bank contributions, the total contributions made to your HSA, by both you and Bank of America, cannot exceed the applicable maximum annual contribution amounts defined by the IRS (see **How it works**).

The annual amount credited to your account depends on your PYCC and the medical plan coverage level you elect:

| PYCC less than $50,000: | PYCC $50,000 to less than $100,000: | PYCC $100,000 to less than $250,000: |
|---|---|---|
| • $500 for employee-only coverage<br>• $750 for employee plus spouse/domestic partner or employee plus child(ren) coverage<br>• $1,000 for family coverage | • $400 for employee-only coverage<br>• $600 for employee plus spouse/domestic partner or employee plus child(ren) coverage<br>• $800 for family coverage | • $300 for employee-only coverage<br>• $450 for employee plus spouse/domestic partner or employee plus child(ren) coverage<br>• $600 for family coverage |

If your PYCC is less than $50,000, you also receive a $250 bank contribution to your HSA (or Dependent Care FSA, if elected).

If your benefits become effective on or after July 1 and you are eligible for bank funding, you receive 50% of the bank funded amount described above. Once determined, the amount of bank funding does not change during the plan year even if your medical plan coverage level changes during the year due to a qualified status change.

**Note:** Regardless of your PYCC or the effective date of your benefits coverage, you can earn a $100 credit in your HSA after enrolling in a Consumer Directed High Deductible Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed High Deductible Out-of-Area Plan and completing the CDHP Video Guide by the deadline defined during Annual Enrollment or when you become benefits-eligible.

The full annual contribution amount is available on or around the first business day of the year (or the date you become benefits-eligible). **Any unused HSA balance rolls over** to the next year and is available to pay for eligible health care expenses in the future.

### How it works

Once you enroll in a Consumer Directed High Deductible Plan (Aetna or Kaiser Permanente) or the Aetna Consumer Directed High Deductible Out-of-Area Plan and meet eligibility criteria for bank funding, your bank funded health care account is automatically created for you. You may also elect to make employee contributions to an HSA during Annual Enrollment (or as soon as you become eligible). In 2013, you may elect to contribute from $1 per pay period up to $3,250 per year for employee-only coverage or up to $6,450 per year for family coverage in pre-tax payroll contributions. **These limits apply to combined bank and employee contributions.**

See your enrollment materials each year for updated contribution limits. If you receive bank contributions, the total contributions made to your HSA, by both you and Bank of America, cannot exceed the applicable maximum annual contribution amounts defined by the IRS.

You can decide how much to contribute by anticipating your eligible health care expenses for the upcoming year (go to the Benefit Solutions portal at **bankofamerica.com/benefitslogin** for assistance).

**Note:** If you are age 55 or older, you can make catch-up contributions (in addition to the annual IRS limits stated above). In 2013, the IRS limits catch-up contributions to $1,000. Contact Benefit Solutions at **1.866.791.0254** if you are interested in making catch-up contributions.

Contributions to your HSA are deducted automatically from your paycheck before most taxes are withheld. However, a key difference between an HSA and a Health FSA is that your HSA contributions become available to you on a per-pay-period basis when they are deducted from your paycheck, instead of all at once at the beginning of the year. The amount deducted each pay period is your total elected contribution amount for the year divided by the number of pay periods you have in the year. For example, if you elected to contribute $1,200 and are paid semi-monthly, $50 would be deducted each pay period ($1,200 divided by 24 pay periods). For employee contributions, you only have access to the amount that has been contributed to the account to date. The funds are generally available in your account the next calendar day after the pay period. The bank funded amount is available on or around the first business day of the applicable plan year (or the date you become benefits-eligible).

**Important:** You can change your HSA pre-tax contribution election on a monthly basis for any reason. Contact the Global HR Service Center.

In any year that you contribute or receive bank contributions to an HSA, you **cannot** also contribute to a Health FSA. The amounts you contribute to your HSA reduce your wages for purposes of both income and employment taxes, including Social Security and Medicare taxes. Reducing your Social Security taxes could reduce your Social Security Benefit slightly when you retire.

If you make any post-tax contributions to your Health Savings Account (e.g., make contributions directly to Benefit Solutions rather than through payroll), these can be accounted for when filing your tax returns. Contact your tax advisor for more information.

**Note:** There are additional tax rules that apply to Health Savings Accounts. For more information about these rules, visit the Benefit Solutions portal at **bankofamerica.com/benefitslogin**.

Your HSA balance earns interest. Once your balance reaches $1,000, you can elect to invest any portion of your balance over that amount in select investment choices (the balance in investment choices is not available to pay for eligible health care expenses).

**Access your HSA funds**

Your pre-tax employee HSA contributions are available to you on a per-pay-period basis after they are deducted from your paycheck. The bank-funding is contributed and available to you on or around the first business day of the year or when you become benefits-eligible.

You may access your account in two ways:
- You receive a health care Visa debit card linked to your account, which you can use to pay for all eligible health care expenses.
- You can also pay for eligible health care expenses using cash, check or another approved method and then submit a withdrawal request via the Benefit Solutions portal.

**Keep all receipts and other records** each time you use your debit card or otherwise take a withdrawal from your HSA, especially for medications and health care expenses that are not copayments. You may need to provide proof during an IRS audit that an expense is an eligible health care expense, as defined by the IRS. Additionally, do not throw away your debit card when you have used all the funds in your account; the card is valid for four years and can be reused when new funds are added to your account. If you have lost your card or need a replacement, contact Benefit Solutions at **1.866.791.0254** or request a new card on the Benefit Solutions portal (go to **Order Debit Cards** under **Common Requests**).

**HSAs are not subject to the "use it or lose it" rule.** Any unused funds remain in your account, and your savings can continue to grow year after year. The account is yours – you maintain access to it and ownership of it even if you change medical plans or leave Bank of America.

## Health Flexible Spending Account (Health FSA)

**About the Health Flexible Spending Account**

The Health Flexible Spending Account (Health FSA) helps employees pay for eligible health care expenses with pre-tax dollars. Reimbursements from your Health FSA can be made for most eligible health care expenses not reimbursed by any medical, dental or vision care plan you or your eligible dependents may have.

**Eligibility**
- All U.S.-based, benefits-eligible associates can contribute to a Health FSA, as long as they are not also contributing to a Health Savings Account (HSA) or receiving bank contributions to an HSA.
- Eligible dependents for this account include your opposite-sex spouse, children up to age 26 and any other person who is a qualified tax dependent (i.e., anyone you claim on your federal income tax return as a dependent).

**Note:** International assignees and employees who reside in Guam, Puerto Rico and the U.S. Virgin Islands are not eligible to participate in the Health FSA.

*Bank funding*
Employees with a PYCC of less than $50,000 are eligible for $250 in bank funding, even if not enrolled in a bank medical plan. For those employees who enroll in a Comprehensive Traditional Plan (Aetna or Kaiser Permanente), Consumer Directed Plan (Aetna or Kaiser Permanente), Aetna Comprehensive Traditional Out-of-Area Plan, Aetna Consumer Directed Out-of-Area Plan or no medical plan, the bank's contribution is deposited into a Health FSA. Employees have the option of electing to have the $250 credited to a Dependent Care FSA instead. For more information on the Dependent Care FSA see the *Bank of America Employee Handbook*.

If your benefits become effective on or after July 1 and you are eligible for bank funding, you receive $125. Once determined, the amount of bank funding does not change during the plan year due to a qualified status change.

The full annual amount is credited to your account on Jan. 1 (or the date you become benefits-eligible). Any unused Health FSA balance does not roll over to the next year.

**How it works**

You can enroll during Annual Enrollment (or as soon as you become eligible). You may elect to contribute between $1 per pay period up to the applicable annual IRS limit for pre-tax payroll contributions. For 2013, the maximum allowed amount is $2,500, which only applies to employee contributions. See your enrollment materials each year for updated contribution limits. You can decide how much you want to contribute by anticipating your eligible health care expenses for the upcoming year. Go to Benefit Solutions at **bankofamerica.com/benefitslogin** for assistance.

Contributions to your Health FSA are deducted automatically from your paycheck before most taxes are withheld. The amount deducted is based on the amount you elected to contribute and the number of pay periods in the year. For example, if you elected to contribute $1,200 and are paid semi-monthly, $50 would be deducted each pay period ($1,200 divided by 24 pay periods). The amounts you contribute to your Health FSA reduce your wages for purposes of both income and employment taxes, including Social Security and Medicare taxes. Reducing your Social Security taxes could reduce your Social Security Benefit slightly when you retire.

**Important:** You must decide whether or not to contribute your own pre-tax contributions to a Health FSA during Annual Enrollment. Once the enrollment period closes, you cannot change your election unless you experience a qualified status change.

Your account is credited in full on Jan. 1 (or the date you become benefits-eligible). Eligible health care expenses must be incurred during a month in which you actively contribute to your Health FSA. An expense is incurred when you actually receive a service or make a purchase, not when you receive or pay a bill.

**Example 1:** You begin employment on July 1 and elect to contribute to a Health FSA. Only those valid health care expenses incurred from the time you started making contributions are eligible for reimbursement. Similarly, if your employment ends, only those valid health care expenses incurred while you were employed and making contributions are eligible for reimbursement. In both situations, claims for reimbursement must be postmarked by March 31 of the following year.

**Example 2:** You have been contributing to a Health FSA since the beginning of the year. You then have a qualified status change and elect to discontinue contributions to your account as of May 31. Only those valid health care expenses incurred between Jan. 1 and May 31 are eligible for reimbursement as long as they are postmarked by March 31 of the following year.

**Example 3:** You incur an eligible health care expense in December and you also made contributions to a Health FSA during that month. You do not receive a bill for the expense until the following March 15. Even if you stopped contributing to your Health FSA as of Dec. 31, the claim is eligible for reimbursement as long as it is postmarked by March 31.

**Note:** When you go on an unpaid leave of absence, any Health FSA contributions cease. You have the option to elect COBRA to continue making contributions to your Health FSA while on leave. Valid health care expenses are eligible for reimbursement as long as the expenses were incurred while you were making contributions to a Health FSA and a valid claim for reimbursement was submitted and received by the applicable deadline.

**Important:** Any unused balance in your Health FSA is forfeited at year-end or if you leave the bank. Reimbursement requests for any expenses incurred while actively employed and contributing on or before Dec. 31 of a plan year must be received by Benefit Solutions by March 31 of the following year for processing. For any reimbursements of claims submitted before the deadline that remain uncashed, the bank will attempt to contact you regarding your uncashed benefits. However, if the amount remains uncashed, the amount will be forfeited.

**Access your account**

You can access your account on Jan. 1 or the effective date of your benefits coverage. The full amount you elected to contribute, as well as any bank funding, is available on that date.

You may access your account in two ways:
- You receive a health care Visa debit card linked to your account, which you can use to pay for all eligible health care expenses (see **Using your health care Visa debit card**).
- You can also pay for eligible health care expenses using cash, check or another approved method and then submit a claim for reimbursement by using the **Enter New Claim** feature on the Benefit Solutions portal (**bankofamerica.com/benefitslogin**) or contacting Benefit Solutions at **1.866.791.0254**.

**Using your health care Visa debit card**

Your health care Visa debit card provides easy access to your Health FSA balance. Do not throw away your debit card when you have used all the funds in your account; the card is valid for four years and can be reused when new funds are added to your account. If you have lost your card or need a replacement, contact Benefit Solutions at **1.866.791.0254** or request a new card on the Benefit Solutions portal (go to **Order Debit Cards** under **Common Requests**).

It is your responsibility to ensure that all purchases made using your health care Visa debit card are for eligible health care expenses (see **Eligible health care expenses**). Some purchases made at the point of sale are verified automatically as an eligible health care expense, as defined by the IRS, while others may require documentation to prove the eligibility of an expense. Keep all your receipts and other records each time you use your debit card.

You are responsible for checking your account on the Benefit Solutions portal each time you use your debit card to see if you are required to provide a valid receipt that includes date of the expense/service, merchant/provider name, amount charged and the description of the product or service and proves the eligibility of a purchase. If a receipt or documentation is required, you may scan and upload the receipt online to Benefit Solutions at **bankofamerica.com/benefitslogin**, or choose to fax or mail the receipt to Benefit Solutions. Contact Benefit Solutions at **1.866.791.0254** for more information.

If you do not have valid documentation, contact your provider or pharmacist to see if this information is available. If not available, you may submit valid documentation for another eligible health care expense of the same amount or greater that you paid for using cash, check or another means (other than your health care Visa debit card).

If a transaction has been denied as ineligible or you are unable to provide the required documentation showing the charge was for an eligible health care expense, you may be required to reimburse the plan for the amount charged to your debit card.

The IRS requires Bank of America to take measures to resolve any outstanding transactions that have not been proven to meet the definition of an eligible expense. These measures include, but are not limited to:
- Deactivation of your health care Visa debit card until proper documentation is received
- Taxing you on the value of any outstanding transaction

# Dental coverage

The Bank of America Active Dental Plan (the "Plan") offers preventive care and assistance with treatments such as fillings, dentures and children's orthodontia. You may elect coverage under one of two types of dental plans[1] through Aetna:
- The Aetna Dental Preferred Provider Organization (PPO)
- The Aetna Dental Maintenance Organization (DMO) – if available in your area

For employees who reside in Puerto Rico, if you elect the Triple-S Salud Plan, dental coverage also is provided through that plan.

## Plan Identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

If you enroll in a Kaiser or HMSA Hawaii medical plan, you will receive **one** plan ID card for your medical and prescription drug coverage. If you elect dental and/or vision coverage, you will receive separate ID card(s) from Aetna for each of those coverages.

If you enroll in the Triple-S Salud Plan, you will receive **one** plan ID card for your medical, prescription drug and dental coverage. If you elect vision coverage, you will receive a separate ID card from Aetna for that coverage.

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan if you are not otherwise eligible for the benefit.

## Aetna Dental PPO

When you participate in the Aetna Dental PPO, you have access to Aetna's nationwide network of dental providers and the flexibility to use the dentist of your choice. If receiving care by an in-network PPO dental provider, you pay nothing for preventive care. After satisfying the annual deductible of $50 per individual or $150 per family, the plan pays:
- 80% of covered services for basic care (such as fillings, extractions or repairs to crowns and bridges)
- 50% of covered services for major care (such as crowns, dentures or bridges)

Over the course of the year, the plan will pay up to $1,500 for each person covered under the plan. A separate lifetime maximum of $1,500 applies for orthodontia for dependent children up to, but not including, age 20.

With this plan, you can use the dental provider of your choice. However, if you use a dental provider that participates in the Aetna dental network, you have the advantage of lower rates negotiated by Aetna with participating providers, and usual and customary limits do not apply. In addition, there are no claim forms to file; your network dentist is paid directly by the plan.

When you receive care from a non-network provider, your coinsurance and deductibles are the same. However, the plan will pay benefits based on what Aetna considers the usual and customary charge for a particular service to be instead of the PPO discounted network rate. If the provider charges more, you will be responsible for paying the amount that exceeds the usual and customary limit plus the applicable coinsurance and deductible. In addition, you generally will need to pay for your care at the time of your visit and submit a claim for reimbursement.

The following example describes how you can save by using a network provider. Suppose you need a filling (which is considered **basic care** under the plan). If you receive care from a network provider, the plan will pay 80% of the lower, negotiated rate after you meet the deductible, and you will pay the remaining 20% of the negotiated rate.

If you receive care from a non-network provider and you've met the deductible, and the non-network provider charges more than the usual and customary limit, the plan will pay 80% of the usual and customary limit and you will pay 20% of the usual and customary limit as your coinsurance. In addition, you will pay the amount that exceeds the usual and customary limit. Since you are paying a percentage of a lower rate when you use an in-network provider, you will save money.

**Note for Aetna Dental PPO participants residing in Alaska:** The state of Alaska requires Aetna to reimburse members based on the provider's fee when seeking out-of-network care in a dental PPO plan if the member resides in an area with no network. Contact Aetna for more information.

## Aetna DMO

When you participate in the Aetna DMO, you choose a primary care dentist who provides most of your care and referrals for specialist care. No deductible applies, and you are responsible for a $5 copayment for each office visit. For other dental care, the plan pays:
- 80% of covered services for basic care (such as fillings and uncomplicated, non bony extractions)
- 50% of covered services for major care (such as crowns, bridges or repairs to crowns and bridges)

**Note:** Keep in mind that you must select a primary care dentist to receive care, and the dentist you select must accept new DMO patients. It is important that you contact the dental office to make certain they are accepting new DMO patients prior to receiving care or your visit may not be covered under the DMO plan. Visit **DocFind** at **aetna.com/bankofamerica** and check with your dentist to see if he or she is in the Aetna DMO network and accepting new patients.

With this plan, there are networks of individual dentists in private practice who agree to provide services to members for negotiated fees. DMOs and their dentists stress effective and efficient care while they address patients' dental needs and encourage continued dental maintenance. A reduced coverage level may be available for dentists that are out-of-network for employees who are located in all states except Arizona, California, New Jersey, Texas and North Carolina. For more information on non-participating benefits, please contact Aetna at **1.877.444.1012**.

---

[1] International assignees have access to dental coverage under the Aetna International Health Plan from Aetna International.

## Benefits coverage under the Bank of America Active Dental Plan

The information in the plan summary below provides an overview of the benefit coverage under the Bank of America Active Dental Plan options (using a participating provider) but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions and limitations and other provisions for this plan are found in the *Aetna Dental Booklet-Certificate* and *Schedule of Benefits*. All benefits are considered in-network unless otherwise noted. Benefits are based on a January through December calendar year.

**Note:** In certain states, under the Aetna Dental PPO and DMO plans, dentists are not required to extend a negotiated fee to patients who are receiving services under a fully-insured contract that are not covered by the plan, or when they are receiving services that have exceeded their plan maximum.

**Bank of America Active Dental Plan summaries**

| Type of service or supply | Aetna Dental PPO | Aetna DMO |
|---|---|---|
| **Plan type** | Dental Preferred Provider Organization (PPO) (Passive) | Dental Maintenance Organization (DMO) |
| **Website** | **aetna.com** | **aetna.com** |
| **Member services** | **1.877.444.1012** | **1.877.444.1012** |
| **TTY** | **1.800.325.5902** | **1.800.325.5902** |
| **Extended family benefits** | | |
| **Domestic partner** <br> **(same or opposite sex)** | Yes | Yes |
| **Other adult dependent** | Yes | Yes |
| **General dental expenses** | | |
| **Annual deductible: Individual/Family** | $50 Individual; $150 Family | Not applicable |
| **Deductible waived for preventive/diagnostic care** | Yes; deductible applies to Basic & Major Expenses | Not applicable |
| **Annual maximum coverage per person** <br> **(excludes orthodontia)** | $1,500 | Maximum does not apply |
| **Office visit copayment** | Not applicable | $5 per visit |
| **Preventive care** | | |
| **Exams** | Plan pays 100% of covered services; limited to two routine visits and two problem focused visits per calendar year | Plan pays 100% of covered services, limited to four visits per calendar year |
| **Cleaning** | Plan pays 100% of covered services, limited to two visits per calendar year | Plan pays 100% of covered services, limited to two visits per calendar year |
| **Bitewing X-rays** | Plan pays 100% of covered services, limited to two sets per calendar year | Plan pays 100% of covered services, limited to two sets per calendar year |
| **Full mouth series and/or Panoramic X-ray** | Plan pays 100% of covered services, limited to one every 36 months | Plan pays 100% of covered services, limited to one every 36 months |
| **Periapical X-rays** | Plan pays 100% of covered services | Plan pays 100% of covered services |
| **Sealants** | Plan pays 100% of covered services; limited to one treatment every three years on permanent molars only to age 19 | Plan pays 100% of covered services for employees and dependents <br> One treatment every 3 years on permanent molars. |
| **Basic services** | | |
| **Amalgam (silver) fillings** | Plan pays 80% of covered services | Plan pays 80% of covered services |
| **Composite fillings** | Plan pays 80% of covered services; limitations may apply, check with plan for details | Plan pays 80% of covered services; limitations may apply, check with plan for details |
| **Extractions** | Plan pays 80% of covered services | Plan pays 80% of covered services; uncomplicated, non bony impactions |
| **Periodontics - scaling and root planning** | Plan pays 80% of covered services; limited to once per quadrant per calendar year | Plan pays 80% of covered services; limited to four separate quadrants per rolling year |
| **Gingivoplasty or gingivectomy** | Plan pays 80% of covered services; limited to once per quadrant per calendar year | Plan pays 80% of covered services |
| **Endodontics** <br> **(root canal therapy - molar teeth)** | Plan pays 80% of covered services | Plan pays 50% of covered services |
| **Oral surgery** | Plan pays 80% of covered services | Plan pays 80% of covered services for basic surgery; 50% covered major surgery |

| Type of service or supply | Aetna Dental PPO | Aetna DMO |
|---|---|---|
| **Major services** | | |
| **Inlays/onlays** | Plan pays 50% of covered services | Plan pays 50% of covered services |
| **Crowns** | Plan pays 50% of covered services | Plan pays 50% of covered services |
| **Dentures** | Plan pays 50% of covered services | Plan pays 50% of covered services; full and partial dentures and denture repairs |
| **Bridges** | Plan pays 50% of covered services | Plan pays 50% of covered services |
| **Dental implants** | Not covered | Not covered |
| **Osseous surgery** | Plan pays 80% of covered services; limited to once per quadrant per calendar year | Plan pays 50% of covered services |
| **Repairs to crowns and bridges** | Plan pays 80% of covered services | Plan pays 50% of covered services |
| **Orthodontia services** | | |
| **Coverage available** | Dependent child only if treatment begins prior to age 20 | Dependent child only if treatment begins prior to age 20 |
| **Start-up fees** | No deductible applies | No deductible applies |
| **Benefits** | Plan pays 50% of covered services | Plan pays 50% of covered services |
| **Service limits and maximums** | $1,500 lifetime maximum | Comprehensive treatment consists of 24 months active treatment plus 24 months retention per lifetime |

## About this section

This summary and the *Aetna Dental Booklet-Certificate* and *Schedule of Benefits,* comprise the summary plan description (SPD) for the Bank of America Active Dental Plan as of January 2013. This SPD replaces all prior descriptions of these Plans, including, but not limited to, the *Bank of America Associate Handbook 2010.* This SPD is intended to provide an easy-to-understand explanation of participant benefits.

## Triple-S Salud Dental coverage

If you work in Puerto Rico, you have the option to enroll in the Triple-S Salud Plan. Associates in Puerto Rico who elect the Triple-S Salud Plan also have dental coverage through that plan.

## Dental benefits coverage under the Triple-S Salud Plan

The information in the plan summary below provides an overview of the dental benefit coverage under the Triple-S Salud Plan but does not list all exclusions and limitations of that coverage. Definitions, covered services, exclusions and limitations and other provisions for that coverage are found in the *Triple-S Salud Policy.* All benefits are considered in-network unless otherwise noted. Benefits are based on a January through December calendar year.

### Triple-S Salud Dental Plan summary

| Type of service or supply | Plan benefit |
|---|---|
| **General dental expenses** | |
| **Annual deductible: Individual/Family** | Not Applicable |
| **Deductible waived for preventive/diagnostic care** | Not applicable |
| **Annual maximum coverage per person (excludes orthodontia)** | Not Applicable |
| **Preventive care** | |
| **Office visit** | $10 copayment |
| **Cleaning** | Plan pays 100% of covered services |
| **Bitewing X-rays** | Plan pays 100% of covered services; frequency according to plan's schedule |
| **Full mouth series** | Plan pays 100% of covered services; frequency according to plan's schedule |
| **Periapical X-rays** | Plan pays 100% of covered services; frequency according to plan's schedule |
| **Sealants** | Check with plan |

| Type of service or supply | Plan benefit |
|---|---|
| **Basic services** | |
| **Amalgam (silver) fillings** | Covered; check with plan |
| **Composite fillings** | Covered; check with plan |
| **Extractions** | Plan pays 100% of covered services; check with plan |
| **Periodontics - scaling and root planning** | Plan pays 100% of covered services; up to $1,000 per policy year |
| **Gingivoplasty or gingivectomy** | Check with plan |
| **Osseous surgery** | Check with plan |
| **Repairs to crowns and bridges** | Contact plan for details |
| **Endodontics (root canal therapy - molar teeth)** | Plan pays 100% of covered services; includes root canal treatment for anterior, bicuspids, and molar teeth; check with plan |
| **Major services** | |
| **Inlays/onlays** | Not applicable |
| **Crowns** | Plan pays 43% of covered services |
| **Dentures** | Check with plan |
| **Bridges** | Check with plan |
| **Oral surgery** | Plan pays 70% of covered services |
| **Dental implants** | Check with plan |
| **Start-up fees** | Not applicable |
| **Orthodontic treatment** | Covered 100% of established fees; check with plan |
| **Orthodontic lifetime maximum benefit** | $1,000 lifetime maximum per person |

**Note:** Please see **Triple-S Salud Plan** for medical coverage information under the Triple-S Salud Plan.

# Vision coverage

Bank of America offers vision benefits[1] that provide care through different networks of optometrists and ophthalmologists contracted to provide services at discounted rates. The vision coverage options provide routine eye care, including lenses, frames or contacts. The Bank of America Active Vision Plan ("the Plan") and the Aetna Vision Discount Program networks are different. Follow the instructions in the **website** sections for each plan to ensure the correct provider network is being accessed.

## Plan Identification (ID) cards

If you enroll in an Aetna medical, dental and/or vision plan, you will receive **one** plan ID card for your medical, prescription drug and/or dental coverage. You will receive a separate ID card for your vision coverage.

If you enroll in a Kaiser or HMSA Hawaii medical plan, you will receive **one** plan ID card for your medical and prescription drug coverage. If you elect dental and/or vision coverage, you will receive separate ID card(s) from Aetna for each of those coverages.

If you enroll in the Triple-S Salud Plan, you will receive **one** plan ID card for your medical, prescription drug and dental coverage. If you elect vision coverage, you will receive a separate ID card from Aetna for that coverage.

Regardless of whether you have received your plan ID card(s), you and your dependents, if properly enrolled, are eligible to receive services from your health care plan starting with the effective date of coverage. Receipt of a plan ID card does not entitle you to a benefit from the Plan if you are not otherwise eligible for the benefit.

## Benefits coverage under the Bank of America Active Vision Plan

The Bank of America Active Vision Plan, a nationwide plan that uses the EyeMed Vision Care Access provider network, offers coverage for eye care, eyeglasses and contact lenses. You also have the option to use providers outside of the network.

The information in the plan summary below provides an overview of the benefit coverage under the Bank of America Active Vision Plan but does not list all exclusions and limitations under this plan. Definitions, covered services, exclusions and limitations and other provisions for this plan are found in the *Aetna Vision Booklet-Certificate* and *Schedule of Benefits*. Benefits are based on a January through December calendar year.

