1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIANA FERNANDEZ,                              No.  2:16-cv-1898 AC (PS)

12                 Plaintiff,

13         v.                                      ORDER

14   AETNA,

15                 Defendant.

16

17         Plaintiff, who has been granted *in forma pauperis* status, is proceeding in this action pro

18   se.  The action was accordingly referred to the undersigned by Local Rule 302(c)(21).  On August

19   12, 2016, defendant filed a motion to set aside a default judgment entered by the Solano Superior

20   Court before this matter was removed to federal district court.  ECF No. 4.  Plaintiff has not

21   responded to the motion.

22         Local Rule 230(c) provides that opposition or a statement of non-opposition to the

23   granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Local

24   Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral

25   arguments if written opposition to the motion has not been timely filed by that party."  In

26   addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of

27   opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure

28   ////

1

1  to comply with the Local Rules "may be grounds for imposition of any and all sanctions

2  authorized by statute or Rule or within the inherent power of the Court."

3       Good cause appearing, IT IS HEREBY ORDERED that:

4       1.   The motion hearing date of  is CONTINUED to November 2, 2016, at 10:00 a.m.

5  in Courtroom No. 26;

6       2.   Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the

7  motion, no later than October 19, 2016.  Failure to file an opposition or to appear at the hearing

8  will be deemed as a statement of non-opposition and shall result in a recommendation that this

9  action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

10       **IT IS SO ORDERED.**

11  DATED: September 22, 2016

12  

13  ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2