```
1  Andy Katz (State Bar No. 264941)
   Law Offices of Andy Katz
2  2120 University Avenue
   Berkeley, CA 94704
3  (510) 465-4400
   Fax: (510) 679-3277
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| TIANA FERNANDEZ, | CASE NO. 2:16-cv-01898-TLN-AC |
| Plaintiff, | *Magistrate Judge: Allison Claire* |
| vs. | |
| AETNA, | **NOTICE OF APPEARANCE** |
| Defendant. | |

This is notice that Plaintiff TIANA FERNANDEZ is represented by Law Offices of Andy Katz in the above-referenced matter.

Plaintiff intends to Amend her Complaint within 30 days of this notice.

Dated: 10-31-16                              Andy Katz

                                             By: /s/_____
                                                 Andy Katz

                                             Attorney for Plaintiff Tiana Fernandez

---

NOTICE OF APPEARANCE