UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA FERNANDEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>AETNA,<br><br>   Defendant. | CASE NO. 2:16-cv-01898-TLN-AC<br><br>*Magistrate Judge: Allison Claire*<br><br>**ORDER VACATING DEFAULT JUDGMENT AND GRANTING LEAVE TO AMEND COMPLAINT** |

   Pursuant to the joint stipulation entered into by and between the parties, the Default Judgment entered by the Superior Court of the State of California, County of Solano in the small claims case entitled *Fernandez v. Aetna*, case number VSC082008, is hereby vacated.  Plaintiff may file an Amended Complaint in this action on or before November 30, 2016.

   IT IS SO ORDERED.

Dated: November 2, 2016

_____
Troy L. Nunley
United States District Judge