**Bank of America Active Vision Plan summary**

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Plan type** | Preferred Provider Organization (PPO) | |
| **Website** | **aetna.com/bankofamerica,** select provider category **Vision,** then select provider type **Aetna Vision Plan** | |
| **Member services** | **1.877.444.1012** | |
| **TTY** | **1.800.325.5902** | |
| **Extended family benefits** | | |
| **Domestic partner (same or opposite sex)** | Yes | Yes |
| **Other adult dependent** | Yes | Yes |
| **Exams and other services** | | |
| **Routine vision exams** | Routine eye exam: $10 copayment limited to one exam per calendar year | Up to $40 reimbursement limited to one exam per calendar year |
| | Standard Contact Lens Fit and Follow-up: $0 copayment | |
| | Premium Contact Lens Fit and Follow-up: 10% discount off retail price, then apply $55 allowance per calendar year | |
| **LASIK surgery/PRK surgery** | 15% off retail price or 5% off promotional price for LASIK surgery/PRK surgery through US Laser Network | Not covered |
| **Lenses and frames** | | |
| **Single vision** | Plan pays 100% of covered services, limited to standard uncoated plastic lenses once per calendar year | Up to $40 lens reimbursement limited to once per calendar year |
| | $130 frame allowance limited to once every other calendar year, 20% discount applies thereafter | $50 frame reimbursement limited to once every other calendar year |
| **Bifocal** | Plan pays 100% of covered services, limited to standard uncoated plastic once per calendar year | Up to $60 lens reimbursement limited to once per calendar year |
| | $130 frame allowance limited to once every other calendar year, 20% discount applies thereafter | $50 frame reimbursement limited to once every other calendar year |
| **Trifocal** | Plan pays 100% of covered services, limited to standard uncoated plastic lenses once per calendar year | Up to $80 lens reimbursement limited to once per calendar year |
| | $130 frame allowance limited to once every other calendar year, 20% discount applies thereafter | $50 frame reimbursement limited to once every other calendar year |

---

[1] International assignees have access to vision coverage under the Aetna International Health Plan from Aetna International.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Vision coverage

| Type of service or supply | In-network | Out-of-network |
|---|---|---|
| **Lenticular** | Plan pays 100% of covered services, limited to standard uncoated plastic lenses once per calendar year<br><br>$130 frame allowance limited to once every other calendar year, 20% discount applies thereafter | Up to $125 allowance per calendar year<br><br>$50 frame reimbursement limited to once every other calendar year |
| **Standard progressive (no-line bifocal)** | $65 copayment | Not covered |
| **Premium progressive (no-line bifocal)** | $65 copayment plus 80% of charge less $120 allowance | Not covered |
| **Polycarbonate lenses** | $30 copayment for children and adults<br><br>$130 frame allowance limited to once every other calendar year, 20% discount applies thereafter | Lenses not covered<br><br>$50 frame reimbursement limited to once every other calendar year |
| **Coatings** | UV: $15 copayment<br><br>Standard Scratch Coating: $15 copayment Standard Antireflective Coating: $45 copayment | Not covered |
| **Tints** | $15 copayment (solid and gradient) | Not covered |
| **Contact lenses** | | |
| **Medically necessary prescription lenses for specific eye conditions that would prohibit the use of glasses** | Plan pays 100% of covered services, Prior approval is needed for medically necessary contacts. | Up to $210 reimbursement limited to once per calendar year.<br><br>Prior approval is needed for medically necessary contacts. |
| **Elective prescription lenses (one order per calendar year in lieu of eyeglasses)** | $125 allowance for contact lenses in lieu of eyeglasses, once per calendar year; $125 benefit may be used either in- or out-of-network via a single claim. 15% discount applied to conventional contacts. | $125 allowance for contact lenses in lieu of eyeglasses, once per calendar year; member may use their $125 allowance either in- or out-of-network via a single claim. |

## Benefits under the Aetna Vision Discount Program

The Aetna Vision Discount Program, which uses the Aetna Vision Network in partnership with EyeMed, offers discounts on routine eye exams, eyeglasses, LASIK surgery, contact lenses, nonprescription sunglasses, contact lens solutions and other eye care accessories and may be a good alternative to the Bank of America Active Vision Plan. All benefits-eligible employees automatically have access to the Aetna Vision Discount Program, so there is no need to enroll.

**Program summary**

| Type of service or supply | Aetna Vision Discount Program |
|---|---|
| Plan type | Discount program |
| Website | **aetna.com** |
| Member services | **1.877.444.1012** |
| Exams and other services | |
| Routine vision exams | $42 |
| Contact lens fit & follow-up: Standard | $40 (plus $42 exam fee) |
| Contact lens fit & follow-up: Premium | $10 off retail (plus $42 exam fee) |
| LASIK surgery/PRK surgery | 15% off standard surgeon's fees or 5% off promotional fees through US Laser Network |
| Lenses (uncoated plastic) and frames | |
| Single vision | $40 |
| Bifocal | $60 |
| Trifocal | $80 |
| Standard progressive (no-line bifocal) | $120 |
| Eyeglass frames | 40% off retail prices |
| Lens options<br>(add to lens price above) | • Standard Polycarbonate: $40<br>• Standard Scratch: $15<br>• UV: $15<br>• Tints: $15<br>• Standard Anti-Reflective Coating: $45 |
| Contact lenses | |
| Conventional contact lenses | 15% off retail price |
| Disposable contact lenses | 5% off retail price |

## About this section

This summary and the *Aetna Vision Booklet-Certificate* and *Schedule of Benefits*, comprise the summary plan description (SPD) for the Bank of America Active Vision Plan as of January 2013. This SPD replaces all prior descriptions of these Plans, including, but not limited to, the *Bank of America Associate Handbook 2010*. This SPD is intended to provide an easy-to-understand explanation of participant benefits.

# Life insurance

## Overview

Bank of America offers the following group insurance plans to benefits-eligible full-time and part-time employees for financial protection in the event of death:
- Associate basic life insurance
- Associate supplemental life insurance
- Dependent life insurance (spouse/ domestic partner and dependent child life insurance)

## Associate life insurance

Life insurance is designed to protect the future of those who depend on your income for support.

### Associate basic life insurance

Bank of America provides eligible employees with associate basic life insurance equal to one times annual base pay (rounded up to the next $1,000), up to a maximum of $2 million, at no cost to the employee. For some employees, this coverage amount is calculated based on the employee's annual benefits base rate (ABBR) as determined by Bank of America. ABBR is based on benefits eligible compensation earned in the performance year prior to the Annual Enrollment period (i.e., performance year 2011 for 2013 benefits). Employees for whom ABBR applies will receive information about ABBR each year in early October. See **Annual Benefits Base Rate** in the **Health and insurance coverage** section for more information on how ABBR is determined.

Generally, you must be actively at work the day that coverage, or an increase in coverage, becomes effective. Actively at work means you are performing all material duties of your job in the location where these duties are normally carried out. If you are not actively at work on the date coverage would become effective, coverage becomes effective on the date you return to active work.

If your annual base pay rate changes during the year, your basic life insurance coverage amount will be adjusted accordingly.

You are required to pay imputed income tax on the value of any company-paid life insurance in excess of $50,000. See **Imputed income** in the **Health and insurance coverage** section for more information. If your annual base pay exceeds $50,000, you will have the option to limit your basic life insurance coverage to $50,000.

You may also purchase additional supplemental life insurance coverage (see **Associate supplemental life insurance** below).

**Note:** International assignees are eligible for life insurance in certain cases. Reference your Letter of Understanding or contact the International Benefits Team for additional information.

### Associate supplemental life insurance

You may purchase associate supplemental life insurance on a post-tax basis from one times to eight times the sum of your annual base pay and eligible bonus amount (rounded up to the next $1,000), up to a maximum of $3 million.

Your annual base pay and eligible bonus amount are defined in **Health and insurance coverage**. If your annual base pay rate changes during the year, your supplemental life insurance coverage amount and the premium charged will be adjusted accordingly.

The cost of your coverage depends on the amount of coverage you choose, your age as of Dec. 31 of the coverage year, and your tobacco user status (if you do not use tobacco products, your premium will be lower).

#### Enrollment in associate supplemental life insurance

When you first become eligible to enroll in supplemental life insurance (i.e., as a newly hired employee, or if you switch from part-time working less than 20 hours to full- or part-time status), you may elect coverage up to three times your annual base pay and eligible bonus, to a maximum of $500,000, without providing evidence of insurability, if you enroll within 31 days of becoming eligible. If you elect coverage that is greater than three times your annual base pay and eligible bonus, or if you elect coverage that is greater than or equal to $500,000, you must provide evidence of insurability that is satisfactory to the insurance company.

During future Annual Enrollment periods or when you have a qualified status change event (as described in **Health and insurance coverage**), if you elect coverage for the first time, increase coverage by more than one level, or elect coverage that is greater than or equal to $500,000, you must provide evidence of insurability. Evidence of insurability is not required for a coverage amount change that is greater than or equal to $500,000 if the change is a result of a change in salary and not an increase in option.

If evidence of insurability is required, the increased coverage does not begin until after your evidence of insurability is approved by the insurance company. If you fail to provide evidence of insurability when required, you will be assigned the highest coverage available without evidence of insurability. Once evidence of insurability is approved, coverage is effective the first of the month following the date the evidence of insurability was approved by the insurance company.

You generally must be actively at work the day that coverage, or an increase in coverage, becomes effective. Actively at work means you are performing all material duties of your job in the location where these duties are normally carried out. If you are not actively at work on the date coverage would become effective, coverage becomes effective on the date you return to active work.

**Beneficiary**

Any life insurance amount payable as a result of your death is payable to the persons designated by you as your beneficiaries on the beneficiary form. You may designate separate beneficiaries for associate basic life insurance and associate supplemental life insurance. In most cases, you may, without the consent of your beneficiaries, change your designations by filing a new beneficiary form on My Benefits Resources. The new designation(s) takes effect on the date the completed form is received by the Global HR Service Center.

If you designate more than one beneficiary but fail to specify their respective interests, the beneficiaries will share equally. Unless otherwise provided in your beneficiary designation, if one of your named primary beneficiaries dies before you, his or her share will be payable in equal shares to any other named primary beneficiaries who survive you. If you have named a contingent beneficiary, your contingent beneficiary will only be paid if all primary beneficiaries die before you. If you have not named a primary or contingent beneficiary, or if the person you have named dies before you, payment will be made as follows to those who survive you:

- Your spouse or domestic partner, if any
- If there is no spouse or domestic partner, in equal shares to your children
- If there is no spouse or domestic partner, and you have no children, to your parents, equally or to your surviving parent
- If there is no spouse or domestic partner, and you have no children or parents, in equal shares to your brothers and sisters
- If none of the above survives, to your executors or administrators

It may be possible to assign your associate basic life insurance and associate supplemental life insurance (for example, to certain relatives or trusts). Contact the Global HR Service Center for information.

**Submitting claims**

When the insurance company receives a certified copy of your death certificate and any other information or forms it may request in connection with the claim, the amount of your associate life insurance is paid to your beneficiary in one lump sum. If you or your beneficiary has questions about claim procedures, call the Global HR Service Center.

**Accelerated death benefit**

The life insurance plan has an accelerated death benefit available, under which employees may request accelerated payment of their associate life insurance benefits. This provision is available for an employee who is diagnosed with a terminal illness and has a life expectancy of 24 months or less. Accelerated benefits are payable only once. For accelerated benefits to be payable, you must apply for the benefit while your life insurance benefits are in effect, and you must meet the insurance company's medical evidence requirements while you are covered for life benefits.

If an employee receives an accelerated benefit payment, it may affect the individual's eligibility for a state or federal benefits program, such as Medicare. Also, the accelerated benefit may be subject to taxes. An employee should consult with a tax adviser before making a decision. The Global HR Service Center handles requests for accelerated death benefits.

The minimum amount payable as an accelerated death benefit is $5,000. The maximum amount payable is 80% of an employee's combined basic and supplemental life insurance coverage amounts, not to exceed an amount of $500,000. Payment of accelerated benefits will reduce your life insurance benefit and the amount available for conversion to an individual policy.

Accelerated death benefits will not be payable for any amount of life insurance you have previously assigned.

To file an accelerated death benefit claim, contact the Global HR Service Center for the required form. Please complete the claimant's statement, have your physician complete the medical authorization portion of the claim form, and return the completed claim form to the Global HR Service Center.

**Conversion to an individual policy**

You may convert to an individual life insurance policy any portion of your associate life insurance that is terminated because your employment ends or you are no longer eligible. Evidence of insurability is not required to obtain the individual policy. The amount of the individual policy may not exceed the amount of life insurance held immediately before the termination of your coverage under the associate life group policy.

The conversion option allows you or your dependent(s) to convert your coverage through Bank of America to an individual policy with Aetna Life Insurance Company without a medical evaluation when your group insurance coverage ends. The following plans are eligible for conversion:

- Associate Basic Life
- Associate Supplemental Life
- Spouse/Domestic Partner Life
- Dependent Child Life

If you wish to apply for the individual policy, you must contact the Global HR Service Center to initiate the process. You have 45 days following the termination of your group associate life coverage to submit your completed conversion application to the insurer. The individual policy will be converted to a Guaranteed Cost Whole Life policy. The premiums will be based on your age, the type of insurance you choose and the amount of the individual policy.

If the associate life insurance group policy is terminated or amended so as to terminate your coverage and if, at the date of termination, you have been insured under the provisions of any rider or any group policy replaced by this group policy for at least five years prior to the termination date, you may convert such coverage to an individual policy, subject to the same conditions described in the preceding paragraph. The amount of the individual policy may not exceed the lesser of:

- The amount of your life insurance immediately before the termination of your group coverage, reduced by any group life insurance for which you become eligible within the following 45 days
- $10,000

If you apply, the individual policy becomes effective 45 days after your group associate life coverage ends. If you die within 45 days after your group associate life coverage ends, the insurance company pays to your beneficiary (or beneficiaries) an amount equal to the amount to which you could have converted, regardless of whether you had applied for an individual policy.

The beneficiary (or beneficiaries) is paid only on the receipt of a certified copy of your death certificate and any other information and forms requested by the insurance company in connection with the claim. Any beneficiary you designate under the individual policy who is someone other than the beneficiary you designate under the group policy is considered a notice of change of beneficiary.

If you apply for the individual life conversion policy and you were covered for AD&D coverage when your life insurance coverage ends or is reduced, you will be given an opportunity to purchase an equal amount of AD&D coverage as a rider to the converted life policy.

**Portable term group coverage**

Instead of converting to an individual policy when any portion of your associate life insurance is terminated because your employment ends or you are no longer a benefits-eligible full- or part-time employee, you may continue your associate supplemental life insurance under portable term group coverage. Evidence of insurability is not required.

The following plans are eligible for the portability option:
- Associate Supplemental Life
- Spouse/Domestic Partner Life
- Dependent Child Life (In order to port dependent child life insurance, you must also port your associate supplemental life insurance.)

You are eligible for the portability option if your associate life insurance ends because your employment ends or you are no longer a benefits-eligible full- or part-time employee. You may choose either portability or conversion for your associate supplemental life insurance. Any amount of associate supplemental life insurance that you do not continue under the portability option may be converted to an individual policy.

If you are eligible for retiree life insurance, the amount of coverage eligible for conversion is reduced by the amount of retiree life insurance for which you are eligible. If you retire, you are eligible for the portability option only if you are not eligible for retiree life insurance.

**For example:**
- Lee has a salary of $35,000 (with no annual bonus).
- Lee has company-paid associate basic life insurance coverage of one times pay ($35,000) and associate supplemental life insurance coverage in the amount of five times annual base pay ($175,000), for total coverage of $210,000.
- When Lee's employment ends, associate basic and supplemental life insurance coverage ends. If Lee wants to take advantage of the portability option, Lee can elect to continue any amount of the associate supplemental life insurance up to $175,000 under portable term group coverage. (Lee can also convert any amount of the associate basic life insurance up to $35,000 to an individual policy, but this is not required in order to continue associate supplemental life insurance.)

The amount of coverage you can continue under the portability option cannot exceed the amount of associate supplemental life insurance that is terminating under the Bank of America plan. The minimum amount of coverage an employee can port is $5,000, and the maximum is up to the amount of associate supplemental life insurance coverage terminating or $1 million, whichever is less.

In order to continue coverage, the insurance carrier must receive your completed portability request form within 45 days following the termination of your group associate life insurance coverage (regardless of when you receive your termination notice).

If a request to continue coverage is made and the first premium is made in a timely manner, the insurance carrier will issue you a new certificate of insurance that explains the new insurance benefits. The insurance benefits under the new certificate may not be the same as those under the Bank of America plan. Premiums will be paid directly to the insurance carrier. A schedule of premiums and payment instructions will be provided at the time the new certificate is issued.

If you die within 45 days after your group associate life insurance ends, in general the insurance carrier pays your beneficiary (or beneficiaries) in accordance with the information in **Conversion to an individual policy**. However, if you applied to continue coverage and your portability request form was received by the insurance carrier during this 45-day time period, associate supplemental life insurance benefits will be paid according to the amount of associate supplemental life insurance you had applied to continue under the portability option.

**Age Reductions**

The amount of you, your spouse's or domestic partner's life insurance in force reduces over time due to age. It will never decrease below $5,000. The following Age Reduction Chart illustrates the reduction(s).

| Effective Date | Reduction Amount |
|---|---|
| January first following age 65 | 35% of original amount or $5,000 |
| January first following age 70 | 60% of original amount or $5,000 |
| January first following age 75 | 75% of original amount or $5,000 |

When you continue your life insurance coverage under this provision and you, your spouse's or domestic partner's age is 65 years or older, the life insurance benefit amount will be limited to the reduction amount shown in the above Age Reduction Chart.

## Dependent life insurance

Dependent life insurance assists you with the additional expenses you might have if your spouse, domestic partner or eligible dependent child dies. You need to decide whether you want this coverage and, if you do, which coverage level is right for you. Dependent life insurance premiums are paid on a post-tax basis.

Under this plan, dependent means your spouse, domestic partner or eligible dependent child except for a person who is covered under Bank of America group life insurance as an employee.

### Spouse/domestic partner life insurance

You may purchase life insurance for your spouse or domestic partner. The following coverage options are available:
- No coverage
- $10,000
- $25,000
- $50,000
- $75,000
- $100,000

See **Eligibility** for eligibility rules.

When you first become eligible to purchase spouse/domestic partner insurance (e.g., as a newly hired employee, if you switch from part-time working less than 20 hours to full- or part-time status, or when you first acquire your spouse or domestic partner), you may elect coverage up to $50,000, without providing evidence of insurability if you enroll within 31 days of becoming eligible. If you elect either the $75,000 or $100,000 coverage level, you must provide evidence of insurability that is satisfactory to the insurance company.

During future Annual Enrollment periods, if you elect coverage for the first time, increase coverage by more than one level or elect coverage over $50,000, your spouse or domestic partner must provide evidence of insurability.

If evidence of insurability is required, the increased coverage begins the first of the month following the date your spouse's or domestic partner's evidence of insurability is approved by the insurance company. Until evidence of insurability is approved, or if your spouse or domestic partner fails to provide evidence of insurability when required, coverage defaults to the highest level that does not require evidence of insurability. For example, if you get married, and you elect $100,000 of coverage for your new spouse, he or she will be enrolled in the $50,000 coverage level, until evidence of insurability is approved or if evidence of insurability is not provided.

### Dependent child life insurance

You may purchase life insurance for your eligible dependent children. The following coverage options are available:
- No coverage
- $5,000 per child
- $10,000 per child
- $15,000 per child

See **Eligibility** for eligibility rules. In addition, to be eligible as a dependent for dependent life insurance purposes, a newborn child must be at least seven days old.

No evidence of insurability is required for dependent child life insurance.

**Note:** If your children no longer meet the dependent child eligibility requirements, their eligibility for coverage ends. Your dependent child life insurance coverage will not be automatically changed; you must contact the Global HR Service Center to drop dependent child life insurance coverage if you no longer have any eligible dependent children to cover.

### Beneficiary

You are automatically the beneficiary of dependent life insurance. If your dependent dies at the same time your death occurs or within 24 hours of your death, the benefits will be paid pursuant to the policy.

### Submitting claims

When the insurance company receives a certified copy of the death certificate of your dependent and any other information or forms it may request with the claim, the amount of dependent life insurance that you have purchased under the group policy is payable to you in one lump sum.

If you have questions about claims procedures, please contact the Global HR Service Center.

**Conversion to an individual policy**

You may convert to an individual policy any portion of your dependent life insurance that is terminated because your employment ends, you die, you are no longer in an eligible class that provides dependent life benefits, or the dependent is no longer an eligible dependent. Evidence of insurability is not required to obtain the individual policy. The amount of the individual policy may not exceed the amount of life insurance held immediately before coverage termination under the dependent life group policy.

To apply for an individual policy, the application must be completed within 45 days after your coverage ends or is reduced. The individual policy may be in life insurance, other than term insurance, which is customarily issued by the insurance company, and the premiums will be based on the dependent's age, class of risk, the type of insurance and the amount of the individual policy.

If the dependent life insurance group policy is terminated or amended to terminate your dependent coverage, and if, at the date of termination, your dependent has been covered under the group policy or any policy replaced by the group policy for at least five years prior to the termination date, you may convert such coverage to an individual policy. This option is subject to the same conditions described in the preceding paragraph. The amount of the individual policy may not exceed the lesser of:

- The amount of dependent life insurance immediately before your group coverage termination, reduced by any group life insurance for which your dependent becomes eligible within the following 45 days
- $10,000

If you apply, the individual policy becomes effective 45 days after your group dependent life coverage ends. If the dependent dies within 45 days after your group dependent life coverage ends, the insurance company will pay you an amount equal to the amount that could have been converted, regardless of whether you had applied for an individual policy. The payment of the death benefit will be in the same manner as if the dependent benefits had been in effect on the date of the dependent's death.

**Portable term group coverage**

Instead of converting to an individual policy, your spouse or domestic partner who was covered under your spouse/domestic partner life insurance may continue that coverage under portable term group coverage. Evidence of insurability is not required.

Your spouse or domestic partner is eligible for the portability option if your dependent life insurance ends because your employment ends or you are no longer a benefits-eligible full- or part-time employee, and you also elect portability for your associate supplemental life insurance coverage. In this case, the amount of dependent life insurance that is continued may not exceed the amount of associate supplemental life insurance that is continued. In addition, your spouse or domestic partner is eligible for the portability option if his or her coverage under your dependent life insurance ends because he or she ceases to qualify as your dependent (e.g., you die or you and your spouse divorce). Your spouse or domestic partner may choose either portability or conversion for dependent life insurance, but not both.

The amount of coverage eligible to continue under the portability option may not exceed the amount of spouse/domestic partner life insurance that is terminating under the Bank of America plan. The minimum amount of coverage that can be continued is $10,000 and the maximum is up to the amount of spouse/domestic partner life insurance coverage terminating.

In order to continue coverage, the insurance carrier must receive the completed portability request form within 45 days following the termination of your group dependent life insurance coverage.

If a request to continue coverage is made and the first premium is paid in a timely manner, the insurance carrier will issue a new certificate of insurance that explains the new insurance benefits. The insurance benefits under the new certificate may not be the same as those under the Bank of America plan. Premiums will be paid directly to the insurance carrier. A schedule of premiums and payment instructions will be provided at the time the new certificate is issued.

If your spouse or domestic partner dies within 45 days after his or her coverage under your group dependent life insurance ends, in general the insurance carrier pays benefits in accordance with the information in the **Conversion to an individual policy** section. However, if an application to continue dependent life insurance was made and the portability request form was received by the insurance carrier during this 45-day time period, dependent life insurance benefits will be paid according to the amount of dependent life insurance that was applied for continuation under the portability option.

**Age Reductions**

The amount of your, your spouse's or your domestic partner's life insurance in force reduces over time due to age. It will never decrease below $5,000. The following Age Reduction Chart illustrates the reduction(s).

| Effective Date | Reduction Amount |
| --- | --- |
| January first following age 65 | 35% of original amount or $5,000 |
| January first following age 70 | 60% of original amount or $5,000 |
| January first following age 75 | 75% of original amount or $5,000 |

When you continue your life insurance coverage under this provision and you, your spouse's or your domestic partner's age is 65 years or older, the life insurance benefit amount will be limited to the reduction amount shown in the above Age Reduction Chart.

Bank of America Employee Health and Insurance                                                    Life insurance
Summary Plan Description 2013

## When coverage ends

If your employment ends for reasons other than retirement, coverage generally ends on the last day of the regular pay period in which your last day of employment occurs, provided you have paid for coverage for that period.

If you retire, your employee coverage generally ends at the end of the month in which your last day of employment occurs. If you retire on the first day of the month, your coverage ends on the last day of the previous month. See **Leaving Bank of America** for more information.

In other situations, coverage generally ends at the end of the month in which one of the events listed below occurs, provided that you have paid for coverage for that month. For some events, if the event occurs on the first day of the month, coverage ends the last day of the previous month. These rules generally apply to the following events:

- You change from a full- or part-time position to a part-time working less than 20 hours position.
- You cancel your coverage (restrictions apply).
- Bank of America ceases to offer group life insurance.
- You are on a non-medical paid or unpaid leave of absence for more than 26 weeks, unless you are on a paid or unpaid Military Leave. If you are on Military Leave that extends beyond 26 weeks, you may continue your associate basic life, associate supplemental life or dependent life insurance coverage through the end of your Military Leave period, as long as you pay any required contributions.
- You are on a paid or unpaid medical leave of absence for more than 24 months.
- Your dependent ceases to satisfy the dependent eligibility requirements (e.g., upon divorce or a dependent child exceeding the applicable maximum age).

Your coverage will also end if you do not pay the employee portion of your premiums for 30 days. If this occurs, your coverage will be canceled retroactively as of the end of the last period for which you had paid for coverage.

When your coverage ends, associate life insurance, spouse/domestic partner life insurance and dependent child life insurance generally may be converted to an individual policy or continued under portable term group coverage. In order to port dependent child life insurance, you must also port your associate supplemental life insurance. Conversion and continuation options are not available for AD&D or business travel accident insurance.

**Note:** Each of your ERISA-covered benefit plans is based on a plan document. This is a summary of the more important plan features. You can find full details in the official plan documents. If a plan provision described in this summary disagrees with the official plan document, the wording of the official plan document always governs.

## About this section

This summary and the *Aetna Life Insurance and Accidental Death and Personal Loss Coverage Booklet-Certificate* and *Schedule of Benefits*, comprise the summary plan description (SPD) for the Bank of America Associate Basic, Associate Supplemental and Dependent Life Insurance Plans as of January 2013. This SPD replaces all prior descriptions of this plan, including, but not limited to, the *Bank of America Associate Handbook 2010*. This SPD is intended to provide an easy-to-understand explanation of participant benefits.

# Accidental death and dismemberment insurance

## Overview

Bank of America offers an accidental death and dismemberment (AD&D) group insurance plan to benefits-eligible full-time and part-time employees for financial protection in the event of serious accidental injury or death.

Accidental death and dismemberment insurance provides benefits if you or a covered dependent suffer a loss of life, limb, sight, third degree burns, speech or hearing or become paralyzed as a result of a covered accidental injury. For purposes of the policy, **injury** means a bodily injury effected solely through external violent and purely accidental means.

AD&D insurance premiums are paid on a pre-tax basis.

**Enrollment**

No evidence of insurability is required. You may change your coverage level during Annual Enrollment.

Employees can choose any one of the following coverage amounts for themselves, up to a maximum of $3 million:
- No coverage
- One times the sum of annual base pay plus eligible bonus
- Two times the sum of annual base pay plus eligible bonus
- Three times the sum of annual base pay plus eligible bonus
- Four times the sum of annual base pay plus eligible bonus
- Five times the sum of annual base pay plus eligible bonus
- Six times the sum of annual base pay plus eligible bonus
- Seven times the sum of annual base pay plus eligible bonus
- Eight times the sum of annual base pay plus eligible bonus

You also may choose to cover your family. Domestic partners are eligible for AD&D coverage in most states; contact the Global HR Service Center for details.

If you elect family AD&D insurance:
- Your spouse or domestic partner will be covered for 60% of your coverage amount, up to a maximum of $600,000.
- Each eligible child will be covered for 20% of your coverage amount, up to a maximum of $50,000.

**Note:** If your children no longer meet the dependent child eligibility requirements, their eligibility for coverage ends. Your AD&D coverage will not be automatically changed; you must contact the Global HR Service Center to drop family AD&D insurance coverage if you no longer have any eligible dependents to cover.

**Accidental death and dismemberment (AD&D) benefits**

The coverage amount you purchase is called the principal sum. The amounts payable for specified losses from bodily injury caused by an accident occurring while the coverage is in force, and causing loss within one year of the accident, are:
- The principal sum for loss of:
  - Life
  - Both hands or both feet
  - Sight of both eyes
  - One hand and one foot
  - One hand or foot and sight in one eye
  - Speech and hearing in both ears
  - Third degree burns covering 75% or more of the person's body
- One half the principal sum for loss of:
  - One hand or foot
  - Sight in one eye
  - Speech or hearing in both ears
  - Third degree burns covering 50 - 74% of the person's body.
- One fourth the principal sum for loss of:
  - Thumb and index finger of same hand

Loss means:
- Hands and feet – complete severance through or above the wrist or ankle joint
- Eyes – total and irrecoverable loss of sight
- Thumb and index finger – permanent severance through or above the third joint from the tip of the index finger and the second joint from the tip of the thumb
- Speech – total and irrecoverable loss that continues for six months following the accidental injury
- Hearing – total and irrecoverable loss in both ears that continues for six months following the accidental injury

In some states, different definitions may be applicable. If a single accident results in more than one covered loss, only the loss with the largest amount payable will be paid. However, if you select family coverage and both you and your spouse or domestic partner die from injuries from the same accident within 365 days of each other, the plan will pay a common accident benefit based on the difference between your principle sum and your spouse's/domestic partner's principle sum under the AD&D plan.

This benefit provides coverage for accidental injury that results in the insured person losing the use of an arm or leg. This means there is paralysis (loss of use) of a limb, without severance. A physician must determine the paralysis to be permanent, complete and irreversible. For this type of covered loss, the plan pays a specified percentage of the AD&D benefit amount as outlined in the AD&D policy.

Accidental death and dismemberment insurance may provide additional benefits if a covered accident involves one of the following:
- Coma
- Passenger restraint and airbag
- Repatriation of remains

Also, if you choose family coverage, an education benefit and a child care benefit may be payable if one or both parents die in a covered accident.

**Exclusions**

Benefits are not paid for losses such as those listed below, that result directly or indirectly from the covered individual's:
- Air or space travel. This exclusion does not apply if a person is a passenger, with no duties at all, on an aircraft being used only to carry passengers (with or without cargo)
- Bodily or mental infirmity[1]
- Commission of or attempting to commit a criminal act
- Illness, ptomaine or bacterial infection[1]
- Voluntary inhalation of poisonous gases
- Intended contact with nuclear or atomic energy by explosion and/or release
- Ligature strangulation resulting from auto-erotic asphyxiation
- Intentionally self-inflicted injury
- Medical or surgical treatment[1]
- Third degree burns resulting from sunburn
- Use of alcohol
- Use of drugs, except as prescribed by a physician
- Use of intoxicants
- Use of alcohol or intoxicants or drugs while operating any form of a motor vehicle whether or not registered for land, air or water use. A motor vehicle accident will be deemed to be caused by the use of alcohol, intoxicants or drugs if it is determined that at the time of the accident you or your covered dependent were operating the motor vehicle while:
  – Under the influence of alcohol at a level which meets or exceeds the level at which intoxication would be presumed under the laws of the state where the accident occurred. If the accident occurs outside of the United States, intoxication will be presumed if the person's blood alcohol level meets or exceeds .08 grams per deciliter; or
  – Under the influence of an intoxicant or illegal drug; or
  – Under the influence of a prescription drug in excess of the amount prescribed by the physician; or
  – Under the influence of an over the counter medication taken in an amount above the dosage instructions.
- Suicide or attempted suicide (while sane or insane)
- War or any act of war (declared or not declared)

The injury must not be intentionally self-inflicted, which is excluded by the terms of this section.

**Beneficiary**

Your beneficiary for loss of life benefits under the AD&D plan is the same as your associate basic life insurance beneficiary, unless you designate a different beneficiary for the AD&D plan. You may change your beneficiary at any time through My Benefits Resources or by contacting the Global HR Service Center. If you die without a surviving designated beneficiary, benefits will be paid pursuant to the AD&D policy as described below. If you choose family coverage, you automatically will be the beneficiary for your spouse or domestic partner and/ or eligible children.

If you have not named a primary or contingent beneficiary, or if the person you have named dies before you, payment will be made as follows to those who survive you:
- Your spouse or domestic partner, if any
- If there is no spouse or domestic partner, in equal shares to your children
- If there is no spouse or domestic partner, and you have no children, to your parents, equally or to your surviving parent
- If there is no spouse or domestic partner, and you have no children or parents, in equal shares to your brothers and sisters
- If none of the above survives, to your executors or administrators

**Submitting claims**

If an employee or a covered member of an employee's family dies or suffers a loss in an accident, the Global HR Service Center should be contacted as soon as possible. A representative can assist you or your beneficiary in filing a claim with the insurance company.

The insurance company requires claims to be submitted within 90 days of the loss. In addition, the employee death must occur within 365 days after the accident. When the insurance company has received proof of loss acceptable to it, along with any other information or forms it may request with your or your beneficiary's claim, the AD&D benefit is payable to you or your beneficiary in one lump sum.

---

[1] These exclusions do not apply if the loss is caused by an infection which results directly from the injury, or surgery needed because of the injury.

## When coverage ends

If your employment ends for reasons other than retirement, coverage generally ends on the last day of the regular pay period in which your last day of employment occurs, provided you have paid for coverage for that period.

If you retire, your employee coverage generally ends at the end of the month in which your last day of employment occurs. If you retire on the first day of the month, your coverage ends on the last day of the previous month. Please see **Leaving Bank of America** for more information.

In other situations, coverage generally ends at the end of the month in which one of the events listed below occurs, provided that you have paid for coverage for that month. For some events, if the event occurs on the first day of the month, coverage ends the last day of the previous month. These rules generally apply to the following events:

- You change from a full- or part-time position to a part-time working less than 20 hours position
- You cancel your coverage (restrictions apply)
- Bank of America ceases to offer group AD&D insurance
- You are on a non-medical paid or unpaid leave of absence for more than 26 weeks, unless you are on a paid or unpaid Military Leave. If you are on Military Leave that extends beyond 26 weeks, you may continue your AD&D coverage through the end of your Military Leave period, as long as you pay any required contributions
- You are on a paid or unpaid medical leave of absence for more than 24 months
- Your dependent ceases to satisfy the dependent eligibility requirements (e.g., upon divorce or a dependent child exceeding the applicable maximum age)

Your coverage will also end if you do not pay the employee portion of your premiums for 30 days. If this occurs, your coverage will be canceled retroactively as of the end of the last period for which you had paid for coverage.

Conversion and continuation options are not available for AD&D insurance.

## About this section

This summary and the *Aetna Life Insurance and Accidental Death and Personal Loss Coverage Booklet-Certificate* comprise the summary plan description (SPD) for the Bank of America Accidental Death & Dismemberment Plan as of January 2013. This SPD replaces all prior descriptions of this plan, including, but not limited to, the *Bank of America Associate Handbook 2010.* This SPD is intended to provide an easy-to-understand explanation of participant benefits.

# Business travel accident insurance

## Overview

Full-time and part-time employees and employees who are part-time working less than 20 hours are covered automatically by business travel accident insurance.

## Business travel accident insurance

### Eligibility

All full-time, part-time and part-time working less than 20 hours employees of Bank of America are participants in this Plan, including employees on international assignment. No special enrollment is necessary. Eligible employees are covered from their first day of service.

Spouses and dependent children are eligible for coverage while accompanying an employee on an authorized trip or relocation.

### Amount of coverage

You are covered for an amount equal to five times your annual base pay to a $3 million maximum (your **principal sum**) for accidental loss of life and a percentage of the principal sum for loss of limb, sight, speech or hearing caused by accidental bodily injuries while traveling on business for Bank of America.
- Spouse coverage: $150,000
- Dependent children coverage: $50,000

### Description of coverage

Your coverage provides 24-hour coverage while traveling on assignment for or at the direction of Bank of America anywhere in the world (excluding everyday commuting and as noted under **Exclusions**). Coverage begins at the actual start of a trip whether the point of origin is from your residence or regular place of employment, whichever occurs last. Coverage ends immediately upon return to your residence or regular place of employment, whichever occurs first.

You are also covered for losses resulting from accidental bodily injuries sustained as a result of a felonious assault or act of violence that occurs while you are on Bank of America premises.

You are covered for war risk worldwide except in Iraq, Iran, Afghanistan and Israel (West Bank and Gaza Strip), United States of America and your country of permanent residence. Acts of terrorism are covered.

### Cost

The cost of this benefit is paid entirely by Bank of America.

### Benefits

**Benefit amount** means the coverage amount as described under **Amount of coverage** that is applicable at the time of the accident. The loss must occur within one year of the accident. The benefit amount is reduced for employees and dependents over age 70.

The full benefit amount is payable for accidental loss of:
- Life
- Two or more members (hand or foot)
- Sight of both eyes
- Speech and hearing
- One member (hand or foot) and the sight in one eye
- Quadriplegia

Three quarters of the benefit amount is payable for accidental loss of:
- Paraplegia

One half the benefit amount is payable for accidental loss of:
- One member (hand or foot)
- Sight of one eye
- Speech or hearing
- Hemiplegia

One quarter of the benefit amount is payable for accidental loss of:
- Hearing in one ear
- Thumb and index finger of the same hand
- Uniplegia

**Loss** means:
- With respect to a hand, complete severance through or above the wrist
- With respect to a foot, complete severance through or above the ankle joint
- With respect to hearing in an ear, total and irrecoverable loss of the entire ability to hear in that ear
- With respect to speech, total and irrecoverable loss of the entire ability to speak
- With respect to sight of an eye, total and irrecoverable loss of the entire sight in that eye

If you have multiple losses as a result of one accident, only the single largest benefit amount applicable to the losses suffered will be paid.

In the event of multiple accidental losses (to more than one covered individual) arising from any one accident, the total payment for all such losses will be limited to a maximum of $50 million. Benefits will be proportionately divided among the Insured up to the maximum limit of insurance.

Bank of America Employee Health and Insurance                    Business travel accident insurance
Summary Plan Description 2013

---

## Additional coverage

The Plan also covers the following situations:

### Attendor benefit

If a repatriation of remains benefit becomes payable this benefits pays for expenses reasonably incurred for one person (referred to as the Attendor) to accompany the deceased Insured Person's remains from the place where death occurred to the deceased Insured Person's place of primary residence but not to exceed the cost of one round-trip economy airfare ticket. This benefit also pays for the Attendor's lodging and meals for up to 7 days, but: (a) only while the Attendor is away from his or her place of primary residence in connection with accompanying the deceased Insured Person's remains as described above; and (b) not to exceed $100 per day for lodging and $50 per day for meals.

### Bedside visitor benefit

If the Insured is confined to a hospital or other medical facility for 3 days or more due to an illness or Injury this benefit pays for expenses reasonably incurred to bring one person chosen by the Insured Person to and from the hospital or other medical facility where the Insured Person is confined if the place of confinement is outside a 100 mile radius from the Insured Person's place of primary residence but not to exceed the cost of one round-trip economy airfare ticket. This benefit also pays for lodging and meals for up to 7 days for such person in the area of such place of confinement, but: (a) only while the Insured Person remains so confined; and (b) not to exceed $200 per day for lodging and $75 per day for meals.

### Bereavement and trauma counseling benefit

This benefit provides coverage for bereavement and counseling expenses if an Insured Person receives benefits for accidental death, dismemberment, paralysis, coma or loss of use. The amount payable is $150 per session for up to 10 sessions, payable for up to one year after the date of the loss.

### Coma benefit

This benefit provides coverage for an accidental Injury that renders the Insured Person comatose within 90 days of the date of the accident and if the coma continues for a period of 30 consecutive days. The monthly benefit is 1% of the Insured Person's principal sum and continues as long as the Insured Person remains comatose due to that Injury, up to a maximum of 100 months.

### Common disaster benefit

If an Insured Person and his or her Insured Spouse suffer accidental death in the same accident within 90 days of the accident and an accidental death benefit is payable for both persons, the spouse's benefit will be increased to the lesser of $250,000 or 100% of the Insured's principal sum.

### Day care benefit

This benefit helps pay covered day care expenses equal to the lesser of 1) 10% of the Insured's principal sum; or 2) $8,000 maximum on behalf of eligible dependent children who are enrolled or who subsequently enroll in a day care facility within 90 days of the Insured's covered accidental death.

### Medical evacuation and repatriation benefit

This benefit covers the cost of medical evacuation for Injury and emergency sickness and repatriation associated with a covered loss (unlimited). Travel assistance services are provided by Travel Guard.

### Home alteration and vehicle modification benefit

This benefit provides an additional payment up to a maximum of $25,000 for covered home and vehicle modification expenses if an Insured Person suffers a loss where benefits are payable for a dismemberment, paralysis, coma or loss of use.

### Loss-of-use benefit

This benefit provides coverage for accidental Injury that results in the Insured Person losing the use of an arm, leg, hand or foot. This means there is a permanent and total inability of the limb to function, as determined by a Physician approved by the insurance company; there does not have to be actual severance of a limb. For this type of covered loss, the Plan pays a specified percentage of the loss-of-life benefit amount as outlined in the business travel accident policy.

### Out of country medical expense benefit

This benefit provides payment up to a maximum of $500,000 for emergency medical expenses for Injury or sickness while an Insured Person is traveling on a trip of less than 30 days outside his or her country of permanent residence on assignment for or at the direction of Bank of America.

### Permanent total disability benefit

If an Injury causes an Insured to be permanently totally disabled within 180 days of the accident that causes the Injury and if the total disability continues for a period of twelve months, a monthly benefit of 1% of the loss-of-life benefit up to a maximum of $1,000,000 will be paid. Benefit payments will start with the 13th consecutive month of the total disability.

### Rehabilitation benefit

This benefit provides an additional payment of a maximum of $50,000 for covered rehabilitation expenses if an Insured Person suffers a loss where benefits are payable for an accidental dismemberment, paralysis, coma or loss of use.

### Seat belt and air bag benefit

This benefit pays an additional 10% of the accidental loss-of-life benefit amount (up to a $50,000 maximum), if, at the time of accidental death, the Insured Person was wearing a seat belt while operating or riding in a private Passenger vehicle (excluding a race or contest of any kind). In addition, if the Insured Person is protected by a properly functioning, original factory-installed air bag that inflates on impact, an additional 10% loss-of-benefit amount (up to a $50,000 maximum) will be payable.

Bank of America Employee Health and Insurance                                                    Business travel accident insurance
Summary Plan Description 2013

*Severe burn benefit*

This benefit provides a payment if the Insured Person suffers an Injury that is a severe burn. The amount payable is a percentage of the Insured Person's principal sum based on the specific part of the body affected.

*Security evacuation benefit*

This benefit pays the covered expenses up to a $100,000 benefit maximum to take the Insured traveler to the nearest place of safety, as determined by our security consultants. Covered events include:

1) Expulsion from host country or being declared persona non-grata;
2) Political or military events involving a host country;
3) Verified physical attack or verified threat of physical attack from a third party;
4) The Insured Person is deemed kidnapped or a missing person by local or international authorities and his or her well-being is in question within seven days of his/her being found; and
5) natural disaster

*Tuition benefit*

This benefit provides a tuition benefit to the child or spouse of an Insured who suffers an accidental death where accidental death benefits are payable. The maximum benefit payable annually for a maximum of four years is the lesser of 10% of the Insured's principal sum or $8,000 per child or spouse. On the date of the Insured's death, (1) a child must be a full-time student at an Institution of Higher Learning above grade 12 or (2) is in grade 12 and subsequently enrolls as a full-time student in an Institution of Higher Learning within 365 days after the date of the Insured's death. The benefit will be paid for each year of the Child's continuous enrollment as a full-time student in an Institution of Higher Learning, to a maximum of four consecutive years or the date the child reaches age 23, whichever comes first. A spouse must be a student in an Institution of Higher Learning or a professional or trade training program or enroll within 30 months after the date of the Insured's death.

**Exclusions**

You are not covered for any loss caused by or resulting from the following situations (please see **BTA definitions** for additional details):

- Suicide or any attempt at suicide or intentionally self-inflicted Injury or any attempt at intentionally self-inflicted Injury.
- Travel or flight in or on (including getting in or out of, or on or off of) any vehicle used for aerial navigation, whether as a Passenger, pilot, operator or crew member, unless specifically provided by this policy.
- Declared or undeclared war, or any act of declared or undeclared war unless specifically provided by this policy.
- Sickness, disease, mental incapacity or bodily infirmity whether the loss results directly or indirectly from any of these.
- Infections of any kind regardless of how contracted, except bacterial infections that are directly caused by botulism, ptomaine poisoning or an accidental cut or wound independent and in the absence of any underlying sickness, disease or condition including but not limited to diabetes.
- Full-time active duty in the armed forces, National Guard or organized reserve corps of any country or international authority. (Unearned premium for any period for which the Insured Person is not covered due to his or her active duty status will be refunded.) (Loss caused while on short-term National Guard or reserve duty for regularly scheduled training purposes is not excluded.)
- The Insured Person being under the influence of intoxicants while operating any vehicle or means of transportation or conveyance.
- The Insured Person being under the influence of drugs unless taken under the advice of and as specified by a Physician.
- The Insured's commission of or attempt to commit a felony.
- The medical or surgical treatment of sickness, disease, mental incapacity or bodily infirmity whether the loss results directly or indirectly from the treatment.
- Stroke or cerebrovascular accident or event; cardiovascular accident or event; myocardial infarction or heart attack; coronary thrombosis; aneurysm.

**Beneficiary**

Your beneficiary for your business travel accident death benefit is the same as your associate basic life insurance beneficiary, unless you name a different beneficiary for business travel accident insurance. If you die without a surviving designated beneficiary, or if you are an employee who is part-time working less than 20 hours, benefits will be paid pursuant to the business travel accident policy.

**Submitting claims**

The Bank of America Global HR Service Center will assist you or your beneficiaries for benefits under this Plan.

*Notice of Claim*

Written notice of claim must be given within 20 days after an Insured Person's loss, or as soon thereafter as reasonably possible. Notice given by or on behalf of the claimant to AIG Accident & Health Claims Department, P.O. Box 25987, Shawnee Mission, KS 66225-5987, with information sufficient to identify the Insured Person, is deemed notice.

*Proof of Loss*

Written proof of loss must be furnished within 180 days after the date of the loss. If the loss is one for which the Policy requires continuing eligibility for periodic benefit payments, subsequent written proofs of eligibility must be furnished at such intervals as the insurance carrier may reasonably require. Failure to furnish proof within the time required neither invalidates nor reduces any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required.

**When coverage ends**

Business travel accident insurance ends on your last day of employment. Conversion and continuation options are not available for business travel accident insurance.

**BTA Definitions**

The following definitions apply only to the business travel accident insurance coverage described in this section. See the National Union Fire Insurance Company of Pittsburgh's *Description of Coverage* for additional defined terms.

**Injury** means bodily Injury caused by an accident that: (1) occurs while the policy is in force as to the person whose Injury is the basis of claim; (2) occurs under the circumstances described in a hazard applicable to that person; and (3) results directly and independently of all other causes in a loss covered under a benefit applicable to such hazard. See the table of hazards, benefits and riders in the National Union Fire Insurance Company of Pittsburgh's *Description of Coverage* for applicability.

**Insured** means a person: (1) who is a member of an eligible class of persons as described in the **Eligibility** section; (2) for whom premium has been paid; and (3) while covered under the policy. However, an Insured does not include any person covered under the policy solely as an Insured dependent.

**Insured Dependent** means an Insured Spouse or Insured Dependent Child.

**Insured Dependent Child** means the Insured's Eligible Dependent Child as described in the Classification of Eligible Persons section of the Declarations section of this Policy: (1) for whom premium has been paid; and (2) while covered under this Policy.

**Insured Person** means an Insured or an Insured Dependent.

**Passenger** means a person not performing as a pilot, operator or crew member of a conveyance.

**Physician** means a licensed practitioner of the healing arts acting within the scope of his or her license who is not: 1) the Insured Person; 2) an immediate family member; or 3) retained by Bank of America.

## About this section

This summary and the National Union Fire Insurance Company of Pittsburgh's *Description of Coverage* comprise the summary plan description (SPD) for the Business Travel Accident Insurance Plan as of January 2013. This SPD replaces all prior descriptions of this plan, including, but not limited to, the *Bank of America Associate Handbook 2010.* This SPD is intended to provide an easy-to-understand explanation of participant benefits.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 157 of 196
Bank of America Employee Health and Insurance                    Employee Assistance Program
Summary Plan Description 2013

# Employee Assistance Program

## Eligibility

The Employee Assistance Program (EAP) is available to all active U.S.-based employees on the date that they begin active employment.

No enrollment is necessary in order to be eligible for this benefit. You are not required to be enrolled in a Bank of America medical, dental or vision plan in order to be eligible for the EAP. The EAP is also available at no cost to all members of your household, whether they are family members or not, and regardless of whether they are dependents under your medical, dental or vision plan. An employee on international assignment should contact the International Benefits team at **1.212.852.2020** for specific information regarding access to the EAP.

Eligibility ends 18 months after you leave the company. EAP services continue if you are on disability or a leave of absence (including Workers' Compensation).

If you die during employment with Bank of America, EAP benefits will continue to be available to your spouse/domestic partner and anyone who lives in your household for 36 months following your death.

## Services

The EAP is available 24 hours a day, seven days a week, and allows for up to three face-to-face counseling sessions per incident at no cost. Sessions must be provided by a participating EAP counselor and arranged through the EAP Call Center at **1.877.444.1012**. If additional counseling beyond three visits is required and you are enrolled in an Aetna medical plan, the Aetna EAP will assist you in obtaining continuation of therapy with the same counselor using the behavioral health portion of your medical benefit.

More information is available online at **aetnaeap.com**, select program "Aetna EAP", and enter ID: EAP4BANK.

**LifeCare®**

LifeCare is a resource and referral program designed to assist you in balancing work, life and personal issues. Services include referrals for child and adult care, assistance with parenting, child development, educational, and everyday issues (e.g., home and automotive assistance, relocation), as well as legal and financial consultations and referrals.

Legal services are available for up to three 30-minute telephone or in-person consultations per year. Legal topics include general law mediation services and special needs, including emergency matters. Legal fees for services provided by network attorneys beyond the initial consultation are discounted[1] by 25% (excluding flat legal fees, contingency fees, and plan mediator services). The initial consultation does not include document review. Initial consultations and discounted services must be for legal matters related to the employee.

Financial consultations are available for up to three 30-minute telephone consultations per year. Topics are limited to credit repair, debt management or debt consolidation.

You may use this service through your last day of employment. If you are severed or divested from Bank of America your eligibility for LifeCare ends 18 months after you leave the company.

Contact LifeCare at **1.877.444.1012** for additional information or to access the benefit.

## Cost

Bank of America pays the cost for EAP services. You may pay the costs of any services to which the EAP may refer you or a member of your household for additional assistance.

## Confidentiality

All contact with the EAP and LifeCare is confidential to the extent permitted by law. No information about your individual counseling sessions will be released unless you give permission. There are three situations in which the EAP is currently required by law to release information:

- If, during the course of your EAP session(s), it is determined that you are dangerous to yourself or others, Aetna EAP will disclose information to the proper authorities to protect you or others from harm.
- If, during the course of your EAP session(s), information comes to light indicating child abuse or abuse of disabled adults, Aetna EAP may be required by law to report to the appropriate authorities.
- If Aetna EAP receives a court order to produce records, it is required by law to do so.

Refer to the Aetna Privacy Notices for more information. The Privacy Notices are available online at **aetnaeap.com** select program "Aetna EAP", and enter ID: EAP4BANK.

---

[1] Discounted hourly rates are not guaranteed to be the least expensive available.

# Short-term Disability

## Purpose

Bank of America provides time off from work and benefits that replace a portion of income if you are disabled, up to a maximum of 26 weeks from the date of your disability, as determined by the Short-term Disability (STD) Claims Administrator and a treating health care provider. For purposes of determining eligibility for STD benefits, disabled is defined as your inability to perform your essential occupation functions, including working your regularly scheduled hours, for more than seven consecutive calendar days because of a pregnancy, illness, injury, organ donation, non-elective surgery or hospitalization.

## Eligibility

- A full- or part-time U.S. employee with a minimum of one year of continuous service as of the date of disability may be eligible for STD. Continuous service for purposes of eligibility for STD benefits generally is measured from your most recent hire date (including if you are rehired after more than 180 days).
- An employee on international assignment should contact the International Benefits Team for specific information regarding leave of absence and time off from work provisions while on assignment.
- An employee must be actively at work or on a paid Parental Leave as of the date of disability to be eligible for benefits.
- An employee on Personal Leave or Family Care Leave due to the employee's own pregnancy may be eligible to switch to STD upon the birth of the child.
- An employee must be receiving appropriate care and treatment on a continuing basis from an eligible treating health care provider while on STD.
- A treating health care provider is defined as a legally licensed Medical Doctor, Advanced Practice Registered Nurse (APRN), Nurse Practitioner (NP) and/or a Physician Assistant (PA) who is treating the employee for a medical condition.

Appropriate care and treatment must meet the following conditions:

- It is received from an eligible health care provider listed above whose medical training and clinical experience are suitable for treating the disability
- It is necessary to meet basic health needs and is of demonstrable value
- It is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and government agencies
- It is consistent with the diagnosis of the condition
- It has the purpose of maximizing medical improvement

Non-psychiatrist health care providers may provide treatment for up to 30 days for behavioral health or substance abuse conditions.

Bank of America reserves the right to request a second opinion as a condition of benefit continuation. Benefits are payable, after the seven day elimination period, as long as the disability continues, for up to 26 weeks. After 26 weeks of continuous disability, an employee may be eligible to apply for Long-term Disability (LTD) benefits.

If you do not qualify for STD, you may qualify for unpaid Medical Leave as determined by the Leaves Administrator.

## Applying for STD benefits

First, contact your manager and follow the specific requirements of your line of business (LOB) regarding reporting a leave of absence.

Second, contact the STD Claims Administrator to initiate a claim within 15 calendar days of the date of disability. Aetna is the STD Claims Administrator for Bank of America. Contact Aetna at **1.877.444.1012**. Aetna has been delegated full discretionary authority to administer and decision such claims.

Failure to report a claim within 15 calendar days will result in a denial of the claim and benefits, unless claim initiation is not practical due to circumstances such as a loss or impairment of cognitive function.

When you contact the STD Claims Administrator, you should be ready to provide:

- The date of the last day worked
- The first date of disability
- The date you were or will be first treated for the condition
- The nature of the disability and expected return to work date
- The name, address and telephone number of the treating health care provider

Third, you or your health care provider must submit any required supporting medical documentation within 15 calendar days of contacting the STD Claims Administrator to initiate your claim. Although the STD Claims Administrator will contact the treating health care provider, it is your responsibility to ensure the treating health care provider provides the requested information to the STD Claims Administrator. Failure to provide the requested medical information within the 15 calendar day period may result in a denial of the claim and a lapse in benefits.

**Note:** Bank of America system access is revoked on the effective date of your leave.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 159 of 196
Bank of America Employee Health and Insurance
Summary Plan Description 2013                                                    Short-term Disability

## Extension of Short-term Disability

During an approved period of STD and prior to the expected return to work date, if you are within the 26-week STD period maximum and would like to extend STD, you should contact your manager to provide an updated anticipated return date. In addition, you must contact the STD Claims Administrator to request an extension of your STD period.

## Benefit payments

You will receive benefit payments through the regular payroll process. All deductions, including required contributions for health and insurance coverage, 401(k) contributions, tax withholdings and garnishments will continue. Employer-paid STD benefits are considered taxable income.

STD benefits replace income at 100% of your base pay for up to eight weeks, and then at 70% of your base pay for up to an additional 17 weeks after taxes when combined with any other available disability benefits, such as Workers' Compensation and state disability insurance benefits.

STD benefits are based on the amount of salary or wages you were receiving on the day before a period of disability started, calculated on a weekly basis (not including overtime). For commissioned employees, STD benefits will be based on the annual benefits base rate (ABBR) determined for each employee by Bank of America for benefits purposes.

If you are not actively at work on the date your pay rate changes, your new base pay rate will take effect after you are again actively at work.

| Week of disability | STD benefits |
|---|---|
| **Week 1** | Unpaid elimination (waiting) period<br><br>(Must be funded with accrued but unused occasional illness or sickness benefit days) |
| **Weeks 2-9** | 100% of weekly base pay or ABBR |
| **Weeks 10-26** | 70% of weekly base pay or ABBR |

STD and Maternity Leave run concurrently for the disability period. An employee on STD and Maternity Leave is eligible for up to 12 weeks of Maternity Leave pay beginning with the date of birth, regardless of the number of full pay weeks previously used for STD.

STD benefits will be offset by other disability benefits you are eligible to receive such as applicable state disability insurance, Federal Social Security Act or Workers' Compensation benefits, third party liability recovery, or life insurance coverage which provides benefits for permanent and total disability.

The STD Claims Administrator will administer the state disability benefits for an employee working in New York, New Jersey or Hawaii. The New York, New Jersey and Hawaii state disability benefits plans are non-contributory. An employee working in California or Rhode Island should contact the state's disability department directly to apply for state disability benefits.

You are not eligible for any paid holidays that are observed during paid or unpaid disability leave.

If you are on STD, you are not eligible to switch to another type of leave (except as required by law or for pregnancy-related STD to Maternity Leave or for any type of STD to Medical Leave) until the initial disability has resolved, according to the STD Claims Administrator and your treating health care provider.

Any STD benefits you receive for which you are not eligible will be considered an overpayment from the Bank of America Short-term Disability Plan. The overpayment amount will be withheld from pay, or otherwise recovered, to the extent permitted by law.

## Waiting period

- The first seven calendar days of disability is the STD waiting period.
- The seven-day waiting period will first be funded with your available occasional illness or sickness benefit days, if applicable.
- You may use any available vacation and purchased time off to fund the waiting period. Occasional illness days, sickness benefits days, vacation, and purchased time off may not be used to supplement any paid portion of the leave.
- After the seven-day waiting period, STD leave is funded using your STD benefits as described above.

## Special provisions for former BankAmerica employees

Former BankAmerica employees will retain accrued sickness benefit days as of Dec. 31, 2000 [commonly referred to as grandfathered sick days (GFS)]. After this date, no additional sickness benefit days accrued. (Former Washington Division employees retained sickness benefit days accrued as of March 17, 2002).

Accrued sickness benefit days will be used first to fund any STD leave at 100% of pay. This will not extend the time you will receive STD benefits. However, if any sickness benefit days remain after the 100% STD benefit ceases, you can continue to use those days to remain at 100% as long as the medical condition would meet the requirement for receiving STD benefits. Sickness benefit days will run concurrently with the STD benefit and will allow pay to remain at 100% until sickness benefit days are exhausted, at which time the STD benefit will drop to the appropriate percentage.

## What the STD Plan does not cover

Benefits are not paid in the following circumstances:
* For the first seven consecutive calendar days of disability
* For more than 26 weeks of continuous disability
* For any period during which you are not receiving appropriate care and treatment on a continuing basis from a legally licensed eligible health care provider listed above
* For a disability caused by or resulting from injuries sustained in the commission of a crime or attempt to commit a crime
* For a disability resulting from acts of war, participation in a riot, insurrection, rebellion or civil commotion
* For a disability that begins after you receive a written severance package
* For a disability that begins while you are in a job search period
* To care for a disabled family member or person other than yourself
* If you do not meet eligibility requirements, including a disability that began prior to one year of continuous service
* If you fail to have a physical examination and/or provide satisfactory objective medical evidence of disability or continuing disability or other information requested by the STD Claims Administrator
* If you cease to be disabled from your own job or refuse any equivalent job that Bank of America may offer
* If you fail to comply with the requirements of the treating provider
* If employment with Bank of America ends
* If you attempt to defraud the STD plan
* For elective treatment

## When STD benefits end

STD benefits automatically end on the earliest of the following:
* When you reach the maximum benefit period of 26 weeks
* When you are no longer considered disabled by your treating health care provider and/or the STD Claims Administrator
* When you are capable of performing the essential functions of your occupation
* When you fail to have a physical examination and/or provide satisfactory objective medical documentation of continuing disability when requested by the STD Claims Administrator
* When you refuse to cooperate or to participate in a program of medical treatment as prescribed by the treating provider and approved and recommended by the STD Claims Administrator
* When employment ends
* When you die

## Benefits coverage during leave

While on STD, you are eligible to continue participating in most health and insurance plans provided through the Bank of America Group Benefits Program. You must continue to pay any required contributions. Failure to pay required contributions will result in termination of health and insurance benefits coverage. Bank of America will continue to pay the company's portion of your health and insurance benefits up to 26 weeks from the date the leave begins as long as your required contributions are paid.

Please see **Other important information** for COBRA information for health benefits.

## Return to work

You are expected to return to work on the first business day immediately following the conclusion of an STD leave, unless on another approved leave. Bank of America reserves the right to require a medical release from the treating health care provider and/or a health care provider selected by Bank of America before you can return to work. Failure to return to work immediately following STD leave may result in disciplinary action, up to and including termination. If while on STD, you decide not to return to work at Bank of America, you must notify your manager as soon as possible.

If you have temporary or permanent restrictions, you must contact the STD Claims Administrator and your manager the same day restrictions are imposed by your treating health care provider. Temporary, modified (light) duty may be available for up to 29 calendar days with the manager's approval. You must be able to return to work to your regularly scheduled hours for light duty. If you are not able to return to full duty after 29 calendar days for the same medical condition, you will resume time off from work under the STD plan and will remain subject to the terms and conditions of the open (or existing) STD leave.

If you remain disabled for more than 26 weeks, you may apply for LTD benefits. If you do not qualify for LTD but remain disabled for more than 26 weeks, you may apply for Medical Leave.

## Multiple disability claims

If you return to work and become disabled again for the same medical condition within 30 calendar days of the return to work:

- The disability will be considered a continuation of the previous STD claim
- A new seven day elimination (waiting) period will not be required
- Your STD benefits will continue to be based on your pre-disability earnings that were used to calculate your benefits that were paid during your original STD leave period prior to returning to work
- The period of active work will not count toward the maximum benefit period of 26 weeks
- Disability benefits will not be paid for the period of active work

If you become disabled again with the same medical condition more than 30 calendar days after the return to work, or present a claim for an unrelated medical condition, it will be considered as a new disability and the seven calendar day elimination period must be satisfied.

## Coordination with other disability benefits and/or leaves

### Bank of America Medical Leave

STD and Bank of America's Medical leave will run concurrent from the date of disability. The employee may qualify for Medical leave if the employee is not eligible for STD and/or exhausts STD benefits.

### Family and Medical Leave Act (FMLA)

An employee on STD may be eligible for job protected leave for up to 12 work weeks in a rolling 12-month period in accordance with FMLA. To be eligible for FMLA job protection, you must have:

- Been employed for at least one year
- Worked at least 1,250 hours in the 12 months immediately prior to the leave commencement
- Not yet exhausted the maximum weeks of FMLA leave in a rolling 12-month period

Bank of America will apply all qualifying FMLA leaves under STD against the maximum weeks of leave entitlement in a rolling 12-month period.

If you are returning from leave that is protected under FMLA, you will be reinstated to the same position or an equivalent position with equivalent pay, benefits, and other terms and conditions of employment unless you are a key employee as defined in the Family and Medical Leave Act (i.e., a salaried employee who is among the highest paid 10% of employees within 75 miles of the work site). For leave not protected under FMLA or another applicable law, you may be eligible for job assistance upon release to return to work.

Job protection under FMLA does not apply if you voluntarily resign prior to or during the leave.

### Other Laws

You may be entitled to additional disability, leave and/or job protection under other federal or state laws.

This summary describes Bank of America policy and does not supersede any rights under federal or state law. In some cases, the Bank of America policy is more generous than federal or state law.

Contact the STD Claims Administrator for additional information and to request applicable state disability and/or leaves benefits. For information regarding a job search, contact the Global HR Service Center.

# Long-term Disability

## Purpose

Bank of America provides you with time off from work and benefits that replace a portion of your income if you are disabled for more than 180 consecutive calendar days or at the end of Short-term Disability (STD), whichever is greater. For the purposes of the Bank of America Long-term Disability (LTD) Plan (the Plan), disabled is defined as a direct result of a significant change in your physical or mental condition occurring while you are insured under this Plan.

## Eligibility

- Any full- or part-time U.S. employee with at least one full month of continuous service, not including the month of hire, as of the date of disability may be eligible.
- You must be under the regular care of a physician (see the **LTD definitions** section). You will not be deemed to be under the regular care of a physician more than 31 days before the date he or she has seen and treated you in person for the disease or injury that caused the disability.
- From the date that you first become disabled and until monthly benefits are payable for 18 months, you will be deemed to be disabled on any day if:
  – You are not able to perform the material duties of your own occupation solely because of disease or injury, and
  – Your work earnings are 80% or less of your adjusted predisability earnings (see the **LTD definitions** section).
- After the first 18 months that your monthly benefit is payable during a period of disability, you will be deemed to be disabled on any day if you are not able to work at any reasonable occupation solely because of a disease or injury.
- If your own occupation requires a professional or occupational license or certification of any kind, you will not be deemed to be disabled solely because of the loss of that license or certification.

## Active at work

If you happen to be ill or injured and away from work on the date your coverage would take effect, the coverage will not take effect until the date you return to work to your regular part- or full-time schedule. You will be considered to be active at work on any of your employer's scheduled work days if on that day you are performing the regular duties of your job for the number of hours you are normally scheduled to work. In addition, you will be considered to be active at work on the following days:

- Any day which is not one of your employer's scheduled work days if you were active at work on the preceding scheduled work day
- A normal vacation day

This rule also applies to an increase in your coverage. If you are not actively at work on the date your coverage increases, your increased coverage will take effect on the date you are again actively at work.

## Coverage options

Bank of America provides full-time employees with basic LTD coverage equal to 50% of monthly predisability earnings at no cost to the employee (see the **LTD definitions** section).

Full- and part-time employees may purchase (buy-up) supplemental coverage on a pre-tax basis when first eligible, during Annual Enrollment or through a qualified status change.

If you are a full-time employee, you may purchase additional LTD coverage that will bring your total LTD coverage to either:

- 60% of monthly predisability earnings, excluding any bonus amount
- 60% of monthly predisability earnings, including any eligible bonus amount [**Note:** This option is only available if you have an eligible bonus amount for the plan year based on the performance year that most recently ended prior to Annual Enrollment (for example, an eligible bonus amount for the 2013 plan year is based on the 2011 performance year).]

If you are a part-time employee, you may purchase LTD coverage equal to:

- 50% of monthly predisability earnings
- 60% of monthly predisability earnings, excluding any bonus amount
- 60% of monthly predisability earnings, including any eligible bonus amount [**Note:** This option is only available if you have an eligible bonus amount for the plan year based on the performance year that most recently ended prior to Annual Enrollment (for example, an eligible bonus amount for the 2013 plan year is based on the 2011 performance year).]

The maximum monthly benefit for all eligible employees under this Plan, together with all other income benefits, is $30,000.

The minimum monthly benefit for all eligible employees under this Plan is the greater of:

- $100
- 10% of your scheduled monthly LTD benefit or, if less, 10% of the maximum monthly benefit

The amount that you pay for LTD coverage depends on the following:

- Your age
- The level of coverage you elect when you are first eligible, during Annual Enrollment or through a qualified status change
- Whether you are a full- or part-time employee

If your predisability earnings pay rate changes during the year, your LTD coverage amount and the premium charged will be adjusted accordingly. If you are not actively at work on the date your pay rate changes, the new monthly benefit amount will take effect on the date you are again actively at work.

## Applying for LTD benefits

First, contact your manager and follow the specific requirements of your line of business (LOB) regarding reporting an absence/leave.

Second, contact the LTD Claims Administrator to initiate a claim. Aetna is the LTD Claims Administrator for Bank of America. Contact Aetna at **1.877.444.1012**.

When you contact the LTD Claims Administrator, you will need to provide:
- The date of the last day worked
- The first date of disability
- The date you were first treated for the condition
- The nature of the disability and expected return to work date
- The name, address and telephone number of the treating physician

Although the LTD Claims Administrator will contact the treating physician, it is your responsibility to ensure the physician provides the requested information to the LTD Claims Administrator. In the event the physician does not provide the requested information, a lapse in benefits or denial of benefits may occur.

Your claim must give proof of the nature and extent of the loss. The LTD Claims Administrator may require copies of documents to support your claim, including data about any other income benefits. You must also provide the LTD Claims Administrator with authorizations to allow it to investigate your claim and your eligibility for and the amount of other income benefits. You must furnish such true and correct information as the LTD Claims Administrator may reasonably request.

The deadline for filing a claim for benefits is 90 days after the end of the elimination period. If, through no fault of your own, you are not able to meet the deadline for filing a claim, your claim will be accepted if you file as soon as possible but not later than one year after the deadline unless you are legally incapacitated. Otherwise, late claims will not be covered.

## LTD benefit payments

Monthly benefits will be payable if a period of disability starts while you are covered and continues during and past the elimination period.

Benefits will be paid to you at the end of each calendar month during the period for which benefits are payable. Benefits for a period less than a month will be prorated. This will be done on the basis of the ratio, to 30 days, of the days of eligibility for benefits during the month. Any unpaid balance at the end of the LTD Claims Administrator's liability will be paid within 30 days of receipt by the LTD Claims Administrator of the due written proof.

The LTD Claims Administrator may pay up to $1,000 of any benefit to any of your relatives whom it believes to be fairly entitled to it. This can be done if the benefit is payable to you and you are a minor or not able to give a valid release. It can also be done if a benefit is payable to your estate.

Disability benefits will be reduced by the amount you are eligible to receive under other income benefits. The monthly benefit is an amount based on your monthly predisability earnings (See the **LTD Definitions** section). Other income benefits, as defined later, are taken into account.

**If no other income benefits are payable for a given month**, the monthly benefit payable under this Plan for that month will be the lesser of the scheduled monthly LTD benefit or the maximum monthly benefit.

**If other income benefits are payable for a given month**, the monthly benefit payable under this Plan for that month will be the lesser of the benefits listed below minus all other income benefits, but not less than the minimum monthly benefit:
- The scheduled monthly LTD benefit
- The maximum monthly benefit

## Other income benefits that reduce LTD benefits

Other income benefits include those which are payable to you, your spouse, your children or your dependents due to your disability or retirement.

LTD benefits will be reduced by other income benefits, which include:
- 50% of any award provided under The Jones Act or The Maritime Doctrine of Maintenance, Wages and Cure
- Disability, retirement, or unemployment benefits required or provided for under any law of a government

Examples are:
- Unemployment compensation benefits
- Temporary, permanent, partial or total disability benefits under any state or federal Workers' Compensation law or any other like law, which are meant to compensate the worker for any one or more of the following: loss of past and future wages; impaired earning capacity; lessened ability to compete in the open labor market; any degree of permanent impairment; and any degree of loss of bodily function or capacity
- Benefits under the Federal Social Security Act, the Railroad Retirement Act, the Canada Pension Plan and the Quebec Pension Plan
- Veterans' benefits
- Statutory disability benefits
- Disability or unemployment benefits under any plan or arrangement of coverage as a result of employment by or association with Bank of America, or as a result of membership in or association with any group, association, union or other organization; this includes both plans that are insured and those that are not
- Unreduced retirement benefits for which you are or may become eligible under a group pension plan at the later of age 62, and the Plan's Normal Retirement Age, but only to the extent that such benefits were paid for by an employer
- Voluntarily elected retirement benefits received under any group pension plan; but only to the extent that such benefits were paid for by an employer

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Long-term Disability

## Lump sum and periodic payments from any other income benefits

Any lump sum or other periodic income payments that you receive will be prorated on a monthly basis over the period of time for which the payment was made. If a period of time is not indicated, the LTD Claims Administrator will prorate the payments over a reasonable period of time, taking into account the expected length of disability benefits and other relevant factors. That part of the lump sum or periodic payment that is for disability will be counted, even if it is not specifically apportioned or identified as such. If there is no proof acceptable to the LTD Claims Administrator as to what that part reasonably is, 50% will be deemed to be for disability. Any of these other income payments that date back to a prior date may be allocated on a retroactive basis.

## Estimated payments

The amount of other income benefits for which you appear to be eligible will be estimated, unless you have signed and returned a reimbursement agreement to the LTD Claims Administrator. This agreement contains your promise to repay the LTD Claims Administrator for any overpayment of benefits made to you. If other income benefits are estimated, your monthly benefit will be adjusted when the LTD Claims Administrator receives proof:

- Of the exact amount awarded, or
- That benefits have been denied after review at the highest administrative level

The LTD Claims Administrator will pay you if adjustments result in any underpayment in your monthly benefit. You will have to repay the LTD Claims Administrator if any overpayment results. When the LTD Claims Administrator has to take legal action against you to recover any overpayment, you will also have to pay the LTD Claims Administrator's reasonable attorney's fees and court costs, if the LTD Claims Administrator prevails.

## Required proof of income

The LTD Claims Administrator has the right to require proof that:

- You, your spouse, child, or dependent has made application for all other income benefits which you or they are or may be eligible to receive relative to your disability, and has made a timely appeal of any denial through the highest administrative level; timely appeal means making such an appeal as required, but in no case later than 60 days from the latest denial
- The person has furnished proof needed to obtain other income benefits, which includes, but is not limited to, Workers' Compensation benefits
- The person has not waived any other income benefits without the LTD Claims Administrator's written consent
- The person has sent copies of the documents to the LTD Claims Administrator showing the effective dates and the amounts of other income benefits

In addition to the above, for purposes of Federal Social Security, when a timely application for benefits has been made and denied, a request for reconsideration must be made within 60 days after the denial, unless the LTD Claims Administrator states, in writing, that it does not require you to do so. Also, if the reconsideration is denied, an application for a hearing before an Administrative Law Judge must be made within 60 days of that denial unless the LTD Claims Administrator relieves you of that obligation.

The LTD Claims Administrator also requires proof of income you receive from any occupation for compensation or profit.

You do not have to apply for:

- Retirement benefits paid only on a reduced basis
- Disability benefits under group life insurance if they would reduce the amount of group life insurance

However, if you do apply for and receive these benefits, they will be deemed to be other income benefits for which proof is required.

If you do not furnish proof of other income benefits, the LTD Claims Administrator reserves the right to suspend or adjust benefits by the estimated amount of such other income benefits.

## Effect of increases in other income benefits on monthly benefits

Increases in the level of other income benefits due to the following will be considered **other income benefits**:

- A change in the number of your family members
- A recomputation or recalculation to correct or adjust your benefit level as first established for the period of disability
- A change in the severity of your disability

There may be cost of living increases in the level of other income benefits received from a governmental source during a period of disability. These increases will not be deemed to be other income benefits.

There may be cost of living or general increases in the level of other income benefits from a non-governmental source during a period of disability. These increases will not be considered other income benefits to the extent they are based on the annual average increase in the Consumer Price Index.

Bank of America Employee Health and Insurance                                   Long-term Disability
Summary Plan Description 2013

## Other income benefits which do not reduce LTD benefits

The amount of any retirement or disability benefits you were receiving from the following sources before the date you become disabled under this LTD Plan will not reduce your monthly benefits:
- Military and other government service pensions
- Retirement benefits from a prior employer
- Veterans' benefits for service related disabilities
- Individual disability income policies
- Federal Social Security Act

Also, the amount of any income or other benefits you receive from the following sources will not reduce your monthly benefits:
- Profit sharing plans
- Thrift plans
- 401(k) plans
- Keogh plans
- Employee stock option plans
- Tax sheltered annuity plans
- Severance pay
- Individual disability income policies
- Individual retirement accounts (IRAs)

**Other income that does not reduce LTD benefits**

Any monthly benefit actually payable will be reduced by other income benefits. In figuring any monthly benefit, other income benefits do not include income from any employer or income from any occupation for compensation or profit. If you work while disabled, any monthly benefit payable is adjusted as described in the following section.

**LTD benefit adjustment while disabled and working**

If, while monthly benefits are payable, you have income from:
- Any employer
- Any occupation for compensation or profit

Which is more than 20% of your adjusted predisability earnings; the monthly benefit will be adjusted as follows:
- During the first 12 months that you have such income, the monthly benefit will be reduced only to the extent the sum of the amount of that income and the monthly benefit payable, without any reduction for other income benefits, exceeds 100% of your adjusted predisability earnings.

Thereafter, the monthly benefit will be the product of (A divided by B) x C where:
- A = Your adjusted predisability earnings minus such income.
- B = Your adjusted predisability earnings.
- C = The monthly benefit payable.

Income means income you receive while disabled and working from the bank and from any other employer. However, any income received from another employer will be considered income only to the extent that it exceeds the amount of income you were receiving from such employer immediately before the date a period of disability started.

**Maximum benefit duration**

Your period of disability will end on the later of:
- The calendar month in which you reach normal retirement age, as determined by the 1983 Amended Social Security Normal Retirement Age
- The expiration of the number of months of disability after the elimination period is met, as figured from the first table below, if your period of disability starts on or after the date you reach age 60 (unless your period of disability ends earlier than the maximum benefit duration schedule)

| Age when period of disability starts | Months of disability |
|---|---|
| 60 but less than 61 | 60 months |
| 61 but less than 62 | 48 months |
| 62 but less than 63 | 42 months |
| 63 but less than 64 | 36 months |
| 64 but less than 65 | 30 months |
| 65 but less than 66 | 24 months |
| 66 but less than 67 | 21 months |
| 67 but less than 68 | 18 months |
| 68 but less than 69 | 15 months |
| 69 and over | 12 months |

### 1983 Amended Social Security Normal Retirement Age

| Year of birth | Normal retirement age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943 to 1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| After 1959 | 67 |

**Examinations and evaluations**

The LTD Claims Administrator will have the right and opportunity to examine and evaluate any person who is the basis of any claim at all reasonable times while that claim is pending or payable. This will be done at the LTD Claims Administrator's expense.

**Legal action**

No legal action can be brought to recover any benefit after three years from the deadline for filing claims.

**Recovery of overpayments**

If payments are made in amounts greater than the benefits that you are entitled to receive, the LTD Claims Administrator has the right to do any one or all of the following:
- Require you to return the overpayment on request
- Stop payment of benefits until the overpayment is recovered
- Take any legal action needed to recover the overpayment
- Place a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any other income, whether on a periodic or lump sum basis

If the overpayment occurs as a result of your receipt of other income benefits for the same period for which you have received a benefit under this Plan and advocate or legal fees were incurred to obtain such other income benefits, the LTD Claims Administrator will exclude such advocate or legal fees from the amount to be recovered, provided you return the overpayment to the LTD Claims Administrator within 30 days of the LTD Claims Administrator's written request for the overpayment.

If you do not return the overpayment to the LTD Claims Administrator within 30 days, such fees will not be excluded; you will remain liable for repayment of the total overpaid amount.

Examples of other income referred to in the preceding paragraph are:
- Workers' Compensation
- Federal Social Security benefits

**Contract not a substitute for Workers' Compensation insurance**

The group contract is not in lieu of and does not affect Workers' Compensation benefits. However, any Workers' Compensation benefits are considered other income benefits.

**Survivor benefit**

If you die while disabled, a single, lump sum benefit will be paid under this provision if:
- There is an eligible survivor (See the **LTD definitions** section)
- A monthly benefit was payable under this Plan

The benefit amount will be:
- Three times the monthly benefit, not reduced by other income benefits, for which you were eligible in the full month just before the month in which you die

If you die before you are eligible for one full monthly benefit, however, the benefit will be:
- Three times the monthly benefit, not reduced by other income benefits for which you would have been eligible if you had not died, for the first full month after the month in which you die

Bank of America Employee Health and Insurance                                    Long-term Disability
Summary Plan Description 2013

**How the survivor benefit will be paid**

The benefit will be paid as soon as the necessary written proof of your death and disability status is received.

The benefit will be paid to your eligible surviving spouse, if any. Otherwise, it will be paid in equal shares to your eligible surviving children. If monthly benefit payments are made in amounts greater than the monthly benefits that you are entitled to receive, the LTD Claims Administrator has the right to first apply the survivor benefit to any such overpayment. The LTD Claims Administrator may pay the benefit to anyone who, in the LTD Claims Administrator's opinion, is caring for and supporting the eligible survivor or, if proper claim is made, pay the benefit to an eligible survivor's legally appointed guardian or committee.

**Assignment of insurance**

Coverage may be assigned only with the consent of the LTD Claims Administrator.

**Approved rehabilitation program**

The LTD Claims Administrator retains the right to evaluate you for participation in an approved rehabilitation program. This Plan will pay for all services and supplies, approved in advance by the LTD Claims Administrator, needed in connection with such participation, except for those for which you can otherwise receive reimbursement from any third party payor, including any governmental benefits to which you may be entitled. During your active participation in an LTD Claims Administrator approved rehabilitation program, the LTD Claims Administrator will pay you an additional 10% of your monthly benefit after all applicable reductions for other income benefits. Not more than a maximum of $1,000 monthly, for a one time maximum of six consecutive months for each period of disability will be paid.

**Child care benefit**

If you are a participant in an approved rehabilitation program and you have a dependent child (see the **LTD definitions** section), the benefit payable under this Plan may be increased as described below.

Starting after the first six months of a period of disability for which a monthly benefit is payable, the benefit payable will be increased by an amount equal to the amount charged by a licensed day care provider for the care of such child while you are such a participant. A licensed day care provider will not include anyone who is a member of your immediate family or anyone who lives in your residence. In no event will the increase in any one month be more than:
- $250 for each child
- $500 for all children

Not more than 24 such increases will occur during any one period of disability.

During any month in which a child care benefit is payable to a person, the maximum monthly benefit for that person will be increased by the amount of the child care benefit payable for that month.

**Pregnancy coverage**

Benefits are payable on the same basis as for a disease if a female employee, while covered under this Plan, is absent from active work because of a disabling pregnancy-related condition. A physician's certification that the employee is disabled because of the condition will be necessary. Further, the LTD Claims Administrator may request any additional evidence it believes is necessary before deciding that benefits are payable.

If, during the three months before coverage took effect, services are rendered or supplies are received in connection with a pregnancy or a pregnancy is confirmed, the pregnancy is a pre-existing condition whether or not the pregnancy commenced during that three month period.

**What the LTD plan does not cover**

Long-term disability coverage does not cover any disability that:
- Is due to intentionally self-inflicted injury
- Results from your commission of, or attempting to commit, a criminal act
- Results from driving an automobile while intoxicated; (intoxicated means the blood alcohol level of the driver of the automobile meets or exceeds the level at which intoxication would be presumed under state law)
- Is due to war or any act of war (declared or not declared)
- Is due to: insurrection; rebellion; or taking part in a riot or civil commotion

On any day during a period of disability that a person is confined in a penal or correctional institution for conviction of a criminal or other public offense:
- The person will not be deemed to be disabled
- No benefits will be payable

No benefit is payable for any disability that is caused by or contributed to by a pre-existing condition and that starts before the end of the first 12 months following your effective date of coverage. A disease or injury is a pre-existing condition if, during the three months before your effective date of coverage:
- It was diagnosed or treated
- Services were received for the diagnosis or treatment of the disease or injury
- You took drugs or medicines prescribed or recommended by a physician for that condition

**When LTD benefits end**

Your period of disability ends on:

- The date the LTD Claims Administrator finds you are no longer disabled or the date you fail to furnish proof that you are disabled.
- The date the LTD Claims Administrator finds that you have withheld information which indicates you are performing, or are capable of performing, the duties of a reasonable occupation.
- The date you refuse to be examined by, or cooperate with, an independent physician or a licensed or certified health care practitioner, as requested.
- The date you cease to be under the regular care of a physician. If the LTD Claims Administrator and your physician determine that you have reached your maximum point of recovery, you are no longer required to be under the regular care of your physician. The LTD Claims Administrator will require that you submit proof of your continuing disability, on an annual basis. This proof may require that you submit to an examination by a physician. If the LTD Claims Administrator determines that such an exam is required as proof of your continuing disability, it will be at the LTD Claims Administrator's expense.
- The date an independent medical exam report or functional capacity evaluation fails to confirm your disability.
- The date you reach the end of your maximum benefit duration.
- The date you are not undergoing effective treatment for alcoholism or drug abuse, if your disability is caused to any extent by alcoholism or drug abuse.
- The date you refuse to cooperate with or accept: changes made to a work site or job process to suit your identified medical limitations; or adaptive equipment or devices designed to suit your identified medical limitations; which would enable you to perform your own occupation or a reasonable occupation (if you are receiving benefits for being unable to work any reasonable occupation) and provided that a physician agrees that such changes or adaptive equipment suit your medical limitations.
- The date you refuse to receive treatment recommended by your attending physician that in the LTD Claims Administrator's opinion would cure; correct; or limit your disability.
- The date your condition would permit you to work, or increase the number of hours you work, or the number or type of duties you perform in your own occupation, but you refuse to do so.
- The date of your death.

A period of disability will end after 24 monthly benefits are payable if it is determined that the disability is primarily caused by:

- A mental health or psychiatric condition, including physical manifestations of these conditions, but excluding those conditions with demonstrable, structural brain damage
- Alcohol and/or drug abuse

There are two exceptions which apply if you are confined as an inpatient in a hospital or treatment facility for treatment of that condition at the end of such 24 months:

- If the inpatient confinement lasts less than 30 days, the period of disability will cease when you are no longer confined
- If the inpatient confinement lasts 30 days or more, the period of disability may continue until 90 days after the date you have not been so continuously confined

The **How separate periods of disability are treated** section below does not apply beyond 24 months to periods of disability which are subject to the above paragraph.

**How separate periods of disability are treated**

Once a period of disability has ended, any new period of disability will be treated separately. However, two or more separate periods of disability due to the same or related causes will be deemed to be one period of disability and only one elimination period will apply if:

- The separation occurs during the elimination period and the periods are separated by less than 31 days in a row of work
- The separation occurs after the elimination period and the periods are separated by less than six months in a row of work
- The first period will not be included if it began while you were not covered under this LTD Plan

If you become eligible for coverage under any other group long-term disability benefits plan carried or sponsored by Bank of America, this **How separate periods of disability are treated** section will cease to apply to you.

**Special rules as to an increase in coverage**

The scheduled benefit will be determined by the benefit amount in effect immediately before an increase in coverage for any disability that is caused by or contributed to by a **pre-existing condition** and starts before the end of the first 12 months following the effective date of an increase in coverage. A disease or injury is a pre-existing condition if, during the six months before your effective date of an increase in coverage:

- It was diagnosed or treated
- Services were received for the diagnosis or treatment of the disease or injury
- You took drugs or medicines prescribed or recommended by a physician for that condition

No benefit is payable if the disability is excluded by any other terms of this Plan.

**General information about LTD coverage**

You cannot receive multiple coverage under this Plan because you are connected with more than one employer.

In the event of a misstatement of any fact affecting your coverage under this Plan, the true facts will be used to determine the coverage in force.

Bank of America Employee Health and Insurance
Summary Plan Description 2013
Long-term Disability

## Termination of coverage

Coverage under this Plan terminates when:

- Employment ceases
- The group contract terminates as to the coverage
- You are no longer in an eligible class; this may apply to all or part of your coverage
- You fail to make any required contribution

Ceasing active work will be deemed to be cessation of employment.

If you are not at work due to one of the following, employment may be deemed to continue up to the limits shown below:

- If you are not at work due to disease or injury, your employment may be continued until stopped by the bank, but not beyond 12 months from the start of the absence.
- If you are not at work due to temporary lay-off or leave of absence, your employment will be deemed to cease on your last full day of active work before the start of the lay-off or leave of absence.

In figuring when employment will stop for the purposes of termination of any coverage, the LTD Claims Administrator will rely upon Bank of America to notify the LTD Claims Administrator. This can be done by telling the LTD Claims Administrator or by stopping premium payments. Your employment may be deemed to continue **beyond any limits shown above if the LTD Claims Administrator and Bank of America so agree in writing**.

## Certain health and insurance benefits coverage during leave

While on LTD, you are eligible to continue participating in most health and insurance plans provided through the Bank of America Group Benefits Program. You must continue to pay any required contributions. You will receive a bill each month for your required contributions. Failure to pay required contributions will result in termination of health and insurance benefits coverage. Bank of America will continue to pay the company's portion of your health and insurance benefits as long as your required contributions are paid. Once you are eligible for Medicare, you will be eligible for medical plans offered to post-65 retirees at special rates.

At age 65, or when LTD coverage ends, if you are eligible for retirement at that time, you will be eligible for medical coverage at retiree rates. While on LTD, where applicable, Health Flexible Spending Account (Health FSA) and Health Savings Account (HSA) contributions cease.

Please see **Other important information** for COBRA information for health benefits.

## LTD benefits may continue to be paid after termination of LTD coverage

If your LTD coverage ceases during a period of disability which began while you had LTD coverage, approved LTD benefits will continue to be paid as long as your period of disability continues.

## Reinstatement of coverage: Contributory coverage

If your coverage terminates, you may again become covered in accordance with the terms of this Plan, except:

- If you return to active work within six months of the date coverage terminated, and you request coverage from Bank of America within 31 days of your return to active work, any limitation as to a pre-existing condition will apply only to the extent it would have applied if your coverage had not terminated. Also, any period of continuous service required before your eligibility date will apply only to the extent it would have applied if coverage had not terminated.
- If you return to active work between the seventh and the 24th month following the date coverage terminated, and you request coverage from Bank of America within 31 days of your return to active work, any period of continuous service required before your eligibility date will apply only to the extent it would have applied if coverage had not terminated.

## Reinstatement of coverage: Non-contributory coverage

If your coverage terminates, you may again become covered in accordance with the terms of this Plan, except:

- If you return to active work within six months of the date coverage terminated, any limitation as to a pre-existing condition will apply only to the extent it would have applied if your coverage had not terminated. Also, any period of continuous service required before your eligibility date will apply only to the extent it would have applied if your coverage had not terminated.
- If you return to active work between the seventh and the 24th month following the date coverage terminated, any period of continuous service required before your eligibility date will apply only to the extent it would have applied if coverage had not terminated.

## How prior coverage affects coverage under this Plan

If the coverage of any person under this Plan replaces any prior coverage of the person, the following will apply.

Prior coverage is any plan of group long-term disability coverage that has been replaced by coverage under part or all of this Plan.

It must have been sponsored by your employer who is participating in this Plan. The replacement can be complete or in part for the eligible class to which you belong. Any such plan is prior coverage if provided by another group insurance plan.

A person's coverage under this Plan replaces and supersedes any prior coverage. It will be in exchange for everything under such prior coverage except coverage will not be available as to a particular period of disability for which a benefit is available or would be available under the prior coverage in the absence of coverage under this Plan.

As stated earlier, this Plan has a limitation as to a disability caused by a pre-existing condition.

However, if:

- You had prior coverage on the day before coverage under this Plan took effect
- You became covered under this Plan on the date it took effect

Such limitation applies only until a continuous period of coverage under the prior coverage and this LTD Plan are equal to the lesser of:

- 12 months
- Any period of limitation as to a pre-existing condition remaining under the prior coverage

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 170 of 196
Bank of America Employee Health and Insurance                                    Long-term Disability
Summary Plan Description 2013

Where the limitation no longer applies, the amount of monthly benefit and the maximum period for which benefits will be payable, as to a period of disability caused by such pre-existing condition, will be as provided in this LTD Plan.

In no event will:

- A benefit be payable as to a period of disability caused by a pre-existing condition, if the disability is excluded by any other terms of this LTD Plan
- A condition be considered to be a pre-existing condition under this LTD Plan if it was not a pre-existing condition under the prior coverage

The LTD Claims Administrator will not try to reduce or deny a benefit payment on the grounds that a condition existed before a person's coverage went into effect, if the loss occurs more than two years from the date coverage commenced. This will not apply to conditions excluded from coverage on the date of the loss.

### LTD definitions

The following definitions of certain words and phrases will help you understand the benefits to which the definitions apply. Some definitions which apply only to a specific benefit appear in the benefit section. If a definition appears in a benefit section and also appears in the definitions, the definition in the benefit section will apply in lieu of the definition in the definitions.

### Adjusted predisability earnings

This is your predisability earnings plus any increase made on each Jan. 1, starting on the Jan. 1 following 12 months of a period of disability. The increase on each such Jan. 1 will be by the percentage increase in the Consumer Price Index, rounded to the nearest tenth, but not by more than 10%.

### Annual Benefits Base Rate (ABBR)

For 2013, Bank of America has calculated an annual benefits base rate (ABBR) for U.S.-based, benefits-eligible employees in certain roles. These are roles (determined by the structure of their compensation plan and identified by job code) in which a base salary/draw may not adequately represent an employee's cash compensation.

ABBR is based on benefits-eligible compensation earned in the performance year prior to your enrollment period (i.e., performance year 2011 for 2013 benefits). The ABBR is reviewed and updated periodically.

The ABBR value may be set in one of two ways:

- An initial ABBR is established per line of business policies at time of hire or transfer by the line of business representatives. This could include Global Human Resources, Staffing or the hiring manager.
- The ABBR value may be updated prior to the Annual Enrollment period for the upcoming plan year. Once determined, ABBR generally remains static for the full plan year and does not change during the plan year.

Employees eligible for an ABBR are informed annually prior to Annual Enrollment about their eligibility and the calculation method used to develop their ABBR.

For additional information on ABBR, see **Annual Benefits Base Rate** in the **Health and insurance coverage** section.

### Approved rehabilitation program

This is a written program approved by the LTD Claims Administrator which provides for services and supplies that are intended to enable you to return to work. This program may include, but is not limited to:

- Vocational testing
- Vocational training
- Alternative treatment plans such as
  - Support groups
  - Physical therapy
  - Occupational therapy
  - Speech therapy
- Workplace modification to the extent not otherwise provided
- Part-time employment
- Job placement

A rehabilitation program will cease to be an approved rehabilitation program on the date the LTD Claims Administrator withdraws, in writing, its approval of the program.

### Consumer Price Index

The Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W) is published by the United States Department of Labor. If the CPI-W is discontinued or changed, the LTD Claims Administrator reserves the right to use a comparable index.

### Continuous service

Continuous service for purposes of eligibility for LTD benefits generally is measured from your most recent hire date.

### Dependent child

Dependent child means a child who is under age 13 and who lives with you and is either:

- You or your spouse's biological child
- You or your spouse's legally adopted child
- A child for whom you are legal guardian

**Effective treatment of alcoholism or drug abuse**

This means a program of alcoholism or drug abuse therapy that is prescribed and supervised by a physician and either:
- Has a follow-up therapy program directed by a physician on at least a monthly basis
- Includes meetings at least twice a month with organizations devoted to the treatment of alcoholism or drug abuse

These are not effective treatment:
- Detoxification; this means solely treating the aftereffects of a specific episode of alcoholism or drug abuse
- Maintenance care; this means primarily providing an environment free of alcohol or drugs

**Eligible Survivor**

An eligible survivor is:
- Your legally married spouse at the date of your death
- If there is no such spouse, your biological or legally adopted child who, when you die:
  - Is not married.
  - Is depending mainly on you for support.
  - Is under age 23. This age limit will not apply if the child is not capable of self-sustaining employment because of mental or physical handicap which existed prior to age 23.

**Hospital**

This is an institution that:
- Mainly provides, on an inpatient basis, diagnostic and therapeutic facilities for surgical and medical diagnosis, treatment, and care of injured and sick persons
- Is supervised by a staff of physicians
- Provides 24 hour a day registered nursing (RN) service
- Is not mainly a place for rest, for the aged, for drug addicts, for alcoholics or a nursing home

An institution which does not provide complete surgical services, but which meets all the other tests listed above, will also be deemed a hospital if:
- It provides services chiefly to patients all of whom have conditions related either by a medical specialty field or a specific disease category
- While confined, the patient is under regular therapeutic treatment by a physician for the injury or disease

**Injury**

An accidental bodily injury.

**Material duties**

These are duties that:
- Are normally required for the performance of your own occupation
- Cannot be reasonably omitted or modified. However, to be at work in excess of 40 hours per week is not a material duty

**Own occupation**

This is the occupation that you are routinely performing when your period of disability begins. Your occupation will be viewed as it is normally performed, without regard to your specific reporting relationship, in the national economy instead of how it is performed for your specific employer at your location or work site.

**Physician**

Physician means a person who is a legally qualified physician. Also, to the extent required by law, a practitioner who performs a service for which coverage is provided when it is performed by a physician.

Regular care of a physician means you are attended by a physician:
- Who is not you or related to you
- Who is practicing within the scope of his or her license
- Who has the medical training and clinical expertise suitable to treat your disabling condition
- Who specializes in psychiatry, if your disability is caused, to any extent, by a mental health or psychiatric condition
- Whose treatment is consistent with the diagnosis of the disabling condition
- According to guidelines established by medical, research and rehabilitative organizations, and administered as often as needed

**Pre-existing condition**

No benefit is payable for any disability that is caused by or contributed to by a pre-existing condition and that starts before the end of the first 12 months following your effective date of coverage. A disease or injury is a pre-existing condition if, during the three months before your effective date of coverage:
- It was diagnosed or treated
- Services were received for the diagnosis or treatment of the disease or injury
- You took drugs or medicines prescribed or recommended by a physician for that condition

**Predisability earnings**

*Core (50% of predisability earnings) and buy up-option 1 (60% of predisability earnings, excluding any bonus amount) coverage*

This is the amount of salary or wages you were receiving from an employer participating in this Plan on the day before a period of disability started, calculated on a monthly basis. It will be figured from the rule below that applies to you.

- **If you are paid on an annual contract basis or have an annual base salary**, your monthly salary is $^1/_{12}$th of your annual contract or base pay.
- **If you are paid on an hourly basis**, the calculation of your monthly wages is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month; but not more than 173 hours per month.
- **If you do not have regular work hours**, the calculation of your monthly salary or wages is based on the average number of hours you worked per month during the last 12 calendar months (or during your period of employment if fewer than 12 months); but not more than 173 hours per month.
- **If you have an ABBR**, your LTD benefits are based on your ABBR in effect on the date you first become disabled, calculated on a monthly basis. For example, if you become disabled on Sept. 1, 2013, and become eligible for LTD benefits on March 1, 2014, your LTD benefits will be based on your ABBR in effect on Sept. 1, 2013, which was for the 2013 plan year, even if a new ABBR was calculated for you for the 2014 plan year. That new 2014 plan year ABBR would only be used for LTD purposes if you returned to work and then became disabled again with a new disability in 2014.

Included in salary or wages are:
- Contributions you make through a salary reduction agreement with Bank of America to any of the following:
    - An Internal Revenue Code (IRC) Section 125 plan for your fringe benefits
    - An IRC 401(k), 403(b) or 457 deferred compensation arrangement
    - An executive nonqualified deferred compensation agreement

Not included in salary or wages are:
- If you have an ABBR:
    - Awards
    - Contributions made by Bank of America to any deferred compensation arrangement or pension plan
- If you do not have an ABBR:
    - Awards, commissions and bonuses
    - Overtime pay
    - Contributions made by Bank of America to any deferred compensation arrangement or pension plan

**Note:** A retroactive change in your rate of earnings will not result in a retroactive change in coverage.

*Buy up-option 2 with bonus (60% of predisability earnings, including any eligible bonus amount) coverage*

This is the amount of salary or wages you were receiving from an employer participating in this Plan on the day before a period of disability started, calculated on a monthly basis. It will be figured from the rule below that applies to you. **Note:** This buy-up option generally is not applicable to employees with an ABBR.

- **If you are paid on an annual contract basis or have an annual base salary**, your monthly salary is $^1/_{12}$th of your annual contract or base pay.
- **If you are paid on an hourly basis**, the calculation of your monthly wages is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month; but not more than 173 hours per month.
- **If you do not have regular work hours**, the calculation of your monthly salary or wages is based on the average number of hours you worked per month during the last 12 calendar months (or during your period of employment if fewer than 12 months); but not more than 173 hours per month.
- **If you do not have an ABBR**, your eligible bonus amount for any given plan year, as determined by Bank of America, includes any performance-based, benefits-eligible cash incentives earned during the performance year that most recently ended prior to the Annual Enrollment period for that plan year. Your eligible bonus amount is included under this buy-up option 2 with bonus, and may vary from year to year.
    - For example, your 2013 eligible bonus amount consists of any performance-based, benefits-eligible cash incentives earned during 2011.

Included in salary or wages are:
- Your eligible bonus amount
- Contributions you make through a salary reduction agreement with Bank of America to any of the following:
    - An Internal Revenue Code (IRC) Section 125 plan for your fringe benefits
    - An IRC 401(k), 403(b) or 457 deferred compensation arrangement
    - An executive nonqualified deferred compensation agreement

Not included in salary or wages are:
- Commissions
- Overtime pay
- Contributions made by Bank of America to any deferred compensation arrangement or pension plan

**If you have an ABBR**, your LTD benefits will be based on your ABBR in effect on the date you first become disabled, calculated on a monthly basis. For example, if you become disabled on Sept. 1, 2013, and become eligible for LTD benefits on March 1, 2014, your LTD benefits will be based on your ABBR in effect on Sept. 1, 2013, which was for the 2013 plan year, even if a new ABBR was calculated for you for the 2014 plan year. That new 2014 plan year ABBR would only be used for LTD purposes if you returned to work and then became disabled again with a new disability in 2014.

**Note:** A retroactive change in your rate of earnings will not result in a retroactive change in coverage.

**Reasonable occupation**

This is any gainful activity for which you are; or may reasonably become; fitted by: education; training; or experience; and which results in; or can be expected to result in; an income of more than 60% of your adjusted predisability earnings.

**Treatment facility**

This is an institution (or distinct part thereof) that is for the treatment of alcoholism or drug abuse and which meets fully every one of the following tests:

- It is primarily engaged in providing on a full-time inpatient basis, a program for diagnosis, evaluation, and treatment of alcoholism or drug abuse
- It provides all medical detoxification services on the premises, 24 hours a day
- It provides all normal infirmary-level medical services required during the treatment period, whether or not related to the alcoholism or drug abuse, on a 24 hour daily basis. Also, it provides, or has an agreement with a hospital in the area to provide, any other medical services that may be required during the treatment period
- On a continuous 24 hour daily basis, it is under the supervision of a staff of physicians, and provides skilled nursing services by licensed nursing personnel under the direction of a full-time registered graduate nurse
- It prepares and maintains a written individual plan of treatment for each patient based on a diagnostic assessment of the patient's medical, psychological and social needs with documentation that the plan is under the supervision of a physician
- It meets any applicable licensing standards established by the jurisdiction in which it is located.

## About this section

This summary and the *Aetna Long Term Disability Booklet and Summary of Coverage* and any amendments or riders, comprise the summary plan description (SPD) for the Bank of America Long-term Disability Insurance Plan as of January 2013. This SPD replaces all prior descriptions of this plan, including, but not limited to, the *Bank of America Associate Handbook 2010*. This SPD is intended to provide an easy-to-understand explanation of participant benefits.

# Other important information

**Newborns' and Mothers' Health Protection Act**

By federal law, group health plans and health insurance issuers generally must provide minimum coverage levels to a mother and newborn child for a hospital stay in connection with childbirth. The minimum covered length of stay must be at least 48 hours following a vaginal delivery and 96 hours following a cesarean section. Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn in fewer than 48 (or 96) hours. Moreover, plans and issuers may not, by federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay for 48 (or 96) hours or less. Also, a plan may not provide impermissible penalties and/or incentives with respect to mothers or attending providers to discourage 48 (or 96) hour stays or encourage early discharges. Furthermore, benefits and cost-sharing may not be less favorable for the latter portion of a 48 (or 96) hour stay.

**Women's Health and Cancer Rights Act**

The company-sponsored medical plans provide benefits related to breast reconstruction in compliance with the requirements of The Women's Health and Cancer Rights Act of 1998.

Under this federal law, group health plans and health insurance issuers that provide medical and surgical benefits for mastectomy must provide certain additional benefits related to breast reconstruction.

If you (or a covered dependent) are receiving mastectomy benefits and elect breast reconstruction in connection with the mastectomy, the company-sponsored medical plans will provide coverage in a manner determined in consultation with the attending provider and the patient for:
- All stages of reconstruction of the breast on which the mastectomy has been performed
- Surgery and reconstruction of the other breast to produce a symmetrical appearance
- Prostheses and treatment of physical complications at all stages of the mastectomy, including lymphedemas

Please see the plan summary table provided in each medical plan section for deductibles and coinsurance information applicable to the plan in which you choose to enroll.

**Medical child support order**

If you are ordered by a court to provide health care coverage for your child who is currently not covered by you as a dependent and you are enrolled in a health plan, you can add him or her as your dependent outside Annual Enrollment by contacting the Global HR Service Center. You may also change to a plan that would provide benefits to your child if he or she lives outside the service area of the plan in which you are currently enrolled.

If you are not enrolled in a health plan, you can elect coverage for yourself and your dependent child by contacting the Global HR Service Center. You cannot enroll only your dependent child in a company-sponsored health care plan; you must enroll yourself along with your dependent child.

If the court order is a qualified medical child support order (QMCSO) and you do not comply with it, the company may be obligated to enroll you as well as your child as your dependent. The added cost of your dependent's coverage will be deducted from your pay. You can obtain a free copy of the plans' QMCSO procedures by contacting the Global HR Service Center.

**Continuation and conversion coverage**

After coverage for you and/or your enrolled dependents normally would end, the following types of continued coverage may be available:
- COBRA group health plan continuation coverage
- Individual conversion coverage under a limited number of fully-insured medical plans (may be a different type of coverage)

**Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) continuation coverage**

The Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) allows employees and their enrolled spouses and dependent children to continue health care coverage in a company-sponsored plan after their coverage normally would end. These continuation coverage provisions also apply to children born to, or placed for adoption with, an employee during COBRA continuation coverage. COBRA continuation coverage is available for all company-sponsored health plans, including medical plans, dental plans, vision plans and the Health Flexible Spending Account.

Continued health care coverage is offered to eligible employees and their eligible dependents who otherwise would lose coverage in a company-sponsored health plan because of death, termination of employment, conversion from full-time or part-time to part-time working less than 20 hours status, divorce, legal separation or a child's loss of dependent status. At Bank of America, eligible domestic partners and other adult dependents may be eligible for continuation coverage that is similar to COBRA continuation coverage.

You may elect continuation coverage for yourself and/or your eligible dependents if your coverage stops for one of the following reasons:
- Your employment ends at Bank of America for reasons other than gross misconduct
- You lose your coverage because of a reduction in hours

Your spouse, domestic partner or other adult dependent may elect continuation coverage if coverage stops for one of the following reasons:
- You and your spouse divorce or legally separate, or your domestic partner ceases to qualify as a domestic partner
- Your other adult dependent under age 65 ceases to qualify as an other adult dependent
- Your employment ends for reasons other than gross misconduct
- You lose your coverage because of a reduction in hours
- You die

Your dependent child, including a child born to or placed for adoption with you during COBRA continuation coverage, is also eligible for continuation coverage, if coverage stops for one of the following reasons:

- Your dependent ceases to be a dependent child under the terms and conditions of the health care plan
- You and your spouse divorce or legally separate, or your domestic partner ceases to qualify as a domestic partner
- Your employment ends for reasons other than gross misconduct
- You lose your coverage because of a reduction in hours
- You die

### Notification requirements for eligibility

- If you and your spouse divorce or legally separate, if your domestic partner ceases to qualify as a domestic partner, if your other adult dependent under age 65 ceases to qualify as an other adult dependent, or if a child loses dependent status, you or a family member must notify the Global HR Service Center within 60 calendar days after the date of the event that results in the loss of coverage, or within 60 calendar days after the date on which coverage would be lost due to the event, whichever is later.
- In the event of your death, termination of employment or reduction in hours that results in loss of coverage, Bank of America will notify the COBRA administrator.
- When notified of one of the qualifying events listed above, the COBRA administrator will notify you and your family members, as appropriate, of the right to choose continuation coverage. The COBRA administrator will forward to your home a notice explaining the available options, the cost of continuing coverage, how it is paid and the time in which coverage must be elected, as well as an election form.
- If continuation coverage is not elected by the due date on the notification package, you or your enrolled dependent's group coverage will end on the date that coverage would have otherwise ended.

### Length of election period

COBRA coverage must be elected no later than 60 days from the date on the Notice of Right to Elect COBRA Continuation Coverage or the loss of coverage date, whichever is later.

### Terms of continuation coverage

- If you or an eligible family member chooses continuation coverage, Bank of America provides coverage that is identical to the coverage being provided to similarly situated active employees.
- If a family member has elected continuation coverage individually, that person also has the same coverage options as stated above.
- If your employment ends after an Annual Enrollment period but before January 1, any elections you made to change your current coverage during Annual Enrollment will be canceled. You will be mailed a special enrollment package for COBRA coverage that allows you to elect continuation of your current health plan coverage through COBRA and to change your current enrollment in a health plan for the next plan year. In this situation, if you are not enrolled in a health plan when your employment ends, you will not be able to elect COBRA continuation coverage.

If you became eligible for Medicare before enrolling in COBRA, your bank-sponsored COBRA coverage pays secondary to Medicare. This means that when you receive a covered service, Medicare pays benefits for the covered service first, and after Medicare has paid its share, your bank-sponsored COBRA coverage will pay according to that plan's applicable provisions. Therefore, you should enroll in both Medicare Part A and Part B and use providers who accept Medicare. If you or your covered dependent(s) are eligible for Medicare and do not enroll in Medicare, or do not use providers who accept Medicare, you will be responsible for paying the portion of medical expenses Medicare otherwise would have paid. If you or your covered dependent(s) became eligible for Medicare before enrolling in COBRA, you must notify the Global HR Service Center upon enrolling in COBRA so that your COBRA coverage can coordinate correctly with your Medicare Part A and Part B coverage. If you or your covered dependent(s) become eligible for Medicare after enrolling in COBRA, you must notify the Global HR Service Center immediately. Your bank-sponsored COBRA coverage will end upon your enrollment in either Medicare Part A or Part B.

### Cost

If you or an enrolled dependent elects continuation coverage, the entire monthly cost, plus an administrative fee, must be paid for each month of coverage, including the time between the date active group coverage ended and the date you elect continuation coverage.

You have 45 days from the date of your election to pay past-due premiums. All past-due and current premiums must be paid for coverage to become effective.

### Duration

- If your coverage is lost because your employment ends or you have a reduction in hours, you and/or your enrolled dependents can elect coverage for 18 months from the date of the event. If a second event, as described in the next bullet, occurs in this 18-month period, and this event would have caused your spouse, domestic partner or dependent child to lose coverage had the first qualifying event not occurred, then your enrolled dependents can elect coverage for an additional 18 months, up to a maximum of 36 months. The COBRA administrator must be notified by you or your covered dependent within 60 days from the date of the second qualifying event.
- If dependent coverage is lost because you die, because you and your spouse divorce or legally separate, because your domestic partner ceases to qualify as a domestic partner, because you become entitled to Medicare or because a dependent child is no longer eligible, the spouse, domestic partner or dependent child can elect coverage for a maximum of 36 months after the date of the event that resulted in loss of coverage.

*Extension of continuation coverage period to 29 months in case of disability*
All qualified beneficiaries are eligible for a maximum of 29 months (rather than 18 months) of continuation coverage if you or an enrolled spouse, domestic partner or dependent child is disabled as determined under the Social Security Act:
- At any time within the first 60 days of continuation coverage
  - If a qualified beneficiary becomes disabled within the first 60 days of COBRA coverage, the qualified beneficiary must notify the Global HR Service Center within 60 days of the start date of COBRA.
- Coverage stops because of your termination of employment or your reduction in hours

This special coverage will stop on the first day of the month that begins at least 31 days after the date the individual is determined to no longer be disabled. To receive the extended coverage, the disabled individual must provide notice of the Social Security Administration's determination of disability to the COBRA administrator within 60 days of the determination and before the end of the regular 18-month period. If the determination was made before the qualifying event, notice of the determination must be provided within the first 60 days of continuation coverage.

Additionally, the cost of coverage for months 19 through 29 will be 150% of the applicable health care plan premium. This extended coverage is not available if the disabled individual is enrolled as an 'other adult dependent.

*End of continuation coverage*
Continuation coverage ends in any of the following circumstances:
- The contribution for the continuation coverage is not paid within 30 days of the due date
- The person electing continuation coverage subsequently becomes covered through another group health plan, and the plan does not exclude that person's pre-existing condition
- The person electing continuation coverage subsequently becomes entitled to Medicare coverage
  - If you or your covered dependent(s) become eligible for Medicare after enrolling in COBRA, you must notify the Global HR Service Center immediately. Your bank-sponsored COBRA coverage will end upon your enrollment in either Medicare Part A or Part B.
- Bank of America no longer provides group health coverage to any of its employees or retirees

*Notice of end of continuation coverage*
Shortly before continuation coverage ends, you will be sent a notice reminding you when continuation coverage will stop. In general, when continuation coverage ends, no individual conversion coverage is available. (Some regional fully-insured medical plans may have a conversion option or other coverage if required by state law.)

*Other adult dependents*
- Other adult dependents can receive continuation coverage in the circumstances described above, except that continuation coverage generally may not extend beyond 18 months from the date of the event that causes the other adult dependent's coverage to end.
- However, in the event of the employee's death, continuation coverage can continue for 36 months.
- In no event will regular or continuation coverage for an other adult dependent extend beyond the date the individual turns age 65.

*Creditable coverage from Bank of America*
- When your group health coverage or COBRA continuation coverage ends, you will be mailed a certificate called a Health Insurance Portability and Accountability Act (HIPAA) statement that shows the length of time you have been continuously enrolled in coverage under the Bank of America Group Benefits Program. This period is called your creditable coverage.
  - Your creditable coverage may become important if you enroll in another health care plan that will not cover a pre-existing medical condition until you have been enrolled in that plan for a certain period of time. That plan must generally count your creditable coverage toward satisfying its pre-existing condition exclusion period, as long as you have not had a break in coverage of at least 63 days (not counting any required waiting period to be covered under that plan).

**Converting to an individual policy**

- When regular group coverage or COBRA continuation coverage ends for you or your enrolled dependents, some regional fully-insured medical plans may permit conversion to an individual policy. Most of the medical, dental and vision plans do not have conversion options.
- It is your responsibility to contact the plan directly within 31 days from the date the group coverage ends if you have the option and wish to convert.
- You must pay the entire charge for an individual conversion policy.
- You should review your disclosure materials or contact the fully-insured medical plan directly for the special provisions on conversion to an individual policy.

## Subrogation and right of recovery provisions

The information below applies to the Aetna Comprehensive Traditional Plan, the Aetna Comprehensive Traditional Out-of-Area Plan, the Aetna Consumer Directed Plan, the Aetna Consumer Directed Out-of-Area Plan, the Aetna Consumer Directed High Deductible Plan, the Aetna Consumer Directed High Deductible Out-of-Area Plan, the Health Reimbursement Arrangement and the Health Flexible Spending Account.

As claims administrator for these self funded plans, Aetna may delegate management of this subrogation and right of recovery provision to third parties.

The provisions of this section apply to all current or former plan participants and also to the parents, guardian, or other representative of a dependent child who incurs claims and is or has been covered by the Plan. The Plan's right to recover (whether by subrogation or reimbursement) shall apply to the personal representative of your estate, your decedents, minors, and incompetent or disabled persons. "You," "your" or "covered person" includes anyone on whose behalf the Plan pays benefits. No adult covered person hereunder may assign any rights that it may have to recover medical expenses from any alleged tortfeasor or other person or entity to any minor child or children of said adult covered person without the prior express written consent of the Plan.

The Plan's right of subrogation or reimbursement, as set forth below, extend to all insurance coverage available to you due to an injury, illness or condition for which the Plan has paid medical claims (including, but not limited to, liability coverage, uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage, medical payments coverage, workers compensation coverage, no fault automobile coverage or any first party insurance coverage). If a third party allegedly causes you to suffer a sickness or injury while you are covered under this Plan, the provisions of this section continue to apply, even after you are no longer a covered person.

Your health plan is always secondary to automobile no-fault coverage, personal injury protection coverage, or medical payments coverage.

**Subrogation**

The right of subrogation means the Plan is entitled to pursue any claims that you may have in order to recover the benefits paid by the Plan. Immediately upon paying or providing any benefit under the Plan, the Plan shall be subrogated to (stand in the place of) all rights of recovery a covered person has against any allegedly responsible party with respect to any payment made by the allegedly responsible party to a covered person due to a covered person's injury, illness or condition to the full extent of benefits provided or to be provided by the Plan. The Plan may assert a claim or file suit in your name and take appropriate action to assert its subrogation claim, with or without your consent. The Plan is not required to pay you part of any recovery it may obtain, even if it files suit in your name.

**Reimbursement**

If you receive any payment as a result of an injury, illness or condition, you agree to reimburse the Plan first from such payment for all amounts the Plan has paid and will pay as a result of that injury, illness or condition, up to and including the full amount of your recovery.

**Constructive trust**

By accepting benefits (whether the payment of such benefits is made to you or made on your behalf to any provider) you agree that if you receive any payment as a result of an injury, illness or condition, you will serve as a constructive trustee over those funds. Failure to hold such funds in trust will be deemed a breach of your fiduciary duty to the Plan.

**Lien rights**

Further, the Plan will automatically have a lien to the extent of benefits paid by the Plan for the treatment of the illness, injury or condition upon any recovery whether by settlement, judgment or otherwise, including from any insurance coverage, related to treatment for any illness, injury or condition for which the Plan paid benefits. The lien may be enforced against any party who possesses funds or proceeds representing the amount of benefits paid by the Plan including, but not limited to, you, your representative or agent and/or any other source possessing funds representing the amount of benefits paid by the Plan. In addition to the ability to enforce a lien against any party who possesses funds or proceeds representing the amount of benefits paid by the Plan, the Plan will also be entitled to recover any of the unsatisfied portion of the amount the Plan has paid or the amount of your recovery, whichever is less, directly from the providers to whom the Plan has made payments on your behalf. In such a circumstance, it may then be your obligation to pay the provider the full billed amount, and the Plan will not have any obligation to pay the provider or reimburse you.

**First-Priority claim**

By accepting benefits from the Plan, you acknowledge that the Plan's recovery rights are a first priority claim and are to be paid to the Plan before you receive any recovery for your damages. Further, the Plan's first priority right to payment is superior to any and all claims, debts or liens asserted by any medical providers, including but not limited to hospitals or emergency treatment facilities, that assert a right to payment from funds you recover from a third party. The Plan shall be entitled to full reimbursement on a first-dollar basis from any payments, even if such payment to the Plan will result in a recovery which is insufficient to make you whole or to compensate you in part or in whole for the damages sustained. The Plan is not required to participate in or pay your court costs or attorney fees to any attorney you hired to pursue your damage claim. The "common fund" doctrine does not apply to any funds recovered by any attorney you hire regardless of whether funds recovered are used to repay benefits paid by the Plan.

**Applicability to all settlements and judgments**

The terms of this entire subrogation and right of recovery provision shall apply and the Plan is entitled to full recovery regardless of whether any liability for payment is admitted by any allegedly responsible party and regardless of whether the settlement or judgment identifies the medical benefits the Plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses. The Plan is entitled to recover from *any and all* settlements or judgments, regardless of how allocated, even those designated as pain and suffering, non-economic damages and/or general damages only. The Plan's claim will not be reduced due to your own negligence.

**Cooperation**

You agree to cooperate fully with the Plan's efforts to recover benefits paid. It is your duty to notify the Plan within 30 days of the date when any notice is given to any party, including an insurance company or attorney, of your intention to pursue or investigate a claim to recover damages or obtain compensation due to your injury, illness or condition. You and your agents shall provide all information requested by the Plan, the claims administrator or its representative including, but not limited to, completing and submitting any applications or other forms or statements as the Plan may reasonably request and all documents related to or filed in personal injury litigation. Failure to provide this information, failure to assist the Plan in pursuit of its subrogation rights or failure to reimburse the Plan from any settlement or recovery you receive may result in the termination of your health benefits or the institution of court proceedings against you.

You shall do nothing to prejudice the Plan's subrogation or recovery interest or to prejudice the Plan's ability to enforce the terms of this Plan provision. This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full cost of all benefits provided by the Plan. If you fail to cooperate with the Plan in its efforts to recover such amounts or do anything to hinder or prevent such a recovery, you will cease to be entitled to any further Plan benefits. The Plan will also have the right to withhold or offset future benefit payments up to the amount of any settlement, judgment, or recovery you obtain, regardless of whether the settlement, judgment or recovery is designated to cover future medical benefits or expenses.

You acknowledge that the Plan has the right to conduct an investigation regarding the injury, illness or condition to identify potential sources of recovery. The Plan reserves the right to notify all parties and his/her agents of its lien. Agents include, but are not limited to, insurance companies and attorneys.

You acknowledge that the Plan has notified you that it has the right pursuant to the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C. Section 1301 *et seq*, to share your personal health information without your consent in exercising its subrogation and reimbursement rights.

**Interpretation**

In the event that any claim is made that any part of this subrogation and right of recovery provision is ambiguous or questions arise concerning the meaning or intent of any of its terms, the claims administrator for the Plan shall have the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.

**Jurisdiction**

By accepting benefits from the Plan, you agree that any court proceeding with respect to this provision may be brought in any court of competent jurisdiction as the Plan may elect. By accepting such benefits, you hereby submit to each such jurisdiction, waiving whatever rights may correspond by reason of your present or future domicile. By accepting such benefits, you also agree to pay all attorneys' fees the Plan incurs in successful attempts to recover amounts the Plan is entitled to under this section.

# Leaving Bank of America

When you leave Bank of America there will be an impact on your benefits and other employee programs. You will need to take specific actions relating to your health plans, health care accounts, and flexible spending accounts. You also are likely to need to make decisions about your associate and dependent life insurance.

# Leaving before retirement

The information in this section is provided to help you think through how your benefits and other employee programs are affected when your employment ends for reasons other than death or retirement.

If you are eligible for retirement, see **When you retire from the bank**.

If you are separating from Bank of America due to severance, see **Corporate Severance Program** and refer to *Your Guide to the Corporate Severance Program* brochure for the impacts of severance on benefits.

If you are leaving the company as a result of a divestiture, outsourcing, alliance or formation of a new company, or if you leave Bank of America while on a leave or disabled, different provisions may apply. Contact the Global HR Service Center for more information.

If you have any equity or long-term incentive awards, please refer to the appropriate award agreement for terms and provisions when you leave Bank of America.

## Benefits when leaving before retirement

This table is only a summary. Refer to the appropriate section of this document for more complete details about a particular benefit or program, including any limitations or exclusions. Many of your questions can be answered by specialists in the Global HR Service Center; however, wherever appropriate, other phone numbers are included to assist you. Please remember to keep your address current with the Global HR Service Center so that you receive all future benefits information and tax forms promptly.

| Type of service | What happens when you leave the company before retirement | What you need to do |
|---|---|---|
| **Health and insurance benefits** | | |
| **Health Care Plans**<br>Medical, dental and vision | If you are enrolled in health care coverage as an active employee, your health care coverage will end at the end of the pay period in which your last day of employment with the company occurs.<br><br>If you and your eligible dependents are eligible for COBRA, you will receive more information about COBRA in a separate mailing to your home address in compliance with the COBRA requirements. | If you and your eligible dependents are eligible for COBRA, you may elect to continue your current medical, dental, vision and/or health flexible spending account coverage for up to 18 months after your active employee group coverage ends, under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). If you wish to elect COBRA coverage, you must do so within 60 days of the date your active employee group coverage ends (or 60 days from the date of the COBRA notification, whichever is later).<br><br>If you elect COBRA, you will have the opportunity to change medical, dental and vision plans and levels of coverage during each annual enrollment period or within 31 days of an eligible qualified status change while you remain eligible for COBRA. The wellness credit toward your medical plan premiums and/or tobacco user surcharge will no longer apply.<br><br>Some health plans may offer conversion to an individual medical policy after coverage ends through COBRA under the bank's plans. For conversion to an individual policy (if available), contact the medical plan carrier directly within 31 calendar days from the date your COBRA coverage ends. |
| **Health Reimbursement Arrangement (HRA)** | If you do not meet the retirement Rule of 60, your HRA coverage will end on the last day of the pay period in which your last day of employment occurs.<br><br>You may continue to use funds from your HRA to pay for eligible health care expenses incurred while you were covered under the Comprehensive Traditional Plan (Aetna or Kaiser), Consumer Directed Plan (Aetna or Kaiser), HMSA Hawaii PPO Plan, Aetna Comprehensive Traditional Out-of-Area Plan or Aetna Consumer Directed Out-of-Area Plan).<br><br>Unless you elect COBRA continuation coverage in a medical plan that includes enrollment in an HRA, any remaining balance will be forfeited. | If you elect COBRA coverage in a medical plan that includes an HRA [Comprehensive Traditional Plan (Aetna or Kaiser), Consumer Directed Plan (Aetna or Kaiser), HMSA Hawaii PPO Plan, Aetna Comprehensive Traditional Out-of-Area Plan or Aetna Consumer Directed Out-of-Area Plan], you may continue to access your HRA balance.<br><br>For the Consumer Directed Plan, you must elect COBRA with HRA to maintain access, and pay the applicable premium.<br><br>If you terminate without meeting the Rule of 60, claims must be filed within 15 months from the date you incurred the expense or within 180 days from the date your coverage under the HRA and the HRA-eligible medical plan ends after you terminate employment, whichever is earlier. |
| **Health Savings Account (HSA)** | The HSA, including any employer contributions, is yours to keep. Your funds will be moved to an individual retail account and you will be charged a monthly fee. | No action required.<br><br>Your account will automatically be moved to an individual retail account and you will be charged a monthly fee. You will receive a new Visa debit card to use to pay for eligible health care expenses. |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Leaving Bank of America

| Type of service | What happens when you leave the company before retirement | What you need to do |
|---|---|---|
| **Health Flexible Spending Accounts (Health FSA)** | Your before-tax contributions to a Health FSA will end on the last day of the pay period in which your employment ends.<br><br>If you have a Bank of America Health Flexible Spending Account debit card, it will become inactive as of your last day of employment.<br><br>You will receive more information about COBRA (including how you can elect to continue making after-tax contributions to your account through the end of the calendar year) in a separate mailing to your home address in compliance with the COBRA requirements.<br><br>Health care claims may be submitted only for expenses incurred during pay periods in which contributions were made.<br><br>If you do not continue your Health FSA under COBRA, any unused employee and/or employer contributions in your Health FSA after the end of the pay period in which you leave the company will be forfeited unless you have incurred eligible expenses prior to that date and submit claims for reimbursement by March 31 of the following year. | No action is required to stop deposits to your account.<br><br>If you wish to elect COBRA coverage, you must do so within 60 days of the date your active employee group coverage ends (or 60 days from the date of the COBRA notification, whichever is later). If you choose, you or your dependents may continue your participation in the Health FSA under COBRA through the end of the plan year. If you elect COBRA continuation:<br>• You will be able to submit claims for eligible medical expenses incurred **after** the end of your active employment.<br>• You will be required to pay the full amount of your monthly Health FSA contribution on an after-tax basis. You will receive monthly invoices for your contributions. You will not be charged for the employer credit that you received into your Health FSA.<br><br>Be sure to submit reimbursement claims for expenses incurred while you were making contributions as an active employee or while on COBRA by March 31 of the following year. Any remaining balance in your account after all eligible expenses have been reimbursed will be forfeited. |
| **Life and Accident Insurance**<br><br>Associate Basic Life, Associate Supplemental Life, Spouse/ Domestic Partner Life, Dependent Child Life and Accidental Death & Dismemberment (AD&D) | Coverage for Associate Basic Life Insurance, Associate Supplemental Life Insurance, Spouse/Domestic Partner Life Insurance, Dependent Child Life Insurance and AD&D ends on the last day of the pay period in which your employment ends.<br><br>Associate Basic Life Insurance, Associate Supplemental Life Insurance, Spouse/Domestic Partner Life Insurance and Dependent Child Life Insurance may be continued under portable term group coverage or converted to individual policies, with certain limitations.<br><br>Conversion and continuation options are not available for AD&D insurance. | You may be able to convert or take your Associate Basic Life Insurance, Associate Supplemental Life Insurance, Spouse/Domestic Partner Life Insurance and Dependent Child Life Insurance with you by providing a completed portability/conversion form to the life insurance carrier 45 days after coverage ends.<br>• Contact Aetna to obtain a portability/conversion form.<br>• Complete the applicable form and return it to the Aetna Life Insurance Company at the address provided on the form. The form must be returned to Aetna within 45 days of the date your active coverage ends. |
| **Business Travel Accident Insurance** | Your Bank of America Business Travel Accident coverage ends on the last day you are actively at work. | No action required. |
| **Disability**<br><br>Short-term Disability (STD), Long- term Disability (LTD) | Coverage ends on the last day you are actively at work at Bank of America. | No action required. |

# When you retire from the bank

One of the decisions each of us must make as we approach retirement is when to retire. To help you make decisions about your retirement, you need information about retirement benefits and the retirement process itself. Read this section carefully and refer to the chart below to confirm the actions you need to take.

**Note:** When used in this section, the terms "retire" and "retirement" refer to meeting the Rule of 60 when you leave the company. Additional benefits may be available if you also satisfy a predecessor company's retirement criteria (for example, a company contribution toward the cost of retiree medical coverage for former NationsBank employees hired before Jan. 1, 2000, who meet the Rule of 75). Contact the Global HR Service Center for additional information.

You should allow several months for the retirement process. Contact the Global HR Service Center and follow the prompts to discuss the retirement process approximately 90 days before you plan to retire in order to begin the process and receive all of the information and forms you will need to transition smoothly into retirement.

If you will be near age 62 or older at retirement, you should consider applying for Social Security benefits to coincide with your retirement. You need to take the following documents with you to your local Social Security office: birth certificate, W-2 form for the previous year and marriage license, if applicable.

If your service ends in connection with an act of dishonesty, you will receive any 401(k) and/or retirement plan benefits you are entitled to, but you will not receive any post-retirement health care or life insurance benefits or banking privileges and you will not be considered a Bank of America retiree.

No mandatory retirement age exists for employees within the United States, nor for employees classified as international assignees whose designated home country is the United States. However, if you have been employed in a bona fide executive or high policy-making position for two years and you are entitled to a retirement benefit larger than a certain amount, the company may require your mandatory retirement on or after your 65th birthday.

The retirement policy in effect when your employment ends determines your status as a retiree.

## Rule of 60

If you meet the Rule of 60 when you leave the company, you may be eligible for retiree medical, dental and vision benefits at full cost. The Rule of 60 applies when employment ends for a full-time or part-time employee who leaves Bank of America any time after satisfying both the following requirements:

- The employee has completed 10 years of vesting service as defined under either the tax-qualified pension plan sponsored by Bank of America in which the employee was accruing a benefit when employment ended or the Bank of America Pension Plan if the employee was not accruing a benefit under any such tax-qualified pension plan.
- The sum of the employee's age and years of vesting service (both expressed in years and months) is 60 or more.

## Retiree health and insurance benefits

Under current policy, retirees are eligible for continued group medical coverage (and may be eligible for company contributions toward medical coverage) and special rates on certain banking products and services. To qualify for any of the benefits made available to retirees, you must meet the specific eligibility requirements for each benefit. The programs made available to retirees may be changed or canceled at any time by Bank of America.

### Medical, dental and vision coverage

Your available medical plans and associated costs are based on a number of factors, which may include your legacy organization, the number of dependents you enroll, where you live, when you were hired, your retirement date, your years of service, and your age at retirement.

If you leave Bank of America and meet the Rule of 60 on or after Jan. 1, 2006, and you are eligible for retiree health coverage, you can enroll yourself and your eligible dependents upon termination of employment. You may waive bank-sponsored retiree medical, dental or vision coverage and re-enroll during a future annual enrollment period or within 31 days of a qualified status change by calling the Global HR Service Center. To re-enroll in a Bank of America retiree medical plan, you will be required to provide proof that you and each eligible dependent you want to enroll have been covered under another medical plan (other than Medicare) for the previous continuous 12 months.

Except as provided above, if you are a Bank of America retiree, a former BankAmerica retiree or a former NationsBank retiree, you retired before Jan. 1, 2003, and were not offered or did not enroll in Bank of America retiree medical coverage, or dropped Bank of America retiree medical prior to Jan. 1, 2006, you may not enroll in Bank of America retiree medical coverage. Please note that other special rules may apply to certain retiree groups. If you have questions about whether any special rules apply to you, please contact the Global HR Service Center.

For most Bank of America retirees, the monthly cost of health care coverage as a retiree will be significantly greater than the cost as an employee. Contact the Global HR Service Center to get an estimate of the cost of your monthly retiree health care coverage.

The retiree medical coverage available to you also varies depending on whether or not you are eligible for Medicare (generally at age 65). You are required to notify the Global HR Service Center immediately if you or your covered dependent(s) are or become eligible for Medicare. If you or a dependent is eligible for Medicare, benefits under a Bank of America medical plan will be calculated and paid as if the participant were enrolled in both Parts A and B of Medicare, and Medicare pays as primary. It is imperative that you enroll in Medicare Part B when first eligible to receive maximum benefits under the Bank of America retiree medical plan. If you or your covered dependent(s) are eligible for Medicare and do not enroll in Medicare or do not utilize a provider who accepts Medicare, you will be responsible for paying the portion of medical expenses Medicare otherwise would have paid.

If you are enrolled in medical, dental or vision coverage or the health flexible spending account when you retire, you will receive a COBRA enrollment package from the COBRA administrator. You have the option of first electing COBRA before enrolling in the bank's retiree health plans. In some cases, premiums for COBRA coverage may be less than premiums for the retiree plans available to you; however, COBRA coverage only lasts for 18 months. If you defer enrollment in retiree health care coverage, and you enroll in continuation coverage through COBRA, you will be eligible to participate in the retiree medical, dental or vision plans when your COBRA coverage ends.

### If you do not enroll or waive coverage

If you do not enroll by the deadline shown on the first page of your Enrollment Worksheet, you will not have retiree medical, dental and vision coverage as of the first of the month on or after the date you retire.

You may be eligible to waive medical coverage and re-enroll during a future enrollment period or within 31 days of a qualified status change; however, you will be required to provide proof that you have been covered under another medical plan (other than Medicare) for 12 consecutive months prior to the date you wish to re-enroll.

Proof of other coverage will not be required if you wish to re-enroll in dental or vision coverage.

**Important:** Participants in certain legacy medical plans may not drop medical coverage and re-enroll later, or may not add new dependents upon enrollment at a later date. Please call the Global HR Service Center for information about any applicable re-enrollment rules and restrictions.

### Changing coverage after retirement

In general, you may change from one medical, dental or vision plan to another only during an annual enrollment period. (Some retirees in special plans of predecessor employers cannot switch plans).

In addition, as of Jan. 1, 2006, you may drop your current retiree medical, dental or vision coverage during an annual enrollment period or within 31 days of a qualified status change, and re-enroll at a future annual enrollment period or within 31 days of a qualified status change. To re-enroll in a Bank of America medical plan, you and each dependent you want to enroll must have had medical coverage (other than Medicare) continuously for the 12 months preceding the month coverage begins.

For example, if your spouse works and has medical coverage through his or her employer, your spouse may be able to enroll you as a dependent, and you could drop your Bank of America medical coverage. If you later change your mind, or your spouse stops working, you can re-enroll in Bank of America medical coverage during annual enrollment, or within 31 days of the date your spouse's/domestic partner's coverage terminates.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

Leaving Bank of America

## Special provisions for certain groups

The following special provisions generally apply to certain retiree groups and are not meant to be an exhaustive list of all the special rules and/or eligibility requirements that may apply to a particular individual. If an individual does not satisfy any eligibility requirements to receive a company-provided subsidy ("bank subsidy") toward the cost of retiree medical coverage, then that individual must pay the full cost of any retiree medical coverage elected. Please contact the Global HR Service Center to review any specific eligibility requirements or provisions that apply to you based on your legacy company status (e.g., BankAmerica, NationsBank, Fleet, MBNA, U.S. Trust, LaSalle, Merrill Lynch, etc.) and your specific factual situation.

Some retirees from certain predecessor employers or those enrolled in certain plans may not switch plans, add dependents or drop coverage and re-enroll later.

In this section, references to a predecessor company's employees or retirees, such as "former BankAmerica employees" or "Security Pacific retirees," refer to employees or retirees who were subject to the personnel policies used within that particular predecessor company before its merger into the Bank of America controlled group of companies. In addition, as used in this section, the terms "vesting service" and "benefit service" are generally defined under the tax-qualified pension plan sponsored by Bank of America in which the employee was accruing benefits at the time of termination of employment (in certain pension plans, "benefit service" may be referred to as "credited service," "credited years of service" or some other similar term).

As of Jan. 1, 2013 the groups listed below are still open to current Bank of America employees who meet these qualifications upon retirement.

Please note that other special rules may apply to certain retiree groups. If you have questions about whether any special rules apply to you, please call the Global HR Service Center.

### Former BankAmerica employees

BankAmerica retirees hired prior to Jan. 1, 1991, who retire after Dec. 31, 1990 who meet one of the following four criteria receive a bank subsidy based on plan selected, coverage level and potentially state of residence, but this subsidy may be less than the subsidy received for those who retired before Jan. 1, 1991, depending on age and benefit service at retirement:

- As of Dec. 31, 2000, were at least age 55 and had accrued at least 15 years of benefit service, or
- As of Dec. 31, 2000, were at least age 60 and had accrued at least 5 years of benefit service, or
- As of Dec. 31, 2000, were at least age 65 and had accrued at least 10 years of benefit service, or
- Have attained at least age 55 with 15 years of benefit service at retirement, with at least 75 years of combined age and benefit service.

Non-Medicare eligible retirees also receive a converted subsidy based on plan selected, coverage level and potentially state of residence. BankAmerica retirees hired prior to Jan. 1, 1991, who retire after July 1, 2000 and who are at least age 50 but less than age 55, with at least 15 years of benefit service and at least 75 years of combined age and benefit service at retirement receive a bank subsidy based on plan selected, coverage level, potentially state of residence and combined age and benefit service at retirement. This subsidy is one-half of the bank subsidy they would have received if they had retired at age 55 with at least 75 years of combined age and benefit service. Non-Medicare eligible retirees also receive a converted subsidy based on plan selected, coverage level and potentially state of residence.

### Former Seafirst employees hired prior to Jan. 1, 1993 who meet one of the following two criteria receive a bank subsidy based on Medicare-eligible vs. non-Medicare eligible plan status and coverage level selected:

- As of Dec. 31, 2001 were at least age 55 and had accrued at least 10 years of benefit service, or
- Attained at least age 55 with 15 years of benefit service at retirement, with at least 75 years of combined age and benefit service.

These subsidies may be reduced based on combined age and benefit service at retirement. Non-Medicare eligible retirees also receive a converted subsidy based on plan selected, coverage level and potentially state of residence.

### Former Seafirst employees hired prior to Jan. 1, 1993 who are at least age 50 but less than age 55, with at least 15 years of benefit service and at least 75 years of combined age and benefit service at retirement receive a bank subsidy based on Medicare-eligible vs. non-Medicare eligible plan status, coverage level selected and combined age and benefit service at retirement. Non-Medicare eligible retirees also receive a converted subsidy based on plan selected, coverage level and potentially state of residence.

### Security Pacific retirees who retire after Dec. 31, 1990 and had attained age 55 with at least 5 years of benefit service as of Dec. 31, 1992 or had attained age 60 with at least 1 year of benefit service as of Dec. 31, 1992 receive a bank subsidy based on Medicare-eligible vs. non-Medicare eligible plan status and coverage level selected. These subsidies may be reduced based on combined age and benefit service at retirement. Non- Medicare eligible retirees also receive a converted subsidy based on plan selected, coverage level and potentially state of residence.

### Continental Bank retirees who retire after Dec. 31, 1991 who have attained age 55 with at least 5 years of benefit service at retirement receive a bank subsidy that varies by plan selected, coverage level and potentially state of residence, and which is adjusted based on the current cost of each plan. These subsidies may be reduced based on benefit service at retirement. Non-Medicare eligible retirees also receive a converted subsidy based on plan selected, coverage level and potentially state of residence.

### Former BankAmerica employees who were ineligible for a bank subsidy based on their date of hire at the time of the merger between NationsBank and BankAmerica remain ineligible for a bank subsidy.

**Former NationsBank employees**

Former NationsBank employees hired before Jan. 1, 2000 are eligible for company contributions to help pay for retiree medical coverage. The company will contribute to a Medical Reimbursement Account (MRA) for you if at retirement you were at least age 50, had completed at least 15 years of benefit service as defined under the Bank of America Pension Plan, and the sum of your age and years of benefit service was 75 or more.

At the beginning of each calendar year after you retire, your MRA is credited with $30 for each whole year of benefit service you completed as an employee. The amount is prorated in the year you retire.

Non-Medicare eligible retirees also receive a converted subsidy based on plan selected, coverage level and potentially state of residence.

If you are enrolled in a Bank of America retiree medical plan, your MRA balance is automatically applied to the monthly premium cost. You pay the remainder of the premium cost. If you still have a balance in your MRA, you can use that balance to pay or reimburse yourself for other eligible health care expenses. If you are not enrolled in a Bank of America retiree medical plan, your MRA balance can be used to pay or reimburse yourself for eligible health care expenses.

Any unused balance in your MRA at the end of the year will carry over and be available to use the following year. You will receive additional information about the MRA when you retire, if you are eligible.

**Former NationsBank employees who were ineligible for a bank subsidy based on their date of hire at the time of the merger between NationsBank and BankAmerica remain ineligible for a bank subsidy.**

**Employees who began employment with Bank of America beginning on or after Jan. 1, 2000 are not eligible for company contributions to retiree health care.**

**Former Fleet employees**

**Former Fleet Capital employees who were hired before Jan. 1, 2005** who retire at age 55 or older with at least 10 years of vesting service, or age 65 or older with at least 5 years of vesting service, receive a bank subsidy toward the cost of retiree medical coverage based on years of vesting service. In addition, the contributions charged to non-Medicare eligible retirees in this group before applying the bank subsidy are based on rates that approximate active COBRA rates.

Former Fleet Capital employees who did not enroll in retiree medical coverage at the time of retirement, or dropped retiree medical coverage, may not enroll in retiree medical coverage at a future date.

**BankBoston retirees who retire after Dec. 31, 1988 at age 55 or older with 10 or more years of vesting service** receive a one-time credit based on years of service up to a maximum of 20 years for application against future retiree medical contributions. In addition, the contributions charged to non-Medicare eligible retirees in this group before applying the retiree credits are based on rates that approximate active COBRA rates.

**Fleet and Wanger retirees who were hired on or before Jan. 1, 1978 and born on or before Jan. 1, 1943 who completed 10 or more years of service and were at least age 55 at retirement, or who completed 5 or more years of service and were at least age 65 at retirement**, have contributions charged to non-Medicare eligible members in this group based on rates that approximate active COBRA rates.

**Fleet Capital Corporation retirees** must stay in a retiree medical plan. If the retiree cancels Bank of America sponsored coverage, the retiree is not eligible to re-enroll.

**Former MBNA employees**

Eligible retirees electing early retirement under The Bank of America Pension Plan for Legacy Companies – MBNA (i.e., MBNA's pension plan) are eligible for retiree medical benefits.
- Retiree contributions for non-Medicare eligible retirees will equal a set of active equivalent contributions based on plan and coverage elected if the retiree meets one of the following criteria:
  Retire on or after Jan. 1, 2007 at age 50 or older with 15 or more years of vesting service and was at least age 40 with 5 or more years of vesting service on Jan. 1, 1999. Retiree contributions for Medicare-eligible retirees equal the full retiree costs.

**Former US Trust employees**

The following retirees are eligible for retiree medical coverage:
- Employees who were hired prior to Jan. 1, 1989 who retire with at least 15 years of vesting service and whose sum of age and years of vesting service at retirement is 80 or more receive a bank subsidy that differs by Medicare eligibility and coverage level selected.

All other former US Trust employees have retiree contributions equal to the full retiree costs.

**Former LaSalle employees**

LaSalle employees who retired prior to June 1, 2008, who were at least age 55 and had at least 5 years of vesting service at retirement and employees who retire on or after June 1, 2008 who are at least age 55 and have at least 5 years of service at retirement and were at least age 45 as of May 31, 2008 are eligible for retiree medical coverage.

The contributions charged to these retirees are based on a percentage of eligible plans' full cost rates. The subsidy percentage differs by years of vesting service at retirement and Medicare eligibility. For those retirees with between 5 and 10 years of service at retirement, no subsidy is provided for non-Medicare eligible PPO plans, but a subsidy is provided for HMO and EPO plans.

Bank of America Employee Health and Insurance
Summary Plan Description 2013

**Former Merrill Lynch employees**

Effective Jan. 1, 2010, U.S.-based, benefits-eligible Merrill Lynch employees who meet the following rules upon leaving Bank of America have access to retiree medical coverage. The first two rules in the table below are the same as the eligibility criteria for Merrill Lynch retiree medical coverage for employees who retired prior to Jan. 1, 2010.

| If you... | Then... |
|---|---|
| Were hired before Jan. 1, 2006 and leave Bank of America at age 55 or older with at least 10 years of service[1] | You may enroll in retiree medical coverage for yourself and your eligible dependents, and you will share the cost of coverage with Bank of America. Your cost will be based on:<br>• Your length of service<br>• Your date of termination of employment<br>• Your age at end of year of termination of employment<br>• Your age at Jan. 1, 2006 |
| Were hired, rehired or part of an acquisition after Jan. 1, 2006 and leave Bank of America at age 55 or older with at least 10 years of service | You may enroll in retiree medical coverage for yourself and your eligible dependents, but you will pay the full cost. |
| Meet the Rule of 60 retiree medical eligibility criteria (see **Rule of 60**), but are not age 55 or older with at least 10 years of service | You may enroll in retiree medical coverage for yourself and your eligible dependents, but you will pay the full cost. |
| [1] To obtain your years of service under 55 and 10 requirements, contact the Global HR Service Center. | |

The contributions charged to retirees who were hired prior to Jan. 1, 2006 and retire with at least 10 years of service and who are age 55 or older at retirement are based on a percentage of eligible plans' full cost rates. The subsidy percentage differs by years of service and age at retirement.

Active employees as of Jan. 1, 2006 will not receive a bank subsidy for Medicare-eligible plans if they were under age 60 as of Jan. 1, 2006.

Effective Jan. 1, 2010, employees who are eligible for retiree health coverage when they leave Bank of America or Merrill Lynch retirees who retired on or after Feb. 1, 1992 and who had Merrill Lynch-sponsored retiree medical coverage as of Dec. 31, 2009 may waive Bank of America sponsored retiree medical, dental or vision coverage at the time they retire, and enroll during a future annual enrollment or in the event of a qualified status change. To enroll in a Bank of America medical plan, they must provide proof that they and each dependent they want to enroll had continuous medical coverage (other than Medicare) for the 12 months preceding the month their Bank of America coverage begins. Coverage begins on the first of the month following their enrollment.

## Life insurance

Under current policy, legacy Bank of America employees hired prior to Jan. 1, 2006, who meet the Rule of 75 (or the special retirement rule for former BankAmerica employees) upon retirement will receive $5,000 in group term life insurance coverage paid for by Bank of America. Legacy Fleet employees and employees acquired or hired on and after Jan. 1, 2000, are not eligible for this company-paid retiree life insurance.

The following special rules apply to employees from C&S Corporation who were actively employed on Dec. 31, 1989, and have remained continuously employed until retirement:
- If the employee was at least age 50 with five years of vesting service on Dec. 31, 1992, the employee will receive retiree life insurance equal to one half of annual benefits pay as of retirement.
- If the employee was not at least age 50 or did not have at least five years of vesting service on Dec. 31, 1992, the employee will receive retiree life insurance equal to one half of base salary as of Dec. 31, 1992.

## Other information

If you have any equity or long-term incentive award, please refer to the appropriate award agreement for terms and provisions when you leave Bank of America.

## Benefits when you retire from the bank

The table below highlights how your benefits are affected by your retirement from Bank of America. Different provisions may apply if you are also participating in the Corporate Severance Program (see **Corporate Severance Program**) or are affected by a divestiture, outsourcing, alliance or formation of a new company. Different provisions also may apply if you retire while you are on a leave or disabled.

This table is only a summary. Refer to the appropriate section of this document for more complete details about a particular benefit or program, including any limitations or exclusions. Many of your questions can be answered by specialists in the Global HR Service Center; however, wherever appropriate, other phone numbers are included to assist you. Please remember to keep your address current with the Global HR Service Center so that you will receive all future benefits information and tax forms promptly.

| Type of service | What happens when you retire from the bank | What you need to do |
|---|---|---|
| **Health and insurance benefits** | | |
| **Health Care Plans**<br>Medical, dental and vision | Your active employee group coverage ends at the end of the month in which you retire. Your wellness credit ends at the time that your active medical coverage ends.<br>Your retiree coverage will begin the first day of the month following the end of your coverage as an active employee.<br>For most Bank of America retirees, the monthly cost of health care coverage as a retiree will be significantly greater than the cost as an employee.<br>Group medical coverage continues at retiree rates. See **Retiree health and insurance benefits** for information about eligibility for company contributions and the retiree Medical Reimbursement Account (MRA).<br>If you are not eligible for dental and vision coverage as a retiree, your coverage as an employee ends. You will receive more information about COBRA in a separate mailing to your home address in compliance with the COBRA requirements.<br>If you retire on or after Jan. 1, 2003, you may defer your enrollment in retiree medical coverage to a later date. To enroll at a later date, you must remain continuously covered by medical insurance (other than Medicare) during the deferral period.<br>You will be sent a certificate (HIPAA statement) verifying your length of continuous coverage under the Bank of America plans approximately 30 days after your retirement. | Before you retire, contact the Global HR Service Center to get an estimate of the cost of your monthly retiree health care coverage, so you can plan for this expense.<br>COBRA coverage must be elected no later than 60 days from the date on the *Notice of Right to Elect COBRA Continuation Coverage* or the loss of coverage date, whichever is later.<br>If eligible for Medicare coverage, you or your enrolled dependents should enroll in Medicare Parts A and B if electing coverage under a Bank of America retiree medical plan. Medicare will pay benefits first, and the company-sponsored medical plan will be the secondary payer. You are responsible for paying the portion of expenses Medicare otherwise would have paid if you or your covered dependents were eligible for Medicare but not enrolled in Medicare, or use providers who do not accept Medicare.<br>You may be able to defer your enrollment in retiree health care coverage. If you are eligible for retiree health care coverage under a predecessor company's plan or rules, deferring your enrollment may not be an option. If you have questions, call the Global HR Service Center and follow the prompts to the **health care benefits** option. |
| **Health Reimbursement Arrangement (HRA)** | If you have a balance remaining in your HRA (and if you meet the Rule of 60) your HRA account, including any bank contributions, will be moved to a retiree account and you will maintain access to the balance. You do not need to be enrolled in a bank medical plan to maintain access. You will receive more information from Benefit Solutions separately. | You may continue to use your HRA to pay for eligible health care expenses. Contact Benefit Solutions directly.<br>You will receive a new health care Visa debit card for your retiree account. |
| **Health Savings Account (HSA)** | The HSA, including any employer contributions, is yours to keep.<br>Your before-tax contributions will stop on the last day of the pay period in which your employment ends. | You may elect to continue your contributions to the HSA on an after-tax basis as long as you elect retiree coverage under the High Deductible Health Plan and meet all other applicable requirements. If you choose not to participate in the High Deductible Health Plan, your HSA balance will move to an individual account (fees may apply). Contact Benefit Solutions for more information.<br>You may continue to use your HSA funds to pay for eligible expenses.<br>You will continue to have access to your health care Visa debit card. If your account moves to an individual retail account, you will receive a new health care Visa debit card. |
| **Health Flexible Spending Accounts (FSA)** | Your before-tax contributions to the Health FSA account will end on the last day of the pay period in which your employment ends.<br>If you have a Bank of America Health Flexible Spending Account debit card, it will become inactive as of your last day of employment.<br>You will receive more information about COBRA (including how you can elect to continue making after- tax contributions to your account through the end of the calendar year) in a separate mailing to your home address in compliance with the COBRA requirements.<br>Health care claims may be submitted only for expenses incurred during pay periods in which contributions were made.<br>If you do not continue your Health FSA under COBRA, any unused employee and/or employer contributions in your Health FSA after the end of the pay period in which you leave the company will be forfeited unless you have incurred eligible expenses prior to that date and submit claims for reimbursement by March 31 of the following year. | No action is required to stop deposits to your account.<br>If you wish to elect COBRA coverage, you must do so within 60 days of the date your active employee group coverage ends (or 60 days from the date of the COBRA notification, whichever is later). If you choose, you or your dependents may continue your participation in the Health FSA under COBRA through the end of the plan year. If you elect COBRA continuation:<br>• You will be able to submit claims for eligible medical expenses incurred **after** the end of your active employment.<br>• You will be required to pay the full amount of your monthly Health FSA contribution on an after-tax basis. You will receive monthly invoices for your contributions. You will not be charged for the employer credit that you received into your Health FSA.<br>Be sure to submit reimbursement claims for expenses incurred while you were making contributions as an active employee or while on COBRA by March 31 of the following year. Any remaining balance in your account after all eligible expenses have been reimbursed will be forfeited. |

| Type of service | What happens when you retire from the bank | What you need to do |
|---|---|---|
| **Life Insurance**<br><br>Associate Basic Life, Associate Supplemental Life, Spouse/ Domestic Partner Life, Dependent Child Life and Accidental Death and Dismemberment (AD&D) | Coverage for Associate Basic Life Insurance, Associate Supplemental Life Insurance, Spouse/Domestic Partner Life Insurance, Dependent Child Life Insurance and AD&D ends at the end of the month in which you retire.<br><br>Eligible retirees may receive $5,000 of employer-paid retiree life insurance.<br><br>Associate Basic Life Insurance, Associate Supplemental Life Insurance and Spouse/Domestic Partner Life Insurance may be able to be continued under portable term group coverage or converted to an individual policy, subject to the terms of the group policy. Your Dependent Child Life Insurance may be able to be converted to an individual policy.<br><br>Conversion and continuation options are not available for AD&D insurance. | If you want to continue or convert your coverage to an individual policy, you must do so within 45 days of the date your active employee group coverage ends. Contact Aetna to request a conversion and/or portability form. |
| **Business Travel Accident Insurance** | Your Bank of America Business Travel Accident coverage ends on the last day you are actively at work. | No action required. |
| **Disability**<br><br>Short-term Disability (STD), Long- term Disability (LTD) | Coverage ends on your last day of employment with Bank of America. | No action required. |

# Corporate Severance Program

In today's competitive business environment, the company must often make changes to serve customers and shareholders more efficiently and effectively. Sometimes these changes can result in the loss of jobs. Generally, when this happens, the company tries to help those affected find placement opportunities within the company. If you are displaced as described below and do not locate another job within the company, you may be eligible for severance pay and other assistance to help ease the transition to employment outside the company. If you are separating from Bank of America due to severance, refer to *Your Guide to the Corporate Severance Program* brochure for the impacts of severance on benefits.

## Eligibility

In order to be eligible for benefits under the Corporate Severance Program, you must be all of the following:
- In an employment classification subject to the program
- Displaced by workforce reduction, realignment or similar measure as determined by the company in its sole discretion
- Officially notified in writing of your displacement and eligibility for benefits under the Corporate Severance Program by an authorized company representative

## Benefits

The company will determine in its sole discretion the amount, if any, of severance pay you are eligible for and the other transition assistance that may be available.

Severance pay under the Corporate Severance Program is based on full years of service completed since your Continuous Service Date as reflected in the personnel records of the company. If you are officially notified of your eligibility for the program, you will receive information at that time about the severance pay and other transition assistance for which you are eligible.

To receive severance pay and other transition assistance, you must do the following:
- Remain in your job until your position elimination date or last scheduled day of work determined by the company
- Not decline an offer of comparable employment with the company
- Sign, and not revoke, a general release of claims against the company, at the time and in the form specified by the company
- Satisfy any other conditions established by the company

Severance pay and other transition assistance generally are not provided to employees whose employment is affected by corporate transactions such as acquisitions, sales, divestitures, joint ventures, spinoffs, outsourcings, the contracting out of functions or similar events where ongoing employment opportunities are available with another company as a result of such corporate transaction unless an authorized representative of the company specifically determines otherwise and notifies the affected employees in writing.

If the company becomes aware of facts that could have caused your immediate termination, you will lose your eligibility for any benefit under the program and you will be required to return any severance pay you have already received upon the company's request.

# ERISA information

## Introduction

Some of the plans described in the *Bank of America Employee Health & Insurance Summary Plan Description 2013* are component plans under the Bank of America Group Benefits Program ("Group Benefits Program") and are subject to the Employee Retirement Income Security Act of 1974 (ERISA), the federal law that governs certain employee benefit plans. These component plans are identified in the table under **ERISA-covered component plans** at the end of this section. The Group Benefits Program is, and is treated as, a single welfare benefit plan solely for purposes of annual report (Form 5500) filings and the determination of whether an eligible retiree was entitled to the COBRA premium reduction provided under the American Recovery and Reinvestment Act of 2009, as amended. For all other purposes under ERISA, the Internal Revenue Code, COBRA, HIPAA, the Patient Protection and Affordable Care Act, as amended, and any other applicable legal requirements, each component plan is, and is treated as, a separate plan.

This section describes your rights under ERISA for each component plan of the Group Benefits Program. This section also provides other legally required information about the Group Benefits Program and the component plans described in the *Bank of America Employee Health & Insurance Summary Plan Description 2013,* such as how to have your claim for benefits reviewed if you feel doing so is necessary.

One of ERISA's requirements is that you receive an understandable description of each plan called a summary plan description. The summary is intended to provide an easy-to-understand explanation of your benefits. The summary plan description for the Group Benefits Program is comprised of all of the summary plan descriptions for each of the component plans.

**Summary plan descriptions**

This document is the summary plan description for the following component plans:
- Aetna Comprehensive Traditional Plan
- Aetna Comprehensive Traditional Out-of-Area Plan
- Aetna Consumer Directed Plan
- Aetna Consumer Directed Out-of-Area Plan
- Aetna Consumer Directed High Deductible Plan
- Aetna Consumer Directed High Deductible Out-of-Area Plan
- Health Reimbursement Arrangement
- Health Flexible Spending Account (Health FSA)
- Bank of America Short-term Disability Plan
- Corporate Severance Program

The summary plan descriptions for the following component plans are comprised of multiple documents. Please see each specific section of this summary for a list of the summary plan description components for each of these plans:
- Kaiser Comprehensive Traditional Plan
- Kaiser Consumer Directed Plan
- Kaiser Consumer Directed High Deductible Plan
- HMSA Hawaii PPO Plan
- Triple-S Salud Plan
- Bank of America Active Dental Plan
- Bank of America Active Vision Plan
- Bank of America Associate Basic, Associate Supplemental and Dependent Life Insurance Plans
- Bank of America Accidental Death & Dismemberment and Business Travel Accident Insurance Plans
- Bank of America Long-term Disability Insurance Plan

The provisions of this summary plan description do not establish enforceable employee rights, contractual or otherwise, and they do not establish an employment relationship enforceable by employees. Nothing in this summary or any other Bank of America publication, policy or guideline may interfere with or limit in any way the right of Bank of America to terminate any employee's employment for any legal reason or no reason, with or without notice at any time, confer upon any employee any right to continue in the employ of Bank of America or change an employee's existing at-will employee status. Employees' at-will employment status can only be changed in a signed writing by an authorized representative of Bank of America.

## Your rights under ERISA

As a participant in at least one component plan under the Group Benefits Program, you are entitled to certain rights and protections. ERISA provides that all participants in each component plan shall be entitled to the following:

**Receiving information about each of your component plans and benefits**

As a component plan participant, you can examine, without charge, all documents governing each component plan in which you participate, including insurance policy documents, and a copy of the latest annual report (Form 5500 Series) filed by the Group Benefits Program with the U.S. Department of Labor and available at the Employee Benefits Security Administration.

You can examine copies of these documents in the plan administrator's office, or you can write to the plan administrator and request that these documents be made available to you for examination.

You can obtain your own copies of the documents governing the operation of each component plan in which you participate, including insurance policy documents and copies of the latest annual report (Form 5500 Series) and updated summary plan descriptions, by writing to the plan administrator. You can also obtain a copy of the latest summary plan description by writing or calling the Global HR Service Center. You may have to pay a reasonable charge to cover the cost of photocopying. You may also view and print your own copy of the updated summary plan descriptions by visiting Flagscape on the **Benefits & Pay** tab or by logging on to My Benefits Resources (**Knowledge Center > Plan Information**).

You must specify the name of the component plan and the particular documents in your request. To contact the plan administrator, write to:

Bank of America Plan Administrator
NC1-026-02-50
900 W. Trade Street
Charlotte, NC 28255

You automatically receive, as required by law, a summary of the Group Benefits Program's annual financial report.

**Continuing group health plan coverage**

If you are a participant in a component plan that is a group health plan [medical (including Health Reimbursement Arrangement, if applicable), dental, vision, Health Flexible Spending Account, and Employee Assistance Program], you can continue health care coverage for yourself, your spouse or your dependents if there is a loss of coverage under that component plan as a result of a qualifying event. You or your dependents will have to pay for such coverage. Review the summary of the rules governing your COBRA continuation coverage rights in **Other important information**.

While Bank of America group health plans do not have exclusionary periods of coverage for pre-existing conditions, other plans may have such provisions. Without evidence of "creditable coverage" under the Bank of America group health plans, you may be subject to a pre-existing condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your new coverage. You will be provided a certificate of creditable coverage, free of charge, from your Bank of America group health plan when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage.

**Prudent actions by plan fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties on the people responsible for the operation of a plan. The people who operate the plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.

**Enforcing your rights**

If your claim for a plan benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan document or the latest annual report from the Group Benefits Program and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits that is denied or ignored, in whole or in part, and if you have exhausted the claims procedures available to you under the plan (see **Claiming your benefits** later in this section), you may file suit in a state or federal court. In addition, if you disagree with the plan's decision, or lack thereof, concerning the qualified status of a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees — for example, if it finds your claim is frivolous.

No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit to which you are entitled under any plan or exercising your rights under ERISA.

**Assistance with your questions**

If you have any questions about a plan, you should contact the plan administrator by calling the Global HR Service Center at **1.800.556.6044** (hearing-impaired access: dial **711** then call **1.800.556.6044**). If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue NW, Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Plan administration

Bank of America Corporation sponsors the Group Benefits Program. Records for the Group Benefits Program and each component plan are kept on a calendar-year basis. The calendar year is the Group Benefits Program's and each component plan's "plan year."

The official employer identification number assigned to Bank of America Corporation by the IRS is 56-0906609. The plan identification number assigned to the Group Benefits Program is 501.

The plan administrator of the Group Benefits Program and each component plan is the Bank of America Corporation Corporate Benefits Committee, which is appointed by the Compensation and Benefits Committee of the Board of Directors of Bank of America Corporation. As plan administrator, the Corporate Benefits Committee is responsible for overall administration of the Group Benefits Program and each component plan.

To contact the plan administrator, write to:

Bank of America Plan Administrator
NC1-026-02-50
900 W. Trade Street
Charlotte, NC 28255

You may also contact the Global HR Service Center at **1.800.556.6044** (hearing-impaired access: dial **711** then call **1.800.556.6044**) to request documents or general information.

## The Trustee

The Trustee of the Group Benefits Program is Bank of America, N.A. To contact the trustee, write to:

Bank of America, N.A., Trustee
Bank of America Center
TX4-213-13-14
700 Louisiana Street
Houston, TX 77002-2700

## Submitting forms to the Global Human Resources Service Center

When submitting forms or other written material for the Group Benefits Program or a component plan to the Global HR Service Center, use one of the following addresses:

For all participant correspondence regarding claims:

Claims and Appeals Management
PO Box 1407
Lincolnshire, IL 60069-1407

For all other general participant correspondence (HIPAA, COBRA, etc):

Bank of America Global HR Service Center
PO Box 563910
Charlotte, NC 28256

For legal correspondence (including medical child support orders):

Bank of America / QMCSO
PO Box 1542
Lincolnshire, IL 60069-1542

## Participating employers

A complete list of Bank of America Corporation subsidiaries that are participating employers in the Group Benefits Program can be obtained from the plan administrator.

For convenience, the terms "Bank of America," "bank" and "company" are used to refer to Bank of America Corporation as well as all companies in the Bank of America controlled group of corporations.

An employee's participation in any component plan under the Group Benefits Program or the use of the term "Bank of America," "bank" or "company" does not mean that an employee is employed by Bank of America Corporation, nor does it affect an employee's legal status as an employee of a corporate subsidiary, such as Bank of America, N.A., Merrill Lynch & Co., Inc. or other Bank of America Corporation subsidiary. Each employee is employed by the entity that directly pays his or her wages.

## Plan documents

The Group Benefits Program and each component plan are based on an official plan document. Each component plan's summary plan description is a summary of the more important plan features. This summary supersedes and replaces any prior communications, policies, rules, practices, standards and/or guidelines to the contrary, whether written or oral. You can find full component plan details in the official plan documents. If a component plan provision described in this summary disagrees with the official plan document, the wording of the official plan document always governs. For information about how to obtain a copy of a plan document, see **Receiving information about each of your component plans and benefits** above.

Case 2:16-cv-01898-TLN-AC   Document 1-8   Filed 08/11/16   Page 190 of 196
Bank of America Employee Health and Insurance                                                          ERISA Information
Summary Plan Description 2013

## Plan amendment and termination

Benefits under any plan, program or policy described in this document are only available while such plan, program or policy is effective and only pursuant to its terms. Bank of America Corporation has the exclusive right to amend, suspend or terminate any employee benefit plan or any other program or policy described in this document at any time without prior notice (except as required by law) to employees, former employees, their beneficiaries or any other person. Participants and beneficiaries have no vested rights in the Group Benefits Program, any component plan or any program or policy; in particular, no vested rights arise in benefits currently made available to retirees after employment ends.

Because of the need for confidentiality, decisions regarding changes to Bank of America's benefits plans, programs, practices or policies are generally not discussed or evaluated below the highest levels of management. Managers and their representatives below such levels do not know whether Bank of America will or will not change or adopt, for example, any particular benefit or retirement plan. Nor are they in a position to advise any employee on, or speculate about, future plans. Employees should make no assumptions about future changes or the impact changes may have on their personal situation until any such change is formally announced by Bank of America.

## Special rules for acquisitions

Bank of America may establish special eligibility rules applicable to designated acquisitions including insourcing of employees performing functions that had been outsourced previously. In certain situations, credit for past service may be granted. Affected individuals will be notified if any of these special provisions apply.

## Claiming your benefits

The Bank of America Corporation Corporate Benefits Committee, as plan administrator, has delegated to the Pay and Benefits Escalation Team, the Benefits Appeals Committee and insurance companies or other third party claims administrators discretionary authority to determine eligibility for benefits and construe the terms of the applicable component plan and resolve all questions relating to claims for benefits under the component plan. If you think you are eligible for a certain benefit from any component plan, but believe you are not receiving that benefit, you must submit a claim to receive that benefit.

Specific instructions about submitting claims are included in each section of this document. Generally, claims must be submitted in writing. Often, there are time limits for submitting your claims. Make sure you know the time limits of each component plan. If you delay submitting your claim, you could lose benefits. Your claim is not considered submitted until you have provided any additional documentation that is necessary for the claim.

Once your claim has been documented and you have filled out any and all necessary forms, your claim generally is processed within 90 days after it is received. Special circumstances may require an extension for processing the claim. If this happens, you will be notified that additional time, not to exceed another 90 days, is required to process the claim. Disability benefit claim determinations will be made within 45 days, with two 30-day extensions permitted.

**Note:** Special timeframes apply to claims filed and requests for review under the Bank of America health plans. See **Health plans claim and review time limits** later in this section for more information.

If your claim is denied, you will be notified in writing. This written notice will tell you the reason for the denial. It also will point out what additional information is needed, if any, that could change the decision to deny the claim. Finally, the notice will tell you how you can have the decision reviewed.

### Appealing a denied claim for benefits

Requests to review denied claims (appeals) for component plans under the Group Benefits Program should be directed to the appropriate entity (insurance company, third party claims administrator or Benefits Appeals Committee) at the address listed on the notice of claim denial.

If your claim has been denied, you or your authorized representative can request to have the decision on your claim reviewed. You have 60 days (180 days in the case of disability benefit claims) from the time you are notified of the denial of your claim to request review (or, if no notice of denial has been received, you have 150 days from the filing of the initial claim to request review). If you fail to file a request for review within the required time period, you are considered to have permanently waived and abandoned your claim and you may not refile it.

Your request for review of the decision must be in writing. You should state that you are requesting the review and describe the decision you are requesting to be reviewed. Although you are not required to do so, your request for review should state the reasons why you think the decision on the claim was incorrect.

The mailing address for the Benefits Appeals Committee is:

Bank of America Benefits Appeals Committee
NC1-026-02-50
900 W. Trade Street
Charlotte, NC 28255

You or your authorized representative shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information related to your claim.

A decision on your request for review will ordinarily be made within 60 days (or within 120 days if special circumstances require an extension). If no decision is made within 120 days, the claim is considered denied on review. The final decision will be sent to you in writing, together with an explanation of how the decision was made. For disability benefit appeals, a decision will be made within 45 days, with one additional 45-day extension permitted.

Unless you have exhausted your administrative review rights under a component plan, you generally are prohibited from bringing a civil action against the plan for benefits. You must bring any civil action for benefits no later than one year following the final decision on your claim under these claims procedures. If you fail to bring a civil action within the required time period, you are considered to have permanently waived and abandoned your claim and you may not reassert it.

If the component plan provides for binding arbitration of any controversy between a plan participant or beneficiary and the plan, including, as applicable, its agents, employees, providers and staff physicians, then any such controversy is subject to binding arbitration.

**Health plans claim and review time limits**

Special timeframes apply to claims filed and requests for review under the component plans that are group health plans [medical (including Health Reimbursement Arrangement, if applicable), dental, vision, Health Flexible Spending Account and Employee Assistance Program].

*Notification of initial determination*
After you make your claim for benefits in accordance with the applicable component plan's procedures, the following time limits apply:
- If your claim involves **urgent care**, you will be notified of the component plan's benefit determination (whether adverse or not) as soon as possible, but not later than 72 hours after receipt of the claim by the plan.

  If the component plan is not provided sufficient information to make a decision, you will be notified as soon as possible, but not later than 24 hours after receipt of the claim. You would then have a reasonable amount of time, taking into account the circumstances, but not less than 48 hours, to provide the needed information. The component plan will notify you of its benefit determination as soon as possible, but generally not later than 48 hours after the plan's receipt of the information.

- If the component plan has previously approved an **ongoing course of treatment** to be provided over a period of time or number of treatments, you will be notified of any reduction or termination of the course of treatment in sufficient time before the end of the approved course of treatment to allow you to appeal the benefit determination. If you request an extension of the course of treatment beyond the approved period of time or number of treatments and the claim involves urgent care, the component plan will make a determination as soon as possible, and you will be notified of the benefit determination within 24 hours (provided you make the request at least 24 hours prior to the end of the course of treatment).

- If you have a **pre-service claim** (other than for urgent care or ongoing care), you will be notified of the component plan's benefit determination not later than 15 days after receipt of the claim by the plan. A pre-service claim is one in which the component plan conditions the receipt of benefits, in whole or part, on approval of the benefit in advance of obtaining medical care.

  The component plan may extend this period for up to 15 days, if necessary due to matters beyond the control of the plan. You will be notified if this occurs. If the extension is necessary due to your failure to submit enough information, you will have at least 45 days to submit the needed information.

  If you fail to follow component plan procedures for filing a pre-service claim, you will be notified as soon as possible, but not later than five days (24 hours in the case of a failure to file a claim involving urgent care).

- If you have a **post-service claim**, you will be notified of the component plan's benefit determination within 30 days after receipt of the claim. The component plan may extend this period for up to 15 days, if necessary due to matters beyond the control of the plan. You will be notified if this occurs. If the extension is necessary due to your failure to submit enough information, you will have at least 45 days to submit the needed information.

*Request for review*
If you receive an adverse benefit determination, you will have 180 days to request a review of the decision.
- If your claim involves **urgent care**, you can request an expedited appeal of an adverse benefit determination orally or in writing. You will be provided all necessary information by telephone, facsimile, or other available expeditious method.
  You will be notified of the component plan's benefit determination on review not later than 72 hours after receipt of request for review.

- If you have a **pre-service claim**, you will be notified of the component plan's benefit determination on review within 30 days if the component plan provides for only one appeal of an adverse benefit determination or within 15 days for each appeal if the component plan provides for two appeals of an adverse determination.

- If you have a **post-service claim**, you will be notified of the component plan's benefit determination on review within 60 days if the component plan provides for only one appeal of an adverse benefit determination or within 30 days for each appeal if the component plan provides for two appeals of an adverse determination.

*Medical plan internal claims and appeals procedures*
Additional procedural aspects apply to claims filed and requests for review under the component plans that are medical plans.

**Content of denial notification:** Effective with respect to active medical plan claims and appeals decided on or after Jan. 1, 2012, or such earlier date as determined by the applicable claims administrator, or such later date as authorized by applicable guidance, any denial notification you receive will include the following information in addition to the previously standard content of such denial notification:
- Information sufficient to identify the claim involved;
- Notification of the opportunity to request the diagnosis and treatment codes associated with the claim involved, including their respective meanings, and to have such information provided upon request;
- A description of the active medical plan's external review procedures, the time limits applicable to such procedures and how to initiate an external appeal; and
- Contact information for any applicable office of health insurance consumer assistance or ombudsman established to assist individuals with the internal claims and appeals process.

In addition, any denial notification you receive will be provided in a culturally and linguistically appropriate manner as required by the Patient Protection and Affordable Care Act, and in accordance with any applicable implementing regulations or other federal agency guidance.

**Full and fair review:** Effective with respect to active medical plan claims and appeals decided on or after Jan. 1, 2011, to the extent required by applicable law:

- You will be allowed to review your claim file and to present evidence and testimony as part of the internal claims and appeals process;
- The applicable claims administrator will provide you, free of charge, with any new or additional evidence considered, relied upon or generated by the active medical plan (or at the direction of the active medical plan) in connection with your appeal as soon as possible and sufficiently in advance of the date on which it provides you with notice of its determination on appeal, so that you will have a reasonable opportunity to respond prior to that date; and
- If the denial of your appeal is based on a new or additional rationale, the applicable claims administrator will provide you, free of charge, with the new or additional rationale as soon as possible and sufficiently in advance of the date on which it provides you with notice of its determination on appeal, so that you will have a reasonable opportunity to respond prior to that date.

Please contact your plan directly for any plan-specific aspects of your plan's internal claims and appeals procedures.

***Medical plan external review procedures***
**Voluntary External Review Program:** Effective with respect to active medical plan claims and appeals decided on or after Jan. 1, 2011, once you have exhausted the internal claims and appeals process, you may be able to file an appeal with an independent review organization (IRO) that is accredited to conduct external review. External review is available only after internal appeals are exhausted and is available only for certain types of adverse benefit determinations, as defined by federal regulations.

If you wish to file a request for external review, you must submit your request within four months of the date of your receipt of the applicable claims administrator's final internal adverse determination on your appeal. Contact the applicable claims administrator at the telephone number shown on your plan ID card for more information on how to file a request for external review of your appeal.

The applicable claims administrator will determine if your appeal is eligible for the voluntary external review program and will provide you with a written notice of its determination. If your request is complete but not eligible for external review, the notice will include the reason or reasons for the denial and contact information for the Employee Benefits Security Administration. If your request is not complete, the notice will describe the information or materials needed to make the request complete, and, in order to pursue an external review, you must provide the required information within the four-month filing period or within the 48-hour period following receipt of the notification, whichever is later.

If your claim is eligible for external review, the applicable claims administrator will assign your claim to an IRO. The IRO will notify you of the acceptance of your claim for external review, and this notice will include a statement that you may submit to the IRO in writing within 10 business days following receipt of the notice any additional information the IRO should consider in conducting the external review.

The IRO will review all of the information and documents it receives in a timely manner. You will receive written notice of the final external review decision within 45 days after the IRO receives the request for external review. The notice will include the following:

- A general description of the reason for the request for external review, including information sufficient to identify the claim;
- The date the IRO received the assignment to conduct the external review and the date of the IRO decision;
- References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision;
- A discussion of the principal reason or reasons for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision;
- A statement that the determination is binding except to the extent that other remedies may be available under State or Federal law to you or the prescription drug program;
- A statement that judicial review may be available to you; and
- Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman.

The external review program is completely voluntary, so you only have to exhaust your internal claim and appeal administrative review rights under an active medical plan in order to bring a civil action against the plan for benefits. You must bring any civil action for benefits no later than one year following the final decision on your claim under the internal claims and appeals procedures.

Please contact your plan directly for any plan-specific aspects of your plan's external review procedures.

## Agent for legal process

The agent for service of legal process for the Group Benefits Program and any component plan is the Bank of America Corporation Corporate Benefits Committee as plan administrator at the address shown above. Legal process also may be made on the Group Benefits Program's trustee, which is Bank of America, N.A., at the address shown above or on the appropriate insurance company or other third party claims administrator at the address shown in the table below.

## ERISA-covered component plans

Bank of America Corporation sponsors the Group Benefits Program and each ERISA-covered component plan listed in the table below for which this document comprises at least part of the summary plan description.

| Plan name | Plan type | Contributions and funding | Payment of benefits | Insurer or claims administrator[1] |
|---|---|---|---|---|
| Bank of America Group Benefits Program | Health and welfare benefit plans | See below | See below | See below |
| Aetna plans, including:<br>• Aetna Comprehensive Traditional Plan<br>• Aetna Comprehensive Traditional Out-of-Area Plan<br>• Aetna Consumer Directed Plan<br>• Aetna Consumer Directed Out-of-Area Plan<br>• Aetna Consumer Directed High Deductible Plan<br>• Aetna Consumer Directed High Deductible Out-of-Area Plan | Hospitalization, medical and prescription drug benefits | Not insured; company and employees share costs based on actuarial determination; employee portion is before-tax<br><br>Health Reimbursement Arrangement (HRA) credited by the company for eligible employees in certain plans (see **Health Care Accounts** for details) | Claims administrator | Aetna<br>PO Box 14079<br>Lexington, KY 40512<br><br>Bank of America<br>Benefit Solutions<br>PO Box 25165<br>Lehigh Valley, PA 18002-5165<br><br>**Mail Order pharmacy prescriptions:**<br>Caremark<br>P.O. Box 2110<br>Pittsburgh, PA 15230-2110<br><br>**Paper claims:**<br>Caremark<br>PO Box 52116<br>Phoenix, AZ 85072-2116<br><br>**CVS Caremark Appeals:**<br>Caremark Inc<br>Appeals Department MC109<br>P.O. Box 52084<br>Phoenix, AZ 85072-2084 |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

ERISA Information

| Plan name | Plan type | Contributions and funding | Payment of benefits | Insurer or claims administrator[1] |
|---|---|---|---|---|
| Kaiser plans, including:<br>• Kaiser Comprehensive Traditional CO<br>• Kaiser Comprehensive Traditional GA and GA CCO<br>• Kaiser Comprehensive Traditional Mid-Atlantic<br>• Kaiser Comprehensive Traditional NW<br>• Kaiser Comprehensive Traditional N. and S. CA<br>• Kaiser Consumer Directed CO<br>• Kaiser Consumer Directed GA and GA CCO<br>• Kaiser Consumer Directed Mid-Atlantic<br>• Kaiser Consumer Directed NW<br>• Kaiser Consumer Directed N. and S. CA<br>• Kaiser Consumer Directed High Deductible CO<br>• Kaiser Consumer Directed High Deductible GA and GA CCO<br>• Kaiser Consumer Directed High Deductible Mid-Atlantic<br>• Kaiser Consumer Directed High Deductible NW<br>• Kaiser Consumer Directed High Deductible N. and S. CA | Hospitalization, medical and prescription drug benefits | Insured; company and employees share cost of insurance premiums; employee portion is before-tax<br><br>Health Reimbursement Arrangement (HRA) credited by the company for eligible employees in certain plans (see **Health Care Accounts** for details) | Services provided directly by HMO/insurer | **California**<br>Kaiser Permanente<br>Member Service Contact Center<br>P.O. Box 1840<br>Corona, CA 91718-1840<br><br>**Colorado**<br>Kaiser Permanente Denver/Boulder/Longmont Area Member Service Contact Center<br>2500 S. Havana Street<br>Aurora, CO 80014<br><br>Kaiser Permanente Colorado Springs Member Service Contact Center<br>2500 S. Havana Street<br>Aurora, CO 80014<br><br>**Georgia**<br>Kaiser Permanente Member Service Contact Center<br>3495 Piedmont Road<br>Atlanta, GA 30305-1736<br><br>**Hawaii**<br>Kaiser Permanente Customer Service Center<br>711 Kapiolani Boulevard<br>Honolulu, HI 96813<br><br>**Mid-Atlantic States**<br>Kaiser Permanente Member Service Contact Center<br>11900-A Bournefield Way<br>Silver Spring, MD 20904<br><br>**Northwest**<br>Kaiser Permanente Member Service Contact Center<br>700 NE Multnomah Street<br>Portland, OR 97232<br><br>**Ohio**<br>Kaiser Permanente Member Service Contact Center<br>P.O. Box 5309<br>Cleveland, OH 44101<br><br>Bank of America Benefit Solutions<br>P.O. Box 25165<br>Lehigh Valley, PA 18002-5165 |
| HMSA Hawaii PPO Plan | Hospitalization, medical and prescription drug benefits | Insured; company and employees share cost of insurance premiums; employee portion is before-tax<br><br>Health Reimbursement Arrangement (HRA) previously credited by the company for eligible employees (remaining balance, if any) | Services provided directly by HMO/insurer | BCBS of Hawaii<br>P.O. Box 860<br>Honolulu, HI 96808-0860<br><br>Bank of America Benefit Solutions<br>P.O. Box 25165<br>Lehigh Valley, PA 18002-5165 |
| Triple-S Salud Plan | Hospitalization, medical, prescription drug and dental benefits | Insured; company and employees share cost of insurance premiums; employee portion is after-tax | Services provided directly by DMO/insurer | Triple-S Salud<br>PO Box 363628<br>San Juan, PR 00936-3628 |
| Bank of America Active Dental Plan, including:<br>• Aetna DMO<br>• Aetna PPO | Dental benefits | Insured; company and employees share cost of insurance premiums; employee portion is before-tax | Services provided directly by DMO/insurer | Aetna<br>1100 Abernathy Rd. NE, Suite 375<br>Building 500<br>Atlanta, GA 30328 |
| Bank of America Active Vision Plan | Vision benefits | Insured; employees pay insurance premiums on before-tax basis | Insurer | Aetna<br>1100 Abernathy Rd. NE, Suite 375<br>Building 500<br>Atlanta, GA 30328 |

Bank of America Employee Health and Insurance
Summary Plan Description 2013

| Plan name | Plan type | Contributions and funding | Payment of benefits | Insurer or claims administrator[1] |
|---|---|---|---|---|
| Bank of America Health Care Flexible Spending Plan | Health care expense reimbursement | Unfunded; employees make before-tax contributions | Claims administrator | Bank of America Benefit Solutions PO Box 25165 Lehigh Valley, PA 18002-5165 |
| Bank of America Associate Basic Life Insurance Plan | Life insurance | Insured; company pays insurance premiums | Insurer | Aetna 1100 Abernathy Rd. NE, Suite 375 Building 500 Atlanta, GA 30328 |
| Bank of America Associate Supplemental Life Insurance Plan | Life insurance | Insured; employee pays insurance premiums on after-tax basis | Insurer | Aetna 1100 Abernathy Rd. NE, Suite 375 Building 500 Atlanta, GA 30328 |
| Bank of America Dependent Life Insurance Plan | Life insurance | Insured; employee pays insurance premiums on after-tax basis | Insurer | Aetna 1100 Abernathy Rd. NE, Suite 375 Building 500 Atlanta, GA 30328 |
| Bank of America Accidental Death & Dismemberment Insurance Plan | Accident insurance | Insured; employee pays insurance premiums on before-tax basis | Insurer | Aetna 1100 Abernathy Rd. NE, Suite 375 Building 500 Atlanta, GA 30328 |
| Bank of America Business Travel Accident Insurance Plan | Travel accident insurance | Insured; company pays insurance premiums | Insurer | AIG Insurance A&H Claims PO Box 25987 Shawnee Mission, KS 66225 **AHClaims@aig.com** **For express packages:** AIG Insurance A&H Claims 17200 W. 119th St. Olathe, KS 66061 |
| Bank of America Short-term Disability Plan | Disability income | Not insured; company pays cost | Claims administrator | Aetna 1100 Abernathy Rd. NE, Suite 375 Building 500 Atlanta, GA 30328 |
| Bank of America Long-term Disability Insurance Plan | Disability income | Insured; company and employees share cost of insurance premiums; employee portion is before-tax | Insurer | Aetna 1100 Abernathy Rd. NE, Suite 375 Building 500 Atlanta, GA 30328 |
| Bank of America Employee Assistance Program | Counseling and referral services | Not insured; company pays cost | Claims administrator | Aetna 1100 Abernathy Rd. NE, Suite 375 Building 500 Atlanta, GA 30328 |
| Bank of America Corporate Severance Program | Severance pay | Company pays cost | Paid directly by company | Bank of America Corporate Severance Program Administrator 900 W. Trade Street NC1-026-02-50 Charlotte, NC 28255-0001 |

---

[1] The mailing addresses provided in this column are for submitting claims for benefits and appeals of denied claims for benefits.

✸
Printed on Recycled Paper
© 2013 Bank of America Corporation
Employee Health and Insurance Summary Plan Description 2013
07/2013

